# **<u>EXHIBIT A</u>**

 FORUM

MAVIC    PHANTOM    INSPIRE    OSMO    PRO SYSTEM    EVENTS    SERVICE    🔍    

# apple vision 2 app pulled? Why? What now? No support?

Home / PHANTOM

👁 2761    💬 71    🕐 2016-06-25 08:28:25



**jbplunkett1**

United States
● Offline

1#

Vision 2 apple app no longer available?  Please explain!!!!

Twitter    Facebook    Favorite    Like

🕐 2016-6-24 19:28:25



**DJI-Jamie**

United States
● Offline

2#

The Vision app has been temporarily removed for some maintenance. It will be made available again soon.

🕐 2016-6-24 23:11:07



**user5a05275956**

United States
● Offline

3#

When do you expect it to return?

🕐 2016-6-25 09:02:44

4#



**Northofthe49th**

Canada

● Offline

Interesting that DJI have pulled this now, it has long been an issue for many (not all, but many) to have their RE's bricked and up to this point their response was to have you send it in, never acknowledging any kind of issue. ...Just send it in and we will fix it!?!..FIX WHAT?
I am pretty disappointed it has taken them this long to do something about it, still not acknowledging a problem, simply "the Vision app has been temporarily removed for some maintenance. "..
I have two RC's and two RE's and am running a much earlier version Vision ap 1.0.48 without any issues,
Ironically, i have picked up a second iphone 6S+, downloaded the Vision app and had the newer version 1.058 on it which i promptly deleted it and will load the 1.048 to it via my iTunes.
There are numerous other threads on bricke range extenders etc....
c'mon DJI, get your act together!

◎ 2016-6-26 09:24:15

---

5#



**tocagle**

United States

● Offline

Just make the old app available and let's install it.  My issues started when the RE went into automatic upgrade.  It was working fine before that; now, the Phantom will not connect to it.

◎ 2016-6-26 10:25:04

---

7#



**tocagle**

United States

● Offline

 DJI-Jamie Posted at 2016-6-24 23:11
The Vision app has been temporarily removed for some maintenance. It will be made available again so ...

How soon will it be made available again?

◎ 2016-6-26 10:25:45

---

8#

**tocagle**

United States

● Offline

DJI-Jamie Posted at 2016-6-24 23:11
The Vision app has been temporarily removed for some maintenance. It will be made available again so ...

That seems a bit of a long time to fix this issue doesn't it?

⏱ 2016-6-27 07:04:05

9#



lipfordb

United States
● Offline

I upgraded the app to version 1.0.58 on my Ipod before knowing all this was happening. When I first tried the app, I got a message that the RE needed to be upgraded and it would take about a minute. Upon trying to fly the drone, there was no camera connection. I went through the usual procedures, firmware upgrades, rebinding, etc. I began to notice something interesting. I now have two SSIDs for the Phantom in my internet connection on the Ipod. I got in touch with support, and they don't seem to have a clue

⏱ 2016-6-27 08:29:53

10#



lipfordb

United States
● Offline

> DJI-Jamie Posted at 2016-6-25 12:11
> The Vision app has been temporarily removed for some maintenance. It will be made available again so ...

I can understand about a problem with the app, but what about all the Range Extenders that have been ruined?

⏱ 2016-6-27 08:33:20

11#



lipfordb

United States
● Offline

>  Northofthe49th Posted at 2016-6-26 22:24
> Interesting that DJI have pulled this now, it has long been an issue for many (not all, but many) to ... 

Once app 1.0.58 has been used, it ruins the Range Extender. Erasing it in Itunes and going back to an earlier version does no good at all.

⏱ 2016-6-27 08:39:13

12#



Kontakta.anders

> DJI-Paladin Posted at 2016-6-27 13:14
> It will be available on the APP store one and a half months from now. Please kindly note.

I bought my first drone just a couple of Days ago, it is a used Dji Phantom 2 vision +. I was going to take my first droneflight yesterday but i couldnt because of the lack of app for Apple. And now Dji are telling me that they Dji Wont fix the App until my vacation is over ??? Is this the way Dji are treating their customers i wont defenetly NOT buy drone from Dji when it is time to buy a new better one. I thought Dji was a serious Company but it seems like the are not.....

Sweden

● Offline

2016-6-27 10:12:34

---

13#



DJI-Ken

United States

● Offline

> Kontakta.anders Posted at 2016-6-27 23:12
> I bought my first drone just a couple of Days ago, it is a used Dji Phantom 2 vision +. I was goin ...

I'm sorry for the IOS inconvenience, you are free to use the Android app.
And DJI is a very serious company and that's what they are the largest drone manufacture in the world with hundreds of thousands of aircraft being sold every year.
I am sorry that you are experiencing this.For those who already have the Vision all they do not have any issues. Also, if yoyu deleted it you can possibly restore the app from your purchased history through iTunes by connecting your device to your computer.

2016-6-27 10:31:19

---

14#



DJI-Jamie

United States

● Offline

> tocagle@gmail.c Posted at 2016-6-27 20:04
> DJI-Paladin says it will be 6 weeks before the app is available.  That seems a bit of a long time  ...

The time frame may also be taking Apple's app approval time into consideration, as that can be a lengthy process in of itself.

2016-6-27 11:19:40

---

15#



DJI-Jamie

United States

● Offline

> tocagle@gmail.c Posted at 2016-6-27 20:01
> one and a half months from now?  You've go to be kidding?  So, I have a Phantom that's useless for t ...

If you have an Android device, the Vision app would still be available for download.

2016-6-27 11:25:55

---

16#

> DJI-Jamie Posted at 2016-6-27 09:19
> The time frame may also be taking Apple's app approval time into consideration, as that can be a l ...



**Northofthe49th**

Canada

● Offline

1.0.48 was working perfectly, why the change to make it not work to have to pull it from the Apple Store?

You should publish 1.0.48 on your site and make it downloadable.
You should set up a hot line to get a working exchanged RE out to all who need it. Free of charge and expedite it.
Or you should send everyone an android phone/tablet to everyone for free with a working RE....after all, you buggered it up!
Or you should offer up a free exchange for a P3S or an upgrade path for a P3A..PRONTO!!

As Ken said, you are the worlds largest drone manufacturer and are a serious company....let's see how serious you really are..This is prime flying season in many parts of the world...

© 2016-6-27 11:33:52

---

17#



**DJI-Jamie**

United States

● Offline

 lipfordb@gmail. Posted at 2016-6-27 21:29
I upgraded the app to version 1.0.58 on my Ipod before knowing all this was happening. When I first ...

Based on the information provided, I would recommend "forgetting" both Phantom SSIDs and then performing the WiFi binding/reset process again.

© 2016-6-27 11:33:59

---

18#



**DJI-Jamie**

United States

● Offline

 lipfordb@gmail. Posted at 2016-6-27 21:33
I can understand about a problem with the app, but what about all the Range Extenders that have be ... 

If you have performed all the basic troubleshooting steps (rebinding the WiFi Range Extender, ensuring all the firmware is up to date etc), then I would recommend contacting our North American Support Center for a RMA.

© 2016-6-27 11:42:56

---

19#



**DJI-Ken**

United States

● Offline

 Northofthe49th Posted at 2016-6-28 00:33
1.0.48 was working perfectly, why the change to make it not work to have to pull it from the Apple ...

I'm sorry, I do not make the rules. All I can suggest is getting a Android device.

© 2016-6-27 12:42:28



**ncmenk**

United States

● Offline

20#

> DJI-Ken Posted at 2016-6-28 01:42
> I'm sorry, I do not make the rules. All I can suggest is getting a Android device.

So now I have been fighting this for 3 days... Everything was flying just fine until I was FORCED to upgrade the RE. Now even the old Apple DJI app will not connect. My son was so looking so forward to using his DRONE for my sister's 50th surprise party THIS SATURDAY!!! And your answer is buy an android device to FIX a problem that DJI introduced...

◎ 2016-6-27 23:34:30



**hardluck2go**

United States

● Offline

21#

Having all the same issues. Both Android app and the iPhone app caused no live video feed with the forced update. I know it is a DJI issue since it happened to 2 other family members and myself at the same time since we were flying together that day. DJI needs to fix their screw up. Go to Google pay store and read all the reviews of lost video feed. DJI must have one big carpet to sweep this problem under. Shame on DJI! All of us have the Vision 2

◎ 2016-6-29 08:04:58



**ncmenk**

United States

● Offline

22#

> hardluck2go@gma Posted at 2016-6-29 09:04
> Having all the same issues. Both Android app and the iPhone app caused no live video feed with the f ...

What is the plan DJI?????

◎ 2016-6-30 09:31:16



**wsh1255**

United States

● Offline

23#

I just had my Vision 2+ returned from RMA and it's clear this wasn't totally checked out before they shipped it. I have tried my iPhone app on my old 3S and my 6S. Everything connects but no camera feed. I have 2 Android tablets and the apps I've downloaded for those don't work either. I hear them say use Android...ok, can anyone tell me what Android platforms work and what specific app to download? I'll gladly pay for one that will work. For now my unit is worthless. These drones are designed for taking pictures and video. If it can't deliver on the intended use, it's no good to me. I got the same message wrt the fix in 6 weeks. That is totally unacceptable. How hard can it be to fix? Or are those of us that aren't on the latest platform not a priority?

2016-6-30 12:51:34

25#



**hardluck2go**

● Offline

The way I look at it now is; We are a just a past customer that does not matter to them. Think of all of the trusting people that will or have become victims that DJI is screwing over for replacement parts. I'm sure there are countless people that have not looked into this issue and are just buying and swapping parts. I refuse to ever give DJI another penny of my hard earned cash!  Who allowed DJI to do more research and development? We did with all the prior sales from all of us and this is how we are repaid. Thanks DJI for sticking it to us. Your day will come! I will make it my mission to never recommend any DJI product until they step up and take responsibility.

I'm sure at some point someone will find the truth...It always comes out. I agree how hard can it be? Fix the app or give us the parts needed in exchange for the old part if that is what is needed.

● 2016-6-30 22:32:47

26#



**DJI-Jamie**

United States

● Offline

> ncmenk@comcast, Posted at 2016-6-28 12:34
> So now I have been fighting this for 3 days... Everything was flying just fine until I was FORCED  ...

We have not experienced a 6 week turnaround time, our current turnaround time at the North American Support Center is 1-2 weeks. Regarding the Vision app, only the Android version is available at this time and can only recommend using that for the time being. I'm sorry to hear that you're having issue, and if you have confirmed that your Range Extender will not even connect to an Android device properly, then you should get in contact with the North American Support Center for a RMA.

● 2016-7-1 00:07:57

27#



**DJI-Jamie**

United States

● Offline

> hardluck2go@gma Posted at 2016-6-29 21:04
> Having all the same issues. Both Android app and the iPhone app caused no live video feed with the f ...

Regarding video feed issues, you need to also ensure that all components, including the camera, are updated to the latest firmware. You also need to ensure that your app and mobile device are up to date with the latest software. DJI is aware of some of the connectivity issues that could not be resolved through basic troubleshooting, which is why the iOS version of the Vision app has been temporarily removed. Unfortunately, we cannot fully dictate the time needed to resolve this issue, but our development team is working as quickly as they can to bring the iOS app to working order.

● 2016-7-1 00:12:31

28#



> wsh1255@yahoo.c Posted at 2016-7-1 01:51
> I just had my Vision 2+ returned from RMA and it's clear this wasn't totally checked out before they ...

You can use the Recommended Device list on the Phantom 2 Vision and Phantom 2 Vision+ Spec pages to see what Android devices have been proven to

DJI-Jamie

United States

● Offline

work. As I previously stated, the current estimated turnaround time for RMAs are 1-2 weeks, not 6 weeks. If you're still having issues after getting it back from a RMA, you should get in contact with the Support Center to have it addressed.

© 2016-7-1 00:16:17

---



DJI-Jamie

United States

● Offline

29#

 hardluck2go@gma Posted at 2016-7-1 11:32
The way I look at it now is; We are a just a past customer that does not matter to them. Think of al ... 

I'm sorry you feel this way. Please keep in mind that we do have warranties in place that help rectify hardware issues in a timely manner. DJI is attempting to rectify the iOS issue as soon as possible, but they do need to work with other companies, such as Apple, to also have new versions of the app approved and published for public use.

© 2016-7-1 00:25:17

---



hardluck2go

● Offline

30#

 DJI-Jamie Posted at 2016-7-1 13:12
Regarding video feed issues, you need to also ensure that all components, including the camera, ar ... 

It is not just me. I met someone at the RC park where we fly sometimes that has a Vision plus. We were talking and He has no live video too! What a coincidence! He has the same problem. We stated comparing what we have tried and he is up to date everything and still has no live feed. All other stuff works just fine in the apps and can still take video and pics just as I can.....but just a black screen for live video.

So to the few that are still working I'm happy for you and for the countless others that can't see live video nothing will be done without having to buy something. Oh and I did post on another thread here that two family members of mine have the same issue. All of us took the same forced update with the same results, all at the same time since we were all together that day.

SuggestionDJI; Dont force an update that is not compatible with past firmware! Some people just buy and fly and don't know about updating or are not capable to perform such tasks.

© 2016-7-1 08:20:31

---



hardluck2go

● Offline

31#

 DJI-Jamie Posted at 2016-7-1 13:25
I'm sorry you feel this way. Please keep in mind that we do have warranties in place that help rec ... 

I don't know many people that have a Phantom 2 Vision or Vision plus that are still under warranty. Everyone I know has been out of warranty for awhile. This is not a small issue in my eyes at all. Just google Phantom 2 Vision no live video feed and see what comes up and start reading. It just keeps going and going with others calling no FPV, to camera not showing picture on device, etc.....

I wouldn't have even bothered posting here if it didn't happen to three of us at the same time.

And why should anyone have to wait for a fix for DJI's mistake. Does not make a difference with what Android, iPhone or iPad is used nothing works to get the live video feed for any of us since the update. I will not speak for everyone only the four that I know of including myself.

© 2016-7-1 08:43:02

---

32#



**mariobeaulieu**

Canada

● Offline

> DJI-Ken Posted at 2016-6-27 13:42
> I'm sorry, I do not make the rules. All I can suggest is getting a Android device.

Wow! I like this; Get an Android device. Brilliant. Why don't DJI buy each of us an Android device?
But why didn't DJI send un an email explaining the problem? You have our email address! If I had known about this, I wouldn't have spent 75$ for a diagnostic from a repairman!

And 6 weeks? Really? So no drone for me for all of my vacation and half the summer...

Thanks DJI!

© 2016-7-1 13:09:39

---

33#



**DJI-Jamie**

United States

● Offline

> mariobeaulieu Posted at 2016-7-2 02:09 
> Wow! I like this; Get an Android device. Brilliant. Why don't DJI buy each of us an Android device ... 

I understand your frustration. I have heard of some customers that have temporarily moved to 3rd party apps in order to continue flying until the Vision app has been brought back. Unfortunately there isn't a specific one that can be recommended and you would need to do that research on your own. If you're not able to use an Android device, those are the only other options. DJI cannot recommend using 3rd party applications, but the choice is ultimately at your discretion.

© 2016-7-1 14:36:44

---

34#



**hardluck2go**

● Offline

> DJI-Jamie Posted at 2016-7-2 03:36 
> I understand your frustration. I have heard of some customers that have temporarily moved to 3rd pa ... 

That did not work for me since I have tried that too. No other apps work for me. My guess is the update must have damaged something but I can not say 100% only that the other posts on the web seem to say that this has caused damage to hardware that will now need to be replaced. Again this is not me saying it only what I have read. I agree with mariobeaulieu...Why not contact us... you need to sign in to use the app so DJI has our info! DJI sends me emails all the time telling me about all the new stuff they have. Not one email asking if I'm happy or need help. Oh that's right... I forgot we are past customers that mean nothing to them.
I'm just waiting for DJI to say that there is no issue and we will have to pay for repairs for something they caused.

Frustration is an understatement. We all paid DJI and it is DJI that released the problem not us. I'm sure at some point a customer that just happens to be an attorney will open a class action law suit from someone getting injured for no live feed or something along that line.

© 2016-7-1 18:45:57

---

35#



**ozione**

Italy

● Offline

jeeeez... i was also frustrated with all this. but i'm by nature very DIY so again I used few days of bumping my head in to the wall just to finally start reading forums and viola. global issue, even with the missing app. and yes, i have the same issues, no live feed from app. i removed the app, not realizing that the app was pulled out. so, now i have none 😊 any 3rd party apps there which are good alternative? thanks

2016-7-2 07:07:43



**Northofthe49th**

Canada

● Offline

36#



DJI-Jamie Posted at 2016-7-1 12:36
I understand your frustration. I have heard of some customers that have temporarily moved to 3rd pa ... 

Wow,
What a cop out!
DJI cannot recommend using a 3rd party application however they do recommend that you keep your softwares and firmwares up to date...That has been stated in these forums hundreds of times from every DJI employee on this forum whenever the subject arises.  Many have heeded DJI's advice and look where it got them...and this is far from the first fiasco of a problematic updates for the Phantoms...The product name seems rather fitting at this point...

Still to this date, no sticky or anything or even an email to any registered user about the possibility of the issue and an interim resolution other than an errant line in an email to "get an Android device" or a 3rd party ap which you do not recommend..

WOW!

mariobeaulieu Posted at 2016-7-2 02:09
Wow! I like this; Get an Android device. Brilliant. Why don't DJI buy each of us an Android device ...

I understand your frustration. I have heard of some customers that have temporarily moved to 3rd party apps in order to continue flying until the Vision app has been brought back. Unfortunately there isn't a specific one that can be recommended and you would need to do that research on your own. If you're not able to use an Android device, those are the only other options. DJI cannot recommend using 3rd party applications, but the choice is ultimately at your discretion.

2016-7-2 09:43:51

---



**ozione**

Italy

● Offline

38#

just for the info sharing:
- i have iphone 6s and latest ios, we know app is not avail at the moment
- tried with 3rd party app - "flight plan p2", black picture (seems like a nice app, though)
- i have just tried it with htc and android, app still present in the store, no picture

bottom line, everything works fine, including picture/video capture but live stream is not available in any way.
i'm afraid this has nothing to do with the app... app may have caused this but something went off in the process. if this can't be undo or repaired on a software level, we're screwed.

2016-7-2 12:04:36

---



**hardluck2go**

● Offline

39#



ozione Posted at 2016-7-3 01:04
just for the info sharing:
- i have iphone 6s and latest ios, we know app is not avail at the moment ...

+1 for me and three others I personally know.

2016-7-2 13:06:23

---

40#



chris

● Offline

> hardluck2go@gma Posted at 2016-7-3 02:06
> +1 for me and three others I personally know.

It's straight up bullsh*t...  That's the deal..

© 2016-7-2 21:05:48

---

41#



chris

● Offline

I can't believe that DJI has screwed us this bad...  Everything was fine.  I just used my Phantom 2 Vision+ a few days ago.  Everything was fine.  I do an update to the software and now it doesn't work.  My phantom has never been dropped.  It's never been crashed.  Actually in all fairness a year ago, I did put it into a tree once, but it's worked flawlessly everyday since until the software update.  Then at my first wedding photography gig, my phantom doesn't work.  No video preview.  So instead of getting a great wedding video, and probably a bunch of referrals, I'm the laughing stock and will probably not get work from any of those people again.  Thanks DJI you're a real class act.

© 2016-7-4 10:27:00

---

42#



ozione

Italy

● Offline

can some one please fill me in with details; what exactly or where exactly is the problem; i said in another post that if this is not possible to solve via SW than we are all in deeeep sh*t.
i tried downgrade of the camera firmware to v1.2.5g, didn't help. i tried with older iOS app, didn't help. combination of both also don't work.

i noticed somewhere that the problem should be in the extender? is it possible to access the firmware lvl of this module?

© 2016-7-4 11:36:14

---

43#



jonnied2010

United States

● Offline

> chris@useleg1.c Posted at 2016-7-2 22:05
> It's straight up bullsh*t...  That's the deal..

It's straight up bullsh*t... That's the deal.. 

© 2016-7-4 14:09:50

 2    1   / 2 Page    Next >



You need to log in before you can reply Login | Register now

Post Reply    ☐ Jump to the last page      Credit Rules

Copyright © 2016 DJI All Rights Reserved.    Forum Rules

 FORUM

MAVIC     PHANTOM     INSPIRE     OSMO     PRO SYSTEM     EVENTS     SERVICE     🔍



# apple vision 2 app pulled? Why? What now? No support?

Home / PHANTOM                                                                          👁 2762     💬 71     🕐 2016-06-25 08:28:25

---

**41#**

> chris@useleg1.c Posted at 2016-7-4 23:27
> I can't believe that DJI has screwed us this bad… Everything was fine. I just used my Phantom 2 …

**hardluck2go**

● Offline

All we can do is wait and hope DJI will take responsiblity. I guess more and more people are finding out it is just not a random issue. DJI knows…they have to…too many people have the same issue. Think of the people that don't fly all the time and pull it out and then update not knowing. Now I know the iPhone app is pulled but there are still a ton of Android users that will become a victim.

We all are in the same sinking ship with no life jackets. 😡

🕐 2016-7-4 14:10:21

---

**42#**

**Tahoe_Ed**

United States

● Offline

We received an update and the App should arrive sometime mid July baring any unforeseen circumstances.

🕐 2016-7-4 21:24:28

---

**43#**

> Tahoe_Ed Posted at 2016-7-4 22:24
> We received an update and the App should arrive sometime mid July baring any unforeseen circumstance …

**hardluck2go**

United States

● Offline

And is this going to fix everyones loss of live video feed issue too or is it just the app? What about the victims with Android and no live video feed? Sounds like DJI damage control to keep everyone silent.

🕐 2016-7-4 23:48:25

---

**44#**



chris

● Offline


Tahoe_Ed Posted at 2016-7-5 10:24
We received an update and the App should arrive sometime mid July baring any unforeseen circumstance ...

Here's my take on it...

DJI put out an update that FRIED the wifi module.  I don't believe that any amount of software updating can fix it.  I rolled back 2 versions of the vision app, and it doesn't fix the problem.  I've only seen one solution which was to replace the wifi module ($200US)...  I don't know what they did.  I'm not sure how they did it, but I do believe that DJI is responsible for damaging my Phantom 2 Vision+...



🕐 2016-7-5 09:43:18

---

45#



hardluck2go

United States

● Offline


chris@useleg1.c Posted at 2016-7-5 22:43
Here's my take on it...

DJI put out an update that FRIED the wifi module.  I don't believe that a ...


I totally agree with you. I think there was a major problem with the apps including Android. It seems DJI does not want to take responsibility for the repairs at their expense. My last update on the controller and Phantom itself was the one just before they put the flight limits on. I never updated after that because I did not want the limits. Everything was perfect until that forced app update. I had to rebind the camera and Wifi because it would not connect after that update...then I was able to connect and had no live video to this day.

Just wish they would do something to fix this. I won't buy parts to fix something I did not do....I will put the money in to something else before I give DJI anything more. If it was my fault I would gladly pay for parts and wouldn't expect anything free. I am to scared to update anything at this point for fear of loosing everything. The sad part is, last night I was trying to film the July 4th fireworks and could not see what I was filming and missed a lot of nice footage. Looking at a black screen is no fun at all.

🕐 2016-7-5 20:28:42

---

46#

ncmenk

United States

● Offline



DJI... What is your plan if the new App does not fix the error YOUR system introduced into our Drones?

🕐 2016-7-6 19:38:47

---

47#

hardluck2go

United States

● Offline



Wow I tried to post something and now it says it needs to be reviewed. I guess I will be black listed from here soon for telling the truth.

⏱ 2016-7-6 22:35:15

48#



hardluck2go

● Offline

To post again, I had to remove a link to phantom pilots dot com called "Can't connect through camera..."

Post # 93 was intresting. Sure makes me wonder how many have the No live feed issues with both Apple and Android apps.

DJI you need to come clean and tell us the truth. The truth alway comes out, I would think it would be better coming from you and help us... in place of hiding behind the curtain.  All we want is the truth and what to do. The issue is not going away...you have some very upset people that just happen to also be a customer of yours or at least for now.

Yes I'm ticked off but I am still here as a customer to work with you (DJI) as long as we have real answers and not the vague DJI posts that I keep seeing. Why not make a sticky with daily updates for us from corporate? If you (DJI) were really willing to help why has there been no questions for us unless you know what the actual issue is?
Think of the customer and how they feel.

⏱ 2016-7-6 22:40:05

49#



mcclay

Taiwan
● Offline

What kind of English is this for the lastest IOS DJI Vision version 1.0.60?

"Emergency repair problems that upgrade firmware for P2V aircraft will cause connection problems."

Wat?

⏱ 2016-7-7 02:32:31

50#



ozione

Italy
● Offline

i can't believe such a company doesn't put some serious money into after sales. i know DJI's support is very poor for years now and while their sales are growing, support is barely breathing. unbelievable.
anyway, my bet is this:
- they release the new app with new "upgrade" for extender
- this new "upgrade" will try to fix the live video feed
- and it still won't work for all poor bastards (where hw stayed intacts)

⏱ 2016-7-7 03:01:50

51#

 chris@useleg1.c Posted at 2016-7-5 09:43
Here's my take on it...

DJI put out an update that FRIED the wifi module.  I don't believe that a ...



FYI - I rolled back my app version to 1.0.48 (still had it in my iTunes) and bought a new extender in case my original one was fried.  I tried to connect them last night and it still doesn't work.

This morning I noticed that my app was "upgraded" to 1.0.60 without me knowing about it... so I tried the upgraded app with the brand new extender, it still doesn't work.

**benbell**

United States

● Offline

© 2016-7-7 11:16:12

---

52#



 benbell@me.com Posted at 2016-7-7 11:16
FYI - I rolled back my app version to 1.0.48 (still had it in my iTunes) and bought a new extender ... 

I have the same "no live video feed" issue (everything else works) and tried the new app this morning.

Still have the no live video feed. Tried rebinding, reseting, all that jazz. No dice.

DJI - what is my next step?

Adam

**adamcb**

United States

● Offline

© 2016-7-7 12:53:35

---

53#

Ok. DJI Vision app is back on the appstore. It says "Emergency repair problems that upgrade firmware for P2V aircraft will cause connection problems." What does that mean? DJI, did you fix it? Is this a warning not to install it (way too late)? If I install it, will everything be back to normal? I'm a little scare to try this, since the last experience I had with these updates.

Please DJI, can you help us a little more here?

**mariobeaulieu**

Canada

● Offline

© 2016-7-7 16:24:41

---

54#

I'm going to wait before I try anything. Android is still the same so I don't see anything changing. It really would be nice I they would tell us what is going on!



**hardluck2go**

● Offline

© 2016-7-7 22:53:11

55#



chris

● Offline

I'll save everyone the trouble.  The update didn't fix shit.  I updated everything and still have no video feed.  DJI totally screwed me....and my phantom....

○ 2016-7-8 11:42:18

56#



mariobeaulieu

Canada
● Offline

 chris@useleg1.c Posted at 2016-7-8 12:42
I'll save everyone the trouble.  The update didn't fix shit.  I updated everything and still have no ... 

Hi,
Is the option to update the ranger extender still present in this version, or did they remove it?

The thing is that is should be there to allow the update of the range extender firmware to the version that was working before DJI screwed it up. I'm wondering whether or not it will even be possible to revert back to the previous range extender firmware, since it needs to communicate via wifi. If that's not possible, I wonder how they can do it. Maybe there's some kind of hard reset possible that would bring it back to factory defaults.

How do we get DJI to come on this forum to keep us imformed?

○ 2016-7-8 12:26:45

57#



hardluck2go

United States
● Offline

 mariobeaulieu Posted at 2016-7-8 13:26
Hi,
Is the option to update the ranger extender still present in this version, or did they remove ... 

Actually DJI does not care. I hate to be negative but they are not going to pay for their screw up. If they cared DJI would be here helping not just having some tech down telling us that it's our fault or we have defective parts. The only thing defective is DJI that is really broken!

As mentioned in a different post; "DJI I'm sorry you screwed up. Please get in touch with your customers and send new parts to us for diagnosis!

You have all our information and I would guess way more that we know about. So simply send us the replacement parts you messed up with a return prepaid label and I will send you the bad parts back. Not hard to do is it??????"

○ 2016-7-8 21:11:30

58#



chris

● Offline

 hardluck2go@gma Posted at 2016-7-9 10:11
Actually DJI does not care. I hate to be negative but they are not going to pay for their screw up ... 

They've turned our Phantoms into boat anchors.  I wonder if there are enough people for a lawsuit?

2016-7-9 13:49:30



**hardluck2go**

United States

● Offline

59#

 chris@useleg1.c Posted at 2016-7-9 14:49
They've turned our Phantoms into boat anchors.  I wonder if there are enough people for a lawsuit? 

There has to be countless number of people with this issue. I think the main problem is most of them may not even know it was DJI that did it. Think of all the ones that never were even updated and then the app screwed them.

I'm in for a lawsuit.

2016-7-9 20:46:17



**janj3**

United States

● Offline

60#

hardluck2go@gma Posted at 2016-7-9 21:46
There has to be countless number of people with this issue. I think the main problem is most of th ... 

I've been using my Phantom 3 for a couple months, but on 7/5 I decided to take my Phantom 2 on a job, like an idiot I pulled the new Vision app 1.0.58 from the Apple store a few weeks back, needless to say I never got off the ground.  The firmware update bricked me, my client was a bit aggravated.  I don't know what a lawsuit would do, there must be thousands of Phantom 2 users out there with this problem, but a suit would probably take a few years.   DJI is in China, there'd be all sorts of red tape.  DJI should just take back all the RE500 and RE700's, flash them, eat the cost and keep their customers happy.  If the problem isn't resolved in a couple of weeks, I'll have to go to another manufacturer.   Yuneec makes a nice drone.........

2016-7-10 19:22:19



**hardluck2go**

● Offline

61#

janj3@optonline Posted at 2016-7-11 08:22
I've been using my Phantom 3 for a couple months, but on 7/5 I decided to take my Phantom 2 on a j ... 

I have started posting in all the places I can find.... Facebook, Twitter, and word of mouth just to let people know how poor DJI is and what has happened. I would be far more forgiving if they would take some responsiblity  for what they did.  It has crossed my mind that they had a bunch of parts for the Vision and figured they would trash ours to sell the left over parts they had, since most of us are out of warranty. But I also read on another forum that there are no parts available any longer since the update actually burned some boards out that can not be fixed. But only DJI knows the really story for now.

I am so upset there are no words to describe it. The lawsuit is out for sure, but the social media could knock them down. I already had three friends I know that just purchased from another manufacture and not DJI. All because of what they see I'm dealing with and the other family members.

2016-7-10 20:42:23



62#

hardluck2go@gma Posted at 2016-7-11 09:42
I have started posting in all the places I can find.... Facebook, Twitter, and word of mouth just ...

Sorry for your frustration. If your extender has been bricked due to the firmware issue and it has no physical damage, we will arrange free RMA for you.



DJI-Paladin

Hong Kong

● Offline

Please get in touch with our support. Then send it in for diagnosis and repairing. Thank you for your understanding and sorry for inconvenience.

© 2016-7-11 22:31:55

---

63#

chris

● Offline

> DJI-Paladin Posted at 2016-7-12 11:31
> Sorry for your frustration. If your extender has been bricked due to the firmware issue and it has ...

I think that my extender is fine.  I think you've bricked my wifi module...  How do we get in touch with support?

© 2016-7-13 09:26:59

---

64#

mariobeaulieu

Canada

● Offline

> chris@useleg1.c Posted at 2016-7-13 10:26
> I think that my extender is fine.  I think you've bricked my wifi module...  How do we get in touc ...

Hi,

Are they not the same thing?

© 2016-7-13 16:18:28

---

65#

chris

● Offline

> mariobeaulieu Posted at 2016-7-14 05:18
> Hi,
> Are they not the same thing?

I thought that the extender was the square unit attached to the remote control.  The wifi module is inside the drone.

© 2016-7-13 18:16:05

---

66#



mariobeaulieu

Canada
● Offline

> chris@useleg1.c Posted at 2016-7-13 19:16
>
> I thought that the extender was the square unit attached to the remote control.  The wifi module i ...

I may be wrong, but I think it's called WIFI Range extender. It is the square unit that allows communication with the drone via WIFI. There must be a wifi unit inside the drone too.

2016-7-13 21:57:49



67#

DJI-Paladin

Hong Kong
● Offline

> chris@useleg1.c Posted at 2016-7-13 22:26
>
> I think that my extender is fine.  I think you've bricked my wifi module...  How do we get in touc ...

You can send an email to support@dji.com.

2016-7-14 20:52:55



68#

Visual Air

Canada
● Offline

> DJI-Paladin Posted at 2016-7-15 09:52
>
> You can send an email to .

So is this the final ruling?
I too have no video feed and the phantom 2 is of no use at this time.
I also thought the Phantom vision 2 was no longer software supported so why have DJI messed with it?
Mine worked flawless before this....

2016-7-17 16:04:09



69#

chris

● Offline

I've been holding for DJI support for over an hour.....

2016-7-18 12:25:59

70#



ncmenk

United States

● Offline

 DJI-Paladin Posted at 2016-7-15 09:52
You can send an email to .

So DJI has no fix in the works? I was under the impression you were to have it out 6 weeks from the failure date. I have been waiting to hear your solution before I go the RMA route and have to send my Drone and all the other hardware in to have it fixed as I do not feel it can be fixed at this time. IF there is no fix, what does DJI intend to do for all the customers that had perfectly functioning devices until DJI pushed out an untested update that crashed us all? We are on day 26 of your self imposed 6 week (42 day) window... I would strongly encourage DJI to offer a solution in the next 16 days before we are all forced to seek help in getting our investments back!

2016-7-19 22:42:11

71#



DJI-Paladin

Hong Kong

● Offline

 ncmenk@comcast. Posted at 2016-7-20 11:42
So DJI has no fix in the works? I was under the impression you were to have it out 6 weeks from th ...

Sorry for your frustration. I can understand your feeling but if your drone is experiencing an hardware issue, please get in touch with our US tech support and send it in for diagnosis and repairing.Also, the time is related to the app but NOT the extender issue. What's more, if you are experiencing the same externder issue after the update and there is no damage on it, we will arrange free RMA for you. Thanks for your understanding



2016-7-19 23:03:14

72#

I have not seen any new updated App for the DJI on APple store. WAs one put up and I missed it? I tried again to day to get my Quad to connect. No go. DJI sent me e-mailed to return it but before I pack up the device I want to be sure there is no other option to try and fix it via software.



ncmenk

United States

● Offline



© 2016-9-24 19:06:19

< Prev    1    **2**    2    / 2 Page

| B | A | 🖼 | 🔗 | ☺ | Advanced |
| Bold | Text Color | Picture | Add Link | Emoticon | |

You need to log in before you can reply Login | Register now

**Post Reply**    ☐ Jump to the last page                                   Credit Rules

Copyright © 2016 DJI All Rights Reserved.   Forum Rules

 FORUM          MAVIC   PHANTOM   INSPIRE   OSMO   PRO SYSTEM   EVENTS   SERVICE   🔍          

# Camera not working Vision 2 +

Home / PHANTOM                                                    👁 2433   💬 12   🕐 2014-12-01 12:48:34



**koala27**

Brazil
● Offline

1#

Dear all,

My camera stopped working, i still have commands, take picture, start recording, ajust camera trimble, but no video transmission, only a blue screen.
Any one had this problem? Just upgraded everything and still does not work.
When i open the sd card at my computer, no pics or video were recorded to the card.

| Twitter | Facebook | Favorite | Like 1 |

🕐 2014-11-30 23:48:34



**kenargo**

United States
● Offline

2#

There is a small button on the bottom of the camera mount; if you press that you can turn on video recording.  If recording works using the button then it may be your WIFI connection (though I would expect an issue with the connection itself would be reported when you try to open the Vision app.

🕐 2014-12-1 00:02:55



**kenargo**

United States
● Offline

3#

I should have mentioned; press and it take a still image; hold for +2 seconds it begins recording, press again to stop recording.

🕐 2014-12-1 00:11:39

4#



**koala27**

Brazil

● Offline

> **kenargo Posted at 2014-12-1 13:11**
> I should have mentioned; press and it take a still image; hold for +2 seconds and it begins recordin ...

Already did it still not working. Will try to upgrade the camera firmware.

2014-12-1 01:12:33



5#

**DJI-Sophie**

China

● Offline

Make sure all the firmware are the latest version; hold the reset button on the range extender for three seconds to reset it, connect to the wifi again, rebinding the camera, and test the video preview again. 😊

2014-12-1 01:30:37



6#

**kenargo**

United States

● Offline

> **koala27 Posted at 2014-12-1 14:12**
> Already did it still not working. Will try to upgrade the camera firmware.

If the button on the camera mount did not work then that rules out the Wi-Fi module and points to a problem with the camera.

2014-12-1 02:10:46



7#

**roodee127**

United States

● Offline

I install a new camera on my phantom 2 vision plus.iEverything  works fine except the camera is always freezing as i see it on my monitor.

⊙ 2014-12-1 22:21:01

8#



umpa

United Kingdom

● Offline

This happened to me on my second flight.  I switched everything off, quit all the apps on my phone (using iPhone at the time) turned off wifi in phone. Turn controller on, extender, then Phantom, then wifi on phone, then connect phone to extender, start app - all good. Many systems i'm surprised it works half the time - lol

⊙ 2014-12-2 01:55:06

9#



tomvon

United States

● Offline

Ladies and Gentlemen,

After emails from DJI, suppliers here in the U.S. and from reading other boards, the conclusion is that these failures are due to a faulty WiFi module. Evidently, the modules have been overheating which results in a complete loss of video feed although telemetry and other functions still work fine. Despite DJI not taking on this issue professionally by taking responsibility for the design issue leading to this problem, there is a solution. A new module can be purchased from U.S. Hobby or UAV Direct for $189. There are several sites....**http://www.phantompilots.com/viewtopic.php?f=27&t=20006....** where you can find a step-by-step procedure for replacement.

I have had great success with the DJI Phantom 2 Vision+, but this issue and the lack of professional responsibility on the part of DJI, has really made me start second guessing any future business with the organization.

Good luck with your repairs.

⊙ 2015-1-4 14:32:02

10#



tkocaman

United States

● Offline

I have a similar problem. I have a vision 2 plus.

The LED light on the camera comes on most of the time. And I can connect to iPhone and take photos with it. But as soon as I hit record on the iphone, connection is lost and the LED light goes away. I cannot even take pictures now. So as if something shorts the system as soon as I try to start video.

Same thing happens when I select to view the photos on the SD Card.

However, when I press and hold the button on the camera to start video, it will start taking the video. But the 2nd or 3rd time I try that, I get the same issue. LED Light goes away, camera does not work. Although it will still operate the gimball.

I replaced the ribbon cable, and the 3 cables from the camera. But no luck.

Any suggestions?

⊙ 2015-4-27 12:35:01

11#



jfehn

I installed a new board on the camera, binded it to the system and entered the new Mac address, I am able to move the cam up and down, but no picture. Is the board bad,or I did not complete the installation of the camera to the Phantom. I also have a green light on the cam until i attempt to take a picture then it flashes green. The error I get is that I am not connected to the Phantom. This is viewing from my iPhone. Any thoughts?

United States
● Offline

2015-6-29 13:38:36

---



12#

How do you find and install the camera firmware, is it different from the Phantom firmware v.38, or is it inside the v.38?

jfehn

United States
● Offline

2015-7-1 08:14:49

---



13#

Drop you FPV res to 360*240@15fps. This is the lowest bandwidth.
Other considerations:
Overheated WIFI module,
Check the antenna on the wifi module and make sure its MMCX end is plugged in. You will hear a click.
Maybe Try android device.

quanthonytrang

Australia
● Offline

2015-7-1 23:20:55

---

**B** Bold    **A** Text Color    🖼 Picture    🔗 Add Link    ☺ Emoticon                    Advanced

You need to log in before you can reply Login | Register now

**Post Reply**    ☐ Jump to the last page                                                    Credit Rules

Copyright © 2016 DJI All Rights Reserved.   Forum Rules
MOBILE VERSION  ·  DJI.COM  ·  Online Store  ·  Support  ·  Top

 FORUM

MAVIC    PHANTOM    INSPIRE    OSMO    PRO SYSTEM    EVENTS    SERVICE    🔍    

# DJI iPhone App not showing video feed

Home / SERVICE                                                                    👁 15249    💬 37    🕐 2014-11-28 07:46:25

**ferraro.christi**

Costa Rica
● Offline

1#

Hi Guys!

after the last upgrade I'm unable to see any live video on my iPhone app. I connect ok to the RC wifi link, but after pressing "Camera" the scren changes as usual to the flying display but the image stayes black and I get a circle like the phone is waiting for the feed.

I tried taking a picture, and it works but the picture is pitch dark.

RC and Phantom firmware are both up to date. Any ideas...? 🙄

thanks

| Twitter | Facebook | Favorite | Like 1 |

🕐 2014-11-27 18:46:25

**DJI-Autumn;-)**

China
● Offline

2#

Re-binding Extender with your Camera!
Try and see whether it helps or not.
And Happy Thanksgiving! Hope your problem can be solved~

🕐 2014-11-28 01:23:14

**r.k**

United States
● Offline

3#

I'm having the same issue after the Firmware Updates on November 28 please let us know if the rebinding works?

Overview :
a) Central board firmware updated to v1.0.2.10.
Major New Features
a) Fixed potential gimbal issues that may arise when the remote controller signal is lost.
b) Improved the communication between the smart flight battery and the Phantom.
c) Fixed issues in communication between the smart flight battery and the compass.

🕐 2014-11-28 09:41:25



**toapaul**

Norway

● Offline

4#

I had the same problem. Today Apple released IOS 8.1.1.  Solved my problem 🙂

© 2014-11-29 15:18:26

---



**dgbartels**

United States

● Offline

5#

Have had a Phantom 2 vision + for 9 months.  Have great flights and video with it.  All at once I had the problem of no video showing on either my ipad mini or my motorola smart phone.  Have done all the firmware updates and updated ipad mini to IOS 8.1.1. Also did the binding again. Can control the gimbal and take both video and photos but can't see video on screen.  It opens but is black and shows the spinning circle.  Updated all the firmware but still problem.  Could it be the wifi range extender?  Any help would be appreciated.

© 2014-12-5 17:06:48

---



**ryanradford**

Canada

● Offline

6#

This was happening to me. After hours with support, they eventually had me take it to a service dealer.  They replaced the wifi controller and it seemed to fix it.

Of course now I'm having some new problems that I'm trying to figure out, but that WAS the problem

© 2014-12-6 16:24:06

---

**dgbartels**

United States

● Offline

7#

“ ryanradford@gma Posted at 2014-12-7 05:24
    This was happening to me. After hours with support, they eventually had me take it to a service deal ... ”

Thanks for the information.  I took the quad out yesterday and did a test flight.  Everything is working great except for the video feed on the android and ipad mini.  When you said they replaced the wifi controller, did you mean the entire range extender or just a part of it?

⊙ 2014-12-8 12:11:53



**ryanradford**

Canada
● Offline

8#

> dgbartels@msn.c Posted at 2014-12-9 01:11
> Thanks for the information.  I took the quad out yesterday and did a test flight.  Everything is w ...

It was just the wifi controller inside the unit. The wifi extender didn't get swapped out

⊙ 2014-12-9 02:30:24



**briandwight**

United States
● Offline

9#

Not able to access mi DJI Vision App on Iphone 5. It had been working fine. Hadn't used the Phantom Vision Plus in a few months. Set it up and wasn't able to find app on phone, reloaded app, hit next for 7 screens then asks for login. Keep getting message that its the wrong login. It's NOT. Any feedback would be great

⊙ 2014-12-9 15:47:29



**mousseau**

United States
● Offline

10#

Hi folks.  I just got my new Phantom 2 Vision plus V 3.0 a few days ago.  All was well with several good flights. This afternoon, while coming in for a landing the video feed stopped, giving me a blank black screen on my iPhone 6. All other functions seem to be working (e.g. gimbal control) but when I click to start a video or take a still I get a wifi connection lost error.

Any ideas?  What is rebinding?  I guess  I will look it up!

thanks

⊙ 2014-12-9 17:24:36



11#

Having the same problem, have reloaded the firmware, have deleted and reloaded the app, have reset and reconnected with the binding all to no avail. Have tested with my iPhone and wife's iPad, same issue. When this first happened it did recover a couple of times but hasn't recovered for about a week. Also lost the dynamic home point indicator on the screen.  It did happen after I loaded the new firmware, but that may be just a coincident. Hopefully sending it away today for repairs.



gmjm

Australia

● Offline

2014-12-9 17:51:07

12#

Reply from service centre:-
Hi, there
It seems your WiFi TX module fault, you can send this unit back to us,
3/6B Railway Ave, Oakleigh VIC 3166.

Please fill in all detail in attached RMA form, and send a hard copy of RMA form and

gmjm

Australia

● Offline

2014-12-9 21:49:19



13#

How did this end? My unit has the same problem. I see a lot of others with the same issue...

johnjohnsoniii

United States

● Offline

2015-1-7 19:31:15

14#

Same problem here.  Can I purchase and install a WiFi Controller myself?

rhayhurst

United States

● Offline

2015-1-7 22:00:53



15#

I have been having the same problem with my P2+ V3.  Everything works except the live feed of video to my iPad.  All telemetry and control is available



through the app, and I can trigger either video or still recordings from the app.  it is inconsistent, sometimes the video feed it present and other times not.  I have had considerable success with the following process.  Turn on the remote, then the extender and then the Phantom.  Wait at least 30 seconds and until the Phantom has established sync with its required six satellites and has recorded a home position.  Then, and only then, connect your smart device to the range extender's wifi signal (Phantom_xxxxxx).  Finally open the app.  This seems to consistently work.  The difference from what I was previously doing is the 30 second delay.  I will be interested to hear if this helps anyone else.

**poyer**

United States

● Offline

© 2015-1-10 16:44:48

---

16<sup>#</sup>



 poyer Posted at 2015-1-11 05:44
I have been having the same problem with my P2+ V3.  Everything works except the live feed of video … 

Yes…. I found the same thing, wait for a minute or so before connecting wifi and phone and by doing this I have had no connection issues…… At first I was in to much of a rush.

**david**

New Zealand

● Offline

© 2015-1-10 17:17:40

---

17<sup>#</sup>



 david@lihwhanga Posted at 2015-1-11 06:17
Yes…. I found the same thing, wait for a minute or so before connecting wifi and phone and by do … 

I am having the exact same issue with my Phantom Vision Plus.  Tried powering things up and order listed but still no luck.  Updated firmware to latest version.  Tried my iphone 5s and my ipad air.  I can see GPS status and record video but no preview on phone.  Any resolutions to this yet?

**matthewh**

United States

● Offline

© 2015-2-19 18:52:02

---

18<sup>#</sup>



Having the same problem with a Samsung

http://forum.dji.com/forum.php?m … ra=page%3D1&lang=en

I have come to the concusion that it is a problem with the Vision app

**Gareth**

Norway

● Offline

2015-2-19 19:03:00

**19#**



hans.ijpma

Netherlands

● Offline

I have the same problem. I contacted the DJI Europe support desk and they informed me it's a faulty WiFi module in the Phantom 2. I have to send it in for a replacement under warranty. I'm glad they acknowledged the issue but I hate the fact that I will have to do without my Phantom for who-knows-how-long and that I have to go through the whole process of sending it in with all the risks of further complications such as endless wait times, endless back and forth communication, damage from transport, bodged repairs or loss etc.. Anybody have any experience with this in Europe? 🙄

2015-3-2 09:05:32

**20#**



DJI-Autumn

Hong Kong

● Offline

TIP: When you have this None-video feed issue. First, pls rebinding your camera with extender, try more times then try another device. If still not work, contact support@dji.com or US/EU Support, you probably have a faulty WIFI module.

2015-3-2 20:52:41

**21#**



hans.ijpma

Netherlands

● Offline

Well as I feared it will take 5 weeks to replace the WiFi module and just sending it set me back 27 Euro. It really beckons the question why DJI is still selling these Phantoms knowing full well that some have this problem. I mean WiFi modules have a serial number and a mac address that will be registered with the specific Phantom in which they're placed. So if you know that a certain range of these WiFi modules have a problem then the least you could do is to replace the ones that have already been used BEFORE they're sold and stop placing them in new Phantoms.
SInce DJI failed to do this I don't see why I should have to pay for sending it to DJI Support or why I should even have to do without my Phantom for 5 weeks (+ 1 week for sending and receiving). I had a range of ideas for filming and taking photo's and the weather was finally improving. Thanks DJI for making me miss these opportunities. 😡

2015-3-6 15:08:26

**22#**



meekspaul

I had a same problem, this actually worked, thanks so much for your help!! FonePaw solution is your best choice.

China
● Offline

2015-5-3 10:20:09

23#



svetlio

Bulgaria
● Offline

Hi guys,
I had the same problem and went through all the procedures from above with no success. I have a brand new F2V+, even the propellers are still in the box. But I decided to read all the instructions, as well to update all parts to their latest versions and that is where The "No FPV" problem came after. Originally I had FPV on my iPhone 5 and it froze just after the updates.
The solution for me was easy after a whole day of reading forums and reinstalling & rebooting: I replaced the original Micro SD card, whish is class 4 with a class 10 Lexar 133x I use on my GoPro H3.  Now the FPV works flawless!

2015-6-27 08:13:39

24#



svetlio

Bulgaria
● Offline

Hi guys,
I had the same problem and went through all the procedures from above with no success. I have a brand new F2V+, even the propellers are still in the box. But I decided to read all the instructions, as well to update all parts to their latest versions and that is where The "No FPV" problem came after. Originally I had FPV on my iPhone 5 and it froze just after the updates.
The solution for me was easy after a whole day of reading forums and reinstalling & rebooting: I replaced the original Micro SD card, whish is class 4 with a class 10 Lexar 133x I use on my GoPro H3.  Now the FPV works flawless!Update: It doesn`t! Best case scenario the FPV starts well and the freezes after 10 seconds or so, worst case it doesn`t start at all.

2015-6-27 08:14:11

25#



zubairrauf

United States
● Offline

Hi,

I also recently bought a barely used Phantom 2 Vision+ v2.0, but I am not able to get a live feed on any of my two android devices, neither on the ipad. I live in Pakistan, so I cannot even ship it to DJI for checkup. Any suggestions?

2015-6-29 13:46:40

26#



**zathis**

Canada

● Offline

> " zubairrauf Posted at 2015-6-30 02:46
>
> Hi,
>
> I also recently bought a barely used Phantom 2 Vision+ v2.0, but I am not able to get a live fe ... "

Order a WiFi module off ebay and do a search on youtube for an instructional video on how to replace it.

Ⓒ 2015-6-29 14:39:25

---

27#

I had the same problem, everything works except the live feed.   Tried everything, rebind, power on order, reset wire connections.  Would occasionally work, but most times failed.
When I connected with my Samsung Galaxy touchpad everything worked fine so that finally narrowed it down to the iphone, not the phantom.  Looking through the iphone settings, when I went to Settings/DJI VISION and turned off both Photos and use cellular data, it worked properly on the iPhone.

**raaddink**

United States

● Offline

Ⓒ 2015-7-12 00:36:45

---

28#

I had the same issue, all I did was to change the video PREVIEW settings in the camera software for the flight camera thingy..
.changed it to a lower resolution  and no more probs...still videos at High resolution



**dunco**

Australia

● Offline

Ⓒ 2015-7-14 02:35:06

---

29#

I've a problem with the P2V video feed on my iPhone or iPad. ... video or take picture from the Vision App. I could also move the pitch up/down ... it back this week, we will see how long it lasts. hope it dose not happen again. http://www.freeiphonedatarecovery.com/

**RobertPSmith**

United States

● Offline

Ⓒ 2015-7-15 20:16:04



jgdavidson

United States

● Offline

30#

> "pover Posted at 2015-1-10 17:44
> I have been having the same problem with my P2+ V3.  Everything works except the live feed of video …"

Howdy,
This worked for me.
Thanks!
-Jim

ⓒ 2015-10-26 09:38:14



roy

United States

● Offline

31#

Video feed trouble shooting
Please try the following steps:
• 	Ensure you have upgraded all DJI products to their latest firmware. Check updated, plus the camera firmware
• 	Ensure you are connected to the wifi phantom-xxxx SID
. 	Check bluetooth be sure it is off
• 	Ensure your phone has been updated to the latest software.
• 	Ensure you have closed all other multi-tasking applications.
• 	Check the free space on your mobile device, it is recommend having at least 3GB available, less storage could be causing an issue.
• 	Try deleting the app from your phone and downloading it again.
	Try reformatting the SD card with  full format.
• 	Reduce the preview framerate from 30 fps to 15 fps in the Settings of the DJI Vision app.
Check your wifi battery level.
Check the three leads going to the gimbal to be sure they are tight. Check each one closely for any pins that may have pulled up and loose.
If the above don't get it then the only remaining check is the video feed plug on the wifi transmitter under the shell.
If that's ok then it's most likely a damaged or burnt out wifi transmitter if you still see the SID.

ⓒ 2015-10-27 09:26:58



Kolpoiu

United States

● Offline

32#

Hi, to manage your iphone more effectively and backup your videos,  you'd better sync your iphone with iTunes. See here iphone assistant

ⓒ 2015-12-15 01:42:26

houzful

United States

● Offline

33#

After Roy's post , still no video!Video feed trouble shooting
Please try the following steps:
• 	Ensure you have upgraded all DJI products to their latest firmware. Check updated, plus the camera firmware
• 	Ensure you are connected to the wifi phantom-xxxx SID
. 	Check bluetooth be sure it is off
• 	Ensure your phone has been updated to the latest software.
• 	Ensure you have closed all other multi-tasking applications.
• 	Check the free space on your mobile device, it is recommend having at least 3GB available, less storage could be causing an issue.
• 	Try deleting the app from your phone and downloading it again.
	Try reformatting the SD card with  full format.
• 	Reduce the preview framerate from 30 fps to 15 fps in the Settings of the DJI Vision app.
Check your wifi battery level.

Check the three leads going to the gimbal to be sure they are tight. Check each one closely for any pins that may have pulled up and loose.
If the above don't get it then the only remaining check is the video feed plug on the wifi transmitter under the shell.

○ 2016-1-2 17:38:34

---



**houzful**

United States

● Offline

34#

This is their answer!

Thank you for contacting DJI, we do apologize for the inconvenience and delay. We recommend when having this issue that you make sure the operating system on the mobile device is updated, as well as the mobile app. then try uninstalling and reinstalling the app. Then if that does not work try using a different USB cable. If you need further assistance you can reply to this email.

This is my email to them;
As I stated I the original email. I have updated all software, phones, iPods, iPads, camera,quadcopter,transmitter, wifi extender, wifi repeater, battery firmware, imu, uninstalled app and reinstalled. Rebind ed the wifi controller with the scan QR. Turned off the cell data. No Bluetooth on. Still get spinning circle on smart phone although camera will take photo and video. I cannot see it FPV. It is worthless for my Video business. I can not take video or pictures with accuracy!

○ 2016-1-7 13:10:30

---



**robbi**

Australia

● Offline

35#

> *pover Posted at 2015-1-11 05:44*
> I have been having the same problem with my P2+ V3. Everything works except the live feed of video ...

Yes..it worked for me..no idea why

○ 2016-2-27 03:42:48

---



**mazie.franklind**

Japan

● Offline

36#

hello, I also have the same problem like that, but I used <u>Mobiledic</u> to solve my issue, I'm not sure if it works for you, but I suggest you give it a try!

○ 2016-6-4 02:36:39

---



37#

I came across this issue before, I did not fix it in the end. But I <u>restore iPhone</u> video with the help of an iPhone data recovery program. FoneLab iPhone Data Recovery. It worked well. You can feel free to give it a try if you can't solve the problem either.

boeywong1987

United States
Offline

2016-6-28 20:48:58

38#



frankpliska

United States
Offline

I haven't used my V2+ for a few months. The last time I flew it worked perfect. I'm not a fan of upgrading my iPhone very often, only after I check to see if the latest upgrade hasn't caused problems for others. Well I neglected to check this forum. Now since I upgraded my IOS to 9.3.2 I have the FPV no video feed problem. Figures IOS has caused this problem. Darn Apple! I wonder why there hasn't been any new posts on this subject since June.

2016-10-1 10:43:13

B **Bold**    A Text Color    Picture    Add Link    Emoticon        Advanced

You need to log in before you can reply Login | Register now

Post Reply    Jump to the last page        Credit Rules

Copyright © 2016 DJI All Rights Reserved. Forum Rules        MOBILE VERSION · DJI.COM · Online Store · Support · Top

 FORUM

MAVIC   PHANTOM   INSPIRE   OSMO   PRO SYSTEM   EVENTS   SERVICE   🔍



# Dji phantom 2 vision plus video feed not working

Home / PHANTOM

👁 365    💬 16    🕐 2016-09-05 22:04:30

---

**stuey12345**

United States
● Offline

1#

I have a phantom 2 vision plus that the video feed is not working. I contacted dji and they said to send it in for repair. This problem did not happen until I updated to the current firmware. Why would I have to pay to repair something that dji update caused? When talking to tech support they said it is a very common problem and dji would cover the repair costs. Well that's not the case. They told me it would cost 166 to repair it. I have two other phantoms but with this kind of support I think I will be changing brands. Why not take care of a loyal customer??

🐦 Twitter    f Facebook    Favorite    Like

🕐 2016-9-5 09:04:30

---



**DJI Natalia**

Hong Kong
● Offline

2#

Hello Stuey, really sorry for the inconvenience caused. After you upgrade it successfully, have you tried to re-bind the range extender again? You could take photos properly, right?
Would you please double check the "About" page on the APP?
Beside, may I know your ticket number or case number since you have contacted our support, I'll help you look into it. Thank you in advance.

🕐 2016-9-5 20:53:54

---



**stuey12345**

United States
● Offline

3#

CAS-231122-H9L4N4. It already at the repair shop they said it needs a wifi module. Which is a very known problem to go bad after update

🕐 2016-9-6 07:21:20

---



4#



stuey12345

United States

● Offline

???????????

5#



sinnans

Pakistan

● Offline

Hi,

Today I tried to fly my DJI Phantom 2 Vision plus everything seems okay after calibrating compass when I start DJI Vision app on my android cell the video feed was not showing up. First I thought something is wrong with camera, however I soon realize that camera is working fine as all pictures and videos I tried were saving successfully in SD card.

But the Video feed area on the app is not showing anything but a black screen.

I remember few months ago I successfully updated my Phantom 2 using the Windows App version 3.8

I am very upset if this will need to be fixed by having a repair! after purchase I had only 3-4 flights including test ones. Its like brand new.

Please help is there any way to reset it / roll back firmware update ?

Thanks.

Following is the screen shot of the upgrade screen showing my current status of the hardware/firmware

Updates.PNG (49.24 KB, Down times: 1)





**johnootz**

United States
● Offline

6#

I am having the same problem.  What is the fix?

● 2016-9-14 19:07:41



**johnootz**

United States
● Offline

7#

This is extremely upsetting.  This seems to be a major issue and DJI is not helping anyone.  My Phantom is like new and has not been mistreated whatsoever, I take extremely good care of my equipment.  I have read that this is a problem that was caused by the app update, if that's the case, then this should be fixed free of charge!  I have spent several thousand dollars on DJI products and am ready to sell it all and change companies!  This is ridiculous and there are no comments from DJI!

● 2016-9-14 20:13:38



**johnootz**

United States
● Offline

8#

Crickets from DJI....That's just terrible customer service...

● 2016-9-16 14:54:21



**stuey12345**

United States
● Offline

9#

had the same problem contacted dji support, advisor told me to send it in and it would not cost me anything since it is such a common problem on this model, after the latest update, after sending in for repair they said the wifi module is bad wich I knew already but only sent it in because I was told there would be no charge, dji contacted me saying it was going to cost $160.00, they would not cover the costs, Terrible support from DJI, I will not purchase another product front them, I have 3 Phantoms but will be selling all of them, Why in the fuck would you tell me it would be covered then say no, DO NOT BUY PRODUCTS FROM DJI, THERE CUSTOMER SERVICE IS TERRIBLE!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

© 2016-9-17 09:57:57

10#



**DJI Mindy**

Hong Kong

● Offline

> sinnans@gmail.c Posted at 2016-9-15 01:57
> Hi,
> Today I tried to fly my DJI Phantom 2 Vision plus everything seems okay after calibrating compa ...

Sorry ,it cannot roll back the firmware version. Did you contact our tech support at **support@dji.com** for further help?

© 2016-9-17 23:32:33

11#



**DJI Natalia**

Hong Kong

● Offline

> sinnans@gmail.c Posted at 2016-9-15 01:57
> Hi,
> Today I tried to fly my DJI Phantom 2 Vision plus everything seems okay after calibrating compa ...

Hello Sinnans, have you tried to re-bind extender? with different mobile device, you have the same issue, right?
If no improvement, it would be best to send it in for fixing. You could contact our tech support at **support@dji.com** for further help.

© 2016-9-18 00:33:52

12#



**DJI Natalia**

Hong Kong

● Offline

> johnootz Posted at 2016-9-15 08:07
> I am having the same problem.  What is the fix?

Hello John, there is no video feed on your APP, right? You have done the same troubleshooting as them? if so, maybe it needs to be checked and fixed by our tech engineers. Please feel free to send e-mail to **support.us@dji.com** for further help.Really sorry for all inconvenience caused.

© 2016-9-18 00:35:50

13#



**DJI Natalia**

> stuey12345@yaho Posted at 2016-9-17 22:57
> had the same problem contacted dji support, advisor told me to send it in and it would not cost me a ...

Hi Stuey, sorry to hear about your unpleasant experience, if it's not eligible for our warranty policy after analysis, then it needs to be payed for repairing.
We also provided a solution for your case, hope your kindly understanding, thanks.

Hong Kong
● Offline

© 2016-9-18 01:17:04

14#



I steady paid for it and got it back from DJI. Too late!!!  You should have done something when you had a chance!!

stuey12345

United States
● Offline

© 2016-9-18 08:22:53

15#



DJI customer service is terrible!!!!!!!!!!!!!!!

stuey12345

United States
● Offline

© 2016-9-18 08:23:48

16#



DJI is the worst customer service I've ever dealt with (and I have comcast)...

They bricked all of our Vision + drones and left everyone hanging.  I'm still waiting for the class action suit because one should definitely be coming.  DJI is a PIECE OF SHIT company.  I would never recommend them.  I will definitely never buy another one of their products.

Suck it DJI...

chris

● Offline

© 26 days ago

17#

I have a post called "Bad companies" discussing DJI's response to this problem.  You should go there and chime in as I am the only one in the thread with



plumbfreeordie

United States
● Offline

this problem.  The rest of the people are saying I'm a jerk

20 days ago



B **Bold**   A Text Color   🖼 Picture   🔗 Add Link   😊 Emoticon                Advanced

You need to log in before you can reply Login | Register now

Post Reply    ☐ Jump to the last page                                    Credit Rules

 FORUM

MAVIC    PHANTOM    INSPIRE    OSMO    PRO SYSTEM    EVENTS    SERVICE    🔍



# DJI Vision app crashing - black screen - wifi module failure??

Home / PHANTOM

👁 566    💬 3    🕐 2016-01-23 07:05:18



**info**

Slovenia

● Offline

1#

Firstly, I know there are millions of threads on this topic, I've read them, but I didn't come to a solid conclusion, so thats why I'm making this thread.

Here's the deal - I got a Phantom 2 vision plus with wifi range extender from a buddy of mine. he want's me to take a look at it, because he has problems with it. Every time you press "record" or "take picutre" button in the DJI Vision app, you get black screen and then you cant do nothing. I read through dozens of forum threads, watched millions of videos on this matter and I'm almost positive that the problem is with the wifi module inside Phantom. But before buying a new one, I need to be sure I haven't missed something.

Here's what I've tried so far:
- fully charged everything
-updated Phantom firmware and RC firmware to the latest
- tried the latest DJI Vision app
- tried some oldest versions of the app ( v.39 and .54)
- formated the SD card via PC and via app
- did a diagnostic check on the card to see if its faulty - no errors
- tried a 2nd SD card (also formated)
- enabled airplane mode on my phone
- connected my phone/app directly to the phantom(some SSID magic), bypassing range extender (made sure that extender was powered off while testing)
- used 2 different phones (1+1 and xiaomi mi4c)
- lowered the preview resolution in the app to the lowest

While I was doing all the testing, I came across 2 interesting discoveries:
1st - nothing gets ever written on the sd card (besides DCIM folder). Every time I do a recording or take a photo and the app gives me black screen, there aren't any files on the sd card. Absolutely nothing, not even any corrupted files, which I assume would be created because I need to "force stop" the recording by turning the Phantom off, because I can't stop the recording via app. This worries me the most and gives me  doubt that wifi module is not the problem here, but rather the sd card slot or the chip that writes data to sd card.
2nd - while I was connected to the Phantoms wifi, I've done some network speed tests to check the data transfer rates. The results were pretty strange... if I use the wifi range extender I get transfer rates 8-9 kB/s and if I bypass the extender and connect the phone directly to the Phantom, I get 0.3 kB/s - even holding the phone 1 inch away form the phantom.  Those are some really low data rates and I don't trust the results too much, because I would always get the video feed to the phone/app with no problems (as long i dont press record button), and I'm pretty sure you need data rates higher than that to transfer video signal.

One more thing I noticed - the connection between the phatom and phone always drops. If I use the range extender, then it usualy drops at the start of the recording, when I get the black screen. If I dont use the extender, then it's even worse, the connection drops just after a couple of second, then it reconnects, drops again,... in both cases the distance between the phone and Phantom was never more than 3 feet / 0,5 meter.

Now I need your opinion - is there something I've missed? Something elese I should try?  As I said, I'm pretty sure its the wifi module fault, but I don't want that we spend money on a new one and then discover that we haven't fixed anything.


Twitter


Facebook


Favorite


Like

🕐 2016-1-22 18:05:18

---

2#



**Northofthe49th**

Canada

● Offline

Sounds like a wifi module or poor connection as it seems common as of late and check all of the cables going into the gimbal and the ribbon cables are seated.

🌐 2016-1-22 20:02:55

3#



roy

United States

🔘 Offline

Here is the senerio.. If you've done theses then look at the TX being bad in the Phantom. It had two PCB board in in it. One for telementry data and the other is the video feed. Most of the time the video feed PCB board is the one that goes bad. But check the other items first.
Video feed trouble shooting
Please try the following steps:
- Ensure you have upgraded all DJI products to their latest firmware. Check updated, plus the camera firmware
- Ensure you are connected to the wifi phantom-xxxx SID
. Check bluetooth be sure it is off
- Ensure your phone has been updated to the latest software.
- Ensure you have closed all other multi-tasking applications.
- Check the free space on your mobile device, it is recommend having at least 3GB available, less storage could be causing an issue.
- Try deleting the app from your phone and downloading it again.
   Try reformatting the SD card with  full format.
- Reduce the preview framerate from 30 fps to 15 fps in the Settings of the DJI Vision app.
Check your wifi battery level.
Check the three leads going to the gimbal to be sure they are tight. Check each one closely for any pins that may have pulled up and loose.
If the above don't get it then the only remaining check is the video feed plug on the wifi transmitter under the shell.
If that's ok then it's most likely a damaged or burnt out wifi transmitter if you still see the SID.

🌐 2016-1-23 06:23:39

4#



jonnybgood.olss

Sweden

🔘 Offline

Check this  http://www.phantompilots.com/thr ... .62334/#post-611917  My is send for warranty service. i Ping ping 192.168.1.10 and no answer :-/

🌐 2016-1-23 19:12:40

    
**B**
Bold   Text Color   Picture   Add Link   Emoticon                                                                          Advanced

You need to log in before you can reply Login | Register now

Post Reply      ☐ Jump to the last page                                                                            Credit Rules

Copyright © 2016 DJI All Rights Reserved.   Forum Rules                    MOBILE VERSION  ·  DJI.COM  ·  Online Store  ·  Support  ·  Top

 **FORUM**

MAVIC    PHANTOM    INSPIRE    OSMO    PRO SYSTEM    EVENTS    SERVICE    🔍                    

# DJI VISION v1.0.60 IS OUT!!

Home / PHANTOM                                                    👁 1000    💬 39    🕐 2016-07-07 16:29:15

1#

**ozione**

Italy

● Offline

joop!here's mine downloading. i'll go and test ASAP!
hope it works.

will report in minutes.

Twitter    Facebook    Favorite    Like

IMG_4575.jpg (331.58 KB, Down times: 3)
v1.0.60 app

●●○○○ vodafone IT 📶 ☀         **10:26**              ➤ 93% ▮▮

# Updates                                    Update All

## Available Updates

**Airbnb**
Version 16.26, 141 MB
What's New ▾                                   UPDATE

**Calorie Counter & Diet Tracker by…**
Version 6.20, 77,2 MB
What's New ▾                                   UPDATE

**Skype for iPhone**
Version 6.19, 81,3 MB
What's New ▾                                   UPDATE

**Instagram**
Version 8.4, 29,3 MB
What's New ▾                                   UPDATE



### DJI VISION
Version 1.0.60, 31,0 MB
6 Jul 2016

Emergency repair problems that upgrade firmware for P2V aircraft will cause connection problems.

### Dropbox
Version 12.2, 81,8 MB
What's New ▾

UPDATE

### Vivino Wine Scanner
Version 8.9.7, 79,8 MB

UPDATE

Featured    Top Charts    Explore    Search    Updates    14

2016-7-7 03:29:15



ozione

Italy
● Offline

2#

no changes at my side. still no picture. are there any special troubleshooting steps to be performed?

2016-7-7 03:38:08

DJI-Paladin

Hong Kong
● Offline

3#

Hello ozione, can your drone take a picture or record a video without the live feed?

○ 2016-7-7 03:47:35

4#

ozione

Italy
● Offline

yes, it can capture either video or still pciture. i can also operate gimbal (vertical axis). but no live picture.
drone has all the updates, inluding cam firmware to latest available 1.3.0g. what else can I try?

○ 2016-7-7 03:51:31

5#

DJI-Paladin

Hong Kong
● Offline

> ozione Posted at 2016-7-7 16:51
> yes, it can capture either video or still pciture. i can also operate gimbal (vertical axis). but no ...

Could you post screenshots of the camera view and the About page?

○ 2016-7-7 03:54:30

6#

ozione

Italy
● Offline

here, all relevant screenshots i believe.

IMG_4576.PNG (190.11 KB, Down times: 0)

no video feed; vertical movement okay



IMG_4577.PNG (366.64 KB, Down times: 0)



IMG_4578.JPG (209.68 KB, Down times: 1)



© 2016-7-7 04:20:43

7#



DJI-Paladin

Hong Kong

● Offline

 ozione Posted at 2016-7-7 17:20
here, all relevant screenshots i believe. 

Thanks for your response. Please try to re-bind your phantom and your extender:

### 6.4 Binding the Phantom 2 Vision+ and Range Extender

If the connection between the Phantom 2 Vision+ and the Range Extender fails, or one of them needs to be repaired or replaced, a camera and Range Extender binding will need to be performed through the DJI VISION APP.



Binding Reset Button

Figure 35

© 2015 DJI. All Rights Reserved.   21

(1) Power on the camera and Range Extender.
(2) Approximately 30 seconds later, press the Binding Reset Button on the Range Extender with a pin until the SYSTEM Indicator turns off. The Range Extender will then restart automatically.
(3) Approximately 30 seconds later, the SYSTEM Indicator will start to blink green, indicating that the Range Extender is ready for binding.
(4) Enable Wi-Fi on your mobile device then select "Phantom_XXXXXX" the (SSIDof your Range Extender) from theWi-Fi network list.
(5) Run the DJI VISION App then tap -> Settings -> General -> Binding (Figure 36). Select 'Scan QR Code' to scan the camera QR code on the bottom of aircraft (Figure 37). Get the camera SSID (E.g. FC200_xxxxxx) and the MAC address (Figure 38). You can also skip the scan and enter the camera MAC address directly (Figure 39). The MAC address can be found on the camera label.
(6) Tap the tick ✔ in the top right corner. The Range Extender should automatically restart. Binding is now complete.





Figure 36                    Figure 37            Scan the camera QR code on
                                                    the bottom of aircraft




Figure 38                              Figure 39

 DO NOT push the Binding Reset Button of the Range Extender unless you are ready to rebind the Range Extender and the camera. This will unbind your camera so you must follow the steps above for rebinding.

 If both the Phantom 2 Vision+ and the Range Extender are powered on and working normally, you will be able to find the SSID on the Wi-Fi list of your mobile device.

- The QR code is located on the bottom cover of the Phantom 2 Vision+. If you cannot find the QR code, please contact DJI customer service and provide your camera serial number (printed on the label of the camera) so they can generate a new QR code for you.
- Photographing and saving the QR code is recommended to prevent loss.

If it doesn't help, please get in touch with our Europe tech support and send it in for fixing:



GERMANY
DJI Germany

⊘ Mon-Fri 9:00 AM - 3:00 PM (GMT+1)
☏ +49 (0) 9771-177 3000
✉ support.eu@dji.com

2016-7-7 04:36:28



ozione

Italy

● Offline

8#

thanks, ill try. however, i have a new problem now. my old QR code is not valid anymore because complete gimbal was once replaced by your warranty service. i have a serial though (the only sticker on the camera).
can you push and forward it so i can get a new QR code? now that you're familiar with everything and we can try if this works asap.

here's the code:
BL300938519265



© 2016-7-7 05:03:39

9#



**DJI-Paladin**

Hong Kong

● Offline

> ozione Posted at 2016-7-7 18:03
>
> thanks, ill try. however, i have a new problem now. my old QR code is not valid anymore because comp ...

Sorry, could you find the MAC address beginning with 60601F on the drone? If you cannot find that, you can leave your drone's (not the gimbal's) serial number here. I'll try my best.

© 2016-7-7 05:18:26

10#



**ozione**

Italy

●

SN of the drone:
PH645192218 (v2.0 CE)

○ 2016-7-7 05:22:51

11#



**DJI-Paladin**

Hong Kong

● Offline

Please try this QR code. If it doesn't help, please send it in for fixing



○ 2016-7-7 05:40:51

12#



**ozione**

Italy

● Offline

no, it does not work. but please, explain something.
this QR code is the same as the one I have it sticked on my drone.

IF the gimbal and camera were replaced - does this affects the original SSID and MAC or not?

○ 2016-7-7 06:20:21

13#



**ozione**

Italy

● Offline

well... i have tried just about anything. it does not work for me at all... never mind the QR code and new camera system. i have figured it out how this works now so, this is all good.
the symptom of "no live feed" is still present. i have to say i am hugely disappointed and I expect that someone from DJI get in touch with me and offer me a nice discount for a new drone!

before i change my mind...

○ 2016-7-7 08:17:23

14#



> ozione Posted at 2016-7-7 06:17
> well... i have tried just about anything. it does not work for me at all... never mind the QR code a ...

**Northofthe49th**

Canada

● Offline

Ozione,
Is it possible that in replacing the gimbal there is a loose connection to the camera, possibly a faulty cable?

🕐 2016-7-7 10:59:18



15#

Northofthe49th: it is possible sure. we have three cables going in from the drone; any diagram for those cables? which cable for which signal? what about your situation? fixed with the new app?

**ozione**

Italy

● Offline

🕐 2016-7-7 12:07:25



16#

I was just told I have to send in my drone to get the issue fixed and may cost me.

**csd80388**

United States

● Offline

🕐 2016-7-7 12:13:12



17#

> DJI-Paladin Posted at 2016-7-7 05:40
> Please try this QR code. If it doesn't help, please send it in for fixing

Paladin,

I am also still having the no live feed on my Phantom 2V as well, after downloading the new app. I tried re-binding and all of the suggestions here.

Please advise. Thank you.
EDIT: Just to add some insight - I am able to take pictures/video as well as move the gimbal, but no live feed. Running firmware 3.14.

**adamcb**

United States

● Offline

🕐 2016-7-7 12:32:05

18#



ozione

Italy

● Offline

> Northofthe49th Posted at 2016-7-7 17:59
> Ozione,
> Is it possible that in replacing the gimbal there is a loose connection to the camera, pos ...

nah, can't be cables. I remembered it was working fine just after replacing gimbal, this was my first test. that was months ago but I haven't used my drone much since than and I got confused with all these issues...

i'm sure DJI's software caused crap on my end. haven't really decided about it yet - on what to do...

🕓 2016-7-7 13:03:52

---



ozione

Italy

● Offline

19#

>  csd80388@gmail. Posted at 2016-7-7 19:13
> I was just told I have to send in my drone to get the issue fixed and may cost me.

I'll probably send it in and see what happens. from my experiences, it is wise to add as much references to RMA as possible. at least that way nobody can't say they didn't know or that you have to prove something more. I'll report back once I get it back but it will be weeks from now.

i sure hope others will have more luck.

🕓 2016-7-7 13:06:48

---



janj3

United States

● Offline

20#

Tried 1.0.060 and still can't connect.  I believe the 1.0.48 changed the code in the RE700 and this needs to be fixed.  This is starting to really aggravate me!!!!!!!!!

🕓 2016-7-7 13:27:49

---



Hover

United States

● Offline

21#

Upgraded to 1.0.060, no change in video connection. Rebound the camera, no change. Can still control the camera and shoot pictures and video but no connection. Don't think I will buy DJI products again, very disappointed.

◎ 2016-7-7 13:34:35

22#



**ozione**

Italy

● Offline

aha! this means their fix is.... worthless! anyone else??

◎ 2016-7-7 14:01:33

23#



**janj3**

United States

● Offline

Don't waste your time, it didn't work.  I believe the DJI Vision app 1.0.48 made a code change to the RE700.  This revised app is giving the same results.  No connectivity.  They need to send a code correction along with another IOS/Android app.    That's the only way to communicate firmware to the RE700.  I bought a couple of untouched RE700's off EBay and try to find app 1.0.48 in ITunes, if I have an old image, and stick with that.  This crap is setting my workload way back.

◎ 2016-7-7 14:10:12

24#



**janj3**

United States

● Offline

> ❝ ozione Posted at 2016-7-7 15:01
> aha! this means their fix is.... worthless! anyone else?? ❞

Worthless is right!   I wrote to the support group in China and copied the US support group.  I believe the 1.0.48 app pushed a firmware change to the RE700.   the code in the RE700 has to be repaired, not the DJI Vision app!!!   They have to include a firmware change to a revised Vision app, that's the only way to communicate with the RE700.   If there's no resolution in the next couple days, I going with another drone manufacturer for my business.

◎ 2016-7-7 14:17:39

25#

> ❝ janj3@optonline Posted at 2016-7-7 21:17
> Worthless is right!   I wrote to the support group in China and copied the US support group.  I be ... ❞

excellent. +1

**ozione**

Italy

● Offline

◎ 2016-7-7 14:26:47

---

26#



ozione

Italy

● Offline

what still bothers me though is the "wifi module failure" described elsewhere... i'm reading on how to test if wifi module went dead;
- you need to connect to phantom wlan and than ping 3 IP addresses
- 192.168.1.1 = range extender
- 192.168.1.2 = upper wifi module
- 192.168.1.10 = lower wifi module

majority of users are reporting that they don't receive ping back from lower wifi module (192.168.1.10) and that this means wifi module is dead, end of story.
they also say that "range extender" update is responsible for this defect.

however, my lower wifi module is good. i can ping all 3 IP address and seems cool. so... what!?

◎ 2016-7-7 15:19:56

---

27#



janj3

United States

● Offline

> ozione Posted at 2016-7-7 16:19
> what still bothers me though is the "wifi module failure" described elsewhere... i'm reading on how ...

It has to be the firmware they pushed down to the RE700.  That's the only chnage that was made with their Vision App update.   I'll know Monday, I bought a couple of RE700's off EBay, and I'm trying to get a copy of DJI Vision 1.0.48 which worked fine.

◎ 2016-7-7 16:14:22

---

28#



DJI-Paladin

Hong Kong

● Offline

> adamcb@aol.com Posted at 2016-7-8 01:32
> Paladin,
>
> I am also still having the no live feed on my Phantom 2V as well, after downloading the n ...

Please get in touch with our US tech support and send it in for diagnosis. Here is the contact information:



⟳ 2016-7-7 20:52:51

---



**DJI-Paladin**

Hong Kong

● Offline

29#

> ❝ ozione Posted at 2016-7-7 21:17
>
> well... i have tried just about anything. it does not work for me at all... never mind the QR code a ...  ❞

I'm sorry. Please get in touch with our service center and send it in for diagnosis.

⟳ 2016-7-7 20:54:13

---



**Northofthe49th**

Canada

● Offline

30#

> ❝ janj3@optonline Posted at 2016-7-7 12:10
>
> Don't waste your time, it didn't work. I believe the DJI Vision app 1.0.48 made a code change to th ...  ❞

janj3@optonline Posted at 2016-7-7 12:17
Worthless is right!   I wrote to the support group in China and copied the US support group.  I be ...

To be very clear, 1.0.48  was not the culprit, it was a version upgrade after 1.0.48 that did the screw up to your RE's. I still have 1.0.48 on an iPhone that I have been using with the Phantom since 1.0.48 came out that is fine and never has it tried to push anything or upgrade my RE. I have been using it for at least a year or near a year without issues. With many of the other  past botched firmware updates by DJI I simply chose not to update past 1.0.48 and no issues, I have auto updates turned on had the botched firmware update pushed to their RC's, sorry but I think you are screwed and will have to send them in for repair unless DJI takes it on your word and they simply send you out a new/repaired one. Unfortunately, DJI are very unresponsive and not proactive in any way, always waiting till Shite hits the fan and then run and hide.

With your RE already fried/locked up so to speak, it is likely the new 1.0.6 will simply be a safe haven for those that did not update past 1.0.48. I will test this tomorrow or Saturday with another iPhone and my back up RC with RE which is a known working pair with 1.0.48. I will install 1.0.6 on my second iphone and  go for a flight and see what happens, if it flies and does not try to push anything to my RE, no problem, if it does, no problem as I still have my other phone with 1.0.48 and another RC with RE with a long range antenna that works great also.

I had lost my original I Phone back up and was simply trying to get another copy of 1.0.48 for my second iPhone that I wanted to use exclusively for the Phantom, as it turns out I did get a copy from someone on here but an internal code in the apple ipa does not permit me to use it on my phone with my iTunes account as it is locked to another's iTunes account.

In short, of your RE is already fried and unless the new 1.0.6 tries to push a new update to your "fried"  RE and is successful then  you are hooped and

will have to phone DJI to get it repaired.
Sorry for the troubles but this is on DJI. I really wish they would take ownership of their problems, so many are frustrated and if not looked after I too would be looking elsewhere for my next drone.

image.jpeg (131.02 KB, Down times: 0)



### 1.0.58
Jun 13, 2016

1. Fix some UI display incorrect problems.
2. Optimize the configuration of radio link, lower the radio transmitter power.

### 1.0.56
Jan 14, 2016

- Support range extender upgrade.
- Fix incorrect UI displaying.

### 1.0.54
Nov 12, 2015

- Bug fixes and improved compatibility for iOS9.

### 1.0.53
Oct 8, 2015

Fix HTTP server connection problem;
Fix other bugs.

© 2016-7-8 02:23:27

---

31#



hardluck2go

United States

● Offline

Well.... this all is not a surprise to me. To be clear on the No Live Feed issue, I can confirm that this is on both Android and Apple... so anyone that has only Apple stuff and is thinking about trying Android and has to spend money to do it, don't.... you will be just as disappointed and out even more hard earned cash. As posted in a different thread, here is what I have below. Since that post I have met one other person that is having all the same problems.

Posted on: "Wi-fi range extender - bricked post Android update - Phantom 2 V+"

Hardluck2go The last update I did was before DJI set limits for airports and height.
1. Aircraft model: Phantom Vision 2
2. Aircraft firmware v1.19
3. Mobile device model Android Galaxy s5, Ipad 2, Iphone 5s
4. Mobile device OS version All Current
5. Vision app version Forced DJI Android 1.0.61, iPad iphone 1.0.42
Your info will be escalated to our P2 R&D to figure out the best solution for you.
Sorry for any inconvenience caused!
Thank you!

The two Phantoms 2 Visions (My dads and Brother) were updated to the first firmware version that set limits for airports and height. Both use Android devices Phones and pads (Samsung and iPhones}. If I can get more info I will post it. It just is way to strange that all of us had the same problem when the app updated and at the same time. All were on Android when this happened or should I say when we were forced to update it or noticed it.

I have all apps set as non auto update, but for some reason this went through. All three of us are scared to do any updates or even run any Phantom 2 Vision Assistant Software. (We are all iMac). I have spent countless hours looking for a fix. Mine has never crashed or even been dropped and is treated as a new born!

DJI YOU NEED TO TAKE RESPONSIBILITY FOR YOUR PROBLEM. There are countless people with the very same problem. I won't speak for others but I'm not wealthy and looking at how I spent my hard earned cash that is now no fun without live video makes me think twice about DJI. Hope this helps.

End of Post.

I honestly think DJI damaged something in our hardware from the forced app in both Apple and Android. We are all in this together and must keep spreading the word about this issue. Others that are having the same issue may not know it was cased by an update and are forking cash out to fix it.

Time will tell.

2016-7-8 07:20:47

---



hardluck2go

Offline

32#

DJI I'm sorry you screwed up. Please get in touch with your customers and send new parts to us for diagnosis!

You have all our information and I would guess way more that we know about. So simply send us the replacement parts you messed up with a return prepaid label and I will send you the bad parts back. Not hard to do is it??????

2016-7-8 07:29:43

---



ozione

Italy

Offline

33#

This is the Asian way of doing business... Sorry to say so and I may sound rude but in Europe we don't allow such fiascos to happen, even less in the States.
I've also run out of good will and all these DIY fixes IF we're not responsible for an error.

2016-7-8 14:40:11

---



Northofthe49th

Canada

Offline

34#

> hardluck2go@gma Posted at 2016-7-8 05:29
> DJI I'm sorry you screwed up. Please get in touch with your customers and send new parts to us for d ...

Agreed!
At this point it is a mute point if your RE is fragged!,
Without a firmware push to the RE or replacement RE an iOS or Android device make no difference if RE already fragged.
For what it is worth, I believe the Android users (some that upgraded earlier in the year) had the same issue...http://forum.dji.com/forum.php?mod=viewthread&tid=41364 and scary enough DJI are at the same iOS version number 1.0.60 with their claimed fix (which does not fix) that was the Android version number that crapped some of  the Android users RE's...WOW! Some serious genius on the other side of the pond...
At least DJI made sure they left no one out when they fubarred the firmware push to the RE's...so everyone had a fair chance at being buggered!

This is so not funny and so DJI...

○ 2016-7-8 17:46:41

---



**janj3**

United States
● Offline

35#

 hardluck2go@gma Posted at 2016-7-8 08:20
Well.... this all is not a surprise to me. To be clear on the No Live Feed issue, I can confirm that ...

I spoke with DJI support in the US.   The support guy said this is the first he's heard of the RE700 firmware update and bricking.  He advised me to send an email to DJI in China.  Here's the response I received....................guaranteed if I send it in I'll have to pay for a repair that THEY caused.

Blair.Tang (DJI)
Jul 8, 15:13 HKT
Dear Jan,
Thanks for contacting DJI China Technical Support Center.
After the binding, it still says phantom connection fails on the dji vision app, am i right?
Our NA Support Center covers the after-sale (crash/ repair/ refund and etc.) in North America and your case may be concerned with a repair service, which should be handled by our NA Support Center. We suggest you contact our NA Support Team directly for a prompt reply and fast help.
The contact information of NA team is also attached below for your reference.
Online support: http://www.dji.com/support (Click the icon on the right, it is the most effective way)
NA Team email address: support.us@dji.com
NA Team phone number: +1 (818) 235 0789
*Work hours for the NA Team is: Mon-Fri 9:00 am - 5:00 pm (PST)
Sorry for the inconvenience caused accordingly and your understanding is highly appreciated.
Thank you for choosing DJI.
Best Regards
DJI Technical Support
Website  http://www.dji.com/support
DJI – The Future of Possible
Office hours: Monday to Friday , 9:00AM to 18:00PM (HongKong Time GMT+8:00)

○ 2016-7-8 18:42:40

---



**hardluck2go**

United States
● Offline

36#

"Sorry for the inconvenience caused accordingly and your understanding is highly appreciated. Thank you for choosing DJI."  What a bunch of rubbish!

You know what DJI, just fix what you did! At this point I will not trust anything you say. You have to now earn our trust if you even care any more.

All we can do is make sure EVERYONE knows what DJI has done and the lack of support offered. I have already begun to post on Facebook, Twitter, and tell anyone that I know. Youtube is next. I hope someone at DJI cares enough to make a change, but that is wishful thinking. At the end of the day we are just a pice of trash to them. Love how the words are always "That is the first we have heard of that!"



○ 2016-7-8 20:59:11

---



**tocagle**

United States
● Offline

37#

I didn't buy my DJI drone to become a hardware / software expert.

⊙ 2016-7-11 19:49:16



jtrager

United States
● Offline

38#

My App says the version on mine S5 phone is 1.0.61  Is this the latest version, NOT 1.0.60?

⊙ 2016-9-20 19:36:31



Visual Air

Canada
● Offline

39#

> DJI-Paladin Posted at 2016-7-7 19:54
> I'm sorry. Please get in touch with our service center and send it in for diagnosis.

Very Unfortunate that DJI is not taking ownership of the Corrupt software that is taking the wifi module out.
After This update everyone appears to be experiencing the exact same problem and the best advice you can give is to send it in for a $210CDN repair for a new wifi module.
Not impressed.

⊙ 2016-10-8 20:40:39



Visual Air

Canada
● Offline

40#

Silence from the peeps at DJI and this post originated back in July. The customer Service and care needs to get better it is unacceptable for the lack of response or further yet the lack of ownership that clearly somewhere within the latest upgrade caused so many people problems.
I had no choice but to spend $210 to get my Phantom vision plus repaired by DJI to avoid it being a complete paper weight.
i Just hope that i do not see this kind of lack of support with my Phantom 4 my Osmo and soon to receive Mavic Pro. Overall very dissapointing.

⊙ 2016-10-10 10:07:53

     
**B** Bold   **A** Text Color   Picture   Add Link   Emoticon                                    Advanced

You need to log in before you can reply Login | Register now

Post Reply     ☐ Jump to the last page

Credit Rules

Copyright © 2016 DJI All Rights Reserved.     Forum Rules

 FORUM

MAVIC    PHANTOM    INSPIRE    OSMO    PRO SYSTEM    EVENTS    SERVICE    🔍    

# Firmware Update Kills Camera

Home / PHANTOM                                                      👁 2953    💬 33    🕐 2014-12-25 03:47:27



**paulcamera3**

United Kingdom

● Offline

1#

So I just purchased the DJI Phantom 2 Vision Plus...and I was over the moon... that is until I did what my supplier suggested and updated the firmware. WHAT A MISTAKE, the camera no longer communicates. I have tried everything suggested from tons and tons of reading of forums and the like and I don't think that is acceptable really when I paid a thousand pounds for it just a few days ago.

It is going back to where I purchased it from, and I,m sure they will refund my purchase, but I am so disappointed. Just when I thought the technology had finally arrived...the Phantom is a great flying machine, but the camera technology is fragile.

Paul

                           

Twitter         Facebook         Favorite         Like

🕐 2014-12-24 14:47:27



**johnwarr**

United Kingdom

● Offline

2#

Top tip for you, if you update the firmware on your Phantom, make sure you update everything, Transmitter and phone app included, most problems are caused by a mismatch of old and new firmware.

Does the PT2 3.6 assistant show all up to date ?

🕐 2014-12-24 15:14:48



**ciprianboboc**

United States

● Offline

3#

maybe not your issue, but aside from upgrading everything, just make sure you restart everything. I had a issue today when I couldn't connect to the camera and I solved it by killing the vision app and restarting it (double click on the home button on iPhone and slide the app to the top, to get rid of it from the memory of the phone)

🕐 2014-12-24 20:25:43

4#



**DJI-Dboy**

China

● Offline

Hi, Paul,
Is 'no longer communicates' means your app shows 'connection break'?

● 2014-12-24 20:57:21

---



**mark_turner6920**

United Kingdom

● Offline

5#

Also a little thing I do every time I go out with the phantom is to kill all the running apps in the background on the phone or tablet then the dji vision has a clean start and is the only app running. Might not make any difference but it's a routine I do and very rarely get problems.

● 2014-12-25 01:30:39

---



**paulcamera3**

United Kingdom

● Offline

6#

Thanks for all the info chaps, really appreciate it...still getting the camera connection broken message when I launch it in the app.
All firmware updated again, none of the camera functions available (ghosted out in the app). Tried half a dozen SD Cards.

● 2014-12-26 15:25:55

---



**paulcamera3**

United Kingdom

● Offline

7#



DJI-Dboy Posted at 2014-12-25 09:57
Hi, Paul,
Is 'no longer communicates' means your app shows 'connection break'?

Yes...or network timeout when I try to record video or take a still

2014-12-27 20:36:59

8#



kjkisatsky

United States
● Offline

Strange.  I connected to the Assistant program, it said everything has  been updated to most recent versions, and everything worked fine.  Didn't even ask to upgrade, just did it once I connected with Assistant.  Then I hooked up to remote with that assistant.  No problems yet.

2014-12-27 21:51:50

9#



DJI-Dboy

China
● Offline

 paulcamera3@gma Posted at 2014-12-28 09:36
Yes...or network timeout when I try to record video or take a still 

Hi,
have you tried re-bind the wifi extender and your drone ?

2014-12-28 22:24:11

10#



birdfolk

United States
● Offline

Turn off Bluetooth and Mobile Data services----you don't want your smartphone scanning for stronger signals...

2014-12-28 22:49:38

11#



DJI-Autumn

How is it going after rebinding?

China
● Offline

2014-12-29 02:09:19

12#



Here is the issue for anyone interested....http://youtu.be/YW-wgnLWDeo

paulcamera3

United Kingdom
● Offline

2014-12-29 02:19:43

13#



Hi Paul,
Could you pls take a photo of the S/N number on the back of your Phantom? (or on the package)
Like this

SN number.jpg (57.94 KB, Down times: 1)

DJI-Autumn

China
● Offline



2014-12-29 02:38:52

14#

Yea no problem....

paulcamera3

United Kingdom

● Offline

2014-12-29 02:55:24

15#

Problem resolved by Heliguy...camera swapped out, don't think there was a software solution. But thanks for a no quibble fix Heliguy.

paulcamera3

United Kingdom

● Offline

2014-12-30 11:18:09

16#

> paulcamera3@gma Posted at 2014-12-31 00:18
> Problem resolved by Heliguy...camera swapped out, don't think there was a software solution. But tha ...

Did Heliguy tell you what is the cause?

DJI-Autumn

China

● Offline

2014-12-30 20:44:53

17#

> DJI-Autumn Posted at 2014-12-31 09:44
> Did Heliguy tell you what is the cause?

Unfortunately not specifically, just faulty hardware I think.....so many variables really as to why ??

paulcamera3

United Kingdom

● Offline

2015-1-2 06:27:39

18#



**kevin.hunter**

United Kingdom

● Offline

> paulcamera3@gma Posted at 2014-12-29 15:19
> Here is the issue for anyone interested....http://youtu.be/YW-wgnLWDeo

Paul, have the same problem on my vision 2. Perfect befor firmware update, now camera dead ?

© 2015-1-2 12:12:19

---

19#



**tomvon**

United States

● Offline

> kevin.hunter Posted at 2015-1-3 01:12
> Paul, have the same problem on my vision 2. Perfect befor firmware update, now camera dead ?

I have been having the same issue with the video feed. Worked great the same day I did the software upgrade. After the upgrade, no video transmission. I sent the photo of the model number and serial number like DJI Autumn suggested. Still have not heard back.

Definitely a software compatibility issue as my Phantom has not been crashed or dropped. Absolutely no issues with the system after many, many flights. Great system, please fix the glitch.

© 2015-1-2 14:10:49

---

20#



**paulcamera3**

United Kingdom

● Offline

> kevin.hunter Posted at 2015-1-3 01:12
> Paul, have the same problem on my vision 2. Perfect befor firmware update, now camera dead ?

Yes it's definitely something they need to sort out....obviously the firmware is causing a short or something in the camera hardware ?

© 2015-1-2 17:17:02

---

21#



**DJI-Autumn**

China

● Offline

> tomvon Posted at 2015-1-3 03:10
> I have been having the same issue with the video feed. Worked great the same day I did the softwar ...

Hi guys,

About the black screen issue I got some feedback from developers.
A new version of APP will be released and could solve this problem.
Let's wait for it.

© 2015-1-7 05:21:05



**waxinator**

Sweden
● Offline

22#

My camera too whent dead after latest firmware update.
It's LED stay RED from start and never turn GREEN as before.

There is no way to communicate with the camera.
USB don't react and mobile App says "No SD card inserted".

◎ 2015-1-18 05:09:32

---

**jmshaub.email**

United States
● Offline

23#

I too am having this problem, telemetry still works, gimbal is still powered and will tilt up and down. Usually just get a black screen, once in a while I will have picture for a little while, try to take pic or vid and get message "Network Timed Out" or "No SD Card". Has there been any solutions yet.

Also my camera worked fine after all the updates, never crashed the Quad, problem just started randomly at first, now pretty much never works, just black cam screen with all other data and gimbal working fine.

aka TorqueRoller, forum evidently doesn't change your username on previous posts.

◎ 2015-1-20 18:42:46

---

**Gerry1124**

United States
● Offline

24#

> jmshaub.email Posted at 2015-1-21 07:42
> I too am having this problem, telemetry still works, gimbal is still powered and will tilt up and do ...

Get rid of that cheap $2 dollar class 4 sd card and get a class 10 card.  The class 4 card reads and writes to the card so slowly, it cannot handle the information the upgrades will provide.

◎ 2015-1-20 18:48:35

---



**jmshaub.email**

United States

25#

> paulcamera3@gma Posted at 2014-12-29 15:19
> Here is the issue for anyone interested....http://youtu.be/YW-wqnLWDeo

Yes! This vid shows exactly what my Phantom is doing, or shall we say not doing.

Please, a little help here DJI!!!!

● Offline

aka TorqueRoller, forum evidently doesn't change your username on previous posts.

○ 2015-1-20 19:04:12

26#



paulcamera3@gma Posted at 2014-12-31 00:18
Problem resolved by Heliguy...camera swapped out, don't think there was a software solution. But tha ...

jmshaub.email

United States

● Offline

I didn't see a post by Heliguy? Do you mean you just bought another $500+ camera and swapped it out, don't think I want to do that, a lot of money for that solution.

aka TorqueRoller, forum evidently doesn't change your username on previous posts.

○ 2015-1-20 19:10:09

27#



steve46

United States

● Offline

I have a p2v and did the update also and now having camera problems. Hope the new App is release soon.

○ 2015-1-20 19:52:35

28#



Gerry1124 Posted at 2015-1-21 07:48
Get rid of that cheap $2 dollar class 4 sd card and get a class 10 card.  The class 4 card reads a ...

TorqueRoller

United States

● Offline

Ok Gerry1124, figured since I wanted to upgrade that 4Gb card, the quad came with, anyway, I just got back from the store with a brand new class 10 16Gb card and it hasn't solved anything, still doing the exact same thing.
Thanks for replying though, gonna try rebinding the WiFi next, worth a try I guess?

○ 2015-1-20 20:01:36

29#

OK, I've now completed a rebind of the WiFi extender as instructed by my manual, formatted the new card, powered up and I have picture!!

Took some test stills and a short vid, no annoying messages. It's working again!



TorqueRoller

United States

● Offline

Although, tried accessing the "album" on the Vision app and the loading icon just keeps going and going. Hooked the cam to my pc to see if I had indeed caught photo data, and yes, the stills and vid are there, now the new problem why can't I access the Album via WiFi ?????

2015-1-20 21:40:32

---



TorqueRoller

United States

● Offline

30#

Update....everything is working fine now since the last Vision app update on both my IOS and Android devices.

2015-1-31 00:15:00

---



kevin.hunter

United Kingdom

● Offline

31#

> DJI-Autumn Posted at 2015-1-7 18:21
> Hi guys,
>
> About the black screen issue I got some feedback from developers.

Any update on the APP fix !  I Hate flying without the camera

2015-5-1 04:02:22

---



johnwarr

United Kingdom

● Offline

32#

Since this thread was started there has been updates for the FC200 camera, Android and iOS apps, and Phantom firmware.
Are you all up-to-date with them ?

2015-5-1 04:35:34



33#

> johnwarr@live.c Posted at 2015-5-1 17:35
> Since this thread was started there has been updates for the FC200 camera, Android and iOS apps, and ...

Hi Guys, was the resolution of this issue just a firmware upgrade?

LOOCM

Philippines
● Offline

⊙ 2015-10-1 20:50:27



34#

> LOOCM Posted at 2015-10-2 09:50
> Hi Guys, was the resolution of this issue just a firmware upgrade?

**http://youtu.be/YW-wqnLWDeo....** I have this exact same issue, and it looks like a firmware upgrade did not resolve it. the problem is still there.

LOOCM

Philippines
● Offline

⊙ 2015-10-1 20:51:32



**B** Bold   **A** Text Color   🖼 Picture   🔗 Add Link   ☺ Emoticon                                    Advanced

You need to log in before you can reply Login | Register now



Post Reply   ☐ Jump to the last page                                                      Credit Rules

Copyright © 2016 DJI All Rights Reserved.   Forum Rules

MOBILE VERSION   ·   DJI.COM   ·   Online Store   ·   Support   ·   Top

 FORUM

MAVIC   PHANTOM   INSPIRE   OSMO   PRO SYSTEM   EVENTS   SERVICE   🔍   

# I cannot see the camera through DJi vision app

Home / PHANTOM

👁 2594   💬 29   🕐 2016-03-17 20:36:12

**jeffgauntlett**

United States
● Offline

1#

On my phantom 2 vision + I cannot get the app to show the camera view on my iPhone.  I've upgraded firmware, done multiple suggested trouble shooting steps, but still get no view through the app to my phone.  The camera will take shots and video, but I am having to guess at what the camera is "seeing" without the view appearing through the app.  Any suggestions???

🐦 Twitter   f Facebook   Favorite   Like

🕐 2016-3-17 07:36:12

**Northofthe49th**

Canada
● Offline

2#

Check the cables around the base of the gimbal, they are most often the culprit as they have been a bit prone to come loose, especially in a hard landing or someting....

🕐 2016-3-17 08:52:41

**gs**

Italy
● Offline

3#

I have the same problem from a couple of week...I can see through the app 1 time on 10, more or less...
I've checked drone connectors and are all ok and I never had hard landing, crash or other damages....I'm really going crazy...I don't know what to do...
The problem seems to go from bad to worse  day by day....initially the problem occurs only once in a while, now are more times than not works of those works!!
Please, help!!

🕐 2016-3-21 12:52:28

4#



roy

United States

● Offline

Video feed trouble shooting
Please try the following steps:
- Ensure you have upgraded all DJI products to their latest firmware. Check updated, plus the camera firmware
- Ensure you are connected to the wifi phantom-xxxx SID
. Check bluetooth be sure it is off
- Ensure your phone has been updated to the latest software.
- Ensure you have closed all other multi-tasking applications.
- Check the free space on your mobile device, it is recommend having at least 3GB available, less storage could be causing an issue.
- Try deleting the app from your phone and downloading it again.
    Try reformatting the SD card with  full format.
- Reduce the preview framerate from 30 fps to 15 fps in the Settings of the DJI Vision app.
Check your wifi battery level.
Check the three leads going to the gimbal to be sure they are tight. Check each one closely for any pins that may have pulled up and loose.
If the above don't get it then the only remaining check is the video feed plug on the wifi transmitter under the shell.
If that's ok then it's most likely a damaged or burnt out wifi transmitter if you still see the SID.

◎ 2016-3-22 06:10:33

---

5#



gs

Italy

● Offline

Thanks a lot Roy!
probably the problem was the bluetooth active....it's only strange because I've always had the bluetooth active during the past , with no problem... boh!

◎ 2016-3-24 09:41:07

---

6#



geoff.b.faulkne

Australia

● Offline

> roy@mcscomputer Posted at 2016-3-22 21:10
> Video feed trouble shooting
> Please try the following steps:
> - Ensure you have upgraded all D ... 

all good advice. I had the same problem but could not resolve. Returned to seller who forwarded to DJi with wifi card problem. Everything worked ok just no vision on my phone

◎ 2016-3-24 23:48:43

---

7#



clausboman

United States

● Offline

To all of you who had your drone fried by the Range Extender update, look at this rubbish reply I got from DJI after spending tons of money and time sending it to Hong Kong for repair:

For your case CAS-89692-J9Z4N8, there are some problem with the camera both no videl sign and DM368 damaged after aircraft have been hitted slightly. Of course we will arrange repair for free if the product problem in warranty peroid .So sorry that this is a chargeable case.Please kindly note.Thanks for your understanding.Thanks

...oh, so apparently my drone had an accident exactly at the same time the Range Extender update came out and I now have to pay them more than a 100 USD for both parts, labor and transport to get it fixed! I'm not shy of calling these people a bunch of lying bastards even this post getting deleted for my use of language.

No more DJI!

🕒 2016-3-28 01:33:59

---

**8#**



**gs**

Italy

● Offline

True Clausboman ... probably you have right, because the problem has come back again even with bluetooth off.
All the points proposed by Roy have been checked ...it's all ok and  now I'm at the starting point with a drone unusable! = (

Tomorrow I try to make the last attempt with a Samsung/Android mobile instead the Iphone ... I will let you know if it is served to something!

🕒 2016-3-29 06:42:52

---



**pgrover516**

United States

● Offline

🔒 **Tip: the** author has been banned or deleted automatically shield

🕒 2016-3-29 07:27:29

---

**10#**



**gs**

Italy

● Offline

Latest news: even with Samsung has the same problem ... this morning it worked with the first battery and then nothing ..
But then, in your opinion .... it is necessary to replace the WiFi module, or it is just to wait in the hope that DJI make a working update the range extender?

🕒 2016-3-30 08:22:00

---

**11#**



**jonnybgood.olss**

Sweden

Check this.

How to diagnose broken DJI Phantom 2 Vision+ Wi-Fi FPV module:

    turn on vision+, extender, smartphone, dji vision app, see blank live video screen
    using notebook/pc connect to Wi-Fi network "Phantom_xxxxx"
    ping 192.168.1.2
    If ping succesfull, your wifi-extender is alive and can connect to Phantom's Wi-Fi (binding is ok). If ping fails - go no further, you are doing something wrong. Take a pause, drink coffee, think about getting some background in networking technologies, windows, etc (joke).
    ping 192.168.1.1
    If ping succesfull, TOP PCB board of Wi-Fi FPV module is alive
    ping 192.168.1.10

● Offline

If ping succesfull, BOTTOM PCB BOARD of WI-Fi FPV module is alive.
If ping fails - bottom PCB board (marked WM301_DM368) is broken

© 2016-3-30 08:46:21

12#



mletterman

United States

● Offline

> jonnybgood.olss Posted at 2016-3-30 09:46
>
> Check this.
>
> How to diagnose broken DJI Phantom 2 Vision+ Wi-Fi FPV module:

Jonnybgood

Can you explain in a little more detail how to ping the wifi from my Windows computer. I know just enough to be dangerous with a computer but not sure how to ping?

Thanks!

© 2016-3-30 09:51:06

13#



jonnybgood.olss

Sweden

● Offline

Okay.
I'm not so good with computers but I managed to do this anyway :-)

Start up the drone & Extender as usual.
take a laptop and search for Wi-Fi network "Phantom_xxxxx"
Type cmd in the Windows Start menu
When the choice comes up cmd.exe, select this
Coming up a new box and there enter the above instructions.
for example. ping 192.168.1.2
Follow the step by step.

In most cases, you get errors when pings on one WiFi card.

Hope you understand now :-)
Good luck

© 2016-3-31 01:43:56

14#



jonnybgood.olss

Sweden

● Offline

& You get wrong on any of the cards when you ping have wifi module into the drone replaced.
The new type is more ventilated model.

© 2016-3-31 01:45:30

15#



Hi guys,
Where I can buy this PCB board? Please kindly point me to the page.
Thanx.

a.dobeerman

Russian Federation

● Offline

© 2016-4-2 20:43:26

---

16#



SVTRay

● Offline

 gs@fotosintesi. Posted at 2016-3-24 22:41

Thanks a lot Roy!

probably the problem was the bluetooth active....it's only strange because I've al ... 

I always fly with my bluetooth active and never had an issue.

Anyhow, I stopped updating my birds a while back and probably why my P2V+ still flies true.

If anyone is interested, I'll selling it. Located in the Dallas area.

© 2016-4-3 00:16:23

---

17#



sandmarkcontrac

● Offline

My Dji Phantom 3 Advanced was working fine, I had just had a quick flight and then decided to update the aircraft and the controller to the latest firmware as the Dji Go app was prompting me to do so.
I have a new Ipad air2 which I had to purchase as my other tablet ( Samsung Tab3 ) wouldn't show me the video/camera feed.

Anyway after updating

Dji Go app to ios 2.7.1
Aircraft P3 advanced to 1.7.60 (I had heaps of problems getting it to load this, the report kept saying it was the same version 1.6 ? but when I look on the app screen it says its 1.7.60 )
RC to 1.5.8 ( even now it still keeps telling me it needs to update to version 1.5.8 even though in the (about page) it's version is 1.5.8)
My Ipad Air 2 is running 9.3.1

I now have control of the phantom but I cannot see any camera or video on my ipad screen.
I have reinstalled and restarted everything multiple times and I get the same results. ( have reinstalled the DJI Go app from your website and I now have lost all of my flight records also)
I am so disappointed with this Phantom.
After having to buy a new Ipad Air2 at the start just so it would be compatible to see the camera on screen I'm now back to where I started.

© 2016-4-3 08:16:22

---

18#



Donnie

United States

● Offline

 sandmarkcontrac Posted at 2016-4-3 08:16

My Dji Phantom 3 Advanced was working fine, I had just had a quick flight and then decided to update ... 

Sand, please upload the SD card hidden file , If you dont know how to read the hidden file, I willleave you a tutorial.  Read Lines 0800 and 1500 and tell me what they say  or just post the file and let the forum read it.

brother donnie

© 2016-4-3 08:22:15

**19#**



sandmarkcontrac

● Offline

Hi,
I'm not sure how how to see the hidden file , but I downloaded the update again and put the unzipped BIN file into the drone and its lights changed
from green to red etc and then stayed green. the report said.
========== 2014.01.01 00:00:12 remo-con disconnect======
Packet: P3S_FW_V01.07.0060.bin
Result: Abort.
The firmware on the SD card is identical to or older than the current firmware on the aircraft.
Which tells me that its def got the latest version in it.
Sorry i only know enough about computers to be dangerous  lol.
Cheers

🕒 2016-4-3 08:57:14

**20#**



bengalboy69

United States

● Offline

I experienced a similar problem today for first time in over a year.  Seems that the FPV would disappear from my screen like it used to when I first bought
the Vision+ V.3.0.  Back then I would have to get out of "camera" setting and restart to regain feed.  Today I had to completely close out the application
and restart the connection with my drone.  The only change has been an upgrade to Android Marshmellow on my HTC One M8.  I suspect that my issue
may be related to the Vision App not playing as well with Android 6.0.

🕒 2016-4-5 00:55:58

**21#**



BWJ

Denmark

● Offline

> jonnybgood.olss Posted at 2016-3-30 15:46
> Check this.
>
> How to diagnose broken DJI Phantom 2 Vision+ Wi-Fi FPV module:

Do you agree that its not possible to ping bottom PCB board , cause it only communicate one way (from drone to extender) ?

Sorry for my poor english 😒

🕒 2016-4-5 14:32:08

**22#**



gs

Italy

● Offline

I don't know ... even the ping test was successful, but I still see the fpv just sometimes 😄 ...



2016-4-7 02:01:01

23#

**BWJ**

Denmark
● Offline

Anyone know where "BOTTOM PCB BOARD of WI-Fi FPV " i located ??

2016-4-7 14:27:31

24#

**andidemiraj**

Albania
● Offline

> BWJ Posted at 2016-4-7 21:27
> Anyone know where "BOTTOM PCB BOARD of WI-Fi FPV " i located ??

Inside the Wifi module there are two boards. There is a black one in the bottom

2016-6-29 06:22:38

25#

**andidemiraj**

Albania
● Offline

> Jonnybgood.olss Posted at 2016-3-30 15:46
> Check this.
>
> How to diagnose broken DJI Phantom 2 Vision+ Wi-Fi FPV module:

Hi jonnybgood, I have no video and I want to reflow the respective circuit in the wifi module. Is the dm368 the right one?

2016-6-29 06:24:44

26#

> Northofthe49th Posted at 2016-3-17 09:52
> Check the cables around the base of the gimbal, they are most often the culprit as they have been a ...

Hi. I had the same problem, first intermittently, than all the time. I could not see the camera view and the naza mode indicator would not come on, even

brett

United States

● Offline

though the DJI assistant software confirmed it was in Naza mode. Following your advice, I used a plastic pen to push down the wires leading into the gimbal. And presto! That fixed it. Thank you!!!!

🕓 2016-7-7 12:02:46



27#

janj3

United States

● Offline

> roy@mcscomputer Posted at 2016-3-22 07:10
>
> Video feed trouble shooting
> Please try the following steps:
> - Ensure you have upgraded all D ...

Whoever wrote this listen up.  You forced a change to the RE700 with IOS app 1.0.58.   I was working fine for months with absolutely no issues.  You guys have to resolve the code issue (it's only simple Linux) in the RE700 and send this firmware update out in a revised DJI Vision update.  This is the only way to communicate with the RE700.  You're change affected many users, it's setting my workload way out of whack.  My company is considering changing to another manufacturer e.g. Yuneec.  We cannot afford this down time!!!!

🕓 2016-7-7 14:26:55



28#

janj3

United States

● Offline

> jonnybgood.olss Posted at 2016-3-30 09:46
>
> Check this.
>
> How to diagnose broken DJI Phantom 2 Vision+ Wi-Fi FPV module:

What you listed is a procedure if the RE700 didn't get the firmware change forced on us by Vision app 1.0.58.  This broke all my Phantom 2's.   After I bind I only see the SSID of my camera, and I get a failure to connect error.   You need to fix the Linux code in the RE700 and push out a fix through an updated DJI Vision app (for android and IOS).   This is the only way to communicate with the RE700.

🕓 2016-7-7 14:32:04



29#

rudi.peeters

Belgium

● Offline

Is there a solution found yet ?

🕓 26 days ago

30#

I have a post called "Bad companies" discussing DJI's response to this problem.  You should go there and chime in as I am the only one in the thread with



this problem.   The rest of the people are saying I'm a jerk

plumbfreeordie

United States
● Offline

20 days ago



B
Bold

A
Text Color

Picture

Add Link

Emoticon

Advanced

You need to log in before you can reply Login | Register now

Post Reply        Jump to the last page

Credit Rules

Copyright © 2016 DJI All Rights Reserved.    Forum Rules

MOBILE VERSION  ·  DJI.COM  ·  Online Store  ·  Support  ·  Top

 FORUM   MAVIC   PHANTOM   INSPIRE   OSMO   PRO SYSTEM   EVENTS   SERVICE   🔍 

# I lose the FPV video on my Phantom 2 Vision

Home / PHANTOM                                                                    👁 412   💬 4   🕐 2015-07-22 21:32:55



**jebryant10**

United States
● Offline

1#

Early last year I bought my first Phantom 2 from DJI and I was losing the video display when I flew. Looking at the forum I found that if I reset the camera to the original setting it would correct the problem and it worked. Over the last year I upgraded my Phantom and now have an Inspire 1. With all the new DJI quads I was able to buy a Phantom 2 Vision very cheep. With this Phantom I lose the FPV video sometimes (the display is black and white), if I re-boot the Phantom it comes back. Everting thing else works (including the camera) and all other information is displayed and I have full control. I have looked on this forum and found a few things to try but nothing that I found fixes the problem permanently. The Phantom 2 Vision had only two flights before I bought it and it has never crashed. I have updated all of the software and all batteries are fully charged. I use a iPhone 6 plus when I fly and a MAC to update the firmware. Any suggestions what I can try?

         

Twitter   Facebook   Favorite   Like

🕐 2015-7-22 08:32:55



**bryan**

United States
● Offline

2#

Posting this message as a duplicate from another thread:

I also have a Vision 2. I previously flew it about four months ago and everything worked fine..... Meaning I could receive the live video feed and display it real time on my iphone.
Now, after using it just a few weeks ago, it will not display the video feed.

Like others have posted, I can receive all of the telemetry and control the camera. I can see pics takes and video taken in the album section of the ap.
I have tried every fix posted on this forum as well as everything posted on other non-dji forums....... nothing works.

Question 1.... Is it possible that through an updated ap that DJI has purposefully or accidentally shut off the video feed for anyone who has not updated their copter to the new "altitude" restricted firmware?

Question 2.... I have a friend who has the exact same copter and uses a Samsung (previously worked).  His Phantom is doing the exact same thing as mine. Both were flown at the same time several months ago, and both sat dormant for four months........  what are the odds that it is not hardware related and somehow is related to question 1?

🕐 2015-7-22 08:41:08



**Kilted Flyer (D**

United States
● Offline

3#

to answer that question. Plug it into your computer and update it. See if it still works after that. I have the same quad P2V 2.1 and mine is at 3.14 update.

● 2015-7-26 10:42:26



**Northofthe49th**

Canada

● Offline

> bryan@ahlquisti Posted at 2015-7-22 21:41
> Posting this message as a duplicate from another thread:
>
> I also have a Vision 2. I previously fle ...

As for question 1, probably not impossible but nope...I have not updated past 3.12 and no issues at all...Lot's and lots of flights since the intro of 3.14 and no update of the DJI Vision app for a while...
As for question 2, has to be more of a coincidence...
Try renaming or re binding and deleting and reloading the phone software..also check your camera connections real close, several have found the most subtle disconnect.

4#

● 2015-7-26 12:20:41



**bryan**

United States

● Offline

> Northofthe49th Posted at 2015-7-27 01:20
> As for question 1, probably not impossible but nope...I have not updated past 3.12 and no issues a ...

I have tried every so called fix on this forum ... Nothing works.
I am incredulous over dji  supports total lack of comprehension of this problem.
They sent me an email outlining every  useless fix, and then sent me an email stating the issue had been resolved... It has not.
I have seen no less than thirty posts just like mine.... All of them unresolved..... Come on dji how about a real solution .... This is all over YouTube and every forum with quad copters.
It makes no logical sense that every smart device can see captured pics and vid but cannot display it live...fpv.
Why does all telemetry work except the live feed?
Why can you take pics and vid but not see them live?
Btw... Calling dji all day.... Wonderful recording telling you to call back..... Great service

5#

● 2015-7-27 20:02:31



**B** Bold    **A** Text Color    Picture    Add Link    Emoticon                                    Advanced

You need to log in before you can reply Login | Register now

**Post Reply**                    ☐ Jump to the last page                                                              Credit Rules

Copyright © 2016 DJI All Rights Reserved.   Forum Rules                    MOBILE VERSION  ·  DJI.COM  ·  Online Store  ·  Support  ·  Top

 **FORUM**

MAVIC   PHANTOM   INSPIRE   OSMO   PRO SYSTEM   EVENTS   SERVICE   🔍



# No FPV, Phantom 2 Vision +

Home / PHANTOM

👁 2184   💬 9   🕐 2015-04-14 12:28:00

**jim.schneller**

United States
● Offline

1#

#33
⚠Report

**jtschnel**
Registered User

Joined Apr 2015
1 Posts

[size=1.15em]
No FPV

I am having problems with the FPV using the DJI Phantom 2 Vision Plus.

I purchased it late last year and used it a few times. There was an initial issue with the FPV but deleting the Vision app and re-downloading seemed to fix the issue. I was using an iPhone 5S. Due to medical issues I didn't back to using it until yesterday. Just prior I purchased an iPhone 6+ specifically for the larger screen to use with the Vision app. When I powered everything up, no FPV.

I went to the DJI site and downloaded the latest firmware versions for the drone and tried again. No luck. Checking the SD card I found I was able to take pictures and videos but since I didn't have FPV I had no idea what I was taking until powering down removing the SD card and viewing on my laptop.

I then updated the firmware in the camera, no change. I then tried using my wife's iPhone 5S (what I used initially) with the Vision app, no luck.

I probably should have tried her phone before the firmware updates, would have given me an indication if it was the new iPhone or the updated firmware. I suppose it could also be the camera hardware ... if so that means that $700 piece of hardware would have cost me about $500 per hour to use it before breaking (that's how little time I've had flying it thus far).

This morning another test, flys ok but no FPV. Still flying blind.

Anybody have any luck getting assistance in resolving this issue?  Unfortunately, support appears to have been less than effective for others with this problem from what I'm reading.

Jim

● ▾

🐦
Twitter

📘
Facebook

Favorite

Like

🕐 2015-4-13 23:28:00

2#

Is the phone detecting the WiFi signal from the WiFi extender?



**gil**

United States
● Offline

© 2015-4-15 11:21:46

---

3#



**zathis**

Canada
● Offline

> *gil Posted at 2015-4-16 00:21*
> Is the phone detecting the WiFi signal from the WiFi extender?

I am having the same issue, but using an Android device. everything seems to be working fine, just no picture in the app. Camera is working fine, takes pics and vid, gimbal responds well, just no image in the app. I have tried deleting and reinstalling the app with no luck. Tried on two different android devices with no luck.

© 2015-4-25 22:17:46

---

4#



**robbie33**

United Kingdom
● Offline

i am having the same problem.have tried everything but still the same.please post here if you get a fix for it

© 2015-4-26 07:49:42

---

5#



**homer**

United States
● Offline

I sent my unit in they replaced the Video Transmitter.
http://forum.dji.com/forum.php?m ... age%3D4&lang=en

They had it for 6 Calender Weeks.
http://forum.dji.com/forum.php?m ... age%3D2&lang=en

© 2015-4-27 19:28:51



go11

United States

● Offline

6#

Same issue... no joy

© 2015-9-22 08:12:48



roy

United States

● Offline

7#

Camera trouble shooting
Please try the following steps:
•        Ensure you have upgraded all DJI products to their latest firmware. Check updated, plus the camera firmware
•        Ensure you are connected to the wifi phantom-xxxx SID
.        Check bluetooth be sure it is off
•        Ensure your phone has been updated to the latest software.
•        Check the free space on your mobile device, it is recommend having at least 3GB available, less storage could be causing an issue.
•        Try deleting the app from your phone and downloading it again.
•        Reduce the preview framerate from 30 fps to 15 fps in the Settings of the DJI Vision app.
Check your wifi battery level.
Check the three cable going to the gimbel and make sure they are tight and have no pins pulled out.

If yo do this and no joy, time to contact DJI tech support.
The only item left is the video feed plug in the transmitter under the shell and the wifi transmitter itself.

© 2015-9-26 04:44:09



Barney Rubbel

United States

● Offline

8#

I'm still doing some testing, but I had the same issue with my P2V+ V3 after updating to newest firmware and new IOS on an ipad2. I get everything but video on my screen when I use the Vision App. I later tried my Autopilot App (which I've yet to really use) at the house (not flying) and got video there so not sure what to think yet.  I haven't tried my 5s yet, but it also has the new IOS. I'll report back if I find anything helpful.

Barney

© 2015-9-26 19:12:00



dino54

United States

● Offline

9#

FWIW, I have experienced similar problems on both of my P2V+'s for the last month or so on my iPhone 6+ and iPad mini w/ rd. I've found that removing the battery and re-seating it in the body, restart the app and viola! Live view. It has to be an app problem seeing as it occurs on both quads and 2 different devices. I first thought it might be a weak battery connection but I cleaned up all the terminals and it still occurs on all 3 of my batteries.

🕑 2015-9-27 23:05:32

10#



**yuri_martins**

Brazil

● Offline

Hey guys, just did some tests with my P2V+ and I think it's definitely overheating in the wi-fi module.

What I tested:
. DJI VISION App
. Autopilot App (US$20,00)

I tried all the solution I saw people trying  with the phantom as you can see my first reply here: **http://forum.dji.com/thread-31833-1-1.html**

What I did now:

1. Went outside my house and flew if the phantom, with the live video working. I flew it in a fast speed and big turns, so it could get a lot of air.

2. Landed the phantom and changed the battery after my first one ran out. The live video was still working.

3. Flew in very slow speed, like I was doing a "Point of interest" flight. This way, the phantom wasn't getting to much air to cool it down. The live video was still working.

4. Landed the phantom, and turned it of. The live video was still working.

5. Turned it on again and started flying fast for 5 minutes so it could get more air again. The live video was still working.

6. Landed the phantom, turned it off and turned it on. For my surprise, the live video was working again.
Both apps the live video didn't work after step 3. Both apps started working after step 6.

So, my conclusion is that it's a project error from DJI and if your phantom is still in warranty, explain that to them so they could change you wi-fi module. There are some people that did that. Unfortunately, I'm from Brazil and I won't be able to send it back to them. So, I will try a solution that I saw in a video, using thermal paste in the wi-fi board.

Let you guys now if this solved the problem.

🕑 2015-9-28 17:18:40

 B Bold    A Text Color    Picture    Add Link    Emoticon                                                                 Advanced

You need to log in before you can reply Login | Register now

**Post Reply**   ☐ Jump to the last page                                                                                                                   Credit Rules

Copyright © 2016 DJI All Rights Reserved.   Forum Rules

 FORUM

MAVIC     PHANTOM     INSPIRE     OSMO     PRO SYSTEM     EVENTS     SERVICE     🔍          

# No image in Vision app

Home / PHANTOM                                                    👁 14861    💬 76    🕒 2015-02-20 01:48:16



**Gareth**

Norway

● Offline

1#

Hi, I have just got a Phantom 2 Vision+ and am experimenting with it (in the kitchen without the propellers on).  The Vision app is communicating with the camera. I can tilt the camera up and down. I can take pictures and video but there is no image showing in the Vision app just a black screen (I cannot see what I am photographing or filming in the Vision app). Under settings I have tried each of the preview quality settings without any success. The back lights on the drone show flashing yellow (because I am in the kitchen). What am I doing wrong? Cheers Gareth

               

Twitter          Facebook        Favorite          Like

🕒 2015-2-19 12:48:16

---



**Gareth**

Norway

● Offline

2#

I hope someone comes up with a solution to this. I got the P2V+ two days ago and the last two days have been very windy but maybe tomorrow will be a sunny day with no wind. Would hate to do the maiden voyage blind

🕒 2015-2-19 18:55:17

---



**homer**

United States

● Offline

3#

> **Gareth Posted at 2015-2-20 07:55**
> I hope someone comes up with a solution to this. I got the P2V+ two days and the last two days h …

I received my unit Jan 22 2015

I Sent the following to DJI 02/13/2015

Hello,

What are my options on returning this device and getting my money back?

Problem..
Blank FPV,

When it does work. It displays about 10 to 20 seconds then freezes.

The longest it has worked was about 5 mins, that has been twice.

It will only come up from a power up on the Phantom. (If is not working it will not come up unless the power is reset on the Phantom. Turning off all

other devices Iphone, Remote Control, WIfi Extender in any order the FPV will not Display or Return).

I have the data, distance, power, sd, gps and all other status, and can take pictures and video.

Yesterday 02/12/2015, I downloaded the App to a PC, updated firmware on Remote and Phantom. I looked through the settings and left all at defaults. I then tried re-binding and renamed the WI-Fi name.

I Have 2 batteries, Same Problem, Different Day,

I have tried an Iphone 4s, Asus tablet, Samsung Galaxy.  Airplane mode on and off, removed and reinstalled DJI app many times. Deleted all apps on the Iphone that could be removed, and did resets to clear Iphone.

If the unit needs to be sent in and I have to wait for a repair or replacement I really don't need this. What if the same problem happens again?

Thanks for your time.

Rod Paddock.

◎ 2015-2-19 19:55:21

---

4#



**homer**

United States

● Offline

See if the link works

http://www.djiguys.com/Forum/vie ... 5ee06562bdd9016e0f0

◎ 2015-2-19 20:10:58

---

5#



**homer**

United States

● Offline

I did this Last night, bought a new SD card to due the procedure.

http://www.djiguys.com/Forum/viewtopic.php?f=49&t=6906

Got 3 mins live video then same problem.

◎ 2015-2-19 20:17:56

---

6#



**homer**

United States

● Offline

I sent the email to Online Sales Support, made since to me since that's where I bought It.

Reply was:
***************
Feb 14, 14:07

Dear Rod,
Thank you for your email.
We are sorry about that. Since we are the pre-sales of online store, we have forward your email to our after sale support.
Also could you please email them at us.support@dji.com with further information so that your help request is processed accordingly?
Alternatively, you may also contact the support hotline at +1 (818) 235 0789.
Thank you

Kind regards,
DJI

**************

So I sent the same email to:
us.support@dji.com
and I got the following reply

***********************
Dear Homer,
Thank you for your email.
You have received this email as you have multiple tickets regarding the same issue. We have closed your duplicate tickets and request that you only send 1 ticket for future reference as duplicate tickets can delay a response from our support team.

Sincerely,

DJI Technology Management Team.
******************

And now my only request on: http://djitechnology.zendesk.com

Shows has been Solved

◎ 2015-2-19 20:45:06

---

7#



Gareth

Norway
● Offline

I updated the firmware today but that did not solve the problem

◎ 2015-2-20 15:38:19

---

8#



Gareth

Norway
● Offline

I also tried a borrowed Iphone today same problem

◎ 2015-2-20 15:44:21

---

9#



did you update the camera firmware?

sorry, didn't follow the links, i assume thats the firmware you said you updated?

bbrunner11.gmai

United States

● Offline

2015-2-20 15:46:31



10#

I reset the wifi extender on the remote control and reconnected it that did not work

Gareth

Norway

● Offline

2015-2-20 16:14:13



11#

> bbrunner11.gmai Posted at 2015-2-21 04:46
> did you update the camera firmware?
>
> sorry, didn't follow the links, i assume thats the firmware you ...

I used the DJI assistant to upgrade the firmware on the drone to version v3.08 (it was v3.04). I would have thought that would have taken care of the camera as well

Gareth

Norway

● Offline

2015-2-20 16:17:50



12#

I had the exact same problem - and after all the updates, it still didn't work, so I mailed it in to get fixed... it's been two weeks and it just got "Checked into Queue" the other day... no word on when/if it will be fixed and returned...

steply.hotmail

United States

● Offline

2015-2-20 16:21:03

13#



BWJ

Denmark

● Offline

Gareth Posted at 2015-2-21 05:17

I used the DJI assistant to upgrade the firmware on the drone to version v3.08 (it was v3.04). I w ...

Remove the dust cap from camera 🙂

© 2015-2-20 16:23:48

---

14#

Gareth

Norway

● Offline

Screen Capture

Capture.JPG (62.45 KB, Down times: 4)



© 2015-2-20 16:25:13

---

15#

Gareth

Norway

● Offline

I am beginning to think that it is a problem with the app

The good news is that the wind dropped to 5 m/s today so I took it for a maiden voyage. I took video and photos blind. Unfortunately I did not get what I wanted to photograph as I was not high enough. I also bought a second battery as one does not last long enough 🙂

© 2015-2-20 16:31:17

16#



Gareth

Norway
● Offline

😁 It is a transparent cap so the image would just be blurred

Ⓒ 2015-2-20 16:40:09

---

17#



Gareth

Norway
● Offline

From my maiden voyage. Fredrikstad. Norway

2015-02-20-1349-391-PhantomE-small.jpg (90.05 KB, Down times: 3)



Ⓒ 2015-2-20 18:41:58

---

18#



Gareth

Norway
● Offline

From: DJI Technology [mailto:us.support@dji.com]
Sent: 18 February 2015 22:45
To: Gareth A. Morgan
Subject: [Request received] Vision app - no image feed

On the vision app under settings I have tried each of the preview quality settings without any success
I reset the wifi extender on the remote control and reconnected it to the drone using the vision app. That did not work
I used the DJI assistant to upgrade the firmware on the drone to version v3.08 (it was v3.04). That did not work
I used a borrowed Iphone. That did not work. (My phone is a Samsung Galaxy S4)
I have checked that the ribbon going from the gimbal to the camera is seated properly. It looks fine
I can take photos by pressing the button on the drone (a bit of a useless function)
I can take photos/video from the vision app as well as tilt the camera up and down

My conclusion is that this is either a problem with the vision app or a problem with the hardware on the drone. I have been un-able to find a "known problems page" on the dji website, which I think you should consider developing. Please advise me what I should do next as I have run out of ideas.

Cheers Gareth

##- Please type your reply above this line -##

Your request (xxxxxxx) has been received and is being reviewed by our support staff.
To add additional comments, reply to this email.

2015-2-20 19:46:58

19#



godfrey.dayo

China
Offline


> Gareth Posted at 2015-2-21 05:17
> I used the DJI assistant to upgrade the firmware on the drone to version v3.08 (it was v3.04). I w ...

Hi Gareth, with your statement, I have to assume you have not updated the camera firmware because you update by copying the firmware file into the MicroSD card then powercycle the Phantom, not via the Phantom Asssitant. Please correct me if I'm wrong.

2015-2-20 22:11:34

20#



Gareth

Norway
Offline


> godfrey.dayo@po Posted at 2015-2-21 11:11
> Hi Gareth, with your statement, I have to assume you have not updated the camera firmware because ...

I connected the drone to my computer and used the DJI assistant to update the firmware

2015-2-21 07:05:20

21#



johnwarr.live

United Kingdom
Offline

You do not upgrade the camera via the PT2 assistant.
Download the FC200 upgrade file from the Vision Plus download section of this website and read the "read me" file on how to upgrade.
You need to use the micro-SD card to do the update.

2015-2-21 07:09:38

22#



**Gareth**

Norway

● Offline

> **johnwarr.live** Posted at 2015-2-21 20:09
> You do not upgrade the camera via the PT2 assistant.
> Download the FC200 upgrade file from the Vision ...

Thank you for your help. But I still have the same problem after updating

Download from here:   http://www.dji.com/product/phantom-2-vision-plus/download

Major New Features:
The latest Phantom 2 Vision+ FC200 firmware (v1.3.0) fixes the issue of the camera failing to start in some cases and adds the ability to modify the filename prefix of photos if using the DJI SDK. Update your camera firmware according to your needs. Thank you for your support!

Follow these instructions to update your firmware:
1. Download the latest Phantom 2 Vision+ FC200 firmware from the official DJI website and unzip it.
2. Copy the "firmware_plus_v1.3.0g.bin" file into the root folder of an empty Micro-SD card (less than or equal to 32GB) and rename the file to "firmware_plus.bin".
3. Make sure the camera is turned off, and insert the Micro-SD card into the camera.
4. Turn on the Phantom. The firmware update will begin automatically. A quick yellow flashing LED on the camera indicates that the camera is updating.
5. When the quick yellow flashing disappears, the firmware has been updated. After a successful update, the "firmware_plus.bin" filename will change to "firmware_plus.bin.bak00". This file on the card can now be deleted.
6. Restart the camera and the new firmware will be active. Check the firmware version in the DJI Vision app.

🕐 2015-2-21 09:02:50

23#



**Gareth**

Norway

● Offline

"Check the firmware version in the DJI Vision app" (It looks like it has updated)

Screenshot_2015-02-21-15-05-57.jpg (401.98 KB, Down times: 1)



⊙ 2015-2-21 09:22:33

24#

That was an excellent photo! And you said you were flying blind? Hahaha

Well, since the phantom responds to all the RC and phone commands in flight albeit the blank screen and you have updated all the firmwares to no effect, may I suggest that you try a different phone before concluding that it's a problem with the app? 😊



godfrey.dayo

China

● Offline

⊙ 2015-2-21 10:43:13

25#

Are you getting battery, GPS, and altitude/distance in the app or is that missing in addition to the video feed? Check the cables connecting the camera/gimbal. If any of them are loose or damaged it could be the cause of your problem.

jmtw000

United States

Offline

2015-2-21 11:47:15

26#

**Gareth**

Norway

Offline

> godfrey.dayo@po Posted at 2015-2-21 23:43
>
> That was an excellent photo! And you said you were flying blind? Hahaha
>
> Well, since the phantom res ...

I used a borrowed Iphone. That did not work. (My phone is a Samsung Galaxy S4)

2015-2-22 04:17:42

27#

**Gareth**

Norway

Offline

> jmtw000 Posted at 2015-2-22 00:47
>
> Are you getting battery, GPS, and altitude/distance in the app or is that missing in addition to the ...

Just the video feed missing

2015-2-22 04:18:33

28#

I don't know if you've read this post but I think it is similar to your problem. It was also discussed extensively in another forum. Good luck with DJI tech support 🙂

"When you find the black screen issue, the first thing you need to do it to rebind the camera with extender.
What I mentioned above is for those who did the rebinding but still not work, then I would suspect a damaged WIFI Board. " - DJI-Autumn

http://forum.dji.com/forum.php?m ... t=black&lang=en

**godfrey.dayo**

China

Offline

2015-2-22 09:48:43

29#

Still flying blind 🙂

Fredrikstad, Norway

2015-02-22-1430-480-Phantom-small.jpg (185.44 KB, Down times: 2)



Gareth

Norway

● Offline



◎ 2015-2-22 09:56:15

---

30#



Northofthe49th

Canada

● Offline

i presume you are otherwise getting all other flight data on your phone?
As Godfrey mentioned and I think you indicated that you did rebind the "range extender".
Have you tried different preview modes in the Camera Ap?

◎ 2015-2-22 10:36:53

---

31#



Gareth

Norway

● Offline


Northofthe49th Posted at 2015-2-22 23:36
i presume you are otherwise getting all other flight data on your phone?
As Godfrey mentioned and I  …

"Under settings I have tried each of the preview quality settings without any success"

Everything works fine apart from the video feed to the smart phone. However a low flying Sea King helicopter heading for Fredrikstad hospital gave me a big fright on Thursday, as I truly began to realise how slow descent is with this drone

◎ 2015-2-22 14:57:41

---

32#



Gareth

Norway

● Offline

" godfrey.dayo@po Posted at 2015-2-22 22:48
I don't know if you've read this post but I think it is similar to your problem. It was also discuss ... "

Thanks for the link. There are a lot of forum posts about this problem. At least I am having fun even though the product does not work properly

🌐 2015-2-22 15:00:28

---

33#



Gareth

Norway

● Offline

I am  un-ashamedly bumping this post. I discovered that I was not getting video feed from the camera when i un-boxed my P2V+ in the kitchen when it was brand new. I could not possibly have damaged anything doing dry runs in the kitchen. I have sent so far two emails to dji support and have not received a reply. I have now spent a lot of time reading forums and doing updates of firmware, etc, etc. I would like to think that the posters on the forums I have read are not down right liars, as this video feed problem seems to be a common problem. I have had two flights in the blind and it was great fun. But now it is time to return the product to the retailer. Dji need to get off the pot or shit

http://youtu.be/inESbHY5rSE

http://youtu.be/Ch6f0VdJLEs

🌐 2015-2-23 16:25:21

---

34#



Jason in TN

United States

● Offline

Same problem with mine no answers on it either. Sent it to a guy that works on them will let you know how that works out.

Jason

🌐 2015-2-23 16:46:33

---

35#



rabloom530.gmai

United States

● Offline

My story is the same as Gareth's. After updating firmware, apps, switching phones/tablets I finally was frustrated enough to return it (Amazon). Purchased another one and have bird with great video feed with no problems. I suspect  the first one I got had a bad wifi module, but I would be guessing...

2015-2-23 17:38:03



**Gareth**

Norway

● Offline

36#

 Jason in TN Posted at 2015-2-24 05:46
Same problem with mine no answers on it either. Sent it to a guy that works on them will let you kno ... 

I would appreciate hearing if you find a solution

2015-2-25 05:20:40



**Gareth**

Norway

● Offline

37#

Got a reply from technical support after 7 days. Apparently my problem has been resolved 😄

From: DJI Technology [mailto:us.support@dji.com]
Sent: 24 February 2015 23:37
To: Gareth
Subject: [DJI Technology] Re: Vision app - no image feed

My issue has not been resolved. There is still no image feed. Cheers Gareth

##- Please type your reply above this line -##
Your request (97812) has been solved. Please submit a new request if you have any further questions.

D.B. (DJI Technology)
Feb 24, 15:37
Dear Gareth A. Morgan,
Thank you for your email Please try the following troubleshooting steps:
•       Ensure you have upgraded all DJI products to their latest firmware. Check updated, plus the camera firmware
•       Ensure you are operating your mobile device in airplane mode with all data off (wifi on). Check bluetooth and data disabled
•       Ensure your phone has been updated to the latest software. What does that mean? Deleted the Dji Vision app and re-installed
•       Ensure you have closed all other multi-tasking applications. Check
•       Check the free space on your mobile device, we recommend having at least 3GB available, less storage could be causing the issue. Check more than 3Gb
•       Try deleting the app from your phone and downloading it again. Deleted the Dji Vision app and re-installed
•       Reduce the preview framerate from 30 fps to 15 fps in the Settings of the DJI Vision app. Check

2015-2-25 07:40:12



**Gareth**

Norway

● Offline

38#

Hello Gareth

We'd love to hear what you think of our customer service. Please take a moment to answer one simple question by clicking either link below:

How would you rate the support you received?

Good, I'm satisfied
Bad, I'm unsatisfied

I want another option to rate! 😁

2015-2-25 07:42:56



39#

Mine is on the way home from Hani. Says it is good to go. Was bad place in ribbion cable is what I was told was the problem on mine. Can't wait to get it home and test it out. Yours may be different who knows.

Jason

Jason in TN

United States
● Offline

ⓒ 2015-2-25 09:08:25



40#

http://youtu.be/jnESbHY5r5E

http://youtu.be/Ch6f0VdJLEs

Another bump done in the best possible taste

Gareth

Norway
● Offline

ⓒ 2015-2-26 17:28:19

1  2    1    / 2 Page    Next >



**B**
Bold

**A**
Text Color

Picture

Add Link

Emoticon

Advanced

You need to log in before you can reply Login | Register now

**Post Reply**    ☐ Jump to the last page

Credit Rules

Copyright © 2016 DJI All Rights Reserved.   Forum Rules

MOBILE VERSION   ·   DJI.COM   ·   Online Store   ·   Support   ·   Top

 FORUM

MAVIC   PHANTOM   INSPIRE   OSMO   PRO SYSTEM   EVENTS   SERVICE   🔍   

# No image in Vision app

Home / PHANTOM
👁 14862   💬 76   🕐 2015-02-20 01:48:16

41#



victortch

United States
● Offline

> Gareth Posted at 2015-2-27 06:28
>
> http://youtu.be/jnESbHY5r5E
>
> http://youtu.be/Ch6f0VdJLEs

Video feed was working fine since I got the drone. Then I got black screen right after camera firmware update 1.3.0.g. It persisted on all devices, later I noticed I have USB cable connected to the Phantom and laptop, so I have disconnected it and power-cycled my Phantom and suddenly video feed came back on Galaxy tab and iPhone. Never happened again, but it was scary. I only have drone for a couple of days though, so I can not give you reliable input on reoccurrence of the issue. Also, when applying the FW update make sure you rename the file as instructed on the microSD ("firmware_plus.bin") and make sure after update it is renamed to "firmware_plus.bin.bak00" by the drone and then delete it.

I did have a momentary control signal loss at 100ft though. It seems when user trigger failsafe from S1 switch - it disconnects from drone on purpose to make it switch to RHT mode. Looks like it is designed this way.

My WiFi extender power LED does not go to "green" when fully charged (it did after first charge though). Looks like both red, green led are on so it looks orange or green depending at angle you look at it, but app shows 100%.
Did a test flight today over open park field - got as far as 250m away (afraid to fly too far w/o GPS tracker): WiFi signal - full strength. It was short flight though as it is very cold outside. As usual, I forgot to press video record, should make it a habbit.

🕐 2015-2-28 07:28:56

42#



homer

United States
● Offline

Has anybody noticed the 8 pin connector is crooked on the camera assembly or is this just mine and my problem?

IMG5445.JPG (610.07 KB, Down times: 2)



🕑 2015-3-2 20:39:13



victortch

United States

● Offline

43#

I think the cause of my video blackout was a result of keeping my Phantom turned on for way too long. I was studying it and it seems WiFi unit got overheated and shutoff video stream. It is possible the video chip inside WiFi unit may be a toast ...

🕑 2015-3-3 19:20:48



homer

United States

● Offline

44#

 victortch@gmail Posted at 2015-3-4 08:20
I think the cause of my video blackout was a result of keeping my Phantom turned on for way too long ... 

I have read some post on video and heat issues. I would think a overheating problem a new product would only happen on a really hot day. Over time electronics will fail premature because of overheating and will keep getting worse. I supposed in a enclosed environment (Not outside and no airflow) with it powered up it for long period, it would get hot in the inside. I will be looking at options for cooling in the future. So far I have not actually operated mine with Live Video. Sent mine for repair today.

2015-3-4 14:23:29



**Naza-PA**

United States

● Offline

45#

 homer@paddocks. Posted at 2015-3-5 03:23
I have read some post on video and heat issues. I would think a overheating problem a new product ... 

Indeed, it is strange why it would blackout for about 10 mins and then starts working and keeps working like nothing happened in my case. I did not power it down for extended period of time, may be 30-60 secs max.

I think I have figured out the reason for my backpout. It seems you have to power cycle all components, WiFi extender, RC controller and the bird after any major component FW update. Second time I experienced it was after FW 3.08 downgrade. But after power cycling all of the components video feed was working fine.

2015-3-5 10:56:05



**Gareth**

Norway

● Offline

46#

Just got back from a six week holiday and have updated all the latest firmware. Same old problem

From: Gareth
Sent: 18 February 2015 22:07
To: 'us.support@dji.com'
Subject: Vision app - no image feed

Hi, I have just got a Phantom 2 Vision+ and am experimenting with it (in the kitchen without the propellers on). The Vision app is communicating with the camera. I can tilt the camera up and down. I can take pictures and video but there is no image showing in the Vision app just a black screen (I cannot see what I am photographing or filming in the Vision app). Under settings I have tried each of the preview quality settings without any success. The back lights on the drone show flashing yellow. What am I doing wrong? Cheers Gareth

2015-4-17 13:09:53



**homer**

United States

● Offline

47#

Gareth,

I thought you had sent yours off for repair.

2015-4-17 13:22:00



48#

No thought I would wait and see if a solution showed up

Gareth

Norway

● Offline

● 2015-4-17 14:03:42

---

49#



jhall

United States

● Offline

 Gareth Posted at 2015-4-18 03:03

No thought I would wait and see if a solution showed up 

Gareth -- I am having the EXACT same issue with my DJI PV app.  No picture.  I have all the other data, battery, satellites, etc.  It will even take pictures and video with no problem - Just I cant see what Im taking on the app.!

Let me know if you've found any fixes yet!!  Mine is also Up To Date on all firmware, apps, etc.
This just started not long ago for me.
thanks!
JWH

● 2015-7-22 20:18:13

---

50#



KickerM

United States

● Offline

Howdy All, I am having the same problem as Gareth and now Jhall, Please let me know of your solution to this problem? I tried rebinding the camera and I get "ERROR DJI Vision was explicitly denied access to the camera." I have done no such thing infact its not even in my settings list on my iphone6?

● 2015-7-22 23:29:09

---

51#



R18 drone

Brazil

● Offline

I'm also having the same problem that Gareth , Jhall and KickerM , after I did the app update 09-09-2015. This is the image that appears on my phone, i made a flying days before making the update and everything was ok!!! I'm sure that it´s a problem in the app. The DJI must make the app correction. C:\Users\rober_000\Documents\dji C:\Users\rober_000\Documents\dji\image1.jpg

● 2015-9-12 15:44:53

---

52#

Has anyone tried using a 3rd party app like Autopilot, or I am sure there are others. I would think that if the problem is in the Vision App, it should work fine in a 3rd party app. If it is in the firmware or hardware, it will have the same problem in a 3rd party app. Just a thought.



**Barney Rubbel**

United States

● Offline

Barney

● 2015-9-12 19:16:03

---

53#



roy

United States

● Offline

No video a member found this.
"One of the flat cables from the camera gimble ends up in a pcb connector at the wifi box (the metal box on the motherboard), I guess this connector was oxidized or something, because right after I wiggled this cable a little at the connector (I actually tried to disconnect it) the preview started working again. It did not stop working when i wiggled it again, so I assembled the drone and took it for a test flight, works without any problems."
http://www.phantompilots.com/attachments/previewfix-png.27680/
After all you have done if this doesn't fix it you probably have a bad wifi module. New one is around $165 on eBay if yours is under warranty that may be the route to go. Get a magnifying glass and double check the ribbon cable on the camera. Look for scrapes and tears. Only two items that normally stop video. Good luck!

● 2015-9-14 04:58:50

---

54#



**R18 drone**

Brazil

● Offline

Hi Gareth

Phantompilots the forum are reporting the same problem in updating the Vision App.
The solution is to restore the old version through backup in iTunes.
I will try to restore the old App to see if the screen returns to display images.

http://www.phantompilots.com/thr ... n-1-0-52-ios.53597/

● 2015-9-14 10:42:48

---

55#



**R18 drone**

Brazil

● Offline

Hi friends,

I found that the problem is the new version of Vision App (V. 1.0.52) because I got a iphone with the old Vision App (V. 1.0.48) and visualized the images smoothly. So the range extender, the control and the Phantom are running smoothly.
It is now expected that the Dji fix the bug in the new Vision App (V. 1.0.52) or install the old Vision App (V. 1.0.48).

● 2015-9-15 05:54:50



**R18 drone**

Brazil

● Offline

56#

Hi friends,  Yesterday after Apple released IOS 9, the Dji Vision App version 1.0.52 again function normally.  Blunder of Dji have released the new version a week before the new IOS, and what's more disappointed because Dji not replied to my questions.

🕒 2015-9-17 04:43:31

---



**motia**

United States

● Offline

57#

Updating to IOS 9 didn't help me. I wonder, if it has something to do with the IOS privacy settings. Did you set any special privacy setting during the IOS update process or did you leave everything as default?

🕒 2015-9-17 10:42:25

---



**MikeDrone7**

United States

● Offline

58#

I have an iPhone 6 with the latest IOS but was only having a problem with ground station with the 1.0.52 app (camera view was fine). I spoke to DJI support on 9/25 and was told that they are working on a fix and either a patch or a new version of the app will be available soon. Not sure what DJI considers soon though!

However on a good note I was able to find version 1.0.48 of the App in my iTunes library.  It had the icon for the Vision App with a diagonal red stripe that said update across it.  When I right clicked on it and selected info it said it was version 1.0.48.  So I deleted the crap App, plugged my iPhone 6 into my laptop, selected the App and clicked install then sync.  Tada I now have the old App back on my iPhone.  Also gave it a quick try and everything is back to normal with the ground station/waypoints etc.  I did however have to re-cache google maps.  But I wasn't so lucky on my iPad Air as I had synced it not long ago and the newer version was all that showed up.

Good luck to all that are having problems with version 1.0.52.  I hope that DJI makes good on their promise for a fix in the near future!

🕒 2015-9-28 11:12:48

---



**fernando.marinh**

Brazil

59#

Hello everyone,

Does anyone have any news?

Any solution to the problem of the live image in the app ?

⊙ Offline

⊙ 2015-10-20 16:59:28

60#



I have the same problem as Gareth. Happened after app update.

Frustrating as everything was working just fine. I've updated camera firmware, and everything else. Flies great, takes great vids/photos -- just no live feed.

jackpresley

United States
⊙ Offline

⊙ 2015-11-1 16:36:58

61#



Video feed trouble shooting
Please try the following steps:
• Ensure you have upgraded all DJI products to their latest firmware. Check updated, plus the camera firmware
• Ensure you are connected to the wifi phantom-xxxx SID
. Check bluetooth be sure it is off
• Ensure your phone has been updated to the latest software.
• Ensure you have closed all other multi-tasking applications.
• Check the free space on your mobile device, it is recommend having at least 3GB available, less storage could be causing an issue.
• Try deleting the app from your phone and downloading it again.
       Try reformatting the SD card with  full format.
• Reduce the preview framerate from 30 fps to 15 fps in the Settings of the DJI Vision app.
Check your wifi battery level.
Check the three leads going to the gimbal to be sure they are tight. Check each one closely for any pins that may have pulled up and loose.
If the above don't get it then the only remaining check is the video feed plug on the wifi transmitter under the shell.
If that's ok then it's most likely a damaged or burnt out wifi transmitter if you still see the SID.
If that does not fix the issue and you have an android tablet try wwwflylitchi.com  app and see if all works in that app if you have the same issue it has to be the wifi Tx in the Phantom. Anyone willing to try and report back.

roy

United States
⊙ Offline

⊙ 2015-11-3 05:55:51

62#



Hi friends,

Since the update iOS 9.1 that APP Dji Vision has a problem, because even with the last update on 11.12.2015 V. 1.0.54, can not I see the images on my iPhone6 screen. The screen goes black with a spinning wheel in the center, but can perform all operations (fly, shoot and shoot) with my Phantom 2 Vision + V. 3.0
It's disappointing because I'm flying blind to 2 months. The Dji must correct and launch new version of the APP as soon as possible, as there are several reports of people who are having the same problem.
It is problem of aircraft, as tested with an android phone and it worked perfectly.

Roberto Azevedo.

R18 drone

Brazil
⊙ Offline

⊙ 2015-11-17 11:12:50

63#

Same problem here.



**motia**

United States

● Offline

 2015-11-17 14:35:00

---



**steele**

United States

● Offline

64#

SO maddening.

I am now having the same issue.

All data on my phone, gps, elevation, distance, etc. Even the map and location are good, just no video.

I can tap record on my iphone and the app says it is recording, no video will display. But... I can offload the video and see that the camera is recording fine. Just no video feed.

All devices are completely up to date.

Would love a solution!

 2015-11-18 15:36:50

---



**daniel.hellstra**

Sweden

● Offline

65#

Same here, no picture from cam in vision app, but if I restart app and quad I can usually get it working again. Feels like the app could use some debugging. This is on android, samsung s5

 2015-11-30 13:55:33

---



**kevin**

United States

● Offline

66#

Has this been resolved yet?  I'm still flying blind over here!

Just picked up a v2+ with VRPT581 controller(no batteries). Using a Galaxy S5 phone with DJI Vision App.  Currently getting no video feed but all other items are functioning properly.  The video worked then it didn't, then worked twice, then it didn't and now nothing.  That lead me to the forum here and over the last week I've tried all of the previous posts with no luck.

Seems like if it was an app it would have never worked.  Is this an internal wire problem?  Did the fix "Jason in TN Comment #39" did fix the image?

I will be starting a ticket on this as I cannot find an actual fix anywhere online.  Hopefully return this v2+ and get a 3 if the problem continues.

⊙ 2016-1-17 19:34:46

67#



> kevin@blockrise Posted at 2016-1-18 08:34
>
> Has this been resolved yet?  I'm still flying blind over here!
>
> Just picked up a v2+ with VRPT581 co ...

**DJI-Patrick**

Hong Kong

● Offline

Hi , Kevin . Can you take photos and videos blindly ? If you do , please contact your dealer or support center about that . That'll need a repair .

2016-1-18 01:48:20

---



**BLOCK**

United States

● Offline

68#

> DJI-Patrick Posted at 2016-1-17 22:48
> Hi , Kevin . Can you take photos and videos blindly ? If you do , please contact your dealer or su ...

Yes photo & videos blindly.

What type of repair?  Is it on the aircraft or controller?

2016-1-18 14:50:48

---



**DJI-Patrick**

Hong Kong

● Offline

69#

> BLOCK Posted at 2016-1-19 03:50
> Yes photo & videos blindly.
>
> What type of repair?  Is it on the aircraft or controller?

It's on the aircraft . Please kindly contact US support center about that .

2016-1-18 21:25:31

---



**roy**

United States

● Offline

70#

Video feed trouble shooting
Please try the following steps:
•     Ensure you have upgraded all DJI products to their latest firmware. Check updated, plus the camera firmware
•     Ensure you are connected to the wifi phantom-xxxx SID
.     Check bluetooth be sure it is off
•     Ensure your phone has been updated to the latest software.
•     Ensure you have closed all other multi-tasking applications.
•     Check the free space on your mobile device, it is recommend having at least 3GB available, less storage could be causing an issue.
•     Try deleting the app from your phone and downloading it again.
      Try reformatting the SD card with  full format.
•     Reduce the preview framerate from 30 fps to 15 fps in the Settings of the DJI Vision app.
Check your wifi battery level.
Check the three leads going to the gimbal to be sure they are tight. Check each one closely for any pins that may have pulled up and loose.
If the above don't get it then the only remaining check is the video feed plug on the wifi transmitter under the shell.
If that's ok then it's most likely a damaged or burnt out wifi transmitter if you still see the SID.

2016-1-19 06:30:01

---



**jjk_fl**

71#

Hey everyone.  I am not a brain surgeon but after having the same No Video on the phone problem shortly after my Vision 2+ was new, and having to send it back, waiting at least 6 weeks, I decided this time I am getting to the bottom of the problem myself.  Its not under warranty so I might as well figure out what is going on by process of elimination.  DJI does not seem to help identify what worked for me, or want to stand behind their product any longer than necessary.

I have the Vision 2+ and have always used a Galaxy 5S.  I was having good results from the craft, video and photo, and put it away for about 3 to 4 weeks.  When I tried using again, no video on the Galaxy 5.  Just a black screen.  I went through all the checks everyone recommends, however more important, read what everyone has been writing for a long time.  My problem was no different than theirs so why should I just copy their frustration?  I

United States
● Offline

also wondered why you would need to change any settings if the results were great when put away.  That made no sense and just a cop out for why the screen was black.  Something had failed.

Although it still did not make sense why it worked when put away, but did not when activated the next time, it came down to replacing the WIFI module.  The information was not getting to the phone.  The range extender was working, I could take videos and photos, yet something had failed in the transmission.  I took the advise of another owner and contacted Dronesplus.com and purchased another WIFI module.  They are not cheap but the Vision is worthless not working.  I have to say, Dronesplus was great about shipping the part right away and I received it within 3 or 4 days even though I am across the country.  I have to say they were great to deal with.

After replacement, follow you tube videos, its working great!  I have flown it only a few times but its working great.  For me, the module was the problem.  Nobody wants to break down and spend nearly $200 for a part but for me, it made sense that was the problem.  Also, when the Vision was sent to the factory under warranty for the same problem, I could tell that is what they replaced.  I won't say it will take care of everyone but if a couple people try and have the same results, I think we have figured out what the factory will not tell us.

One more comment.  Heat and electronics do not get along.  I recommend not running the drone any longer than necessary without flight.  Take off as soon as possible and shut down as soon as possible.  The airflow produced by the blades helps to cool the metal casing under the dome.  When downloading photos and videos, remove the micro SD card.  Don't use the cable and power the drone.  Any sitting time causes heat that is not doing any good.

I hope this helps someone else.  I hate to see anyone spend good cash replacing parts but you have spent good cash top buy a craft that does not work.  I hope the Vision 3 has this problem resolved.  I just ordered one!  Wish me luck.

⌚ 2016-1-26 18:49:08



houzful

United States
● Offline

72#

DJI confirms WiFi module is bad.

<u>Screen Shot 2016-01-27 at 3.39.45 PM.png</u> (131.98 KB, Down times: 4)
DJI Confirms WiFi module bad.

## Proforma Invoice

| To: | | Invoice No.: | |
|---|---|---|---|
| Country: | CANADA | Price Region(Currency): | USD |
| Date: | 2016-01-22 | | |
| Invoice Address: | | | |
| Remark: | Phantom 2 Vision+ out of warranty period. | | |

| Item | Quantity | Unit Price (USD) | Total Price (USD) |
|---|---|---|---|
| WM301 WIFI video link module | 1 | 107 | 107 |
| Freight | | | 0 |
| Repair Service | | | 65.00 |
| Total Amount | | | 172.00 |
| Total Payment | | | 172.00 |

This invoice is due on presentation.
Please make bank transfer to:
Bank Name:              NA REPAIR Paypal
Bank Address:           -
Account name & Address:
                        NA REPAIR Paypal
                        -
Account Number:         -
Swift Code:             -
Or you could arrange payment by Paypal directly through: aftersales.us@dji.com
**PS: Please make sure the Invoice No. is included in your Payment Information when completing your transaction.**

⌚ 2016-1-27 17:46:48

73#



pasohaze

United States

● Offline

I have the exact same problem. The drone worked great last week, then yesterday when I was starting it up and clicked on the camera icon, just a black screen and no data from the drone. The remote will fly the drone, I can control the camera with the thumbwheel, just nothing else. No crashes, the drone is always handled with care, batteries are fully charged, software on drone and phone is good. It worked a few days ago, with no change, today its down. I cant seem to find out what's going on.

○ 2016-2-23 00:30:51

74#



digod2

Brazil

● Offline

Any news?

I'm also having the same problem to 4 days.
I'm doing research on the internet but no one had a solution yet.

Someone managed to solve this problem?

○ 8 days ago

75#



plumbfreeordie

United States

● Offline

I started a facebook page for people with this problem.  It is my hope to gather them together so we can make an organized noise about this BS.  I started a petition, there is a link at the page.

https://www.facebook.com/DJIstinks/

○ 7 days ago

76#



crash1sttime

United Kingdom

● Offline

If its a new unit that doesnt work, and you paid on a credit card, take it up with the card issuer, they may help you get your money back, loss of FPV on a new unit shouldnt happen but then DJI do ship bad units on occasion

7 days ago

77#



> Gareth Posted at 2015-2-22 02:18
> Just the video feed missing

Same thing happened to mine and a few hundred dollars later DJI replaced the wifi module in the aircraft etc.

I bet its the exact same thing. It worked perfectly one day then no video until i sent it in and they fixed it.

Visual Air

Canada
 Offline

1 hour ago

< Prev   1   2    2   / 2 Page

**B** Bold   **A** Text Color   🖼 Picture   🔗 Add Link   😊 Emoticon                    Advanced

You need to log in before you can reply Login | Register now

**Post Reply**   Jump to the last page                                                      Credit Rules

Copyright © 2016 DJI All Rights Reserved.   Forum Rules          MOBILE VERSION  ·  DJI.COM  ·  Online Store  ·  Support  ·  Top

 FORUM          MAVIC    PHANTOM    INSPIRE    OSMO    PRO SYSTEM    EVENTS    SERVICE   🔍          

# No live feed since 3.08 Upgrade

Home / PHANTOM                                                               👁 1179    💬 12    🕐 2014-11-16 20:34:26

1#



**DaveM**

United Kingdom

⚫ Offline

For once I waited a while after a firware release to upgrade my Phantom Vision Plus
Sadly this has resulted in the live feed no longer working, but telemetry info, take pics
start video is all working OK.

Using a Mac I used assistant 3.6 and with the exeption of the battery upgrade, done
them all including the latest iOS app

Phantom 2 Vision+ Autopilot System - V3.08
Phantom 2 Vision+ Central Board - V1.0.2.7
3-axis Gimbal - V1.0.0.6
Mac Assistant Software - V3.6
iOS App - V1.0.43

Tried using the V3.4 assistant and upgrading again, but no luck
Deleted and re-installed the iOS app
Re bound the Wi-Fi extender
Tried my iPad and also Android on a Galaxy tab
Checked all cable connections
Lowered preview quality to lowest
I had no issues doing the upgrades, all went smoothly without any errors or problems

Spoke to my dealer who have been checking and waiting for an answer from DJI
(Still waiting for 6 days)

Any help appreciated

Possible w-Fi Transmission Module perhaps ?, although I have never experienced any
problems or dropouts with the video feed before the upgrade

                              
Twitter          Facebook          Favorite          Like

IMG_1317.jpg (72.74 KB, Down times: 0)
IPhone 6 plus Feed



⊚ 2014-11-16 07:34:26

---

2#

Please send a mail to support@dji.com.

DJI-擎天柱

China

● Offline

⊚ 2014-11-17 03:59:37

---

3#

Many thanks, I will do that

DaveM

United Kingdom

● Offline

⊚ 2014-11-17 06:41:19

---

4#



**maionaze**

United States

● Offline

> **DaveM Posted at 2014-11-17 19:41**
> Many thanks, I will do that

I had this problem also. I say had because I think it went away. After having it, I discharged my batteries and then recharged them. The problem hasn't returned after 4 flights since I did this. If DJI has a different response, please share because like I said, it "seemed" to be fixed. But I am not 100% sure of it.

◎ 2014-11-17 08:48:10

---

5#



**DJI-DingC**

China

● Offline

Have you try re-connect the gimbal? I would suspect this is a hardware connection issue.

◎ 2014-11-17 10:23:39

---

6#



**DaveM**

United Kingdom

● Offline

> **DJI-DingC Posted at 2014-11-17 23:23**
> Have you try re-connect the gimbal? I would suspect this is a hardware connection issue.

Yes, I have just disconnected and removed the gimbal, all cable connections were OK, but I removed them and re-plugged in again, sadly exactly the same still NO Live View

◎ 2014-11-17 12:34:03

---

7#



**well69**

United States

● Offline

You're not alone.  Do a search for black screen - many users have this problem after the last update.

2014-11-21 11:26:35



DaveM

United Kingdom
● Offline

8#

All fixed now 🙄
Replaced the Wi-Fi transmission module

2014-11-21 15:27:53



jbedard

United States
● Offline

9#

I have the exact same setup and the exact same problem?   Any luck with a solution?
Thank you

2014-12-26 17:19:41



ciprianboboc

United States
● Offline

10#

Have you tried to apply all available updates?
I've noticed you have version 1.0.2.7 for CB, while version 1.0.2.10 is available right now...
Also, make sure you restart everything (including remove the app from the phone memory).

2014-12-26 18:31:41



jbedard

11#

> DaveM Posted at 2014-11-22 04:27
> All fixed now
> Replaced the Wi-Fi transmission module

How did you replace the wifi transmission module?  Where did you buy it?  Thank you.

United States
● Offline



● 2014-12-27 05:31:40

12#



I am worried that I may have a similar problem. Same symptoms...

johnjohnsoniii

United States
● Offline

● 2015-1-7 19:38:20

13#

> DaveM Posted at 2014-11-22 04:27
> All fixed now
> Replaced the Wi-Fi transmission module

tobinrichard

Hi Dave,

I have the same issue as you and I replaced the Wifi Module and it still doesnt work..
Any ideas

Ireland
● Offline

● 2015-6-24 14:55:41

**B** Bold    **A** Text Color    🖼 Picture    🔗 Add Link    ☺ Emoticon    Advanced

You need to log in before you can reply Login | Register now

**Post Reply**    ☐ Jump to the last page

Credit Rules

Copyright © 2016 DJI All Rights Reserved.    Forum Rules

 FORUM

MAVIC    PHANTOM    INSPIRE    OSMO    PRO SYSTEM    EVENTS    SERVICE    🔍



# no live feed

Home / PHANTOM                                                    👁 275    💬 2    🕐 2015-10-23 02:53:03



**astanicki**

Canada

● Offline

1#

I have a phantom 2 vision  that i can not connect the live feed to anymore.   I went to use it 1 day after about a month and when i got everything running i noticed that i can control the camera even take pictures and video and obviously it flys properly.

The live direct feed is not on my smart phone.

I have tried 2 different phones,  uninstalling the app and installing it again,  reflashed the firmware on the camera,  re binding the camera to the phone.  When i went to bind the camera to the phone the camera was not there.  I thought this wouls fix it but it never did.  Now the camera shows up there but i still have no video.

Can anyone think of anything else.  I have sent this problem to DJI twice with no reply so i am out of ideas.

                           

Twitter            Facebook         Favorite          Like

🕐 2015-10-22 13:53:03

---



**roy**

United States

● Offline

2#

Video feed trouble shooting
Please try the following steps:
•    Ensure you have upgraded all DJI products to their latest firmware. Check updated, plus the camera firmware
•    Ensure you are connected to the wifi phantom-xxxx SID
.    Check bluetooth be sure it is off
•    Ensure your phone has been updated to the latest software.
•    Ensure you have closed all other multi-tasking applications.
•    Check the free space on your mobile device, it is recommend having at least 3GB available, less storage could be causing an issue.
•    Try deleting the app from your phone and downloading it again.
    Try reformatting the SD card with  full format.
•    Reduce the preview framerate from 30 fps to 15 fps in the Settings of the DJI Vision app.
Check your wifi battery level.
Check the three leads going to the gimbal to be sure they are tight. Check each one closely for any pins that may have pulled up and loose.
If the above don't get it then the only remaining check is the video feed plug on the wifi transmitter under the shell.
If that's ok then it's most likely a damaged or burnt out wifi transmitter if you still see the SID.

🕐 2015-10-22 16:00:15

---



**motia**

United States

● Offline

3#

It's the phone app that broke live feed to many phantom 2 users. There is nothing you can do until hopefully DJI will find what they broke and fix it.

🕐 2015-10-23 07:57:14

**B**
Bold

**A**
Text Color

Picture

Add Link

Emoticon

Advanced

You need to log in before you can reply Login | Register now

Post Reply

☐ Jump to the last page

Credit Rules

Copyright © 2016 DJI All Rights Reserved.   Forum Rules

MOBILE VERSION   ·   DJI.COM   ·   Online Store   ·   Support   ·   Top

 FORUM

MAVIC    PHANTOM    INSPIRE    OSMO    PRO SYSTEM    EVENTS    SERVICE    🔍    

# No live feed

Home / PHANTOM

👁 153    💬 7    🕐 2016-10-14 03:50:32



**gabef**

United States
● Offline

1#

No live feed on DJI Phantom 2 Vision Plus. I tried resetting the range extender and that didn't work. Please help!

Thanks
GF

Twitter    Facebook    Favorite    Like

🕐 29 days ago



**DJI Natalia**

Hong Kong
● Offline

2#

Hi Gabef, would you please check the version on APP, all are up to date?
After resetting the range extender, you have bound it again, it showed successfully but the live feed was black, right?
Please try different mobile device to have a test, and check whether you can take photos and record.

🕐 29 days ago



**gabef**

United States
● Offline

3#

> DJI Natalia Posted at 2016-10-13 21:37
> Hi Gabef, would you please check the version on APP, all are up to date?
> After resetting the range  ...

What is the APP? I have reset and rebound it and it is still showing a black screen. I can still take pictures and videos - just no live stream. I also tried on my iPad and had the same problem. What should I do?

🕐 28 days ago

4#



**johnwarr**

United Kingdom
● Offline

Natalia is talking about the Vision App on your phone, under the "about" section when connected to your V+ it gives you the firmware / camera and app versions.

● 28 days ago

---

5#



**DJI Natalia**

Hong Kong
● Offline

Thanks Johnwarr.
Hi gabef, sorry for the trouble, since you have done the basic troubleshooting, it needs to be sent in for further evaluation and get it repaired by the engineers. Please feel free to contact our tech support at support.us@dji.com for further help.

● 26 days ago

---

6#



**jonathan**

United States
● Offline

 DJI Natalia Posted at 2016-10-17 12:14
Thanks Johnwarr.
Hi gabef, sorry for the trouble, since you have done the basic troubleshooting, it  … 

This is a known issue that MANY of us are having. DJI's general response seems to be that you'll need to pay shipping to send it to them for repair. . . and if you're out of warranty, then you'll have to pay for the repair as well. Many of these problems seem to have begun after updating. I'm presently trying to get to the bottom of this, along with what started as troubles connecting to range extender, but had telemetry and could take pix, then connected to range extender, but lost telemetry and ability to take pix. This in addition to no FPV.

Look around the forum a bit and you'll see other posts on this. Check the Better Business Bureau and you'll also see plenty of complaints against DJI. Granted some are resolved, but the fact that they had to goto BBB to get action says something.

● 26 days ago

---

7#



**plumbfreeordie**

United States
● Offline

I have a post called "Bad companies" discussing DJI's response to this problem.  You should go there and chime in as I am the only one in the thread with this problem.  The rest of the people are saying I'm a jerk

20 days ago

8#

> jonathan@gatehe Posted at 2016-10-16 23:27
>
> This is a known issue that MANY of us are having. DJI's general response seems to be that you'll n ...

https://www.facebook.com/DJIstinks/

If you have no FPV on your phantom model and have been told that it is out of warranty and you will have to pay to have it repaired please visit this site and leave an account of your experiences.  The purpose is to figure out how many people are having this trouble so that DJI will be forced to call it a manufacturer defect rather than old age.

plumbfreeordie

United States

● Offline

12 days ago

**B** Bold   **A** Text Color   Picture   Add Link   Emoticon                              Advanced

You need to log in before you can reply Login | Register now

Post Reply     ☐ Jump to the last page                                    Credit Rules

Copyright © 2016 DJI All Rights Reserved.   Forum Rules                    MOBILE VERSION · DJI.COM · Online Store · Support · Top

 FORUM     MAVIC    PHANTOM    INSPIRE    OSMO    PRO SYSTEM    EVENTS    SERVICE    🔍    

# No live stream to phone

Home / PHANTOM                                                                    👁 21888    💬 78    🕑 2015-01-12 04:50:06



**steve**

Sweden
⬤ Offline

1#

Hi.
I connect to my drone with my phone(tried 2 different phones) and i only get a black screen. There is no live stream from the drones camera.

The camera works but the stream does not work.
I can film and take pictures. Need to see them on my PC afterwards when i plug the memory in.
So no live stream, camera works but i cant se what im filming or photographing live.
Just a black screen on my android device.
On the iphone i borrowed there were a "loading" symbol on the screen.
I have let the app try to load the video for at least 20 minutes on each phone without any luck.

Another problem that im having is that the software that you provided does not seem to notice the phantom after i have plugged it into my pc. This worked until quite recently as well as the streaming worked until quite recently.

I have emailed you guys 3 times without any answer, im hoping that you will answer here at least.

I need help to fix this.

                     
Twitter          Facebook         Favorite           Like

🕑 2015-1-11 15:50:06



**gil**

United States
⬤ Offline

2#

Steve, you need to be more specific about which model Phantom and phone you have.  Same with the computer, MAC or PC?

Are you connecting the USB into the Phantom, powering on the remote control, powering on the Phantom and THEN opening the vision assistant?

Details!

🕑 2015-1-11 19:01:18



**DJI-Autumn**

3#

Like gil said you should provide more details for us.
About the black screen issue my fist suggestion is to rebind your camera to the Phantom.
If it dose not help, I would suppose a bad wifi module.

China
● Offline

2015-1-11 22:12:45

4#

Sorry for not filling in all the information.

DJI Phantom 2 vision +

PC computer.

Rebind camera to the phantom? What do you mean with rebind?

steve

Sweden
● Offline

2015-1-17 13:11:38

5#

I can send commands to the phantom to take pictures and videos.

steve

Sweden
● Offline

2015-1-17 13:12:06

6#

> steve@widinghof Posted at 2015-1-18 02:11
> Sorry for not filling in all the information.
>
> DJI Phantom 2 vision +

Gerry1124

United States
● Offline

Here is a video on binding your range extender with your camera



2015-1-17 13:14:10

---

7#



**steve**

Sweden
● Offline

Thanks.
I tried that but it did not fix the problem.

I had an accident a while ago and i sent the camera in for repair. Dunno if i got a new one or if they repaired my camera.

I tested the camera when i got it back and it worked. Could stream without any problem.

Dont know if its related or relevant but. I think i downloaded the newest version of the dji android app and the next time i were going for a flight it did not stream.

2015-1-18 14:53:19

---

8#

**santiagogaye**

Uruguay
● Offline

hello
I have the same problem of steve with  my phantom 2 vision plus. when I connect the wifi and after the app "DJI Vision"  to my iphone 5S ios7 and on my iphone 6 ios8 I can see all the info but the live video stream doesn't connect, I only see the black screen with the circle in the middle trying to connect.

If I take pictures or make videos, it work, but the stream isnt work, I cant see live video when flying.   I tried to solve reseting the wifi range extender, Binding reading the QR code and re installing the app on my mobile and nothing works

Already contacted the support and there is their reply (of course i tried all and doesnt work) these is the answer
Please review these troubleshooting steps to fix the issue that you are having.
1) Ensure your phone is in "Airplane Mode."
2) Turn on your Phantom 2 Vision +, WiFi and remote.
3) Hard reset your WiFi range extender by pressing the small button until your system light flicks off and then back on.
4) Connect your phone to the Phantom WiFi range extender.
5) Open your Vision App, go to "Settings," then select "General," then "Binding."
6) Please scan the QR code to rebind your drone.
Once you have completed the rebinding, please check that the following are in place:
*Ensure that you have upgraded all DJI products to their latest firmware.
*Ensure that you are operating your mobile device in airplane mode with all data off (WiFi on).
*Ensure that your mobile device has been updated to the latest software.

*Ensure that you have closed all other multi-tasking applications.
*Check the free space on your mobile device, we recommend having at least 3GB available, less storage could be causing the issue.
*Try deleting the app from your phone and downloading it again.

*Reduce the preview frame-rate from 30 fps to 15 fps in the Settings of the DJI Vision app.


There is any one with the same problem that finded solution ???  thanks
thanks

2015-1-18 15:56:34

---

9#



leo.levit.email

Sweden

Offline

Dear DJI
please acnowlige that a lot of your customers including me have the same problem.
Just fing the issue and stop asking for more details like model or serial, i think you have enough data as fist posts with the same issue as from 2013.
just let us know what the problem is and how to solve

2015-1-21 16:35:29

---

10#



steve.email

Sweden

Offline

If this really is a WIFI module problem i would like to know how i can get a new one?
And what i can do to not get this problem in the future.

2015-1-22 10:40:58

---

11#



crosati73.email

Canada

Offline

Try This!
Open the DJI app and click on "settings", then click on "preview quality" and set it to "320x240x15fps". That should do it.

2015-1-22 14:36:53

---

12#



santiagogaye.em

Uruguay

● Offline

hello

im resending my answer, becouse i have no replys, can anyone confirm if you can view my post, and if is posible help me 

hello

I have the same problem of steve with  my phantom 2 vision plus. when I connect the wifi and after the app "DJI Vision"  to my iphone 5S ios7 and on my iphone 6 ios8 I can see all the info but the live video stream doesn't connect, I only see the black screen with the circle in the middle trying to connect.

If I take pictures or make videos, it work, but the stream isnt work, I cant see live video when flying.   I tried to solve reseting the wifi range extender, Binding reading the QR code and re installing the app on my mobile and nothing works

Already contacted the support and there is their reply (of course i tried all and doesnt work) these is the answer
Please review these troubleshooting steps to fix the issue that you are having.
1) Ensure your phone is in "Airplane Mode."
2) Turn on your Phantom 2 Vision +, WiFi and remote.
3) Hard reset your WiFi range extender by pressing the small button until your system light flicks off and then back on.
4) Connect your phone to the Phantom WiFi range extender.
5) Open your Vision App, go to "Settings," then select "General," then "Binding."
6) Please scan the QR code to rebind your drone.
Once you have completed the rebinding, please check that the following are in place:
*Ensure that you have upgraded all DJI products to their latest firmware.
*Ensure that you are operating your mobile device in airplane mode with all data off (WiFi on).
*Ensure that your mobile device has been updated to the latest software.
*Ensure that you have closed all other multi-tasking applications.
*Check the free space on your mobile device, we recommend having at least 3GB available, less storage could be causing the issue.
*Try deleting the app from your phone and downloading it again.

*Reduce the preview frame-rate from 30 fps to 15 fps in the Settings of the DJI Vision app.

There is any one with the same problem that finded solution ???  thanks
thanks

⊙ 2015-1-30 11:58:18

---

13#



steply.hotmail

United States

● Offline

This is my exact problem too -- Vision2+ running all the latest firmware and app on iPhone 6+ (164 gig with 30 gigs free space, so it's not a memory thing)... Camera "works" (I can take pictures and videos, and I can even transfer them to my phone wirelessly via the app), but I just can't get a live feed -- I have a black screen with a little "trying to load" circle thingy spinning. I can still fly and control the gimbal with the app, but I'm still flying "blind" because I get no live feed. I think it was the latest iPhone app (that came out a week ago) that broke this, because everything worked great prior to that.
 And I even tried the "binding" procedure -- while it "blinded" just fine, it did not fix the live feed...   Boooooo!!!!! 

⊙ 2015-1-30 12:09:09

---

14#



mkcross.comcast

United States

● Offline

Same problem here with no live video stream.
V2+ with all the latest updates, and iPhone 6.
Tried all the solutions listed above, with no resolution.
Just got off the phone with DJI Tech Support,
They said that before anything else, wait for a new iPhone app update to come out.
They are aware of issues with the 1.0.46 iphone app release and are working on a fix. 

⊙ 2015-1-30 16:23:17



**SAFrankSU**

United States

● Offline

15#

I lose live feed a bit, as well. Sometimes the picture freezes. I usually restart my iPhone or even delete and reinstall the app. Always seems to do the trick.

⊙ 2015-1-31 16:28:04

---



**steply.hotmail**

United States

● Offline

16#

It's not a problem with "losing" the live feed -- I just can't get the live feed at all.  Just a black screen with a spinny "loading" icon.  I performed all the steps recommended (and reduced picture preview quality to 320x240 15fps, but still no luck.  If it's a bad wi-fi module, can we get a replacement without mailing in the entire drone!?!

⊙ 2015-2-1 14:35:47

---



**lymace**

French Polynesia

● Offline

17#

Hi
I think i have same problem
I'm french polynesian and i will try to explain my problem in english.
Well, I have a problem with my video between my ipad and P2V+ (no video)
I see in the forum the problem is the wifi signal transmission module is out.
I buy a new and replace (PV646105405)
Now I have :
- Wifi signal is good
- Connection between ipad and P2V+ is OK
- Camera can move (tilt is ok)
- Telemetrie is OK
- Video and picture is OK

But few minutes later the video freeze and icon appears in the center of my screen (loading),
I see in you tube some people have the same problem, but they don't know why and don't have solution.

I Hope somebody can help me.
Thank you.

⊙ 2015-2-6 00:17:42

---



**DJI-Jackson**

18#

> lymace Posted at 2015-2-6 13:17
> Hi
> I think i have same problem
> I'm french polynesian and i will try to explain my problem in english ...

Hong Kong
● Offline

Please try to rebind  the Phantom 2 Vision+ and Range Extender .

© 2015-2-6 07:57:58

19#



realmelby.me

Germany
● Offline

i have the same issue, p2 v+. not the v3 version.
tried almost everything. rebound it. also installed another gimbal in case it would be the camera. no luck yet.

it worked only once more, when i flew at around zero degrees in the morning.
guess its the wifi module that got too hot. i ordered a new one and will install it. hopefully it will work again.

© 2015-2-6 09:50:53

20#



mkcross.comcast

United States
● Offline

> mkcross.comcast Posted at 2015-1-31 05:23
> Same problem here with no live video stream.
> V2+ with all the latest updates, and iPhone 6.
> Tried al ...

Just updated the iPhone Vision App to 1.0.48 dated 2/6/15.
Live video feed is working again.
Hope this works for the rest of you.

© 2015-2-6 10:31:57

21#



patrick.lifewrx

United States
● Offline

I'm having the same issues -
Updated to iPhone App 1.0.48 on 2/6/15 but still have the same problem.
I've tried all other solutions offered here, looks like an RMA might be the only option left.

© 2015-2-6 11:25:49

22#



**mkcross.comcast**

United States

⬤ Offline

> mkcross.comcast Posted at 2015-2-6 23:31
> Just updated the iPhone Vision App to 1.0.48 dated 2/6/15.
> Live video feed is working again.
> Hope  ...

Well, I spoke to soon.
Lost video feed again.

🕐 2015-2-6 11:57:48

---

23#



**lymace**

French Polynesia

⬤ Offline

> DJI-Jackson Posted at 2015-2-6 20:57
> Please try to rebind  the Phantom 2 Vision+ and Range Extender .

Thank you for your help.
I rebind P2V+ and range extender (reset, scan the new QR code of the wifi signal transmission module...)
It's OK, the video live work on my ipad but just few minutes and i have the loading icons on the center of screen.
So, I try something with my P2V+.
I remove the top shell (GPS system always connect) and put my P2V+ under my air conditioner for refresh
the wifi transmission module and connect my ipad to the P2V+. Well the video live don't freeze. 🙂
So, I think when the module is too hot, the video live stop, now why the module heat and stop the wifi signal?
Yet the module is new, i don,t understand? 😕

🕐 2015-2-7 04:11:05

---

24#

maybe this will help.

**realmelby.me**

Germany

⬤ Offline

🕐 2015-2-7 13:18:24

---

25#



**lymace**

United States

● Offline

> realmelby.me Posted at 2015-2-8 02:18
> maybe this will help.
> https://www.youtube.com/watch?v=na9lwUvufOk

Why not.
I will take you updated... Thanks again

◉ 2015-2-7 20:45:45

---

26#



**realmelby.me**

Germany

● Offline

finally i got my video image back from the camera. it was the wifi module. the new one works... but im concerned that it will fail anytime in the future. it feels really hot. i will try to add better heatsink onto it.
so this seems to be a heat problem with the wifi module. and i see more threads like this popping out in other forums as well.

does anyone know if i can send the broken wifi module to dji, not the complete phantom? basically it still has guarantee.

◉ 2015-2-9 10:41:18

---

27#



**mclemj**

United Kingdom

● Offline

> lymace Posted at 2015-2-7 17:11
> Thank you for your help.
> I rebind P2V+ and range extender (reset, scan the new QR code of the wifi ...

I am continually getting the same issue. I have updated all my software to the latest versions. I have an iPhone6 and the newest Phantom2 Vision+ (Ordered directly from DJI in February). My streaming video has worked only once in about 20 flights and that was for about 2 minutes. All other functions in the app seem to work fine except repairing the wifi module using the camera to scan the code. I end up having to type in the code manually. I have tried every fix listed in this forum and nothing has worked.

◉ 2015-3-27 05:04:51

---

28#

**Steven**

Italy

● Offline

To me sometimes happens that i loose video too mostly after took raw pictures, or when the bird is over me, to get it back generally is enough to move the wifi transmitter on the radio...

2015-3-27 05:18:30

29#



**sdsmorales**

Uruguay

● Offline

Same problem, the loading thing in the middle of the screen, no live feed. Tried to contact support, won't answer. Great job!!

2015-5-3 18:32:27

30#



**raaddink**

United States

● Offline

I had the same problem, everything works except the live feed.   Tried everything, rebind, power on order, reset wire connections.  Would occasionally work, but most times failed.
When I connected with my Samsung Galaxy touchpad everything worked fine so that finally narrowed it down to the iphone, not the phantom.  Looking through the iphone settings, when I went to Settings/DJI VISION and turned off both Photos and use cellular data, it worked properly on the iPhone.

2015-7-12 00:35:23

31#



**roy**

United States

● Offline

It has also been found that rebind with stronger wifi interference stops the video. Have had a few users that had to move away from other homes and buldings that had wifi and go into a field and rebind their unit. Then it works after getting it to rebind properly. Just for consideration.

2015-7-17 04:49:09

32#

> roy@mcscomputer Posted at 2015-7-17 17:49
> It has also been found that rebind with stronger wifi interference stops the video. Have had a few u ...



**bryan**

I have a Vision 2. I previously flew it about four months ago and everything worked fine..... Meaning I could receive the live video feed and display it real time on my iphone.
Now, after using it just a few weeks ago, it will not display the video feed.
Like others have posted, I can receive all of the telemetry and control the camera. I can see pics takes and video taken in the album section of the ap.

United States
● Offline

I have tried every fix posted on this forum as well as everything posted on other non-dji forums....... nothing works.

Question 1.... Is it possible that through an updated ap that DJI has purposefully or accidentally shut off the video feed for anyone who has not updated their copter to the new "altitude" restricted firmware?

Question 2.... I have a friend who has the exact same copter and uses a Samsung (previously worked).  His Phantom is doing the exact same thing as mine. Both were flown at the same time several months ago, and both sat dormant for four months........  what are the odds that it is not hardware related and somehow is related to question 1?

⏱ 2015-7-22 08:08:31

33#



mark.giao

United States
● Offline





I am currently having the same problem.    The unit was working fine after its last flight 3 weeks ago.    I went to use it today and no FPV, have a shoot on Monday and have no FPV.   I've update everything including the Samsung Galaxy S4 DJI app.   Rebind, freaking everything and no video.    I know my phone was forced to update to the 5.0.1 lolipop, but that has been out for awhile and I've just been avoiding it.    That is the only thing that has changed.

Certainly with all the comments I see on this problem, something has been done.

2015-7-25 18:10:25

---

34#



**bryan**

United States

Offline

 mark.qiao@gmail Posted at 2015-7-26 07:10
I am currently having the same problem.   The unit was working fine after its last flight 3 weeks ag ...

Dji support is not recognizing  this issue. They send "canned" responses via their support and then close the ticket. They have to have an answer. Likely they have chosen to move on to support their newer products and orphan the owners of phantom 2 visions.
This should be a simple issue... It is not about binding, ap versions for our phones, or any of the canned responses.
It's about  dissecting the commonalities of the unresolved complaints and addressing the issue.

Here  is the summary again:
Re-binding over and over again does not work
Deleting and reinstalling the ap on our devices does not work
Updating our devices does not work
Checking for mysterious loose cables does not work
Nor does:
Upgrading firmware
Or any other suggested fix....... None of them work!!!!!!

Every single complaint on this issue has the same commonality:
No device can display live video feed on our devices.
We see telemetry such as altitude and number if satellites.... But no live video......

Sheesh........ What part if this does dji not get???!!!!

2015-7-27 20:21:42

---

35#



**johs-andre**

Norway

Offline

Hello
Exactly the same problem that i 'have. I'm flying a Phantom 2 Vision With Samsung s6 and also Ipad and i have tried all the following:
rebinding
upgraded all DJI products to their latest firmware.
mobile device has been updated to the latest software.
closed all other multitasking applications. Tried deleting the app from my phone and downloading it again.
Reduce the preview frame-rate from 30 fps to 15 fps in the Settings of the DJI Vision app.

Nothing is working
pls help

2015-8-2 13:27:55

---

36#



**sublimelobc**

United States

Offline

### DJI Vision app broken! Please fix DJI!
I'm having the same issue since the latest app update. It seems to obviously be a bug in the app, DJI really should address this more quickly, the app is broken.  I have tried all the steps listed here to try and fix it but with no luck. Basically the new app will leave you unable to live stream....you will be taking pictures or video and flying blindly, which destroys the whole purpose of having a vision+ to begin with!
I'm using all the latest firmware updates on the Vision+ and iphone with app version 1.0.521 (build 1903)

⏱ 2015-9-15 13:03:06



37#

> **sublimelobc** Posted at 2015-9-16 02:03
> DJI Vision app broken! Please fix DJI!
> I'm having the same issue since the latest app update. It see ...

Same situation what to do??

**afonso**

Brazil
● Offline

⏱ 2015-9-15 15:22:19



38#

> **mclemi@gmail.co** Posted at 2015-3-27 18:04
> I am continually getting the same issue. I have updated all my software to the latest versions. I ...

Same issue, did you fix it and how?

**afonso**

Brazil
● Offline

⏱ 2015-9-15 15:29:23



39#

Any of you using the app with the wifi signal booster. You may have pushed it limits and burned it out in that situation replacment is the only fix. There have been a few instance where overheating has cause some of the issues and a few other cases where connectors into the Phantoms wifi module needed to have the video plug reseated. A couple of people found plus going to the gimbel  was causing the blackout. Try reseating this plugs too. The very last test is to try a replacment module to see if that fixes the problem. DJI do make a mod to the modules by drilling holes in the cover to releas heat. So if yours is less than a year old contact DJI technical support via phone for the fasted service. Time is still 6-8 weeks for service door to door.

**roy**

United States
● Offline

⏱ 2015-9-16 04:12:43



40#

> **roy@mcscomputer** Posted at 2015-9-16 05:12
> Any of you using the app with the wifi signal booster. You may have pushed it limits and burned it o ...

FIX that worked for me ....

On one forum on one thread dealing with the no FPV issue was a single post, that no one seemed to followup on, but this user (can't find the post now, don't remember the forum)  said he "remembered from long time ago that formatting the SD card should work".

**angusmacsac**

Canada

● Offline

I first formatted the 32 GB micro SD card using the cameras app but this did not resolve the no FPV issue so I did a "Full Format" (not a "Quick format") of the memory card using my PC ... this worked.

I have since rebooted the craft from complete shutdown several times now, recorded some short video, restarted several times again and repeated recording and the live feed is still working!

Hope this works for someone else !
Not saying this is a fix that will work for everyone's situation but it's a cheap try

⊙ 2015-9-23 17:49:33

❶  2        1____ / 2 Page    Next >



B          A          🖼          🔗          😊                                                        Advanced
Bold    Text Color   Picture   Add Link   Emoticon

You need to log in before you can reply Login | Register now

Post Reply        ☐ Jump to the last page                                                        Credit Rules

 FORUM

MAVIC    PHANTOM    INSPIRE    OSMO    PRO SYSTEM    EVENTS    SERVICE    🔍



# No live stream to phone

Home / PHANTOM

👁 21889    💬 78    🕓 2015-01-12 04:50:06



**motia**

United States
● Offline

41#

Thanks for the advise. That was a good idea. Unfortunately it didn't help in my case. I fully formatted the card in my PC, but still unable to get live video from the camera - just spinning wheel. And GS still crashing the app. I still believe the app 1.0.52 is bad, as I have the exact same problem as may others. I have not seen any acknowledgment from DJI yet, hopefully they will fix it sooner than later.

🕓 2015-9-24 19:23:52



**yuri_martins**

Brazil
● Offline

42#

Hey guys, just did some tests with my P2V+ and I think it's definitely overheating in the wi-fi module.

What I tested:
. DJI VISION App
. Autopilot App (US$20,00)

I tried all the solution I saw people trying  with the phantom as you can see my first reply here: http://forum.dji.com/thread-31833-1-1.html

What I did now:

1. Went outside my house and flew if the phantom, with the live video working. I flew it in a fast speed and big turns, so it could get a lot of air.

2. Landed the phantom and changed the battery after my first one ran out. The live video was still working.

3. Flew in very slow speed, like I was doing a "Point of interest" flight. This way, the phantom wasn't getting to much air to cool it down. The live video was still working.

4. Landed the phantom, and turned it of. The live video was still working.

5. Turned it on again and started flying fast for 5 minutes so it could get more air again. The live video was still working.

6. Landed the phantom, turned it off and turned it on. For my surprise, the live video was working again.
Both apps the live video didn't work after step 3. Both apps started working after step 6.

So, my conclusion is that it's a project error from DJI and if your phantom is still in warranty, explain that to them so they could change you wi-fi module. There are some people that did that. Unfortunately, I'm from Brazil and I won't be able to send it back to them. So, I will try a solution that I saw in a video, using thermal paste in the wi-fi board (



). - Thanks to realmelby.me for the YouTube video

Let you guys now if this solved the problem.

2015-9-28 17:23:06

43#



> angusmacsac Posted at 2015-9-24 00:49
> FIX that worked for me ....
>
> On one forum on one thread dealing with the no FPV issue was a single ...

I had tried most of the things that where suggested on this subject, but when I tried formating the card on a computer as you suggested, it now works again. Thank you so much

**fredrik**

Sweden

● Offline

2015-9-29 02:28:02

44#

Bought my Phantom 2 Vision Plus last month November 2015... (all I could afford)
Have the same problem like all of you folks... Phantom flies ok, can take picture and video, but no live stream on the mobile app...
Tried to reset/rebind ... different phone ... formatted the MicroSD ... still the same issue.
Feel cheated of my hard earned money, and get a defective product.
Why is a company like this still in business?

**vinit**

● Offline

2015-12-17 19:40:03



**flybill2**

Canada

● Offline

45#

Hi folks... like so many, what - hundreds, thousands? - I've got the Phantom Vision 2+, less than one year old, put it in the case, next time out of the case the video feed from the camera to the phone is gone. Tried 2 different phones. Did everything that's been suggested - re binded, updated the app, made sure I had the current firmware, changed SD cards etc. etc.

I first sent an email to support in China, and they sent the list of things to check, and referred me to US support. I then sent the same email to US support, and they sent me back the same list that China sent.

Went through the whole updating, rebinding etc., thing again, no change, and no wifi stream.

If, as I suspect from reading the forums, this issue is related to the WiFi Module burning out, why hasn't there been a fix? If the Phantom is still under warranty, why isn't this part replaced at no charge?

I have asked this question of DJI support US and China, and, like so many others have experienced, they don't even condescend to answering my emails.

Like many I've got an aerial job to do that requires the Phantom camera working. I cannot get any response from any DJI support source.

Can't help but think, as prospective buyers of flying cameras start doing their research on line, that many will find this thread, and decide to buy other than a DJI product. That's why I cannot understand their lack of response.

Good luck to us all. I may have to buy another quad. If I do, it sure WILL NOT be a DJI product.

Bill

◉ 2015-12-18 09:43:14

---



**dj.davidj.209**

United States

● Offline

46#

If you have the Phantom 2 vision plus try repeating the flat grey cables that plug into the gimbal control module. The 6 position connector carries video signal to the wifi module. Possibly got dust in there and it's not making connection.

◉ 2015-12-18 15:06:41

---



**Simages**

United States

● Offline

47#

> **dj.davidj.209@g Posted at 2015-12-18 15:06**
> If you have the Phantom 2 vision plus try repeating the flat grey cables that plug into the gimbal c ...

Sorry. but I have the same issue and have done everything per DJI instructions, posted, recommended, suggested, reset, binding, format SD etc........ still no video "FPV to the iPad Mini nor and Android Note2. Everything was working and have less than 15 flights. Submitted an email to dji@dronenerds.com (North America) After-Service Policy to have them diagnose, verify and start repair form for RMA. Wi-Fi Extender have to be the culprit.

◉ 2015-12-28 20:36:53

---



48#

> **Simages Posted at 2015-12-28 20:36**
> Sorry. but I have the same issue and have done everything per DJI instructions, posted, recommende ...

Eureka! One last do over..... I uninstalled the iPad DJI App and did a clean install from the Apple Store and there was..... video "FPV" live stream from

Simages

United States

● Offline

camera.

2015-12-28 22:00:26

---

49#



winters.shaun

United States

● Offline

Does anyone know of an alternate app that is compatible with the DJI Phantom 2 to use? It seems that the door is wide open for someone to create one. I'm having the same issue after being able to use the DJI Vision app successfully for over a year now and all of a sudden the preview screen stopped working. I tried everything from formatting my sd card to updating firmware to no avail. This company is going to lose in the long run if they don't figure out how to address issues like this.

2015-12-30 22:51:42

---

50#



Lutz

France

● Offline

Hello, I experiment  same problem with my P2V+: no video link on my ipad, but all other functions are OK.
Just for the story: I have bought the P2V+ 10 months ago. Due to professional activities, my flights are not very intensive. I have made around 20 flights for about 5 hours of cumulated time. Two months ago, after a flight (video link was OK at this time), phantom has been stored in house in a special sweet case (during all flights since the beginning, no crash, no dammage and all was nominal).

Beginning of this week, I decide to do a new flight and I got the problem: no video link....

During these past two months: ipad was updated to IOS 9 and DJI vision to 3.14 version.
I have sent an email to the support in France. In parallel, after reading a lot of forums, it seems that the problem is not new, but, in my opinion, it is difficult to have an idea about the root cause:
- software compatibility ?  but in this case why problem arrives on iOS but also on ANDROID OS ?
- thermal problem ?  why not, but in this case, changing the component in default can solve the problem temporaly but I am not sure that the problem will not come again after some hours of flight ? In addition, if it is that, what about a default propagation to other components ?

I am waiting from a quick answer from the support because the P2V+ is under garantee and I don't want to put my fingers inside it but I am very upset about this situation.

2016-1-1 16:01:43

---

51#



houzful

United States

● Offline

After Roy's post , still no video!Video feed trouble shooting
Please try the following steps:
- Ensure you have upgraded all DJI products to their latest firmware. Check updated, plus the camera firmware
- Ensure you are connected to the wifi phantom-xxxx SID
. Check bluetooth be sure it is off
- Ensure your phone has been updated to the latest software.
- Ensure you have closed all other multi-tasking applications.
- Check the free space on your mobile device, it is recommend having at least 3GB available, less storage could be causing an issue.
- Try deleting the app from your phone and downloading it again.
-  Try reformatting the SD card with  full format.
- Reduce the preview framerate from 30 fps to 15 fps in the Settings of the DJI Vision app.
Check your wifi battery level.
Check the three leads going to the gimbal to be sure they are tight. Check each one closely for any pins that may have pulled up and loose.
If the above don't get it then the only remaining check is the video feed plug on the wifi transmitter under the shell.

So I Ccontacted DJI through email.

This is their answer!

Thank you for contacting DJI, we do apologize for the inconvenience and delay. We recommend when having this issue that you make sure the operating system on the mobile device is updated, as well as the mobile app. then try uninstalling and reinstalling the app. Then if that does not work try using a

different USB cable. If you need further assistance you can reply to this email.

This is my email to them;
As I stated I the original email. I have updated all software, phones, iPods, iPads, camera,quadcopter,transmitter, wifi extender, wifi repeater, battery firmware, imu, uninstalled app and reinstalled. Rebind ed the wifi controller with the scan QR. Turned off the cell data. No Bluetooth on.  Still get spinning circle on smart phone although camera will take photo and video. I cannot see it FPV.  It is worthless for my Video business. I can not take video or pictures with accuracy!

◎ 2016-1-8 14:19:36

---

52#



dj.davidj.209

United States
● Offline

> winters.shaun@g Posted at 2015-12-31 11:51
> Does anyone know of an alternate app that is compatible with the DJI Phantom 2 to use? It seems that ...

Perhaps the app "Litchi" is available for Apple?  I have it for Android.  It's amazing.https://flylitchi.com/

◎ 2016-1-19 07:07:13

---

53#



bnewsome

United States
● Offline

The last time I used the Phantom 2 was in October 2015 and it worked great.  Today...the same issue that has been documented so well here.  No FPV.  I followed all the recommendations and nothing has changed.  I even went out to the Apple App Store and purchased DJI Phantom Flight for $8.99 to see if it was something in the DJI Vision App, but no help there.  Waste of money for app.

Anyone having any luck getting a fix for this.  It is a pile of junk without FPV.

◎ 2016-1-19 19:40:02

---

54#



Northofthe49th

Canada
● Offline

>  bnewsome@albion Posted at 2016-1-20 08:40
> The last time I used the Phantom 2 was in October 2015 and it worked great.  Today...the same issue ...

Assume you are in airplane mode with Bluetooth off.

Turn on wifi and Disable any other networks and Can you see the Phantom in your networks?

Are you at least getting flight data on the phone? Sat's, battery etc?

I wonder if trying to reinstall the camera firmware would work?

Have you tried to rebind the camera through the ap?

Could it be your wifi module?

◎ 2016-1-19 19:55:14

---

55#



**jjk_fl**

United States

● Offline

Hi everyone.  I am in the same boat as everyone else.  Vision 2 + and using a Galaxy 5 phone.  No feed on the screen but everything else works.  I had this problem after just purchasing it new from DJI, about a year ago, and ended up sending to the service center.  After a long time, finally received it back and worked fine till now.  I have no idea what they did at the service center but looks like it needs it again.  Whatever they did was to the craft itself and no external components.

I cannot put up with this!  Once fixed, it goes up for sale to the first bidder!

Help!

© 2016-1-19 20:30:30

---



**Northofthe49th**

Canada

● Offline

56#

> jjk_fl@yahoo.co Posted at 2016-1-20 09:30
> Hi everyone.  I am in the same boat as everyone else.  Vision 2 + and using a Galaxy 5 phone.  No fe ...

Let us know what you find out...hope you get it fixed..

© 2016-1-20 00:50:50

---



**geoff.b.faulkne**

Australia

● Offline

57#

> winters.shaun@ig Posted at 2015-12-31 13:51
> Does anyone know of an alternate app that is compatible with the DJI Phantom 2 to use? It seems that ...

I have been using the 'dji ultimate flight' app. Good app and can download flight log to excel.
However I ,like everyone else, have no fpv on either app so suspect it is not an app problem

© 2016-1-20 07:23:13

---



**jjk_fl**

United States

● Offline

58#

> Northofthe49th Posted at 2016-1-20 00:50
> Let us know what you find out...hope you get it fixed..

Thanks for replying.  After searching everything I could find and watching you tubes, I narrowed it down to the WIFI module must be bad.    I don't want to send it back to DJI only to sit there weeks as this did before.   It looks like they replaced the module last time I sent it to them.

So, ordered a module.  I already opened the drone and ready to remove the existing module.  When I receive the new, I'll install and let you know how it goes.  If it works, it will be listed on eBay quickly.

2016-1-22 18:30:45

59#



Northofthe49th

Canada

● Offline

Good deal...thanks for the update

2016-1-22 19:18:10

60#



houzful

United States

● Offline

jjk-fl, "I narrowed it down to the WIFI module must be bad. "  Yep that is what it is.

**Screen Shot 2016-01-27 at 3.39.45 PM.png** (131.98 KB, Down times: 6)

## Proforma Invoice

| To: | | Invoice No.: | |
|---|---|---|---|
| Country: | CANADA | Price Region(Currency): | USD |
| Date: | 2016-01-22 | | |
| Invoice Address: | | | |
| Remark: | Phantom 2 Vision+ out of warranty period. | | |

| Item | Quantity | Unit Price (USD) | Total Price (USD) |
|---|---|---|---|
| WM301 WIFI video link module | 1 | 107 | 107 |
| Freight | | | 0 |
| Repair Service | | | 65.00 |
| Total Amount | | | 172.00 |
| Total Payment | | | 172.00 |

This invoice is due on presentation.
Please make bank transfer to:
Bank Name:            NA REPAIR Paypal
Bank Address:         -
Account name & Address:
                     NA REPAIR Paypal
                     -
Account Number:      -
Swift Code:          -
Or you could arrange payment by Paypal directly through: aftersales.us@dji.com
PS: Please make sure the Invoice No. is included in your Payment Information when completing your transaction.

2016-1-27 17:51:03

61#

 jjk_fl@yahoo.co Posted at 2016-1-20 01:30
Hi everyone.  I am in the same boat as everyone else.  Vision 2 + and using a Galaxy 5 phone.  No fe ...



spam

United Kingdom

● Offline

I have the same problem but with a P2V - the livestream has stopped working. I last used my Phantom in November and when I went to fly this weekend I have no Live stream. Everything else is working.

  - Problem happens on both iPhone and iPad
  - Telemetry data works including showing which way drone is facing.
  - Can download photos and video without problems
  - No drone firmware has been updated (I've since updated everything with no change)
  - Reverted iPad/iPhone to earlier version of app (same one as November) - no change
  - connected iPhone directly to wifi camera (FC200_xxx) and Phantom_xxx - no difference. WIFI signal strong and working
  - Reformatted SD card on PC and Drone - no issues found - all good

The problem looks like the drone is failing to start the Live stream process on the FC200. Everything else from it is being sent fine from the drone to iPhone

I have updated everything now with the hope that this would fix the stream issue but no luck. This looks like the live stream fix that was delivered to the P2V+ but not the P2V.

Anyone have any suggestions?

Thanks

◎ 2016-1-31 17:05:49

---

62#



houzful

United States

● Offline

 spam@crossfamil Posted at 2016-1-31 15:05
I have the same problem but with a P2V - the livestream has stopped working. I last used my Phanto ... 

Internal WiFi module! You can buy one online or let them fix it. Until it is replaced you will keep having that problem.

◎ 2016-2-2 16:40:49

---

63#



roy

United States

● Offline

I'm sorry to say if you have tried all the recommended fixes and still no video your Wifi Transmitter in the Phantom for the video feed is probably toast. You can get telementry data still but no video as this is because there are two cards in the Tx. One for telementry and the other is the video feed. If you have tried all the below fixes and still no video it's Replacment time.
Video feed trouble shooting
Please try the following steps:
•   Ensure you have upgraded all DJI products to their latest firmware. Check updated, plus the camera firmware
•   Ensure you are connected to the wifi phantom-xxxx SID
.   Check bluetooth be sure it is off
•   Ensure your phone has been updated to the latest software.
•   Ensure you have closed all other multi-tasking applications.
•   Check the free space on your mobile device, it is recomment having at least 3GB available, less storage could be causing an issue.
•   Try deleting the app from your phone and downloading it again.
       Try reformatting the SD card with  full format.
•   Reduce the preview framerate from 30 fps to 15 fps in the Settings of the DJI Vision app.
Check your wifi battery level.
Check the three leads going to the gimbal to be sure they are tight. Check each one closely for any pins that may have pulled up and loose.
If the above don't get it then the only remaining check is the video feed plug on the wifi transmitter under the shell.
If that's ok then it's most likely a damaged or burnt out wifi transmitter if you still see the SID.

image.jpeg (151.82 KB, Down times: 6)
Video



🕓 2016-2-3 07:16:54

64#



micahjw

Puerto Rico

● Offline

Exact same problem as all those mentioned many times here. Tried many of the same things listed in these posts to no avail. It sounds like my only recourse is to replace the internal wifi module. :-(

🕓 2016-2-9 18:10:59

65#



teedo757

United States

● Offline

My problem is intermittent, it just started happening. Sometimes is works sometimes it doesn't. I assume it's the same problem so instead of soaking $200 into a repair I just bought a P3 standard.

🕓 2016-2-11 08:46:02

66#



have same fault. Got it back from warranty rep. faulty wifimodule inside drone. i will open it up to se if they change it to a new one who hade hole on the metalcase for more cooling.

jonnybgood.olss

Sweden

● Offline

⊙ 2016-2-12 14:17:14

---

67#



You can tell if the wifi module was changed. The wifi address used in binding it will be different that the ar coded one unless they gave you a new sticker too. You have to use the MAC address on top of the TX to bind.

roy

United States

● Offline

⊙ 2016-2-13 06:33:08

---

68#



Looks like my problem as the same as all of my forum friends is fixed with internal WiFi module repair.
I will try to get one of this and change out by myself to fix it.
It is said I have no clue why this happen after 6 months of flying. And I do not know if will happen again in the future even if I replace the internal WiFi module.
I hope dji fix it on p3.

eng.martinelli

Brazil

● Offline

⊙ 2016-2-23 09:45:47

---

69#



Yes. they have changed to the new typ of wifimodule ☺

jonnybgood.olss

Denmark

● Offline

2016-2-23 17:34:21

70#



robbi

Australia

Offline

> realmelby.me Posted at 2015-2-8 02:18
> maybe this will help.
> https://www.youtube.com/watch?v=na9iwUvufOk

yes..mine seems to get hot...having the connection issue..but its random

2016-2-24 02:24:14

71#



evershedster

Sweden

Offline

I had the same problem as everyone else, i tried everything and nothing worked, i think it is the cable because finally i took a dentapick, the kind you clean your teeth with and securely pressed all the connectors in, i actually heard one click finally. I fired up my drone and the live feed was back on! i think this may help some people, i had previously tried with my finger to push all the pins in but that did not work, maybe i got fat fingers but the dentapick worked like a charm and its an easy and cheap fix. The Dentapick is strong made of stainless steel and has a sharp point to keep it from slipping and damaging anything on the drone. I was so frustrated and in a foreign country with the live feed not working before i found this fix, I wish DJI would take more ownership of this super common problem.

2016-7-14 08:32:12

72#



camiplop

Colombia

Offline

Hi.I had the same trouble. Exactly the same trouble with the same model. No solution and no answer from DJI. Iwas committed an error (I bought TWO Phamtons) but I did some tests interchanging some parts. Tha damage component is the "DJIPVP-03 DJI Phantom 2 Vision Plus Wifi Signal Transmission Module". I was interchange that part from a drone to other and the problem was solved... I just have to buy the part in Amazon market for USD199 and import it to my country. Very easy! Meanwhile DJI guys ignored me (and you as I see). My Phantom didn't suffer any kind of accident and it wasn't the onle issue (one engine was damaged at the first start (without a fly!).
I learned the lesson I will never buy any other DJI product again.

2016-8-8 17:39:52

73#



huyghe-lars

No live video feed anymore.
Such a fucking scam. Everyone has the same problem and DJI isn't doing shit can't find a decent explanation, can't email those idiots. I payed fucking €1500 for this stupid drone and it doesn't work anymore?

Is this some kind of joke?

Or myebe they just want me to buy the new one wich is sooo much better. For a few months at least then they release a better one just to keep the poor civilians paying. DJI i'm so disappointed in your failure because i know you can fix the problem. you just don't want to.

Belgium

● Offline

© 2016-8-28 11:04:48

74#

Hi, take a look at this one, live streaming app - https://yatko.com/goLive
Follow us on FaceBook - https://www.facebook.com/streaminglivee/?ref=bookmarks

martin_jovanosk

Macedonia

● Offline

© 2016-9-1 15:53:42

75#

Hello. I have the same probleme! I think is the last version of DJI app.

Please DJI solve this problem!!!!!!!!!!!!!!!! All people need to solve!

giaelegilardi

Switzerland

● Offline

© 2016-10-4 04:22:38

76#

Hi @ all,

i have the same issue. But one thing is not clear. Why can I watch the Videos from the SD Card over WIFI in my DJI App and Live Stream is not working. It is the same Wifi or not?

steffenholeisen

Germany

● Offline

© 2016-10-10 05:21:12

77#

I'm shocked that DJI dont acknowledge this issue, I have exactly the same problem, everything worked fine one day and then next time, blank screen on phone but video being recorded, all firmware up to date and all other suggestions dont work. COM ON DJI. in many countries you would be sued



**colinhorn1**

United Kingdom
● Offline

successfully for failing to supply goods of merchantable quality, perhaps users should set up a class aciton, that might get their attention, suspicious that this issue crops up for hundreds of users, around the same time as a new model is out!  really really poor show DJI... you need to get with the program!

21 days ago



**thegaryclark**

United States
● Offline

78#

Having the same problem with my Phantom 2 Vision - No live feed but everything else works as it should. From my talking with DJI Certified Repair persons, If you have a Phantom 2 Vision+ you can replace the WIFI module in the Phantom body but, if you have a Phantom 2 Vision the WIFI module is built into the camera unit and is nearly impossible to find since DJI no longer makes those replacement parts and a new camera if you can find one will cost +- $400. At that price you are halfway to a new unit and that's probably the way DJI wants it.

18 days ago



**giaelegilardi**

Switzerland
● Offline

79#

> thegaryclark Posted at 2016-10-25 03:41
> Having the same problem with my Phantom 2 Vision - No live feed but everything else works as it shou ...

When I bought the drone, I accidentally also commanded a second WiFi module. I also tried it with that but the same problem.

17 days ago

< Prev   1   **2**   2  / 2 Page



**B** Bold | **A** Text Color | Picture | Add Link | Emoticon | Advanced

You need to log in before you can reply Login | Register now

**Post Reply**   ☐ Jump to the last page

Credit Rules

Copyright © 2016 DJI All Rights Reserved.   Forum Rules

 FORUM

MAVIC    PHANTOM    INSPIRE    OSMO    PRO SYSTEM    EVENTS    SERVICE    🔍    

# no live view

Home / PHANTOM

👁 436    💬 9    🕐 2016-01-17 11:23:27

---



**trickery65**

Barbados
● Offline

1#

I have a phantom vision 2 plus and i cann't get live view on my Iphone 5s.  i have spoken to dji techs some hobby store tech that a samiliar with dji and still no luck. living outside to the USA  I am not in a position to just mail it back. DJI have you resolve this issue as yet?

         
Twitter      Facebook      Favorite      Like

🕐 2016-1-16 22:23:27

---



**Northofthe49th**

Canada
● Offline

2#

Can you verify the exact model with versions of firmware etc.?
Have you deleted the ap from your phone and tried over?
have you tried another phone to be sure?
can you at least fly the phantom?
Have you checked to see that the cables at the base of the gimbal are all seated correctly?
Is the only issue no live view from the camera or no data at all being posted in the Vision ap on your phone...

Need more info!

http://forum.dji.com/thread-9937-1-1.html

🕐 2016-1-17 12:46:35

---



**DJI-Patrick**

Hong Kong
● Offline

3#

Can you take photos or videos blindly ?

🕐 2016-1-18 01:52:36

---

4#



Trickery when you go to setting on your phone and to wifi do you see the Phantom SID and are you getting a connection to it.? Explain what you are doing and what results so we may be able to help you.

roy

United States

● Offline

● 2016-1-18 05:44:14

---

5#



geoff.b.faulkne

Australia

● Offline

 roy@mcscomputer Posted at 2016-1-18 20:44



Trickery when you go to setting on your phone and to wifi do you see the Phantom SID and are you get ...

Greetings all
I am having the same problem on my p2v+. Everything was fine until this week. Gimbal control works ok and can take videos/photos but just a black screen in camera mode on my phone - samsung galaxy s5.
I have checked firmware etc (3.14) and have uninstalled and reinstalled app. I have noted that the gimbal is quite warm - not sure if this is normal. Btw, I have the same problem on dji ultimate flight app.  Bluetooth is off etc.   Have 'wriggled the flat cables around the gimbal. Very frustrating.  any thoughts? Geoff

● 2016-1-18 06:17:56

---

6#



jnic

United Kingdom

● Offline

Hi I had simlar problems on my ipod but in the end it was to do with not enought battery power on my ipod for video link .I did take photos /video blindly and they were captured on camera card,     although it showed at least 50% [ on ipod ] the battery is on its last legs so now switching to tablet. Just a thought   John

● 2016-1-18 12:34:20

---

7#



jonnybgood.olss

Sweden

● Offline

Whats going on????
Seem to many P2V user have this fault now.
I waiting for mine returns from service.
The wifimudule inside the drone is caput and therefor i could not have fpv to work

◎ 2016-1-18 13:04:24

8#



**geoff.b.faulkne**

Australia
● Offline

 jonnybgood.olss Posted at 2016-1-19 04:04
Whats going on????
Seem to many P2V user have this fault now.
I waiting for mine returns from servic ...

I think my problem may also be the video wifi module also. Still have wifi camera control (separate module?) . Problem on both dji app and ultimate flight app so mist likely the module/wiring.
Now all I need is to find a repairer in Oz.

◎ 2016-1-18 21:38:40

9#



**DJI-Patrick**

Hong Kong
● Offline

 geoff.b.faulkne Posted at 2016-1-18 19:17
Greetings all
I am having the same problem on my p2v+. Everything was fine until this week. Gimbal ... 

Please send it to  your dealer or support center about the problem .

◎ 2016-1-18 22:13:14

10#



**roy**

United States
● Offline

Some users have reported having to format the SD memory card for a fix, others the cable plugging into the TX for video under the shell loose, yet others have found a loose plug on the gimbal. Even low  storage on the phone or tablet will affect video. After all the above check then it seems a bad Tx in the quad is the culprit. I sure wish their was a sure fire way to test the video transmitter but it is apparently trial and error testing to find the culprit. Here is a list that may help at least someone. Give it a go.
Video feed trouble shooting
Please try the following steps:
•    Ensure you have upgraded all DJI products to their latest firmware. Check updated, plus the camera firmware
•    Ensure you are connected to the wifi phantom-xxxx SID
.    Check bluetooth be sure it is off
•    Ensure your phone has been updated to the latest software.
•    Ensure you have closed all other multi-tasking applications.
•    Check the free space on your mobile device, it is recommend having at least 3GB available, less storage could be causing an issue.
•    Try deleting the app from your phone and downloading it again.
     Try reformatting the SD card with  full format.
•    Reduce the preview framerate from 30 fps to 15 fps in the Settings of the DJI Vision app.
Check your wifi battery level.
Check the three leads going to the gimbal to be sure they are tight. Check each one closely for any pins that may have pulled up and loose.
If the above don't get it then the only remaining check is the video feed plug on the wifi transmitter under the shell.
If that's ok then it's most likely a damaged or burnt out wifi transmitter if you still see the SID.

◎ 2016-1-19 06:25:09

 **B**
Bold     **A** Text Color     Picture     Add Link     Emoticon          Advanced

You need to log in before you can reply Login | Register now

**Post Reply**    ☐ Jump to the last page

Credit Rules

Copyright © 2016 DJI All Rights Reserved.   Forum Rules

MOBILE VERSION   ·   DJI.COM   ·   Online Store   ·   Support   ·   Top

 FORUM          MAVIC   PHANTOM   INSPIRE   OSMO   PRO SYSTEM   EVENTS   SERVICE   

# No Vision on my Phantom 2 Vision plus

Home / PHANTOM                                                                              👁 1041    💬 22    🕐 2016-05-03 10:31:45



**Lesnam98**

New Zealand
● Offline

1#

Hi fellow Phantom pilots

I have a phantom 2 vision plus that has all the firmware upgrades for the fllight controller/gimball etc. The Phantom flies perfectly with no problems.

When i connect my Samsung Note 4 to it wirlessley i can see all the telemetry data (satelites/battery etc) however i have no video. I can control the tilt of the gimbal from the Note 4 and the gimball works for stablisation.

The camera does work and will write video to the sd card (Class10 32g)

is there anything i can do to get vision on the Noote 4?

thanks

Stu

🐦 Twitter     f Facebook     🏠 Favorite     👍 Like

🕐 2016-5-2 21:31:45



**dino54**

United States
● Offline

2#

Try reformatting your sd card and clean all battery contacts.......including the data pins.......on bird and batt. with DeOxit Gold or similar product.mRemove and reinstall the app on your mobile device.
Hope you get it going.

🕐 2016-5-3 14:28:30



**Lesnam98**

New Zealand
● Offline

3#

Thanks Dino54

I will give your suggestions a try and let you know how i get on.

cheers

Stu

⊙ 2016-5-3 15:00:04



quanthonytrang

Australia
● Offline

4#

The 4 pin connector from the Phantom body to the gimbal could be damaged. Unclip, inspect and reinsert firmly,
Worse case scenario could be a dead overheated wifi module. This is becoming more frequent as the P2V+ starts to age. Try dropping the FPV resolution to its minimum 240 resolution @ 15fps. Lowering down the bitrate will also increase range.

⊙ 2016-5-4 09:36:27



Lesnam98

New Zealand
● Offline

5#

HI
Thanks for the advise, tried all suggestions, however still no video, still get the telemetry (GPS, battery etc) but no video.
Also tried a samsung S6 with a fresh upload of the app.
Regards
Stu

⊙ 2016-5-8 02:11:35



Lesnam98

New Zealand
● Offline

6#

Hi All
I have tried a few suggestions ans looked on other forums and goo old you tube.
the diagnosis so far that its the video transmitter that needs replacing.
Is there any test i can do to finally "prove" its the TX module.
does anyone have one for sale?

If i cant get this working, i might as well sell the P2 and look at a P3

Many thanks
Stu

⊙ 2016-5-11 21:10:05



Northofthe49th

7#

" Lesnam98@gmail. Posted at 2016-5-12 10:10
Hi All
I have tried a few suggestions ans looked on other forums and goo old you tube.
the diagnosis ... "

Canada
● Offline

Check the wifi module in the Range Extender and the wifi mod in the Phantom. There are tests to ping it,  you will have to search to see what they are.
Ie. Ping wifi phantom
Also, as the camera can record and take Pics it is proof that the issue is most likely a transmission issue.
FYI...Dji have issues with wifi mods bricking via an Android update, cannot verify this is your problem but been ongoing for several months with no support to speak of from DJI....

◎ 2016-5-11 22:55:11

8#



Lesnam98

New Zealand
● Offline

Hi

Thanks to Northofthe49th.

i googled the ping test. http://www.phantompilots.com/threads/no-live-video-feed.62334/

The ping test proved that the lower part of my wifi tx is buggered (Kiwi term for not working)

Time for a P3 or P4 upgrade.

Cheers

Stu

◎ 2016-5-24 23:06:28

9#



Northofthe49th

Canada
● Offline

 Lesnam98@gmail. Posted at 2016-5-24 21:06
Hi

Thanks to Northofthe49th. 

DJi should repair that for free!
It is likely the android update buggered it as has done for so many folks and DJI have never acknowledged they had anything to do with it but have asked for folks to send the faulty part back and they would repair it....You can search the threads below, some have done an RC reflash, one or two of these cover that,
i would not spend the money if i did not have to nor invest in another if the manufacturer cannot back up their blunder!

http://forum.dji.com/forum.php?mod=viewthread&tid=41364
http://forum.dji.com/forum.php?m ... D370%26typeid%3D370
http://forum.dji.com/forum.php?m ... typeid%3D370&page=3
http://forum.dji.com/forum.php?m ... D370%26typeid%3D370

Good luck!

◎ 2016-5-25 10:06:01

10#



dCon0ne

United States
● Offline

I have the same issue,  My P2V+ works in ALL aspects, except the phone(LG3), will not display the video.   :-(
Went back to my OLD Samsung S3 Skyrocket, and the video is working.   The Samsung has been off the Cell network(no SIM Card), for over 9 months now.

I tried updating the Apps(DJI Vision, and Litchi), on the LG3 phone, but the video still does not work on THIS phone.

◎ 2016-5-27 07:11:59

11#



TomWolves

● Offline

> Lesnam98@gmail. Posted at 2016-5-12 10:10
> Hi All
> I have tried a few suggestions ans looked on other forums and goo old you tube.
> the diagnosis ...

I think it is the Wi-Fi module in the Phantom2, mine is the same way.

⊘ 2016-5-28 08:18:06

---

12#



dkaustin

United States

● Offline

Just an additional data point-- I have all the familiar symptoms, but my WiFi module checks out good.  Was able to successfully ping both boards in the module, and my module is the newer vented type.  Continuity of all the cables to the camera is good, and all connectors are firmly seated.  All firmware has been updated to the latest version.  The Vision app has been deleted and reinstalled from my tablet.  The problem is the same on two different devices and two different apps.

I think it's time to admit to myself that I wasted my money on a shoddy toy and move on.  If I buy another drone, it will NOT be from DJI.

⊘ 2016-6-11 07:59:30

---

13#



johnwarr

United Kingdom

● Offline

Well my "shoddy toy" still works perfectly after 2 years.
Don't forget to shut the door on your way out....

⊘ 2016-6-11 08:04:25

---

14#



Lesnam98

New Zealand

● Offline

Hi All, Thanks for all your help, the P2 still flys great but have decided to on-sell the P2 and give a P3 a try. Regards

⊙ 2016-6-14 15:23:43



**Lesnam98**

New Zealand

● Offline

15#

Hi all, latest update😊

Strange, the other day, was flying at the local park, all of a sudden i did have the camera view on my samsung phone, only for a few seconds then it went blank again.

Could the wifi card be ok?

Regards
Stu

⊙ 2016-7-7 19:32:58



**Dimzin**

Canada

● Offline

16#

This is ridiculous, Why do so many devices fail suddenly after f/w updates?
This is the 3rd product I own that has failed AFTER a F/W update. I WAS running a P2V that I bought from a friend.
I have had several great flights w/it and am always amazed at the pics once they're upped to my PC.
Unfortunately it seems I have fallen victim to the fried TX board also. I know this can this be attributed to "aging" components.
I'm not a believer of that excuse, basically I think this is by design and is just an easy way to gain more of my/our hard earned $.
I was quoted $300+ for a repair on this unit. It's never been crashed/smashed/flown in inclement weather.
When I first got my P2V I thought DJI was an amazing company w/great service and support. Well, after soooo many forums and threads, I'm disappointed.
I'd actually considered an inspire as my next platform but NO WAY am I going to fall victim to the "aging/worn component" excuse on a $2k + paperweight.
REALLY P'd and VERY discouraged.. Thanks for destroying my foray into aerial imaging DJI.

⊙ 2016-7-22 18:20:06



**DJI-Jamie**

United States

● Offline

17#

> 
> Dimzin Posted at 2016-7-23 07:20
> This is ridiculous, Why do so many devices fail suddenly after f/w updates?
> This is the 3rd product ...

To clarify, did you have your friend's proof of purchase when you sent in your unit? Could you happen to provide your RMA number for further follow up?

⊙ 2016-7-23 01:18:30



**Northofthe49th**

18#

> Dimzin Posted at 2016-7-22 16:20
> This is ridiculous, Why do so many devices fail suddenly after f/w updates?
> This is the 3rd product ...

Not sure if you were in any way a victim of the infamous Range Extender debacle as per this link which DJI have removed from the forum posts...but

Canada

● Offline

could it be a factor?

Also, check the version history upgrades on your itunes for the vision app, my belief is in the 1.0.58 update they screwed with the transmitter as per the notes in the version history, same could be true for a lot of android users who suffered also

http://forum.dji.com/thread-57702-1-1.html

hope you get it sorted.

IMG_0022.PNG (0 Bytes, Down times: 1)

No SIM 🔊  7:39 AM  2% ⚡

 ‹ DJI VISION

# 1.0.60
Jul 7, 2016

Emergency repair problems that upgrade firmware for P2V aircraft will cause connection problems.

# 1.0.58
Jun 13, 2016

1. Fix some UI display incorrect problems.
2. Optimize the configuration of radio link, lower the radio transmitter power.

# 1.0.56
Jan 14, 2016

– Support range extender upgrade.
– Fix incorrect UI displaying.

# 1.0.54
Nov 12, 2015

– Bug fixes and improved compatibility for iOS9.



# 1.0.53
Oct 8, 2015

## Fix HTTP server connection problem;

⭐ Featured   ≣ Top Charts   🧭 Explore   🔍 Search   ⬆ Updates

2016-7-23 09:45:30

---

19#



**Dimzin**

Canada
● Offline

My Phantom has not left my possession. No RMA # as I have not contacted DJI about it yet, 2nd hand phantom so pretty certain no warranty whatsoever.
Is the fix for this as simple as latest f/w, swapping out the RE500 w/A RE700 and re-bind?
I have a line on a crashed P2V+ that'll cost me a little more than the repair I've been quoted.
Comes w/4 Batteries (Low use), P2V+, Box, Remote w/RE700, Charger.

2016-7-29 14:49:33

---

20#



**francrev489**

Spain
● Offline

I had the same problem and I had to buy a new wireless module to solve this problem.
Not DJI took over repairing a basic design problem for not foreseeing the heat accumulation in the module.
More and more people are buying other brands of drones.

2016-7-31 06:15:28

---

21#



**Lesnam98**

Hi All

Thanks for all your responses, i have now upgraded to a P3S that i have just crashed 😒

I also brought my son a P3A which is flying fine 😊

cheers

Stu

New Zealand

● Offline

⊙ 2016-8-10 22:53:47

---

22#



chris

● Offline

DJI is the worst customer service I've ever dealt with (and I have comcast)...

They bricked all of our Vision + drones and left everyone hanging. I'm still waiting for the class action suit because one should definitely be coming. DJI is a PIECE OF SHIT company. I would never recommend them. I will definitely never buy another one of their products.

Suck it DJI...

⊙ 26 days ago

---

23#



plumbfreeordie

United States

● Offline

I have a post called "Bad companies" discussing DJI's response to this problem. You should go there and chime in as I am the only one in the thread with this problem. The rest of the people are saying I'm a jerk

⊙ 20 days ago

---

**B** Bold   **A** Text Color   🖼 Picture   🔗 Add Link   ☺ Emoticon     Advanced

You need to log in before you can reply Login | Register now

Post Reply    ☐ Jump to the last page     Credit Rules

 FORUM

MAVIC    PHANTOM    INSPIRE    OSMO    PRO SYSTEM    EVENTS    SERVICE    🔍    

# Phantom 2 + No video downlink

Home / PHANTOM                                                                                    👁 819    💬 10    🕐 2015-10-12 10:54:49



**purepero**

United States
● Offline

1#

There is no video downlink -  only telemetry, I try with android  and MAC devices and the issue still.

DJI replace my drone 2 times and both times was defective drone, they always has issues ,  first was the GPS –  Second The gimbal and now the video link, any idea how can I resolve this issue?

    

Twitter    Facebook    Favorite    Like

🕐 2015-10-11 21:54:49

---



**roy**

United States
● Offline

2#

Give these a try
Video feed trouble shooting
Please try the following steps:
•     Ensure you have upgraded all DJI products to their latest firmware. Check updated, plus the camera firmware
•     Ensure you are connected to the wifi phantom-xxxx SID
.     Check bluetooth be sure it is off
•     Ensure your phone has been updated to the latest software.
•     Ensure you have closed all other multi-tasking applications.
•     Check the free space on your mobile device, it is recommend having at least 3GB available, less storage could be causing an issue.
•     Try deleting the app from your phone and downloading it again.
      Try reformatting the SD card with  full format.
•     Reduce the preview framerate from 30 fps to 15 fps in the Settings of the DJI Vision app.
Check your wifi battery level.
Check the three leads going to the gimbal to be sure they are tight. Check each one closely for any pins that may have pulled up and loose.
If the above don't get it then the only remaining check is the video feed plug on the wifi transmitter under the shell.
If that's ok then it's most likely a damaged or burnt out wifi transmitter if you still see the SID.

🕐 2015-10-12 03:06:24

---



**purepero**

United States
● Offline

3#

> roy@mcscomputer Posted at 2015-10-12 01:06
> Give these a try
> Video feed trouble shooting
> Please try the following steps:

I did all that but still no video on my cell – one time I forgot remove the camera plastic holder before I turn my bird on, I turn off my bird and remove the camera plastic holder, turn it on again and video stop showing on my cell, I use different battery and the video was back- My bird start having issues at soon I upgrade the firmware, Upgrade firmware is not good because I have issues with my first bird and now with the second.
I fly my bird 2 times without any issue – but at the third time the video stop working.
This is the 2nd time DJI replace my bird, I really don't know why this 1200 dls toy fail very easy.
Is there any way to test the wifi transmitter? Because I can see on my cell the battery life, telemetry and everything else, but no vide, - the wifi transmitter is 180 dls part and I don't want buy the part without make  sure if that's the issue or not.

🕐 2015-10-13 23:28:22



**motia**

United States

● Offline

4#

What phone are you using? Android or Iphone? What app rev you have? There are multiple bugs with the app and the many people including myself lost video when when we upgraded the app from 1.0.48 to 1.0.52 on the iphone. It is all over this forum and in Itunes app reviews. No fix for that yet.

© 2015-10-14 16:10:09

---



**purepero**

United States

● Offline

5#

 motia Posted at 2015-10-14 14:10
What phone are you using? Android or Iphone? What app rev you have? There are multiple bugs with the ... 

I try with one galaxy III Galaxy 5 IPhone and galaxy tablet,
Honestly I don't know what can be the problem, DJI replace my bird 2 months ago, and I upgrade all system,
One time I forgot remove the gimbal clap and I start having issues with video with one of  battery only,  now I have the same issue with all my batterys  no video at all.

© 2015-10-14 20:01:04

---



**roy**

United States

● Offline

6#

Only thing left if you checked every thing above is to check the video feed cable at the wifi tx.

© 2015-10-19 04:14:52

---



**roy**

United States

● Offline

7#

Only thing left to check is the video feed cable in the to. If that's ok then the tx is suspect

🕐 2015-10-19 04:17:53

8#



matthewh

United States

⬤ Offline

 roy@mcscomputer Posted at 2015-10-19 03:17
Only thing left to check is the video feed cable in the to. If that's ok then the tx is suspect 

Why would a bad SD card cause the video preview to fail if it can still record video and images to the SD card?  Where do you get a new wifi module if its bad?

🕐 2015-12-12 21:39:40

9#



Cannae

United States

⬤ Offline

 matthewh Posted at 2015-12-12 18:39
Why would a bad SD card cause the video preview to fail if it can still record video and images to ... 

I recently had the same problem - telemetry and controls all worked fine, but no video preview of the camera on my iPhone.  Turned out to be a failed WiFi Signal Transmission Module.  After replacing the $200 part (!@#$%&*), all's well again.  While DJI doesn't talk about this, they obviously recognized this as an issue - the replacement part now comes with dozens of small holes drilled in its case (the previous part had a solid case).

Here's a big tip - DON'T LEAVE YOUR PHANTOM 2+ TURNED ON BUT GROUNDED FOR TOO LONG.  The WiFi Module generates a fair amount of heat.  I'm pretty sure mine cooked while I was doing software and firmware updates.  Get your bird into the air quickly - it needs the air ventilation through the slots on the body shell.  Next time I do an update, I'm going to point a fan at my Phantom to give it some air circulation.

🕐 2015-12-23 13:43:34

10#



jonnybgood.olss

Sweden

⬤ Offline

Same problem.
I send my back now for warranty rep (i hope).
Hope thy only want the bird.
Forget to pack remote and extender :-/

🕐 2015-12-28 07:30:30

11#



Buenos dias,

Tengo un Phantom 2 vision plus v3, cuando enciende el gimbal estabiliza sin inconvenientes, yo muevo el dron y la camara se mueve en todos sus ejes.

Pero el gimbal tiene el led en rojo, no envia señal de la camara al celular, solo muestra el estado de bateria del extender wifi, conecto el gimbal al pc para ver si detecta la unidad de disco de la sd, pero tampoco, me prestaron otro gimbal y si funciona correctamente.



dsastoque

Colombia

● Offline

Desde el control tengo control de la camara por la rueda izquierda sin problemas.

Se daño el gimbal?, como puedo solucionar este inconveniente con el gimbal que segun el manual indica critical error.

ya cambie el ribbon.. y sigue igual!!
PFv su ayuda..

Gracias.

ⓒ 2015-12-28 14:49:05



| B | A | 🖾 | 🔗 | 😊 | |
|---|---|---|---|---|---|
| Bold | Text Color | Picture | Add Link | Emoticon | Advanced |

You need to log in before you can reply Login | Register now

**Post Reply**    ☐ Jump to the last page

Credit Rules

Copyright © 2016 DJI All Rights Reserved.    Forum Rules

MOBILE VERSION   ·   DJI.COM   ·   Online Store   ·   Support   ·   Top

 FORUM

MAVIC    PHANTOM    INSPIRE    OSMO    PRO SYSTEM    EVENTS    SERVICE    🔍    

# Phantom 2 video/camera feed not displaying on iphone but does record

Home / PHANTOM    👁 1069    💬 24    🕐 2016-05-19 19:53:41



jon.dewys

United States
● Offline

1#

I have a Phantom 2 that is not displaying the camera feed on my iPhone but IS recording to the sim card.  I went through the 'Binding' process several times to no avail.  When I go into the iPhone app, it tries to connect but doesn't show the camera .  The blue connection lights are on in the upper right corner.

I am noticing that the green 'status' light on the wifi control box is flashing irregularly even when the drone is immediately next to the control box.

Suggestions?

🐦 Twitter    📘 Facebook    ⭐ Favorite    👍 Like

🕐 2016-5-19 06:53:41



Northofthe49th

Canada
● Offline

2#

you may have a bad wifi module in the Phantom or RE (if you have one) or loose connection at the camera, check all connections

Is this Phantom new to you?

which model Phantom 2 exactly is it?

DJI had a problem with with an Android update blowing wifi/Range Extenders and they have virtually abandoned the P2's, just saying in case you bought it used you could have someone else s problems......

i will presume you have dumped and reloaded the Dji Vision app on your phone just to be sure?

🕐 2016-5-19 20:47:37



DJI-Paladin

Hong Kong
● Offline

3#

Hello Jon, which Phantom 2 do you use,  Vision or Vision+?

🕐 2016-5-19 21:26:51



pcm2a

United States
● Offline

4#

I have this same issue, except with Android. I have not taken any updates to "blow up" anything. My camera was functioning normally when I noticed that it was cutting in and out. I bought a replacement camera cable and installed it. Now the camera powers up, wifi works fine, I can tilt the camera, record and take pictures. However, on multiple android devices the screen shows black. Again, wifi is working, altitude, gps, gimbal control AND can take pictures and video. The only thing not working is the FPV preview.

I have tried many power cycles, replugging cables, reinstall apps, checking all the settings, so far no dice. Phantom 2 Vision. Not really worth taking shots at the dark on spending more money on it to buy another repeater, that may not be the issue.

◉ 2016-5-20 17:00:19



jon.dewys

United States
● Offline

5#

 DJI-Paladin Posted at 2016-5-20 10:26 
Hello Jon, which Phantom 2 do you use,  Vision or Vision+?

Vision plus

◉ 2016-5-21 06:46:25



EddieR0691

United States
● Offline

6#

 jon.dewys@gmail Posted at 2016-5-21 06:46 
Vision plus

This is a known problem, you can search every P2V+ forum and find it.  The part of the wifi module onboard the drone goes out - possible due to overheating - and stops the liveview. Recording and control of the camera are unaffected.  The telemetry data is still transmitted too.
In effect (for simplification) the drone has two channels for sending data back to the user, liveview and telemetry data. One of the channels is nonoperative.
You can google several ways to troubleshoot, if you are somewhat network savvy you can isolate the problem to the wifi module.
Do all of your troubleshooting to be sure you actually need another module, they aren't cheap and it would suck to spend ~$200 and find you only had a loose connection.
Bottom line, it seems that purchasing a new (used) wifi module and replacing the original one is the only feasible way to fix the problem. Until someone comes up with a cheap and easy way to solder in new components on the circuit board. Or just live with it.

◉ 2016-5-21 09:48:25



TomWolves

United States
● Offline

7#

My phantom2 Vision Plus is doing the same thing, in fact I started a new thread. I was flying today and ever thing worked, landed changed the battery. Then a blank screen but ever thing else was working, except camera view. The light on my gimbal flashes green as soon as I hook up to the Phantoms Wi-Fi connection.

● 2016-5-21 18:58:37

8#



I have the same Network not available on My Samsung S7 and Tabs. Never had a problem before. I can see I'm logged into my network and all other browser functions work fine. This only happened after updating Vision 2+. Also on my old Samsung S3 it connects and the App opens normal.

I can fly and take photos with S3 but the video feed view is black. Can't see what the camera is seeing. It's worked great until update. Chatted with DJI, absolutely no help on either problem. Their answer was send it in for repair. Really?

**don**

United States
● Offline

● 2016-8-22 15:47:10

9#



DJI,

My Phantom 2 Vision Plus is now a giant paperweight due to the software/hardware updates you pushed out in the past few months. I used my Phantom in April 2016 without any issues, this was just before your updates were pushed out and it worked fine; I fired it up yesterday only to find that I had no video feed to your app. I did some research online and found that I, like so many other owners, have lost the video feed on your app. What amazes me most is that this problem has been dating back a few months and you still haven't pushed out a fix yet in response to all of the Phantom 2 users who are suffering this very same problem.

**Surefire11758**

United States
● Offline

I use the work "suffering" because when you spend well over $1,000 on an item and there is no known fix from the manufacturer, you're "suffering a problem", not "encountering a problem."  Encountering a problem would mean it could be corrected with a call to customer service or finding a fix in the forums; but you're suffering a problem when a call to customer service doesn't work or reading that there is "no known fix" in the forums.

I've spoken to many other users who have said it's the "video transmitter" unit in the Phantom; that the software/hardware has "cooked the video transmitter." If it was just a few users it might be attributed to a bad unit or maybe a crash/hard landing or an anomaly. In this instance, it's pretty obvious that the live video feed issue is the result of the software/hardware updates that you pushed out. This is blatantly obvious based on the significant owner postings in the Facebook Phantom 2 Vision owner's page; the Facebook Phantom 2 Vision Plus owner's page; your forums page; and other Phantom 2 Vision internet forums.

To make matters worse, the feedback in all of the forums is that your customer service isn't really being responsive to all of the owners who call in with this issue.

Some owners have posted that this is a marketing ploy by your company to force Phantom Vision 2 owners to upgrade to the Phantom 3; Phantom 4; or Inspire. So I ask you as an owner of a $1,500 (that's what I paid for my combo kit) Phantom Vision 2 Plus, what do I do with my Phantom now?

● 2016-8-28 17:47:19

10#



Well you have 2 choices really, either buy a new internal Wi-Fi transmitter and fit it yourself (Ebay and Amazon have them and if you are lucky your local DJI dealer) or contact the DJI service centre for your area and send it off for repair.
Highly doubt that any V+ will still be under warranty, but if you ask nicely you may get a good result.
My V+ is over 2 years old and running all the updates without any problems, so I doubt its a firmware issue as not all units have failed.
Good luck.

**johnwarr**

United Kingdom
● Offline

● 2016-8-28 18:09:09

11#



**DJI-Jamie**

United States

● Offline

> don@cut.net Posted at 2016-8-23 04:47
> I have the same Network not available on My Samsung S7 and Tabs. Never had a problem before. I can s ...

To clarify, are you using the latest version of the DJI Vision App? What troubleshooting steps have you done thus far? A RMA may be the best course of action if you have already gone over most of the troubleshooting steps with the North American Support Team.

⊙ 2016-8-28 19:21:39

---

12#



**DJI-Jamie**

United States

● Offline

> Surefire11758 Posted at 2016-8-29 06:47
> DJI,
>
> My Phantom 2 Vision Plus is now a giant paperweight due to the software/hardware updates you p ...

I'm sorry to hear you're having these issues. The best course of action would be to contact the North American Support team for a RMA. If this issue is the result of a firmware update, then it would be able to be covered under the warranty.

⊙ 2016-8-28 19:34:47

---

13#



**jlumberg**

United States

● Offline

> DJI-Jamie Posted at 2016-8-28 19:34
> I'm sorry to hear you're having these issues. The best course of action would be to contact the No ...

I went through that told them it happened after the update they couldn't help and never said anything about warranty would cover anything

⊙ 2016-9-1 19:40:48

---

14#



**DJI-Jamie**

United States

● Offline

> jlumberg Posted at 2016-9-2 08:40
> I went through that told them it happened after the update they couldn't help and never said anyth ...

Ultimately warranty is determined by the repair technicians when the unit has been properly evaluated. If the issued it determined to have happened through normal wear and tear, then they would take only the warranty period into consideration. If it can be confirmed to be due to a firmware issue, then it has the potential to be covered. It would require an RMA in order to make that determination. If an invoiced is produced for non warranty and you do not want to pay it, you can request to have the unit sent back to you without repair and you won't have to pay.

2016-9-2 10:30:19

15#



stuey12345

United States
● Offline

I am having the exact same problem and getting no help from dji. Why would they not warranty such a common problem. Everything was fine until update. They force us to update but won't fix the problem. Come on DJI!!!!

2016-9-6 11:43:13

16#



stuey12345

United States
● Offline

Looks like I'll be selling all 3 of my phantoms and switch brands

2016-9-6 11:44:05

17#



Visual Air

Canada
● Offline

 DJI-Jamie Posted at 2016-9-2 09:30
Ultimately warranty is determined by the repair technicians when the unit has been properly evalua ...

Jamie
Could for one minute in your life think about this problem for a second and explain again why the company you represent feels this is not covered under warranty?
Explain why so many customers updated and had the exact same experience including myself.
Sending the unit in for repair is one thing but at the cost of the customer is B.S YOU are based in the USA there should be no language barrier here.
Step up and help out...

2016-9-23 13:03:59

18#



DJI-Paladin Posted at 2016-5-19 20:26
Hello Jon, which Phantom 2 do you use,  Vision or Vision+?

Why did you ask this question if you were not prepared to respond since MAY 19 2016???????

Visual Air

Canada

● Offline

© 2016-9-23 13:50:01

---

19#



Visual Air

Canada

● Offline

DJI-Paladin Posted at 2016-5-19 20:26

Hello Jon, which Phantom 2 do you use, Vision or Vision+?

DJI Paladin
when are you going to respond?????

© 2016-9-25 11:53:42

---

20#



DJI-Ken

United States

● Offline

Visual Air Posted at 2016-9-24 02:03

Jamie
Could for one minute in your life think about this problem for a second and explain again wh ...

If you want the aircraft repaired, please contact support and they will send you a shipping label.
The the easiest way to get your aircraft up and running.

© 2016-9-26 10:32:29

---

21#



Visual Air

Canada

● Offline

DJI-Ken Posted at 2016-9-26 09:32

If you want the aircraft repaired, please contact support and they will send you a shipping label. ...

Thanks Ken
I am going through the process of obtaining a RMA however i feel this should be covered and so should all others that this happened to.
Its completely easy to say if you want it repaired contact support... Of course i want it repaired and rightfully so, is there anyone else that buys a product and it fails after an update going to just throw it away?
Appreciate your input...

© 2016-9-26 18:48:58

---

22#



DJI-Ken

● Offline

> **Visual Air Posted at 2016-9-27 07:48**
> Thanks Ken
> I am going through the process of obtaining a RMA however i feel this should be covered ...

I do not work in the repair center or customer service center so they are the only ones that can say what the final determination will be.
At least they send you the shipping label so that's covered.

◎ 2016-9-26 20:31:53

---



bahamasboy

● Offline

23#

Just my $.02.  My 2V+ worked fantastically over a year ago. It's literally been in it's protective case since then....until today.  I have done NO firmware upgrades since that time as what I have is the current version per the DJI website.   The ONLY thing that was updated was the Vision App (done automatically by Apple).   No video feed.  Prior to the last few short flights last year ( demonstrating the bird hoping to sell it because I had a P3P), I had replaced the onboard Wifi module and heat sinked the module to prevent the supposed overheating issue.   This NEW from DJI module only has 3 or 4 very short flights (may 12 minutes each time).   All that said...I have a suspicion that the issue is with the Vision App updates and/or Apple IOS updates which were rolled out.    I flew the quad today as I am donating it to a robotics club and wanted to test it all out.  Flew great, GPS locked, RTH worked, Course lock worked, telemetry etc. etc.. etc.. yes, it also took video.  the ONLY thing that didn't work was the video feed.   I doubt this will be corrected by DJI because they don't want to invest the time and money to correct the issues each time Apple creates an update.

I'm currently flying a P3P and HOPE that DJI doesn't decide to leave me in the dust on that one in a year or so also!

◎ 2016-10-8 17:15:28

---



Visual Air

Canada
● Offline

24#

Mine is currently at DJI California having the wifi module replaced at my cost of $210CDN. Advice do not update to current software like i did as my aircraft worked flawlessy until i upgraded.

DJI knows this but they strive to be silent as offering proper customer service and taking ownership is beyond them. So many people with the exact same issue can not seriously be a coincidence.

◎ 2016-10-10 10:13:35

---



plumbfreeordie

United States
● Offline

25#

I have a post called "Bad companies" discussing DJI's response to this problem.  You should go there and chime in as I am the only one in the thread with this problem.  The rest of the people are saying I'm a jerk

◎ 20 days ago



You need to log in before you can reply Login | Register now

Post Reply

☐ Jump to the last page

Credit Rules

 FORUM

MAVIC    PHANTOM    INSPIRE    OSMO    PRO SYSTEM    EVENTS    SERVICE    🔍    

# Phantom 2 vision + no video and now no gimble response

Home / PHANTOM                                                                    👁 78    💬 3    🕒 2016-10-17 19:20:45



**stan**

United States
● Offline

1#

Phantom 2 vision + was updated to latest firmware.  First the video feed from the camera was not showing up on the dji assistant app but telemetry was visible and the gimble could be controlled.  Now when the phantom is powered up the light on the gimble blinks red, ther is no video feed and now the gimble sits there limp, the motors on the gimble buzz three times pause and then continue to buzz three times and the process repeats.  The dji assistant app in the camera mode says to remove the gimble lock but the gimble lock had not been on the phantom.  All of the gimble motors can move freely and none are binding.  All of the flexible connections to each gimble motor and camera and the connections to the top of the gimble hsve been checked.  All of the connections inside the phantom that connect to the gimble have been checked and I even checked continuity of the cables that connect the phantom to the gimble and all test out good.

There were not any problems before the upgrades to the firmware.  Will a failed wi-fi module also affect the gimble and the video feed or are these two different circuits?  Please help.

            
Twitter      Facebook     Favorite        Like

🕒 25 days ago

---



**DJI Natalia**

Hong Kong
● Offline

2#

Hi Stan, really sorry for the trouble, according to what you described, it needs to be sent in for further evaluation then get it fixed by our engineers. Please feel free to contact our tech support at support.us@dji.com for further help.
Thanks.

🕒 25 days ago

---



**darryl.marks82**

● Offline

3#

I'm having the same issues since firmware update this week!!! Help

🕒 24 days ago



4#

I have a post called "Bad companies" discussing DJI's response to this problem.  You should go there and chime in as I am the only one in the thread with this problem.  The rest of the people are saying I'm a jerk

plumbfreeordie

United States
● Offline

🕒 20 days ago



**B** Bold    **A** Text Color    🖼 Picture    🔗 Add Link    😊 Emoticon    Advanced

You need to log in before you can reply Login | Register now

**Post Reply**    ☐ Jump to the last page    Credit Rules



Copyright © 2016 DJI All Rights Reserved.    Forum Rules    MOBILE VERSION  ·  DJI.COM  ·  Online Store  ·  Support  ·  Top

 FORUM

MAVIC      PHANTOM      INSPIRE      OSMO      PRO SYSTEM      EVENTS      SERVICE      🔍            

# Phantom 2 Vision camera connection broken after Range Extender up...

Home / PHANTOM                                                              👁 1773      💬 33      🕒 2016-07-09 11:48:05



scotthan69

● Offline

**1#**

I have a Phantom 2 Vision. I'm using an iPhone 6S Plus. Earlier this week I opened the app and it said to "upgrade the firmware on the range extender" ... I did that and now the camera won't connect.

I've rebound by scanning the QR code, but then when I go back to try the camera the range extender disconnects and I have to press the reset button on the side to get it to work again. Powering off and on the range extender does not work.

Now I'm in the loop of doing the same thing over and over. I thought the problem might be fixed when I upgraded the DJI Vison app on the phone to version 1.0.60(2068) just now, but I get the same problems. Please help! I've seen this thread - http://forum.dji.com/thread-56343-1-1.html ...... how many others have been impacted?

Is there a master thread covering this issue?

| 🐦 | f | ⚪ | ⚪ |
|---|---|---|---|
| Twitter | Facebook | Favorite | Like |

🕒 2016-7-8 22:48:05



hardluck2go

● Offline

**2#**

Sorry to say you have just joined the countless others that have the same issue. As of right now there is nothing that I have found that works. DJI seems to be avoiding this issue.

All we can do is keep complaining until DJI does the right thing...FIX THEIR SCREW UP AT THEIR EXPENSE.

I have not found a master thread but all the subjects in the forums are filling up with the same issue just worded different.

🕒 2016-7-9 08:31:49



janj3

United States

● Offline

**3#**

> hardluck2go@gma Posted at 2016-7-9 09:31
> Sorry to say you have just joined the countless others that have the same issue. As of right now the ...

I've tried a countless number of times to persuade the support guys at DJI, both in the US and China, that they caused this problem.  Fortunately I have a Phantom 3 to continue my work.   They want us to send the P2 in for "repair" which will cost us all.  I've ordered a fresh, new in the box, RE700 off EBay, which hopefully has the original firmware, brought my IOS DJI app to an older version (it was 1.0.58 that caused the issue), I'll receive the RE700 on Monday and give it a shot.   I'll call support, tell them what I found, and if nothing is done my team of 21 Phantoms, mostly 2's will change brands.  Stills for Realtors can be done with the Yuneec Typhoon, so we'll just write the Phantom's off as a loss.   AND we'll make it known to every club in the northeast (USA) to NOT BUY DJI.   Buy the way, there's an IOS update for DJI Go which I refuse to bring down, who knows, my P3 may brick.

🕐 2016-7-9 08:45:10

4#



scotthan69

● Offline

 janj3@optonline Posted at 2016-7-9 21:45
I've tried a countless number of times to persuade the support guys at DJI, both in the US and Chi ... 

Let us know how it goes. I've currently started the RMA process, I'm going to just send in my RE500 and see how that goes.

Here is the transcript from my online support chat session last night.

---------

Welcome to , our operators are busy now, please wait a moment or leave us a message......
Dear DJI user:
DJI Care protection plans are available now!
No deductibles, no repair limits, and large coverage amounts.
DJI Care, offering you worry-free flight.
22:39:04

感谢您联系 DJI 在线聊天支持。我是Fay，很荣幸为您提供支持！

以防本次聊天意外中断，能够尽快为您安排后续回电，请问方便提供您的电话号码给我吗？
Thank you for contact DJI, I am Fay, how may I help you today?

感谢您联系 DJI 在线聊天支持。我是Fay，很荣幸为您提供支持！

以防本次聊天意外中断，能够尽快为您安排后续回电，请问方便提供您的电话号码给我吗？
Thank you for contact DJI, I am Fay, how may I help you today?

I have a Phantom 2 Vision. I'm using an iPhone 6S Plus. Earlier this week I opened the app and it said to "upgrade the firmware on the range extender" ... I did that and now the camera won't connect.
22:40:11

I've rebound by scanning the QR code, but then when I go back to try the camera the range extender disconnects and I have to press the reset button on the side to get it to work again. Powering off and on the range extender does not work.

Then i'm in the loop of doing the same thing over and over. I thought the problem might be fixed when I upgraded the DJI Vison app on the phone to version 1.0.60(2068) just now, but I get the same problems. Please help!

I've been reading the forum and found this thread -
22:41:16

Did the firmware update "brick" my range extender?

I am afraid so
22:42:52

so what is your policy for replacement?
22:43:59

we will arrange you to send it back to our US service center, if it is a product problem and still whithin warranty period on double check when we receive your phantom, we will arrange free service for you
22:45:20

What is the length of the warranty? I've had this Vison 2 for longer than a year.

Phantom_Fay Send a screenshot to you
view enlarged picture
22:47:44

ok, but DJI caused the issue, not me. You should take responsibility even if I'm outside warranty coverage. I did not cause the issue, your companies firmware update did.
22:49:26

I am sorry for this experience, but all I can do for you is to arrange send back for repair first to solve this product problem, as for your complain about our warranty policy, we hace customer care department and will discuss this for you later after we get your phantom
22:51:03

Why do I have to ship back the whole thing if just the range extender is "bricked" ... This is unacceptable. How do I escalate this issue?
22:52:55

we suggest you to send the phantom back just to make sure we can make sure it works when we send it back to you, but if you want to send only the remote, fo course it is available

ok, what's the procedure?
22:55:10

We are sorry to hear about the issue with your DJI Product. We recommend sending your product into our North American Support center, for diagnosis and repair. Please send an email with the below info to <u>support.us@dji.com</u>, so we can arrange for a RMA repair. If you have any questions, please be sure to ask them in your reply. We look forward to assisting you soon!

First and Last Name:
Shipping Address (no PO box):
Phone number:
Name of DJI Product:
Purchase date of product:
Dealer name or DJI Order Number:
Brief Description of damage or technical issue:
DJI account for activation: (Only applicable for Phantom, Inspire, OSMO and Ronin MX)
Troubleshooting steps you have tried to fix the issue before contacting support:
Do you have DJI Care:
(If yes, please include a copy of your DJI Care proof of purchase with your RMA.)

we will arrange the shipping label and repair service for you after we get your email

⊙ 2016-7-9 09:31:43

---

5#



scotthan69

● Offline

deleted text

⊙ 2016-7-9 09:36:12

---

6#



Northofthe49th

Canada

● Offline

 scotthan69@hotm Posted at 2016-7-9 07:31
Let us know how it goes. I've currently started the RMA process, I'm going to just send in my RE500 ...

Scott,
This is total BS, you need to see if you can get @Dji Tim on here, he was the one initially suggesting that DJI would replace the RE,
If DJI screwed this up, they fix it at their cost...

See posts #12 and #72 in this thread and see if you can get Dji Tim to respond by replying directly or whatever it is you need to do

http://forum.dji.com/forum.php?m ... id%3D370&page=2

Get in touch with support.JPG (33.39 KB, Down times: 3)



72#

Users with this issue can get in touch with local DJI support center to get the range extender module

DJI-Tim

Hong Kong

● Offline

🕓 2016-4-11 23:30:52          Reply | Update () | Downvote () | Report | Management

🕓 2016-7-9 10:43:31

---

7#

> Northofthe49th Posted at 2016-7-9 23:43
> Scott,
> This is total BS, you need to see if you can get @Dji Tim on here, he was the one initially ...

Thanks for the link. I've received the RMA details and shipping label. I'll update my case with the link to what DJI-Tim said. Thanks again!

scotthan69

● Offline

🕓 2016-7-9 19:29:08

---

8#

DJI can send me what is needed to fix their screw up. I'm not going to spend one cent for any of this! The question is how to get them to actually help. I would think most of us are out of warranty. I am.

hardluck2go

United States

● Offline

🕓 2016-7-9 20:41:52

---

9#

So here's something "funny" to add ... I tweeted to the main DJI account last week, hoping to add more focus. Here's the tweet - **Link to tweet**

When I woke up this morning I saw a notification on my phone that they replied and said something to the effect of "Yes we will certainly replace the extender" ... I then went into my twitter notifications to look at the tweet and it was not there! It seems they deleted that tweet, and now I wish I would have taken a screenshot of the notification.

My extender is boxed up and going out today. I'll let you know the outcome.

scotthan69

● Offline

© 2016-7-11 12:37:03



Northofthe49th

Canada

● Offline

10#

 scotthan69@hotm Posted at 2016-7-11 10:37

So here's something "funny" to add ... I tweeted to the main DJI account last week, hoping to add mo ... 

Don't feel too bad, DJI somehow hid my post from the other day...but i found it...

Check here....

http://forum.dji.com/forum.php?m ... =1&extra=#pid449361

Bricking Compilation - Part 1.JPG (152.07 KB, Down times: 1)



Bricking Compilation - Part 2.JPG (50.8 KB, Down times: 2)

Northofthe49th

Canada

● Online

**First Response.JPG** (43.66 KB, Down times: 0)

**We're working on it.JPG** (33.73 KB, Down times: 0)

**Get in touch with support.JPG** (33.39 KB, Down times: 2)

Reply   Edit

© 2 days ago

© 2016-7-11 18:51:56

---

11#



npcarling26

● Offline

I have also encountered this issue. I have done ALL of the troubleshooting tech tips, and I am well versed in the IT industry, and do not need some tech to tell me that doing them will resolve me issue. As soon as I attempt to bind my extender to my camera, it stops broadcasting WiFi. DJI obviously dropped the ball on this range extender upgrade, as obviously indicated by the fact that they pulled the app from the store, now it's time for them to own up and offer a solution to the issue. If the problem can be solved via software update, then that's all that needs to be done. However, if they bricked the RE500 extenders, then they need to bite the bullet, own up to their mistake, and replace the range extenders at THEIR expense. This update has been nothing but headaches and has rendered my $700 P2V+ absolutely useless. I've tried contacting them on their support facebook age and got a response, but have not heard from them from a solution, and am getting ever closer to filing a BBB complaint.

© 2016-7-11 21:04:48

---

12#



hardluck2go

● Offline

This is going to be a battle that may just not go far fast   I have a support ticket open and I asked them to just send me what is needed after they asked me to send them some more information to start an RMA ...so I can send the drone for inspection. Thier fault and I really am not going to spend money to send in something that they will say is out of warranty.

I'm so disappointed over this. More and more people are complaining and nothing is being acknowledged. The Facebook and Twitter pages are hard get noticed because it is not right upfront like the ones DJI post in the timeline and people respond to.

2016-7-11 21:20:49



13#

> npcarling26@gma Posted at 2016-7-12 10:04
> I have also encountered this issue. I have done ALL of the troubleshooting tech tips, and I am well ...

DJI-Paladin

Hong Kong

● Offline

Sorry for your experience.If your extender has been bricked due to the firmware issue and it has no physical damage, we will arrange free RMA for you. Please send it in for diagnosis and repairing. Thank you for your understanding.

2016-7-11 22:36:38



14#

> hardluck2go@gma Posted at 2016-7-12 10:20
> This is going to be a battle that may just not go far fast    I have a support ticket open and I ask ...

DJI-Paladin

Hong Kong

● Offline

If you've opened a ticket, please send it in for diagnosis and repairing. Thank you for your understanding.

2016-7-11 22:38:16

15#

> DJI-Paladin Posted at 2016-7-12 11:36
> Sorry for your experience.If your extender has been bricked due to the firmware issue and it has n ...

hardluck2go

● Offline

That is good news. I assume that this also includes shipping both ways and even if the unit is out of warranty. Thank you for responding!

2016-7-11 22:39:58

16#



> hardluck2go@gma Posted at 2016-7-12 11:39
> That is good news. I assume that this also includes shipping both ways and even if the unit is out ...

Yes, the RMA process includes a pre-printed UPS shipping label. You just have to drop it off, or call for a pickup at your house. I ONLY shipped back the



**scotthan69**

● Offline

range extender.

I also just received this message on twitter from my complaining to the main DJI account - Link to tweet with confirmation they will replace extender

Thank you DJI-Paladin for the reply on this thread. Open communication is very important in maintaining the brand and customer loyalty.

● 2016-7-12 01:19:37

---

17#



**Northofthe49th**

Canada

● Offline

> DJI-Paladin Posted at 2016-7-11 20:38
> If you've opened a ticket, please send it in for diagnosis and repairing. Thank you for your under ...

Why is my post http://forum.dji.com/forum.php?m ... mp:extra=#pid449361
not showing up?

● 2016-7-12 11:52:27

---

18#

**ozione**

Italy

● Offline

today I had a strange experience, for the first time (after these phantom black issues) I had a stream. two times in a day, no probs. i was suspicious though. so, on the third time, live feed was no more. again.
anyway, i got my RMA and I'm sending Extender unit in anyway. *STRANGE*

● 2016-7-14 04:10:37

---

19#



**janj3**

United States

● Offline

I spoke with DJI support in the USA yesterday (7/15/16), the support gal told me DJI has the fix ready but is waiting for Apple to approve it.  Who knows how long this will take?  Does anyone else have any info they can share on this subject?

● 2016-7-15 13:08:37



lipfordb

United States
● Offline

20#

Want to hear something not so funny? After upgrading the app and bricking my range extender, I called DJI and got an RMA for repair. I sent the range extender to DJI and got it back about 2 days ago with the following message "No fault found. Repeater linked to test craft and APP and received video with no issue. Problem most likely lies with video transmitter of craft." After connecting everything up, and rebinding the camera, I still had no connection. Even after going to all the hassle of technical support, RMA numbers, and shipping the unit, DJI still didn't fix the Range Extender. So good luck everyone on having your RE's fixed.

⊙ 2016-7-17 23:54:07

---



scotthan69

United States
● Offline

21#

lipfordb@gmail. Posted at 2016-7-17 23:54
Want to hear something not so funny? After upgrading the app and bricking my range extender, I calle ...

Not good. Still waiting to receive mine back.

⊙ 2016-7-19 12:48:57

---



janj3

United States
● Offline

22#

 ozione Posted at 2016-7-14 05:10
today I had a strange experience, for the first time (after these phantom black issues) I had a stre ... 

Please let me know if your returned RE fixed the problem.  I bought a new RE700 on EBay, and even w/o the firmware push, I cannot bind to the camera.   DJI Vision 1.0.60 may have a change that is preventing the binding.   Today a friend is coming over with an android device, I'll be giving it a try, DJI support told me that the IOS app is being held up by Apple for the fix.
Ok here's the scoop.....a friend came over yesterday and brought his android tab.  The Android DJI Vision app on his android was ver 1.0.59.  My bricked RE700 could not be bound to the camera.   I also bought a new RE700 on EBay and we tried binding to the camera using the fresh RE700.   No luck!  I still have a paperweight. I'm on hold right now with DJI support to figure out what the heck to do.  I'd just like to say my P2 flew flawlessly, app worked perfectly until the updated app flashed my RE700 on 7/5. I'm giving up trying to repair myself, hopefully DJI will correct this problem with no cost seeing that they caused this issue.   I'll update this thread after I speak with them.

⊙ 2016-7-20 09:11:19

---



ozione

Slovenia
● Offline

23#

 janj3@optonline Posted at 2016-7-20 16:11
Please let me know if your returned RE fixed the problem.  I bought a new RE700 on EBay, and even ... 

sure thing. will post the moment i get things returned.

○ 2016-7-20 14:47:09

**ozione**

Slovenia

● Offline

24#

> lipfordb@gmail, Posted at 2016-7-18 06:54
> Want to hear something not so funny? After upgrading the app and bricking my range extender, I calle ...

that's why i wrote in one of my messages that I specifically asked DJI support on WHAT to send in. at first I wanted to send in only RC but got reply from DJI support to send phantom also. so I sent the whole package. will let you guys know once I get things back.

○ 2016-7-20 14:48:25

**janj3**

United States

● Offline

25#

> ozione Posted at 2016-7-20 15:48
> that's why i wrote in one of my messages that I specifically asked DJI support on WHAT to send in. ...

Just sent mine in today.  Has anybody been charged for this?   I'm just wondering if I have to re-mortgage my house. 🙂

○ 2016-7-25 16:29:40

**scotthan69**

United States

● Offline

26#

> janj3@optonline Posted at 2016-7-25 16:29
> Just sent mine in today.  Has anybody been charged for this?   I'm just wondering if I have to re- ...

I only sent in the extender. The RMA website says it's repaired and on the way back. I should have it tomorrow. I was not charged anything.

○ 2016-7-31 20:25:19

27#

ARGGGGGGGGGGGHHHHHH - Same EXACT Problem. All notes on the webpage said, "fixed" ... returning to sender.

NOTHING IS FIXED. It's the same damn thing. Attach to RE SSID, open app, go to settings, bind camera, then RE DROPS. Comes backup with a pin reset in the side. Then back around to the same circle.

FIX YOUR SHIT!

scotthan69

United States
● Offline

© 2016-8-1 17:15:36



npcarling26

United States
● Offline

28#

Any official response as to the status of this? If sending my Range Extender in is just gonna result in DJI claiming to have fixed it, but still being broken, then I'm not even gonna bother with the hassle.

Shame on DJI. Well before my Range Extender was bricked, I had plans of eventually upgrading to a Phantom 4 as my main unit. However, until DJI fully repairs or replaces affected parts on my P2V, they will not get a single cent out of me buying new products, I'd rather take my business to another drone manufacturer.

© 2016-8-2 12:22:53



johnwarr

United Kingdom
● Offline

29#

Well there are 2 parts to the FPV Wi-Fi, the range extender and the transmitter in the Phantom, sounds like its the internal unit that is faulty if you still have the same problem after the extender was sent in.
Guess that shows that the extender update was not the cause of the problem after all.
Anyone thinking of sending their P2 in for repair needs to send both parts to be safe. Although if its not covered under warranty (and not many P2 V+'s will still be under a year old), then most dealers will sell you a internal Wi-Fi unit and you can fit it yourself.

© 2016-8-2 15:39:28



ozione

Bosnia and Herzegovina
● Offline

30#

 ozione Posted at 2016-7-20 21:48
that's why i wrote in one of my messages that I specifically asked DJI support on WHAT to send in. ...

sorry guys but this is something we will either solve by some serious actions or they'll simply sweep everything under the carpet. here's my story:
- i sent whole phantom to the service (phantom + rc)
- i got an invoice
1) PART3 P2V+ WI-FI video link module = 159,00 EUR exl. VAT
2) Repair services(Hour) = 53,00 EUR exl. VAT
3) Shipping = 25,00 EUR exl. VAT
4) Discount = 15%

Sure thing I demonstrated, trying to point to their mistake, ruining god-knows-how-many Phantoms out there. Still, my suggestion was to pay for repair (labour) but not parts. This is the answer I got:
A warranty period is a period of time in which the product can be considered to be under warranty. Outside of this period it is no longer possible, regardless of reasons. I am sorry to say the RMA will not be taken under warranty.

So, If a manufacturer fucks you up and your unit is out of warranty, this is what to expect.
Very, very bad.

© 2016-8-3 07:28:19



AndyA

Sweden
● Offline

31#

So.. I guess you can add one more person to the list of bricked P2V+ due to the whole forced update debacle.
I've kept my P2V+ stored in it's backpack since I last used it in september and everything was working just fine then. This January I decided to take it out for a flight.
After I've updated everything necessary I took it outside but the preview was all blacked out. Telemetry and controls was working though.

I was wondering how on earth it could just brake by itself tucked away safley in it's backpack, started to search for possible errors by pinging the different networkdevices in the internal network.
I concluded that it was the onboard WiFi unit that was faulty, got sick of it and tucked it away again and haven't touched it until this past week I started reading the forums and it all got very obvious to me what was going on here..
So my guess is that it's not the extender that broke during this update, but rather the internal WiFi module due to changes made in the range extender.

Has there been any further word on this, or any deeper investigations by users affected by this issue?
Am I on the right track with my thoughts or is it determined to be the extender?
If it is the extender, why did my WiFi module brake directly after the update after being stored for months in a working state?
And where do I go from here since we don't have a service center in Sweden?

/Andy

◎ 2016-8-6 08:16:59



johnwarr

United Kingdom
● Offline

32#

As you will be out of warranty, you can buy a new internal Wi-Fi unit from a dealer.
I know you are not in the UK, but this is what you are looking for HERE

◎ 2016-8-6 11:40:44



AndyA

Sweden
● Offline

33#

Thanks, but as it is now I'm investigating whether or not DJI is to blame here since it was directly after the update it broke. Same as countless other people I've been reading about lately as well, and I don't think anyone would accept to be charged for something they didn't choose to do with this being an automatic update.
I have however been searching for a replacement module but lo and behold, they're out of stock almost everywhere, and I don't think it's solely beacuse of the age of the product..

◎ 2016-8-6 12:49:52



janj3

United States

34#


AndyA Posted at 2016-8-6 13:49
Thanks, but as it is now I'm investigating whether or not DJI is to blame here since it was directly ...

I had this problem with my Phantom 2 Vision, I bought it used and it came with an RE700 instead of an RE500.  I spoke with DJI several times, wasn't sure what to do, but finally I got an answer, guess I spoke with the right person.  I explained the Phantom worked perfectly until I updated the IOS Vision app, and it forced the RE firmware upgrade down.  After I applied it to the Phantom, the 5.8G stuff still worked, but the 2.4G stopped working.  i couldn't bind the RE700 to the camera.  Like a jerk I bought a new RE700 on EBay thinking that an untouched one would bind.  Nope, didn't do it.  I could ping both the camera and the RE before I went through the binding procedure.....they both showed as WIFI connections on my IPhone 6s.  So after

● Offline

explaining all this to tech support, they told me to send the whole thing in.  It took 3 weeks, but I received an email saying it was repaired and coming back.  Now I sent them a Phantom Vision, and they sent me a Phantom Vision Plus back.  Everything worked, they told me they didn't have parts for the Phantom Vision, so they had to slap a Vision Plus camera on mine.  I also own a P3, and was very pleased that I got the Vision Plus camera installed.....now both my Phantoms don't have the jitters in their videos!  The biggest surprise was they paid for shipping from Connecticut to Washington state and there was no charge for the repair.  So, whoever reads this, don't give up hope.  Their service is very good, it just took time to get this done.  That firmware upgrade obviously did more than mess up the RE.

◎ 2016-8-21 17:28:18

| B | A | 🖼 | 🔗 | ☺ | | Advanced |
| Bold | Text Color | Picture | Add Link | Emoticon | | |

You need to log in before you can reply Login | Register now

**Post Reply**   ☐ Jump to the last page

Credit Rules

Copyright © 2016 DJI All Rights Reserved.   Forum Rules

 FORUM

MAVIC    PHANTOM    INSPIRE    OSMO    PRO SYSTEM    EVENTS    SERVICE    🔍



# "Phantom Connection Broken"

Home / PHANTOM

👁 833    💬 7    🕐 2015-12-19 05:43:59

---



ttr998

United States
● Offline

1#

I have the Phantom 2 Vision up to date with firmware, with the FC200 Camera, and I seem to have a problem with the WiFi connection. When I try to connect to my P2V thru the Vision app on my Galaxy Note II, it connects. But when I tap on camera FPV, it displays a grey screen stating "Phantom Connection Broken" with no indication of being connected and no control of the gimbal. I've tried to re-bind the WiFi extender using both of the different extenders RE500 and RE700, but with no success.  The camera is getting power and seems to be working, as the light on the back is on and the servo in the gimbal is holding it still. I am very confused and disheartened my P2V's FPV does not work. My speculation is that the WiFi transmitter inside the P2V is malfunctioning. If you may provide some insight or help, it would be greatly appreciated.
Thankyou,
Taylor R

            
Twitter        Facebook        Favorite        Like

🕐 2015-12-18 16:43:59

---



quanthonytrang

Australia
● Offline

2#

Sounds like the cable from the bird to the gimbal is frayed or damaged or not plugged in properly. Remove, Inspect and plug in firmly.

🕐 2015-12-18 21:20:56

---



roy

United States
● Offline

3#

Video feed trouble shooting
Please try the following steps:
•       Ensure you have upgraded all DJI products to their latest firmware. Check updated, plus the camera firmware
•       Ensure you are connected to the wifi phantom-xxxx SID
.       Check bluetooth be sure it is off
•       Ensure your phone has been updated to the latest software.
•       Ensure you have closed all other multi-tasking applications.
•       Check the free space on your mobile device, it is recommend having at least 3GB available, less storage could be causing an issue.
•       Try deleting the app from your phone and downloading it again.
         Try reformatting the SD card with  full format.
•       Reduce the preview framerate from 30 fps to 15 fps in the Settings of the DJI Vision app.
Check your wifi battery level.
Check the three leads going to the gimbal to be sure they are tight. Check each one closely for any pins that may have pulled up and loose.
If the above don't get it then the only remaining check is the video feed plug on the wifi transmitter under the shell.
If that's ok then it's most likely a damaged or burnt out wifi transmitter if you still see the SID.

🕐 2015-12-19 06:16:27

---

4#



**ttr998**

United States

● Offline

I've inspected the Phantom's cable from gimbal to the bird and all seems to be fine.  I've also tried everything I could with my phone. Darn thing still doesn't seem to work. I hope its not a burnt out Wifi transmitter.

🕐 2015-12-19 14:10:21

---

5#



**ttr998**

United States

● Offline

Today, I have ripped apart the Phantom to troubleshoot and find out what the problem is. everything seems to be fine; nothing burnt up on the board except I have found that the gimbal to the phantom's motherboard is frayed, but the camera still gets power. After fixing that, I found that I am still having the same issue. The wifi transmitter module inside the Fc200 camera must be malfunctioning? Do I need to purchase an entire new camera?

🕐 2015-12-19 17:03:51

---

6#



**quanthonytrang**

Australia

● Offline

> ttr998@gmail.co Posted at 2015-12-20 09:03
> Today, I have ripped apart the Phantom to troubleshoot and find out what the problem is. everything ...

You can't really "fix" that frayed cable. You really need a replacement cable pack. The cable is very delicate and will cause you future grief if you don't replace it. It may even lead to a flyaway if you get a "connection broken" mid flight and the phantom is 1km out. If I were you, I'd spend the extra 30 bobs for reliability and peace of mind.

🕐 2015-12-20 23:43:27

---

7#



**ttr998**

United States

● Offline

I have replaced the entire FC200 camera and went thru the entire rebind process. I now get a WiFi signal from both the camera and the repeater so there definitely was a problem with the WiFi transmitter in the camera. But unfortunately I am still getting the "phantom connection broken" problem. this is very frustrating. I know how to bind the new camera and my Vision app indicates that everything is connected. I've tried multiple phones to try to connect now and still nothing. So far I have a very expensive paperweight and about ready for the trash. I'm willing to accept any help. last resort before I bring it to the hobby shop.

⊙ 2015-12-26 19:53:49

8#

**dsastoque**

Colombia

● Offline

Buenos dias,

Tengo un Phantom 2 vision plus v3, cuando enciende el gimbal estabiliza sin inconvenientes, yo muevo el dron y la camara se mueve en todos sus ejes.

Pero el gimbal tiene el led en rojo, no envia señal de la camara al celular, solo muestra el estado de bateria del extender wifi, conecto el gimbal al pc para ver si detecta la unidad de disco de la sd, pero tampoco, me prestaron otro gimbal y si funciona correctamente.

Desde el control tengo control de la camara por la rueda izquierda sin problemas.

Se daño el gimbal?, como puedo solucionar este inconveniente con el gimbal que segun el manual indica critical error.

PFv su ayuda..

Gracias.

⊙ 2015-12-28 14:50:17

**B** Bold   **A** Text Color   🖼 Picture   🔗 Add Link   ☺ Emoticon                          Advanced

You need to log in before you can reply Login | Register now

**Post Reply**   ☐ Jump to the last page                                                        Credit Rules

Copyright © 2016 DJI All Rights Reserved.   Forum Rules

 **FORUM**

MAVIC   PHANTOM   INSPIRE   OSMO   PRO SYSTEM   EVENTS   SERVICE   🔍   

# Trying to use DJI vision with camera app I get Phantom connection broken error?

Home / PHANTOM  👁 33408 💬 24 🕐 2014-09-27 11:00:20

**hoota1231**

United States
● Offline

1#

I have a fairly new Phantom 2 vision and  Phantom 2 vision + (both have same error) and I have never been able to use either one with the camera DJI vision app with the camera, help please, I had this for over a month and can't get the camera app to work but once for a minute or two. I used a galaxy s3 and s5 phone, samsung tablet, nexus 7 tablet and ipad 2. I did connect once with the s3 and Ipad 2 for a few minutes, then went to  Phantom Connection Broken  error and never connected again. I binded range extender, all new firmware in phantom 2v and camera, using Android 4.4.2 and 4.4.4  in airplane mode, all other wi-fi's put in forget modes, using correct turn on sequences . I get the wi-fi connected on phone to range extender, DJI vision app light is green wi-fi connected but once I hit on camera icon, goes to FPV screen and right away I get Phantom Connection Broken. the wi-fi icon picture of range extender is lite up green, but everything else is grayed out then. I tried all the you tube videos I can find on this, do as they say but cant stay connected??? Or even get a picture.  when I go back to main vision screen it still shows I'm connected to the wi-fi. I live in the country, no powerlines I'm at a loss what to do, no one's been able to help me . DJI just gives me a case number and says to send it in for repair..I know this worked fine as I bought it from someone that used it with no problems. with a Motorla phone but he lives in another state. seems like either i'm missing a setup on Android system  I got to turn off that I can't find? I did firmware upgrades 2 times also.. Can anyone help me?  (Using 320x240 15 fps, tried them all) * I'm beginning to think it's the new firmware update 3.06 the problem.

🐦 **Twitter**  f **Facebook**  **Favorite**  **Like**

🕐 2014-9-26 22:00:20

---

**hd_ultra**

United States
● Offline

2#

You say you have the green light in the app showing the WiFi Connection.
What is the color of the light on the camera.

🕐 2014-9-26 23:44:20

---

**hd_ultra**

3#

> Gerry1124 Posted at 2014-9-27 21:05
> Is your phone a sprint service model?  Sprint phones and equipment are basically not compatible.  ...

Gerry
Wondering if you could have dropped the other networks. Like on the IOS devices you are allowed to forget the network to avoid connecting to other networks.

United States
● Offline

2014-9-27 09:20:13

---

4#



hoota1231

United States
● Offline

> hd_ultra@msn.co Posted at 2014-9-27 12:44
> You say you have the green light in the app showing the WiFi Connection.
> What is the color of the li ...

all lights are green, my s5 is 4.4.4 Verizon, every other device I us Android 4.4.2, but you don't have to have cell phone  service anyway. it can't be something wrong with both phantom's it's got to be in my setup of phone, tablet something on that should be off? or new firmware is the problem on both phantom's..  I don't have a clue anymore what to try..  No one's been able to help me on this in any forum either........  No dealer has no clue.

2014-9-27 10:45:06

---

5#



hd_ultra

United States
● Offline

Mine has done that on occasion to. I just kept on trying the startup process and it started to work. Do you know anyone that has a Iphone, that you could try to see if it works ?

Try uninstalling the Assistant software and reinstalling. Sometimes the files can become glitched.
Try to reinstall firmware after that.

Firmware upgradable items: (1)Flight Controller (2)GPS (3)5.8G Receiver (4) Main Board (P330CB) (5)Battery (6) Gimbal IMU

2014-9-27 10:54:48

---

6#



hoota1231

United States
● Offline

But I tried it with a galaxy s3, s5,  nexus 7-2  tablet, galaxy tab S 8.4" the app on all of them can't be bad, it did work when I first got it before I updated firmware once. But two bad phantoms now?   I can't believe it.. Everyone of them connect's wi-fi  but when I try the camera I lose the green icon led  for extender and get connection broken error but when I go back to main screen it show connected to Phantom green led. And all my tab's, phone's show wi=fi connected, somewhere there's got to be in Android I'm missing to shut off or something..Can anyone list how you got to set up android 4.4.2 etc. steps?

2014-9-27 13:21:34

---

7#



**hoota1231**

United States
● Offline

> hd_ultra@msn.co Posted at 2014-9-27 23:54
> Mine has done that on occasion to. I just kept on trying the startup process and it started to work. ...

I upgraded everything I could at DJI Assistance web site, did it over also... like I said can't be 2 bad phantom's all updated. has to be my Android setup something's on shutting connection I think but tried everything I could shut off  on Android?

🕐 2014-9-27 13:28:25

---

**8#**



**hd_ultra**

United States
● Offline

But if the file was corrupt and you updated both phantoms, it could be one problem.

I dont know if the android will allow you to shut of networks like the Iphone does. I do it just in case it wants to join other networks while I'm in the air. It is a problem here at the house and connects to the house network. That is why
I turn them off when I'm at home and flying.

🕐 2014-9-27 15:51:04

---

**10#**



**hoota1231**

United States
● Offline

Yea!!!!!  After over a month I got it to work !!!! What I found I had to rebind again phantom to DJI vision app, reset range extender bind and I got it working with my galaxy s5, galaxy tab S 8.4 Android 4.4.2 and 4.4.4 . I even put on my Phantom 2 vision, a Vision plus range extender and everything working fine so far, camera records etc. Now, later I going to go out and see if it all continues to work, I'll keep you all posted and thanks for all the help. I don't know what I did wrong before? maybe the order I was doing everything?

🕐 2014-9-28 11:01:10

---

**11#**



**hd_ultra**

United States
● Offline

TRY THIS

Solution: Some Android devices do not allow for both a Wi-Fi connection and a mobile data connection at the same time. When trying to connect to the Phantom 2 Vision+ Wi-Fi network, most devices will check whether an Internet connection has a certain Wi-Fi setting enabled, e.g. Auto network switch or Test for Internet connection. If no Internet connection is found because the Phantom 2 Vision+ creates a non-routable connection it will drop the Phantom 2 Vision+ Wi- Fi network connection and scan for the next available connection. Example: For the Samsung Note 3, carry out the following procedures to solve this issue. Tap Settings -> Wi-Fi, and then tap the "Menu" button. Select "Advanced" then uncheck the "Auto network switch". You might see a warning that indicates the Internet connection is unstable this message can be ignored.

🕐 2014-9-28 15:44:28



12#

> **hoota1231@gmail Posted at 2014-9-28 02:28**
> I upgraded everything I could at DJI Assistance web site, did it over also... like I said can't be ...

this was the answer, I had to bind camera with phantom every time I used it,works OK now.

**hoota1231**

United States
● Offline

© 2014-9-28 22:52:11



14#

> **hoota1231@gmail Posted at 2014-9-29 11:52**
> this was the answer, I had to bind camera with phantom every time I used it,works OK now.

Awesome I'm glad it got figured out. Now go and have fun.

**hd_ultra**

United States
● Offline

© 2014-9-28 22:56:24



15#

Thank's    I did today, cool but I was looking at something in a tree, but to close and hit the balsam tree fell and broke 2 cheap prop guards and it work's fine still..

**hoota1231**

United States
● Offline

© 2014-9-28 23:23:38



16#

> **hoota1231@gmail Posted at 2014-9-29 12:23**
> Thank's    I did today, cool but I was looking at something in a tree, but to close and hit the bal ...

I have a motorola smart phone and its worked fine with my vision 2 for months and now all of a sudden I'm getting Phantom connection broken message ALL the time. I just read your string, how do I fix this? What does it mean to bind?

**phildanieljohns**

United States
● Offline



2014-11-13 21:42:04

17#

I'm having a broken connection feed with my HTC One M8 by Sprint.  Interestingly prior to trying to bind, I was connected with a camera feed but it would keep dropping the connection, even when killing wifi scan and forgetting the home network.  I then reset the range extender and binded the ap with the code one the box and that's where I'm at now - absolutely no camera feed even though I'm connected and both a green light on the app connection as well as the camera. Vision 2+.  *Edit* just tried the ap on the iPad and it functions perfectly!!

**rare1a1**

United States
● Offline

2014-11-27 20:04:48

18#

Try a different SD card if you haven't already. I had a bad SD card that was causing the app to randomly say the connection was broken.

**jmtw000**

United States
● Offline

2014-11-27 20:25:43

19#

^ interesting as I actually do not have an SD card in it yet, the seller forgot, and is sending seperately. Thanks!

**rare1a1**

United States
● Offline

2014-11-27 20:44:53

20#

Damn, that did the trick.  Thanks so much jmtw000!! Now, the connection keeps dropping out until I put the phone into airplane mode seems to solve the problem.  Prob not a bad thing to put the phone in that mode anyway when in the air.  Thx again







rare1a1

United States
● Offline

● 2014-11-27 21:15:19



22#

I have a sprint notes 2 and was having the same problem. I tried an Irulu 7" tab and it works just fine with out binding. Took my phone to the Sprint store and he turned off the Connection optimizer and my phone works like it should not. The steps are settings, more networks, mobile networks, connections optimizer, and uncheck at the top.

jjjack87

United States
● Offline

● 2014-12-29 12:32:14



23#

> jjjack87@gmail. Posted at 2014-12-30 01:32
> I have a sprint notes 2 and was having the same problem. I tried an Irulu 7" tab and it works just f …

That worked for me on my Samsung phone.  It was dropping the phantom connection and the wireless status on phone would say "Turned off". Turned off the connection optimizer and all is well.

mdblack98

United States
● Offline

● 2015-2-23 13:15:37



24#

I have same problem (Phantom 2 Vision), with the difference that connection is steady and I can shot photos and videos even tilt the camera with the sliders, but blind. No FPV feedback. I think the issue is related with the range extender. As there is no firmware for it once you upgrade all other components and app, range extender ran out connection.  So I conclude this updates only work for Vision 2 plus range extender.
I have tried out all of the solutions showed here, Dji suggestions and other forums with no success.

opina72

Dominican Republic
● Offline

● 2015-2-26 20:49:37

25#



**dmctom.gmail**

Poland

● Offline

> opina72 Posted at 2015-2-27 09:49
>
> I have same problem (Phantom 2 Vision), with the difference that connection is steady and I can shot ...

Hi everyone!
This is my first post on this forum ;)

I have a suggestion which might help you figure out if the range extender is your problem. You can actually connect directly to your Phantom bypassing the range extender. It works for me on my P2V+ V3.0. Here's what you have to do:
Turn everything on in proper order and open your DJI Vision app. Then go to SETTINGS and scroll down until you see Binding and tap on that. There the top line will show you your camera's SSID. Write it down. Now you can exit the app and turn everything off.
Turn on your controller and your phantom but leave the range extender off. Here comes the fun part:
On your phone go to WiFi and find an option to ADD a new network (on Android Lollipop I have three dot menu button on top).
For the SSID enter the code that you have written down earlier. It will look something like FC200_xxxxxx - the FC200_ seems to be static and the last six characters are the last six numbers of the camera MAC address.
Choose NONE for security setting.
Choose Advanced options and scroll down
Choose Static for IP settings and for your IP use 192.168.1.5 (actually anything where the last number is any number from 3 to 254)
Gateway will be 192.168.1.1
SAVE and exit.
Your phone should now connect directly to the Phantom without the range extender. You can now open the DJI Vision app and check your video stream. Everything should work fine except the range extender icon will be gray with no battery level. All other data should be displayed and you should get a clear picture from the camera.
One note - in my case P2V+ V3.0 plus Nexus phone with Android 5.0.1 my Vision app will sometimes say "Please connect WiFi network" even though I am connected to the Phantom (with or without the extender). I found out that to fix that I tap on this note in Vision app and that will open my network connections. I then tap on some other network and either connect to it or just try connecting using a random password. Then I tap on the FC200_xxxxxx network to reconnect to my Phantom. Then after tapping back on my phone the Vision app will detect the connection.
Remember that in order to connect directly to the Phantom the range extender needs to be OFF!
If you get a picture now you can safely say that your range extender is at fault. If you still don't see the picture you can suspect either the WiFi module in your Phantom or more likely the ribbon cable going from the camera. I would remove and reinstall the ribbon cable first and if that doesn't help I would go ahead and replace it. This is the most likely cause of no live video situation
Good luck!

Tom

◎ 2015-2-27 07:55:00

---



**crash1sttime**

United Kingdom

● Offline

27#

@ dmctom.gmail

well worth a sticky that, well done, just to add though the P2V+ is at risk of a faulty WIFI unit in the quad itself, this can cause FPV loss but keeps telemetry data, only answer is to replace the WIFI module.

◎ 2015-2-27 08:33:48

---



**weclark1**

United States

● Offline

28#

Hello All,

  I'm a beginner and have yet to make my first flight with the Phantom.  I was having a similar problem with my new $39 LG phone (on the Sprint network), connecting fine only to have the connection dropped.  To make this story short what resolved the issue was to turn off the Connection Optimizer.

◎ 2015-3-29 12:05:52



29#

> dmctom.gmail Posted at 2015-2-27 20:55
> Hi everyone!
> This is my first post on this forum ;)

Thanks. Now I know that my problem is the wifi module or the camera ribbon cable. If I had read your post before I had not  wasted in a new range extender. Now I'll figure out how to solve it.

**opina72**

Dominican Republic
● Offline

© 2015-6-17 22:10:19



**B**      **A**         🖼️          🔗              😊
Bold   Text Color   Picture   Add Link   Emoticon                           Advanced

You need to log in before you can reply Login | Register now

**Post Reply**   ☐ Jump to the last page                                    Credit Rules

Copyright © 2016 DJI All Rights Reserved.   Forum Rules

MOBILE VERSION  ·  DJI.COM  ·  Online Store  ·  Support  ·  Top

 FORUM

MAVIC    PHANTOM    INSPIRE    OSMO    PRO SYSTEM    EVENTS    SERVICE    🔍



# WARNING 3.10 FIRMWARE UPDATE!! ATTN: DJI MANAGEMENT

Home / PHANTOM

👁 6728    💬 37    🕐 2015-02-05 07:06:10

**josephbobowicz.**

United Kingdom
● Offline

1#

DJI MANAGEMENT: Why has the 3.10 version of the P2V+ Main Controller Firmware reverted back to: "Latest version 3.08"? It defies logic in my mind to "Upgrade" to a previous version. I am currently running v3.10 and also have updated the firmware to my camera to the latest version. If I update by downgrading to version 3.08 will that effect my cameras performance in using the latest version of the cameras firmware? See below screen capture regarding the latest version of the Main Controller it is apparently a downgrade to the previous version. My concern is seeing reports of issues in flying using the v3.10 Firmware update which I currently have installed.

DJI PHANTOM 2 VISION+      Naza-M   English ▾

| | | | | |
|---|---|---|---|---|
| 🔍 View | 🔧 Basic | ⚙ Advanced | ••• Tools | ⊙ Upgrade |

| Name | Loader | Hardware ID | Firmware | Upgrade |
|---|---|---|---|---|
| Main Controller | 29.0.2.1 | 1000903347 | 3.10 | ✅ Latest version:3.08 |
| GPS | -.-.-.- | 6.1.1.2 | 6.0.1.4 | No updates |
| Receiver-5.8G | 15.0.0.2 | 01M0121859 | 1.0.1.3 | No updates |
| P330CB | 26.0.0.0 | 02F0183033 | 1.0.2.10 | ✅ Latest version:1.0.2.10 |
| Battery | 1.5.0.0 | 000020161 | 2.6.0.0 | No updates |
| Zen IMU | 0.0.0.8 | -1 | 1.0.0.6 | No updates |

pgrade A

MODE: Failsafe

🐦 Twitter    ⓕ Facebook    Favorite    Like

🕐 2015-2-4 18:06:10



**MilspecJSC**

United States
● Offline

2#

I'm in the exact same boat. Hopefully somebody at DJI will respond.

© 2015-2-4 19:11:03

---



**HermosaDrones**

United States
● Offline

3#

I downgraded mine since I had a huge crash after the 3.10 upgrade.  I just got back from flying four full batteries and Dulce performed very well.  I don't slam her around and fly in ATTI mode a lot now, but she flew just great, even the times when a gust of wind took her.  I am glad they gave us 3.08 again, i just wish they'd done it before i destroyed a $400 gimbal.

© 2015-2-4 19:37:10

---



**jeepinocala**

United States
● Offline

5#

I have zero issues with the new 3.10

© 2015-2-4 20:29:17

---



**johnwarr.live**

United Kingdom
● Offline

6#

Fully updated a few days ago (3.10) and zero problems here, but DJI do need to keep us in the loop more about the firmware releases.

© 2015-2-4 20:52:12

---



**bjr981s**

7#

You have GPS version 6.0.1.4 so I suspect your Phantoms is not a V3.

I don't think DJI did any testing on prior hardware versions and for V3 owners the firmware is reasonably stable.

You should downgrade to 3.08 if you intend to fly your Phantom.

The new Camera version was released before 3.10 so should be OK.

Australia
● Offline

I suspect DJI do not keep testing stock of older hardware versions. If they don't its a big flaw in their testing procedures.

Cheers

2015-2-5 02:38:21

8#



josephbobowicz.

United Kingdom
● Offline

UPDATE FROM DJI. See below screen capture . . .

Dear DJI Customer,

There have been a small number of reported issues with the latest Phantom firmware, **v3.10**. In response to these reports, DJI has proactively suspended this firmware update.

**If you already updated your Phantom firmware to v3.10,** please reset your firmware to the prior version (v3.08) immediately. To do this, connect your Phantom to your PC, launch the DJI Phantom Assistant software, and follow the standard procedures for updating your firmware. V3.08 has now been designated as the latest version, and your Phantom will be reset.

**If you have not yet updated your Phantom firmware to v3.10,** and your current firmware version is **v3.08**, no action is necessary.

**If you are running an older Phantom firmware version,** DJI suggests that you update to **v3.08** now.

Check your firmware status and apply any available updates by connecting your Phantom to your PC, launching the DJI Phantom Assistant software, and clicking "Upgrade".

<u>iOS Note:</u> Some iOS users may experience issues when using Phantom firmware v3.08 with the latest iOS app (v1.0.46). To address this issue, an updated iOS app (v1.0.48) has been submitted to the App Store for approval and will be available soon. If you require the VISION app to fly safely, please wait for the updated app. No update is required for the Android version of the VISION app.

If you have any questions, please contact support@dji.com.

Thank you,

DJI

2015-2-5 09:03:17

9#



khanhrad.yahoo

United States
● Offline

What a mess.  DJI, please stop using us as beta testers!

2015-2-5 09:54:40

10<sup>#</sup>



ZippyZapp

United States
● Offline

They sent out an email about it just a couple hours ago with the same info.  Don't update.  If you did revert...

© 2015-2-5 10:09:40

11<sup>#</sup>



horndrup

Denmark
● Offline

Where do you register to get these status mails from DJI ?

© 2015-2-5 10:48:59

12<sup>#</sup>



josephbobowicz.

United Kingdom
● Offline

> horndrup Posted at 2015-2-5 23:48
> Where do you register to get these status mails from DJI ?

https://www.dji.com/user/register

© 2015-2-5 11:27:40

13<sup>#</sup>



gerd.kockerbeck

Germany
● Offline

> josephbobowicz. Posted at 2015-2-6 00:27
> https://www.dji.com/user/register

Hello,
I am registerd, but I didn't receive this email.

**14#**



markkinley.yaho

United States

● Offline

Ok ... I'm totally confused. I just upgraded to 3.10 and have not flown my PV2+ yet..
Do i even attempt to take off.
My question is ?

Does a firmware update that result in an accident,  cause me to contact SquareTrade  or DJI?

DJI- this really is a major issue. I  cannot buy another phantom or another camera right now.
"very disturbing"

2015-2-5 11:56:20

**15#**



dbeck.promobox

United States

● Offline

You can see under "info"..."newsletter" on the PT2 app the info

2015-2-5 12:04:09

**16#**



Capt. Bill

United States

● Offline

There is a pop screen when you connect to the computer and start the assistant

2015-2-5 12:38:07

**17#**



I have decided to sell mine and look else where.  This is unacceptable support and development.  Nothing will change until DJI feels a financial impact.

mjmccluskey

United States

● Offline

○ 2015-2-5 13:37:13

18#



perdidoflyer

United States

● Offline

I agree...this is quite a mess. From my perspective, as to P2 V+, there was a firmware update to the camera, and a corresponding update to the iOS Vision App. Then, there was an update to firmware for the Phantom (thanks to the flyer that landed on the White House lawn), and thus a corresponding update to PT2 in which that firmware was embedded. Some Windows users had to re-download the drivers and then install the new PT2, I at least, on the Mac, had no problem. Now DJI is saying to go back to the download site and revert to to 3.08, which would presumably replace the firmware in Phantom, and also they are saying that they have submitted a new iOS Vision App, which should appear on the App Store soon. I am having no problems flying all the latest/previous software/firmware, but think I will stand down for now, in the hope that DJI will straighten this out.

○ 2015-2-5 17:03:43

19#



rondrice.gmail

United States

● Offline

The V3.10 update may have been based on and rushed out to users of the Phantom Series Quadcopter because of the incident that happened at the White House in Washington, DC.  Could be the main intention of V3.10 is to ground all Phantoms in that 15.5 mile no fly zone? DJI may be trying to cover their own tracks and put the update out prematurely before being tried and tested for compatibility.

○ 2015-2-5 17:28:13

20#



hcoduarte.gmail

Portugal

● Offline

This is such a shame, I mean its not the first time DJI is retracting an update (smart batteries). I love the product, I hope they take this more seriously because it's people's money, passion, time that is being put in the line here. I have a P2V+ and each day that passes and with each DJI fail I think about selling it and probably try out a Yuneec Q500. I love the product, I feel excited about having updates and new features (this basically keeps the product "fresh") but I don't want to have to pay a new copter for that.

So please DJI, while there is time, put your s*** together and make proper tests before launching new software, because one error could cost a lot to the brand, in terms of image, respect and loyalty.

Sincerely yours, a once happier DJI customer.

○ 2015-2-5 17:42:37

21#



**josephbobowicz.**

United Kingdom

● Offline

> gerd.kockerbeck Posted at 2015-2-6 00:38
> Hello,
> I am registerd, but I didn't receive this email.

DJI Management please give us an explanation?

Ⓒ 2015-2-5 18:09:50

---

22#



**rod**

New Zealand

● Offline

> gerd.kockerbeck Posted at 2015-2-6 00:38
> Hello,
> I am registerd, but I didn't receive this email.

nor me.  I am on 3.10 and it flies like a dream- so what a quandry! do I downdate or leave as is?  I guess its a downdate logically.
Rod

Ⓒ 2015-2-5 18:27:51

---

23#



**rod**

New Zealand

● Offline

> rod Posted at 2015-2-6 07:27
> nor me.  I am on 3.10 and it flies like a dream- so what a quandry! do I downdate or leave as is? ...

Well, I have downgraded to v3.08 and the N/A has returned at the top of the screen and I have lost the GPS warning on startup.  That's progress! (not 🍅)  I hope they fix it soon.

Rod

Ⓒ 2015-2-5 19:13:38

---

24#

**bengalboy69.gma**

United States

● Offline

I receive all advertising and promotional emails from DJI, but, no word of software/firmware issues.  I have performed all updates to my Vision+ V3.0  flight system as follows, Vision Assistant 3.6 handling the installation of main controller firmware.

1. Upgraded the Vision App on my HTC One M8 to 1.0.56.
2. Upgraded the Camera firmware to version 1.3 via SD card installation of .bin file.
3. Upgraded the main controller software from 3.08 to 3.10.

After upgrading my Vision app, but, prior to the release of the camera firmware, flying my Vision+ resulted in a laggy and pixelated view onscreen of the camera's video stream.  Dropping the WiFi connection and re-connection occurred rather abnormally during camera operation resulting in a dead video/camera icon.  Exiting camera app and restarting enabled the video/camera icons again.  N/A was displayed at the top right corner where the battery level bar had previously been stretched.  No other information displayed.

A few days after the Vision app upgrade, the new camera firmware 1.3 became available for download.  After upgrading the camera firmware to version 1.3, I went flying again.  On this day the Vision app video feed was stable, clear and smooth.  None of the above pixelated and laggy response.  The top of the Vision app still displayed N/A just to the right of the new battery level bar.  I still don't get any of the information that upgrading the Vision app was supposed to provide.  However, two flights went well, no issues, video feed back to quality I had become accustomed.  Apparently, upgrading the camera app made its video stream to the newly upgraded Vision app synch correctly.

A few days later the firmware for 3.10 comes out after the "White House Drone Drama" occurred and I upgrade from 3.08 using the Vision Assistant 3.6 (apparently some are using Vision Assistant 3.8). I have now completely updated my "flight system", (FPV software on Smartphone for vision, camera firmware for streaming video from sensor, flight controller on drone to update its sensors & hardware operation) to the most current firmware.  I go flying.  For two batteries I enjoyed a great pair of flights.  My Vision app finally displayed the new features it promised, I downloaded the Vision+ manual, new warnings popped up on screen as pre-flight and the top right corner displayed a green light and "ready" instead of "N/A"...  Finally, everything seemed to work seamlessly again since I updated the Vision app.

Now I read about this request to "roll back" to version 3.08 and one Pilot saying his Vision app lost functionality for all features again and I don't know if I want to.  Right now, my opinion is my Vision+ performs and operates better than it ever has.

🕓 2015-2-6 00:22:52

---

25#



rod

New Zealand

● Offline

> bengalboy69.gma Posted at 2015-2-6 13:22
> I receive all advertising and promotional emails from DJI, but, no word of software/firmware issues. ...

Yes, I agree, but when the re-issue v3.10 (or whatever they decide to call it!) , it may well be based on upgrading from v3.08-  who knows what the mysterious DJI will do next??

My bird flew perfectly with all functions firing before this recommendation to downgrade  immediately, so there may be as yet undiscovered horrors lurking in v3.10 😡
Cheers!
Rod

🕓 2015-2-6 00:31:28

---

26#



abe.abekleinfel

United States

● Offline

Has anyone tried flying with the downgraded 3.08 firmware and the new 1.0.46 iPhone app that they say you shouldn't use but who's replacement is not yet available?

🕓 2015-2-6 00:54:49

---

27#



ronnydsosa.gmai

United States

● Offline

Im not rolling back to 3.8.. No way.. Thats asking for a whole a lot new set of bugs... I dunno whats the deal is with DJI but my bird never flew this good.. I even get more satellites on the ground than i ever did before... So no I'm not rolling back. 😡

🕓 2015-2-6 00:58:57



**bengalboy69.gma**

United States

● Offline

29#

> abe.abekleinfel Posted at 2015-2-6 13:54
> Has anyone tried flying with the downgraded 3.08 firmware and the new 1.0.46 iPhone app that they sa ...

The new iOS Vision app, version 1.0.48 is reported to be available in the App Store now.

🕐 2015-2-6 02:45:39

---



**trailtec.dodo**

Australia

● Offline

30#

Sigh, I'm new at this, I have had five flights over two days and already I'm questioing my investment (1k was a very big ask for me right now). Users should NOT be beta test subjects undery any circumstances.

I sell hardened computers in the marine and mining trades. We make our own shock proof backplanes and filtered enclosures to keep out dust and salt. I test a MB/CPU/RAM/HDD/OS setup myself for not weeks but months (cutting edge is not important to my clients, reliability is) before changing our specs and that is how it should be. What is happening here is just plain wrong.

It's not DJI per se it's the Chinese mindset and China needs to understand that the rest of the world expects better than the home market puts up with. Sooner or later word will get out to the masess, a better product will come along with vastly superiior support and they will lose their market dominence. That my friends will their loss and our gain.

🕐 2015-2-6 03:45:51

---



**trailtec.dodo**

Australia

● Offline

31#

> josephbobowicz. Posted at 2015-2-6 00:27
> https://www.dji.com/user/register

And what do I get when I go there? A security certificate warning . . .
FFS DJI, keep your SSL certs up to date!!!!!

edit: And in addition when I checked the number on the bird what do I find? Fecking Helipal have sold me a V1.4 bird, last week! Not happy Jan . . .

🕐 2015-2-6 03:54:46

---

**mauriciobuenfil**

Mexico

● Offline

32#

I've been having issues with Firmware 3.10.

The morning after updating it, flew the P2V+ V3.0 until depleting one batt. I took it down and then replaced the batt for a charged one and it was just after finishing the start sequence that the "MC: Invalid Battery" legend came up in the VISION App. Replaced it for another charged one and same story. GPS starts, the camera works, gimbal levels, gets 13 satellites but there's no engine start.

Checked out YouTube and forums and some said it had to be something with the small spring connectors at the battery bay. That wasn't my case.

When I connected the phantom to my Mac, the Assistant Software alert said that my battery wasn't valid. Downgraded the Firmware from 3.10 to 3.8 as adviced by DJI and upgraded the Assistant Software by downloading the 3.8 version straight from DJI's website. Also read that someone had issues with the iOS VISION App 1.0.46 and waited for DJI to release the latest version - as they said through a pop up in the App - which they did just a few hours ago.

Already updated the iOS VISION App App to 1.0.48 and I am still getting the "MC: Invalid Battery" message.

Any ideas?

2015-2-6 04:05:05

---

33#



abe.abekleinfel

United States

● Offline

 bengalboy69.ama Posted at 2015-2-6 15:45
The new iOS Vision app, version 1.0.48 is reported to be available in the App Store now. 

Indeed! Thank you!

2015-2-6 10:43:45

---

35#



areischauer.ear

United States

● Offline

DJI management.   Bottom line is simple as this.   Fix the issues, if unable, inform your customers until a resolution is determined.   I've never know a company to be so secretive in its actions especially when they directly affect its customers.   There are far too many software and hardware issues with your products.   It won't be long until your customers take business elsewhere if this continues.   Consumers of DJI products, you want fixes? Then voice your concerns and if it doesn't work, then stop buying a faulty product!   I love my phantom but won't stand for subpar quality!!   Once the financial crunch is felt then perhaps DJI will wake up.

2015-2-6 13:28:28

---

37#



Larry L

United States

● Offline

 bengalboy69.ama Posted at 2015-2-6 15:45
The new iOS Vision app, version 1.0.48 is reported to be available in the App Store now. 

Flew this morning after downgrading last night. Nothing out of the ordinary to report.

2015-2-6 14:29:46

---

38#



I have read on DJI's and PhantomPilots forums that people who have rolled back are now experiencing problems. Glitches,, issues with Vision app not functioning correctly, etc.... After upgrading all of my flight control systems to current firmware, everything operates seemlessly. Altough I have a fear of the unknown (why the heck does DJI want me to roll back to 3.08 when 3.10 now makes everything work so good), I also realize that some people don't know what they are doing when it comes to updating computer systems. One update builds on another and without properly updating all systems, bugs and software crashes occur. Hardware also can play a part in updates functioning properly on one computer but, crash another. I have a Vision+ V3.0 which seems to perform exacty as it should now. The update on a V2.0 vision with different hardware may not work so well. Again, it would be much

bengalboy69.gma

United States

● Offline

better if DJI would just tell us as owners what to look for, what to be aware the risks are, and let us make an informed decission on whether to roll back the firmware or not

© 2015-2-6 14:34:53

---

39#



rod

New Zealand

● Offline

 bengalboy69.gma Posted at 2015-2-7 03:34
I have read on DJI's and PhantomPilots forums that people who have rolled back are now experiencing ...

Hi, yes mine too seemed perfect with V3.10. I was loathe to downgrade, but DJI have unusually been very proactive about recommending a roll back to 3.08- They have immediately responded on this site and on the assistant programme, so they REALLY want us to roll back and I am listening!

If there is a UXB in v3.10 I am not keen to be the one finding it.  So we can make our own decisions and assess the risks , but whatever happens be

prepared to own the outcome! 

© 2015-2-6 17:41:21

---

40#



bengalboy69.gma

United States

● Offline

I flew today with 2 batteries.  All the new features of the Vision app dashboard working like they never had before upgrading to 3.10 and the new status bar with "Red Flashing Boarder" alerting to low battery status and "bring it home now or else" really work well and only worked after upgrading to 3.10.  I've now flown my Vision+ on 6 flights since upgrading.  Everything is seemless and the video feed is smooth and lag free. (this went away after upgrading the Vision app by installing the new camera firmware to 1.3)  However, the Vision app still lost WiFi signal when operating the camera in RAW and now,,, since upgrading to 3.10,,, my WiFi connection seems to work much better when shooting RAW photos. It still takes several seconds to write the file, but, has not crashed the camera app like it has done since purchase.  I don't know, I haven't had any "Error 25" notices,, the preflight information with the new Vision app 1.0.54 finally works,, and works very well, I might add.  I'm not rolling back.  Until DJI comes out with an explanation about why I should or risk a Space Shuttle catastrophe of blowing up in the sky,,, I'm very, very happy with the upgrade to Vision app 1.0.54, camera firmware 1.3 and of course, controller firmware 3.10.

6dc49e21c05a7267afb707f366aa9a9b_1.jpg (130.78 KB, Down times: 0)
Vision app 1.0.54 dashboard is fully functional after 3.10 update.



[657e534c306d0ef54fc395b0ec1f4e5e_1.jpg](82.73 KB, Down times: 1)



© 2015-2-7 01:25:21

41#

> mimccluskey Posted at 2015-2-6 02:37
> I have decided to sell mine and look else where.  This is unacceptable support and development.  Not ...



Peter hardy

United Kingdom
● Offline

I think i will do the same.

2015-2-7 01:48:22

---

42#



josephbobowicz.

United Kingdom
● Offline

Group yet another horror story. Check out what recently happened to my friend Chris Wileman. I really am starting to feel in my gut every time I fly my DJI Products that I am playing Russian Roulette. What happened to Chris is just awful! For the details see my attachment below:

 **Chris Wileman**
55 mins

Are DJI Phantom Two Vision Plus fit for their purpose they are made for? I bought one about 8 months ago and flew it many, many times, but after doing a Firmware update as recommended by DJI, its very next flight, I had a fly away, into the sea and never to be seen again. I decided to buy a new one and was told by DJI reps in UK if after sending in a fly away form it was agreed there was a problem, the price would be credited back, so I purchased another. After months of trying, I was 'awarded' 50% which after another month, I am still waiting. I took the replacement out yesterday (which has flown with no problems for 2 months) I did all pre-flight checks as I have done a hundred times before ..... I took it up to about 15 feet to check it was GPS stable and let go of the controls where it hovered for about 5 seconds - without warning or any input on controls, it flipped onto its back and smashed itself into the ground at a speed I have never seen it fly before. This has smashed the gimbal. I read on here all the time how people have to use gimbal protectors (which I wish I had) aerial upgrades, foil upgrades etc. the amount of fly aways and all of this really makes me wonder if the company should rethink selling this product for the price they are. I have bought two at around £900 EACH and now have one which is useless unless I put a new camera / gimbal on it £450 (ringing the suppliers tomorrow to see if they can repair it under warranty) - DJI - You have one VERY unhappy customer !!!



2015-2-8 05:44:19

---

**B** 
Bold

**A** 
Text Color


Picture

Add Link


Emoticon

Advanced

You need to log in before you can reply Login | Register now

**Post Reply**

Jump to the last page

Credit Rules

Copyright © 2016 DJI All Rights Reserved.   Forum Rules

MOBILE VERSION   ·   DJI.COM   ·   Online Store   ·   Support   ·   Top

 FORUM

MAVIC    PHANTOM    INSPIRE    OSMO    PRO SYSTEM    EVENTS    SERVICE    🔍 

# weird... the post about "black screen on mobile" disappeared

Home / PHANTOM

👁 17662    💬 80    🕐 2014-11-21 21:06:47

**1#**

**verdekiwi**

United Arab Emirates
● Offline

hi there.

yes i have the problem that the screen on my mobile is black.

yes the camera is working. it take picture and videos.
yes i tried all the system mentioned in all the other forums.

and yes, of course, no solution yet, dji doesnt answer.

curious thing. there was a thread talking about that... and now it's disappeared! in my personal menu it's written i posted nothing yet.

DJI is seriously deliting all the thread about this problem?!?

🐦                    f                    ☆                    👍
Twitter            Facebook          Favorite              Like

🕐 2014-11-21 08:06:47

**2#**

**johnwarr**

United Kingdom
● Offline

Well if you want a solution from us you need to give more information.
Phantom model ?
Phone make and model, operating system version, DJI app version ?
Phantom firmware ?
Mobile data turned off on phone ?

Describe exactly what you are doing when connecting to the phantom Wi-Fi.
A screen shot of the phone screen will help.

But ultimately if you have "tried all the system mentioned in all the other forums" and its still not working then you should send the phantom in for repair or just replace the phantom Wi-Fi module.

🕐 2014-11-21 08:50:36

**4#**



**well69**

United States

Vision 2 +
Latest firmware available on everything (including camera)

Same issue.  It'll take photos and videos - but the screen on my phone is black.  I've turned mobile data off - wifi only on my phone.  I've had the transponder replaced.  Still no joy.  There's a serious software glitch and according to other forums this is a common problem.

Please help DJI!!!

● Offline

● 2014-11-21 11:11:12

6#



verdekiwi

United Arab Emirates
● Offline

ok.

phantom 2 vision (updated firmware + updated camera firmware)
iphone 5 with iOS7
app v. 1.0.43

procedure:
turn off mobile, except for wifi (airplane mode)
turn on the control
turn on the wifi extender
turn on phantom
connect to phantom wifi.

at this point the mobile connects to phantom, but shows only data and album, but not the live feed (FPV).

example: i can see battery status, altitude, location on ground station, etc; but the life feed is black, showing the grey spinning bars.

if i take a picture or a video, it will properly shoot. i can go to the album and see the recently done pics.

this sound crazy, but the only way i can fly is thanks to the ground station mode or taking take a blind picture, go to album, check where i am, go back to camera, move, take another picture, go back to album, check where i am.....
I can do this procedure while flying.

some more information.
- i notice a loss of signal while flying far than 300m - no obstacle in between.
- in presence of busy wifi zone (residential area, mall) the wifi doesn't even show on the wifi list.

in many forum people had this problem updating the app. I was flying in may and everything was fine, I took some ride in these days and there is no way to see the live feed.

still... there was a thread discussing about this. why that is suddenly disappeared?

● 2014-11-22 00:47:17

7#



leeblynch

United States
● Offline

I have a brand new Phantom 2 Vision + V3.0.  the day I received it I got the black screen of death on the Ground Station App.  Nothing I tried helped.  I emailed DJI Support and on Monday they asked me to call to set up a RMA for repair.  Awesome Customer Service but it Sucks that I'm having send it in for repairs Already.  I had a Vision, performed the Firmware update and lost my gimball, it died on me.  DJI refunded my purchase (I chose that option) and I bought the  Plus V3.0 since I figured all the horrible GLITCHES these things are coming up with would be worked out of it.  I have had to postpone a project since my Vision died and now I am having to postpone again since my brand new (received three days ago) V3.0 makes me fly blind.....UGH  Hopefully once they fix my aircraft I will not have any further problems with it.  I truly love everything about this aircraft, camera and performance upgrades I have been able to experience so far.  DJI please fix the glitches, this should NOT be happening in a 1300 dollar unit!!!!!!!!

● 2014-11-22 02:20:05

8#

 well69@gmail.co Posted at 2014-11-22 00:11
Vision 2 +
Latest firmware available on everything (including camera)



**DJI-Autumn**

China
● Offline

One possible reason is that the wifi board got damaged.
Have you contacted your dealer?

🕑 2014-11-25 01:14:46



9#

**tb8sv**

Sweden
● Offline

> well69@gmail.co Posted at 2014-11-22 00:11
> Vision 2 +
> Latest firmware available on everything (including camera)

Hi!  i have the same problem the screen on my mobile and Samsung Galaxy note  is black after latest update. 😄 /Tony

🕑 2014-11-27 13:37:50



10#

**jmtw000**

United States
● Offline

If you still get telemetry but no video it's possible the WiFi module is bad, as DJI-Autumn said, or it could be the cable going to the gimbal base. Maybe check that the wires, especially the one which plugs into the gimbal base on the far right if you're looking at it from the front, are securely plugged in. You may also want to open the case and check the wires that go to the WiFi module (the silver box).

🕑 2014-11-27 14:40:24



11#

**perohrberg**

Sweden
● Offline

> well69@gmail.co Posted at 2014-11-22 00:11
> Vision 2 +
> Latest firmware available on everything (including camera)

I have had some black screens after updating to ios 8. Restarting the iphone fix the problem every time for me.

🕑 2014-11-27 16:12:49



**mbgandy**

United States
● Offline

12#

Add me to the list. It's not bad or loose cables. Mine worked fine out of the box. After I updated.....BLACK SCREEN!

⊚ 2014-12-20 22:11:05

---



**breston2**

United States
● Offline

14#

There is NO WAY this could be an issue with cables and modules going bad. There are too many drones with the same issue after update. The only common factor is the UPDATE that was performed. Different phones, different OS's on computers. The ONE thing in common is THE UPDATE. When will DJI admit there is a problem and tell everyone they are looking into it or working on it, IF THEY EVEN ARE. Stop telling everyone to start replacing parts at the cost of the customer and just fix the firmware issue. PLEASE HELP !!!!!!!!!!

By the way, PV2, with latest firmware, iPhone 6 Plus with latest update. SAME PROBLEM, NO VIDEO. EVERYTHING ELSE WORKS FINE.
I have been waiting patiently for a true fix to this problem and not listening to DJI blame it on everything and everyone else. This is clearly a DJI problem and all I want is for them to fix it for us. I don't think that is asking too much from them. I know they are trying to roll out a new drone but please keep in mind all of us that have the last model that at this point, IS USLESS TO ME. I have a $1500.00 drone in a $200.00 case that is nothing more that an oversized paper weight to me right now. I don't think it's asking too much of Dji to fix their issue .

Someone please help me with this problem if Dji won't.

Thanks

⊚ 2014-12-24 09:27:08

---



**eddiscus**

United States
● Offline

16#

Well I just joined the same party. Performed the updates yesterday and now am enjoying the beautiful black screen. Disappointing how an update can make the product useless. Even more disturbing is that it works for some users and failed for others. Makes me think there are several revisions of hardware components and some revisions are not tolerant to the firmware update.
All I want for Christmas is a working Vision +
For what it is worth some other users in other forums have had success changing the wi-fi transmitter on the Phantom.

⊚ 2014-12-24 12:01:05

---

**dwilson**

United States
● Offline

18#

Same problems here...haven't even downloaded the update yet because of all the apparent issues it causes, but now my camera has gone black...no crashes, was working fine. Tried my Galaxy S4 and I-phone 4S, same on both; done all the tricks everyone says to do and nothing.
$1597 paper-weight. I've sent two email to my local dealer and gotten no response, two phones that went to voice mail, no response...not a good way for a young company to start off.

⊙ 2014-12-24 16:27:11

19#



DJI-Autumn

China

⦿ Offline

> breston2@gmail. Posted at 2014-12-24 22:27
>
> There is NO WAY this could be an issue with cables and modules going bad. There are too many drones …

Have checked it and been told that the black screen issue is not caused by the update.
One way to slove it is rebinding. If still not work, just like what i mentioned before, the wifi module could be damaged.
So sorry for the delay

⊙ 2014-12-25 04:55:03

20#



peterjohnston00

Australia

⦿ Offline

I just started getting the same problem. I've tried using 2 different phones Samsung and apple everything was fine before applying updates now no live video feed. Camera is still working and I can take photos and videos but I cant see what i'm shooting. i tried rebinding but that didn't help. I've flown this drone for less than 8hrs total, never crashed and taken very good care of my $1500 investment. I'm wondering how dji thinks the wifi extender got damaged. Mine has never been dropped or misused or is there a design fault with the units themselves. The evidence I've read points to one common factor and that is most people are reporting this problem after updating their software.

⊙ 2014-12-25 08:10:16

21#



DJI-Autumn

China

⦿ Offline

OK, I think I need to rethink and reassess this problem.
Hold on, I will ask for more imformation.

⊙ 2014-12-25 20:45:16

22#

Hi guys,
If you face this "Black Screen after Updating"issue pls send an e-mail to support@dji.com with description.
We need to collect imformation for investigation.
Sorry for bothering!

DJI-Autumn

China

● Offline

2014-12-25 22:42:42

23#

If you have this black screen issue, could you pls take a photo of the S/N number on the back of your Phantom? (or on the package)
Like this



SN number.jpg (57.94 KB, Down times: 1)

DJI-Autumn

China

● Offline

2014-12-29 02:40:44



24#

no wifi at all drone engines all work but no link. After binding says okay then back to camera screen and wifi connection failure message

Another 1700 paperweight    Please fix

Model  Pv 331
Sn    PH645340447

patrickwrighttv

Australia

● Offline

© 2014-12-30 00:00:45

25#

I did the rebind and all other suggestions mentioned. Nothing worked. Still black screen. Please help fix this problem ASAP. I have been without my drone for a month now and I need to use it now. Please help.

Here is a pic of my serial number.

Thanks for any help provided.



breston2

United States

● Offline

FullSizeRender.jpg (422.85 KB, Down times: 5)

![DJI Model No. PV331 label showing S/N PH645199360 V2.0 with Check List Before Every Flight instructions, CE and RoHS marks, FCC ID:SS3-PV331140Z]

© 2014-12-30 09:01:51

26#



tomvon

Ladies and Gentlemen,

After emails from DJI, suppliers here in the U.S. and from reading other boards, the conclusion is that these failures are due to a faulty WiFi module. Evidently, the modules have been overheating which results in a complete loss of video feed although telemetry and other functions still work fine. Despite DJI not taking on this issue professionally by taking responsibility for the design issue leading to this problem, there is a solution. A new module can be purchased from U.S. Hobby or UAV Direct for $189. There are several sites....http://www.phantompilots.com/viewtopic.php?f=27&t=20006.... where you can find a step-by-step procedure for replacement.

I have had great success with the DJI Phantom 2 Vision+, but this issue and the lack of professional responsibility on the part of DJI, has really made me start second guessing any future business with the organization.

United States
● Offline

Good luck with your repairs.

🕓 2015-1-4 14:36:14

---

27#



ljhellmich

United States
● Offline

I have read this entire thread and have not seen any mention of the Vision App and the device Preview Resolution, so I've got to ask...

If you have adjusted the preview resolution in the Vision App, have ya'll tried lowering the screen preview resolution to see if that helps?  I have found that trying to preview at 640 x 480 and 30fps gives me a black screen or frozen frames at times, yet all other data and controls work.

Jamie

🕓 2015-1-4 16:17:05

---

28#



drone

United States
● Offline

Jamie,
That is exactly what happened to me. I adjusted my preview to 640 x 480 and got a black screen. When I set it back I got a gray screen bit I could see movement. At the point I powered everything down and back up. This is the second time this has happened. I am on a Nexus 5 with Android 4.4.4.

🕓 2015-1-6 00:24:40

---

29#

Add me to the group. I am now getting the black screen of death. However, it is not every single time. More like 80% of the time. I power off, restart EVERYTHING, reseat battery, etc and eventually after several attempts I can fly. I have tried multiple batteries, but it is the same. I don't know what to do. I have tried customer support for a different issue last year, but was sent to the Chinese customer support. They went back and forth a couple times, but stopped responding after getting all the info. Never got back to me. Now I have this problem...

johnjohnsoniii

United States
● Offline

🕓 2015-1-6 02:29:14

---

30#

Here is my photo...It looks like a broken link, but click to see it.



johnjohnsoniii

United States

● Offline

⊙ 2015-1-6 02:38:19

---

31#



johnjohnsoniii

United States

● Offline

>  tomvon Posted at 2015-1-5 03:36
> Ladies and Gentlemen,
>
> After emails from DJI, suppliers here in the U.S. and from reading other boar ... 

Thank you, but I'm not sure if this addresses my issue. It sounds like wifi, but I am not sure if it is the module. Mine doesn't warm up and crap out. It just doesn't come on from the start. Enough restarts gets it to work, but there is no rhyme or reason to it...

⊙ 2015-1-7 15:35:03

---

32#



shane.xb

United States

● Offline

I am also joining onboard... I have the vision + for almost a month and today it showed me the black screen when I access the camera on my iphone 6. Just to follow up, has anyone had any success and can you please share please.

⊙ 2015-1-17 20:28:06

---

33#



Barnesville

Canada

● Offline

This same issue has been occurring with my P2V+ for a few months.  It started out as intermittent but now I can't get any FPV video at all.  It seemed to start when around when I upgraded to 3.06 but that might just be a coincidence.  I just sent in a request to us.support@dji.com and support@dji.com.  As I live in Canada, I really don't want to have to send my P2V+ back to the US and deal with customs, etc.  Has DJI stepped up to this yet and solved anyone's issue?  Given the number of posts on this and other Phantom 2 forums about this topic, this sure seems to be a hardware defect that should be covered under warranty.  I hope DJI steps up and solves this for their customers.  This is my 3rd Phantom and I recently shelled out over $3K for an Inspire 1.  Can someone from DJI (DJI-Autumn or other) please give us a status update on this?

⊙ 2015-1-18 22:05:02



donmcinnes.veri

United States
● Offline

34#

Add me to the list too. Just updated. Blank screen (spinning wheel) on iPhone 6. All other info seems good but no picture. 😂

FullSizeRender.jpg (96.75 KB, Down times: 4)



⊙ 2015-2-7 17:44:21

---



DJI-Autumn

Hong Kong
● Offline

35#

" donmcinnes.veri Posted at 2015-2-8 06:44
  Add me to the list too. Just updated. Blank screen (spinning wheel) on iPhone 6. All other info seem … "

We did not replicate it, and no issue reported in China. So we suspect the cause is the damaged WIFI board, like what I mentioned before, not the firmware.So it's better to send it back for repair. Really sorry for that.

⊙ 2015-2-9 03:29:55

---



donmcinnes.veri

United States
● Offline

36#

DAMAGED WIFI BOARD FROM SITTING IN A BOX FOR 8 WEEKS! You guys are a serious joke. I am pissed beyond belief and I intend to make my anger known to a VERY broad audience if you don't offer me some satisfaction. Get a grip. This is 2015. Blaming the problem on mysterious forces that attack an idle drone is not feasible. Next guess?😡😡😡😡



2015-2-12 21:50:46

38#

> DJI-Autumn Posted at 2015-2-9 16:29
> We did not replicate it, and no issue reported in China. So we suspect the cause is the damaged WIF ...

Why did tech support send me an email stating that it was a rebinding issue?

donmcinnes.veri

United States
● Offline

2015-2-12 22:07:26

39#

> DJI-Autumn Posted at 2015-2-9 16:29
> We did not replicate it, and no issue reported in China. So we suspect the cause is the damaged WIF ...

Why did tech support send me an email stating that it was a rebinding issue?

donmcinnes.veri

United States
● Offline

2015-2-12 22:07:47

40#

> donmcinnes.veri Posted at 2015-2-13 11:07
> Why did tech support send me an email stating that it was a rebinding issue?

Sorry I did not clarify it.
When you find the black screen issue, the first thing you need to do it to rebind the camera with extender.
What I mentioned above is for those who did the rebinding but still not work, then I would suspect a damaged WIFI Board. Sorry for misunderstanding.

DJI-Autumn

Hong Kong
● Offline

2015-2-12 22:12:20

41#

> DJI-Autumn Posted at 2015-2-13 11:12
> Sorry I did not clarify it.
> When you find the black screen issue, the first thing you need to do it ...



**donmcinnes.veri**

United States
● Offline

OK. So if I understand correctly, the wifi board went bad sitting in a case, without a battery, "just because"?

And how much does it cost to get my new drone back into the air?

 2015-2-12 22:52:05

---



**crash1sttime**

United Kingdom
● Offline

42#

Hi

there is an issue with the wifi box going bad, I think as there is a signifigant number of them failing that DJI would like to keep quiet about, 🙂 it causes loss of video feed yet maintains telemetry etc, the option is to buy a new box and install it, its an easy job to do just requires some patience.

See this thread http://www.phantompilots.com/viewtopic.php?f=27&t=20006

 2015-2-13 04:35:02

---



**tower35**

Canada
● Offline

43#

Phantom vision 2 v2 ,
My problem started after the firmware 3.10 update problem. I got the IMU error etc. I downgraded to 3.08 after 3 very frustrating days. The vision app was updated and I updated the camera. The weather in the northeast has been terrible so I haven't flown. The other night I powered up to see how my iPad mini setup would work and black screen. Tried my IPhone 5 and black screen. As with everyone else I still have telemetry camera function etc. I just find it very strange that after all the firmware and app glitches that this isn't somehow related. I think it's quite strange that something that hasn't been used or turned on would go bad.ie the wifi module . I'm just hoping that it is a glitch and not a $300 fix (canada) might be my first and last Phantom !!!

 2015-2-13 17:58:20

---



**brad.sonicbliss**

Canada
● Offline

44#

and what guarantee do we have that the wifi module we replace the supposedly defective one with isn't one and the same? thus just putting a $200+ band-aid on our nice expensive paperweights. what happens when the second module takes a dirt nap, and then the third, and so on, and so on.   i few mine a few weeks ago, in the cold (-14ish), 10min flight, everything worked as it should have.
i take it out yesterday (-20ish), and right from the get go, no fpv. telemetry yes, fpv no. it sat in a box, in my living room for a few weeks, and magically fpv stopped working.  my sgs3 black screen, my sgs5 black screen, my ipad air, black screen. what changed in that few weeks while it sat idle, with it's battery not even in the same room? just the app, and firmwares. so if the problem is indeed the wifi module, it was dji's updates that killed it. they have released a product with a seriously faulty part, and are charging us through the nose for the replacement. thanks for the paper weight.  the money i had set aside to pick up an aspire in the spring will be going to some other company.

 2015-2-15 16:08:04



**badaboom521**

United States
● Offline

45#

> **brad.sonicbliss** Posted at 2015-2-16 05:08
>
> and what guarantee do we have that the wifi module we replace the supposedly defective one with isn' ...

Well, I too have become a victim of the DJI Black Screen. It really breaks my heart because I just love to fly. I'm not a young man anymore, and my time is getting shorter and shorter. I don't have the strength due to illness to do much, but I sure loved to fly and record my experience. But, after reading all these notes posted here, I can really see the forest from the trees.

My too made the upgrade to 3.08. I can't positively say that's when I lost video feed, but it sure feels right about the time. I never crashed it, always took good care of the drone (I even wax it with car polish to keep it looking fresh). So, that cannot be the problem.

The response by DJI is disgraceful. And, for a mega size company to always seem to pass the buck onto someone else is going to affect future business by myself and a great many others. This black screen issue is only one problem. The lack of help and support will only aid in sales falling off in the years to come. It will come. It will come from the little guys, the working guys like us that bring down Goliath (and that only took David one stone). Of course, DJI will tell you, you whatever only to get you to make more purchases of parts (back end market). Selling parts to replace cheaply made or faulty parts used in manufacturing these drones is very lucrative and keeps the US dollars pouring in. I really have to laugh at DJI's lack of responsibility in any issue. They keep blaming other things instead of helping us to fix problems stemming from them. Major car companies have been doing it, it's called recall. DJI should stand up and recall these faulty products. But, Goliath wants to keep ALL the money.

I too was planning on purchasing the Inspire 1 but now I have been inspired to not spend another cent with this company. I hope we all will deliver this message and that DJI will soon understand that bad news travels faster than good news. Word of mouth can bring down the giant.

○ 2015-2-23 09:07:46



**ronnydsosa**

United States
● Offline

47#

Try updating the camera firmware???  I had  this problem few weeks ago when DJI released 3.10.. i updated and my camera went black in the app... I rebinded it and updated the firmware.. all its good now....

○ 2015-2-23 09:56:17

 ❶ 2  3       1 / 3 Page   Next >

    
**B** Bold   **A** Text Color   Picture   Add Link   Emoticon                    Advanced

You need to log in before you can reply Login | Register now

**Post Reply**    ☐ Jump to the last page                                          Credit Rules

Copyright © 2016 DJI All Rights Reserved.   Forum Rules                    MOBILE VERSION · DJI.COM · Online Store · Support · Top

 FORUM

MAVIC    PHANTOM    INSPIRE    OSMO    PRO SYSTEM    EVENTS    SERVICE    🔍 

# weird... the post about "black screen on mobile" disappeared

Home / PHANTOM                                                   👁 17663    💬 80    🕐 2014-11-21 21:06:47

---

**ronnydsosa**

United States
● Offline

41#

> tower35@live.ca Posted at 2015-2-14 06:58
> Phantom vision 2 v2 ,
> My problem started after the firmware 3.10 update problem. I got the IMU erro ...

Try this.. download any of the altenatives app ( like Taco RC pilot app or the DJI Ultimate flight) and see if you still get the black screen using those app as well..

🕐 2015-2-23 09:58:53

---

**johnjohnsoniii**

United States
● Offline

42#

I broke down and sent it in and today I got this reply:
Upon inspection of your Phantom we were able to diagnose your issue as a damaged video transmitter and faulty repeater RE700. The components have been replaced and your Phantom has been updated, test flown, and is fully functional. It has been sent to our shipping department where you will receive a FedEx tracking number once it is sent out. This repair does fall under warranty so you will not be charged for this.
Hope this helps!

🕐 2015-2-26 11:51:47

---

**kevin.hunter**

United Kingdom
● Offline

43#

> johniohnsoniii Posted at 2015-1-6 15:29
> Add me to the group. I am now getting the black screen of death. However, it is not every single tim ...

Add me to the List.
Cant count how many times I have sent emails to DJI Support and not a single response.
Have cancelled my order for the Inspire 1 as unwilling to spend money with a company who do not support their clients

🕐 2015-4-9 05:50:19

---

44#





infusopharm

United States

● Offline

> **DJI-Autumn Posted at 2015-2-13 11:12**
> Sorry I did not clarify it.
> When you find the black screen issue, the first thing you need to do it ...

DJI is a really sorry company in my opinion.  I am so disappointed and angry that I purchased your initial Phantom Vision 2 shortly after its release.  It is great to fly but I also bought it to get quality photos and video.  The camera quality was fair at best.   Now, like most others, I have lost all video but can still take photos and video but unfortunately, can't see anything to line up the photo due to lack of image.  After two swollen batteries after about 15 flights and another $250 in new batteries I lost the video. I now have a paperweight like most others and DJI is the most unresponsive company I have dealt with.  Not quite worth it to purchase a replacement camera just to fix the video image at a cost of about $500 dollars.  I spent a lot of money to be your experimental lab rat.  At a minimum, DJI should encourage owners to upgrade to your newer technology by giving some type of trade up program.  With your current structure, DJI will be known as the company where a person bought their FIRST quad-copter.  I would love to order the Phantom 3 but can not support a company with such disregard for its customers with a non-existent customer support department.

⊙ 2015-4-9 19:15:36

---

45#



pr07het

United Kingdom

● Offline

I can be added to this list, I'm unhappy. But happy to try the rebinding if some one can help me with a step by step please.

⊙ 2015-4-10 15:02:51

---

46#



marinedgardo

Costa Rica

● Offline

Add me in the list, I wrote several times to DJI support and recieved only silent.

A shame

⊙ 2015-5-7 21:50:10

---

47#



email4robbie.ya

United States

● Offline

ATTENTION AUTUMN !!

Add me to the $1500 Paperweight Club
Brand new Phantom V2+ --  right off the bat, Day 1--
No gimbal control, and black screen on iphone 6
What's going on?
I like the class action suit idea--  this is a huge disappointment

 2015-5-12 00:49:43

48#



zathis

Canada
 Offline

> DJI-Autumn Posted at 2014-12-29 15:40
> If you have this black screen issue, could you pls take a photo of the S/N number on the back of you ...

I am also having the same issue.  I submitted the issue to DJI support twice and have not heard a response.  Not very happy with my P2V+ after all the issues (3.10 and now this).  I am at work right now, so I am not able to provide the photo you requested.

 2015-5-14 13:52:04

49#



Abe

United States
 Offline

I was trying to sell my 3 month-old P2V+ today (I bought a P3 pro) and while I was showing it to the buyer, this exact problem happened. The camera view is black, but it takes video and photos fine. Just no live feed. Every thing else works fine. It was working a few weeks ago when I last flew it and I've not changed anything during that time. Obviously the guy didn't buy. And now I'm trying to figure out what to do. Really bummed out.

 2015-5-16 21:12:20

50#



zathis

Canada
 Offline

I have sent three emails to DJI about this issue and two to the dealer I bought it from and have not received a response from anyone.  I am seriously considering talking to a lawyer about a class action suit. This is totally unacceptable from a company that is supposed to be reputable.  Has anyone come up with a solution yet?  Does replacing the WiFi extender actually solve the issue?

 2015-5-19 21:34:58

51#

CapitAn

Mine is the same. It was working fine, then it just stopped. It connects to phantom, I can start the video etc, but I get the spinning wheel forever. I even tried my new ipad 2 mini because my iphone 5 is slow, same thing.

Canada

● Offline

○ 2015-5-19 21:42:00

---



nubi

Canada

● Offline

52#

> ronnydsosa@gmai Posted at 2015-2-23 22:56
> Try updating the camera firmware???  I had  this problem few weeks ago when DJI released 3.10.. i up ...

Phantom 2 Vision Plus    Model PV331    Serial #  PH645491233   V3.0
Upgraded from 3.06 to 3.08    Black Screen ... not connected.
Let's accept ...... upgrades to 3.08 as a problem and accept that the WI-FI module is crashing .....
Question why ...... What changes is 3.08 doing to the WI-FI module to cause it to fail ...... What parameter is overstressing the WI-FI component(s) ?

○ 2015-5-19 22:59:49

---



douglassloan

United States

● Offline

53#

> tomvon Posted at 2015-1-5 03:36
> Ladies and Gentlemen,
>
> After emails from DJI, suppliers here in the U.S. and from reading other boar ...

This thread cannot be found.  If this is truly the case, please advise as to another way to access this info.

○ 2015-5-20 15:45:58

---



douglassloan

United States

● Offline

54#

> douglassloan@ma Posted at 2015-5-21 04:45
> This thread cannot be found.  If this is truly the case, please advise as to another way to access ...

I have 4 count them FOUR Phantom 2 Vision plus drones that all have the same issue.  I have tried them with four different cameras, four differnet drones, rebound them with four different controllers and get the same black screen every single time.  I cannot believe that this is truly a bad WIFI module in every single drone, and in the drones of every person that has complained on these boards!  Here's the good news -- In two weeks, the Solo comes out and they are reknowned for their fantastic customer service.  One of two things will happen -- DJI will get their act together and help us all start fixing these things, or they will lose their customer base to other drone companies who actually care about said base.

○ 2015-5-20 15:54:25

---



55#

> douglassloan@ma Posted at 2015-5-21 04:54
> I have 4 count them FOUR Phantom 2 Vision plus drones that all have the same issue.  I have tried ...



**zathis**

Canada
● Offline

I am still waiting to hear if anyone has actually replaced the WiFi module and had the issue resolved.  I am not going to spend 150.00 to ship my drone to cali and find out they can't fix the issue six weeks later.

○ 2015-5-22 21:24:07

---

56#



**guitarpf**

United States
● Offline

 zathis@sasktel. Posted at 2015-5-23 10:24
I am still waiting to hear if anyone has actually replaced the WiFi module and had the issue resol ...

I've also got the black screen,  Everything else works fine.... I bought a "working" wifi transmission module off ebay, swapped it out, but same same, no live video.  Frustrating is an understatement.

○ 2015-5-24 00:23:15

---

57#



**douglassloan**

United States
● Offline

 guitarpf@hotmai Posted at 2015-5-24 13:23
I've also got the black screen,  Everything else works fine.... I bought a "working" wifi transmis ...

Well, that sure doesn't give me much hope for the new WiFi transmitter that I have arriving this week.  MAN THIS IS FRUSTRATING.  How can a company know that a huge percentage of their customers cannot use their product and off no help whatsoever???  Mind boggling.

○ 2015-5-25 23:20:05

---

58#



**zathis**

Canada
● Offline

 douglassloan@ma Posted at 2015-5-26 12:20
Well, that sure doesn't give me much hope for the new WiFi transmitter that I have arriving this w ...

They have our money, why care about us now?

○ 2015-5-26 11:58:30



**59#**

zathis

Canada

● Offline

> guitarpf@hotmai Posted at 2015-5-24 13:23
>
> I've also got the black screen, Everything else works fine.... I bought a "working" wifi transmis ...

I am assuming that the "working" module came with a warranty?  Was this a used module or NIB?

◉ 2015-5-26 11:59:42



**60#**

guitarpf

United States

● Offline

> zathis@sasktel. Posted at 2015-5-27 00:59
>
> I am assuming that the "working" module came with a warranty?  Was this a used module or NIB?

It was used but supposed to be working, funny thing I found a YouTube video of some kid that said power up the extender 1st, wait for the lights to settle down, the remote 2nd and the quad last and do it indoors, and I got video twice for a few seconds each time.....????  but I've tried several times since and have not been able to make it work again. I put my original WiFi transmitter back in the phantom and I'm going to ship it back to  DJI to get fixed.  I got a RMA number from them, sucks that it's gonna take 5 weeks and it may or may not be under warranty.  Plus I'm out the $125 for the extra transmitter.  (edit, update 1 week later... Instead of sending it back I tried another WiFi transmitter and this one works)

◉ 2015-5-27 23:26:57



**61#**

heritage

United Kingdom

● Offline

Same problem here in the UK - black screen - it's worked fine in the past -but sometimes very unstable in flight so upgraded to latest 3.14 firmware.  Now black screen with whirring circle on iphone 5. We've tried everything.  All other functions ok - gimbal moves with the phone, takes photos and video when you hit the button - so it can't be the wi fi unit.  This is a serious software problem.  Last flight, when this started to happen after the upgrade, it took off uncontrollably - landed in a field - and eventually re-started, took off, came back to me and landed.  I've not flown since then.  Serious waste of money.  We were about to buy inspire 1 - but will not do so now.

I'm looking for an alternative manufacturer of these things that is reliable.  Any suggestions?

◉ 2015-5-28 09:34:13



**62#**

zathis

Canada

● Offline

Well this is now a known issue for DJI and they have chosen to do nothing about the problem as far as I can tell.  Personally, it is going to cost me more money to send my P2V+ to Cali for warranty repair than it is going to cost me to purchase a new WiFi module.  I am going to do the repair and keep my fingers crossed that it resolves the issue.  I shall NEVER purchase another DJI product and will do my best to talk others out of buying these products.  DJI does not stand behind their own products!

⊙ 2015-6-2 11:14:18

63#



> zathis@sasktel. Posted at 2015-6-3 00:14
> Well this is now a known issue for DJI and they have chosen to do nothing about the problem as far a ...

Update! good news, my Ebay supplier exchanged my WiFi transmitter with a different one and this one worked right away. I now have live video again streaming to my phone.  My p2v+ was right at 6 months old, not sure if warranty would have covered it, but I do know they said 6 weeks turn around, I didn't want to wait that long plus maybe pay for it - so I spent $125 on Ebay and fixed it myself.

**guitarpf**

United States
● Offline

⊙ 2015-6-3 20:42:48

64#



I have the same problem. Bought a new wifi range extender and rebound it. Still blank screen!I also would consider buying a phantom 3 if these problems had been addressed. When problems are widespread with most consumer products, they are recalled.
Why has this not happened?

**scottapes**

United States
● Offline

⊙ 2015-6-4 18:44:53

65#



> scottapes@gmail Posted at 2015-6-5 07:44
> I have the same problem. Bought a new wifi range extender and rebound it. Still blank screen!I also ...

Because DJI doesn't seem to care.  Once they have your money, they are done with you.  This issue seems to be related to the WiFi Module in the drone, not the WiFi range extender.

**zathis**

Canada
● Offline

⊙ 2015-6-5 12:08:41

66#



> scottapes@gmail Posted at 2015-6-5 07:44
> I have the same problem. Bought a new wifi range extender and rebound it. Still blank screen!I also ...

I have a Phantom 2 Vision +

**nubi**

Canada

● Offline

Gee, I have a case of Black Screen as well, but kind of thought that the Range Extender was ok because I can see the Range Extender icon and the Range Extender Battery level on my iPod but no Video or flight data from the Phantom sooooo was thinking that the trouble was the module inside of the Phantom.

Am I out in left field in this?   Thanks.

◎ 2015-6-6 16:23:46

---

67#



**zathis**

Canada

● Offline

> nubi Posted at 2015-6-7 05:23
> I have a Phantom 2 Vision +
> Gee, I have a case of Black Screen as well, but kind of thought that …

The general report is that the WiFi module overheats due to low quality heat sink paste used inside the module.   There are a number of videos on youtube that show how to increase the cooling of the WiFi module.   If you are going to replace the WiFi module, you may want to try these improvements or you will be faced with the same problem in the future.

◎ 2015-6-6 23:49:47

---

68#



**zathis**

Canada

● Offline

> zathis@sasktel. Posted at 2015-6-7 12:49
> The general report is that the WiFi module overheats due to low quality heat sink paste used insid … 

Just an update on some things I noticed.   I have now ordered two new WiFi Modules for my P2V+ ver2.0 to fix the black screen issue (hopefully) The reason I ordered two, is that because this is such a common problem, the parts are becoming increasingly harder to find so I want a spare.   Also if I do have this issue again, I don't have to wait for the parts.   Now on to what I noticed.   The P2V+ ver3.0 module has apparently been redesigned.   Better shielding and increased cooling (holes all over it for venting).   I have one of each coming and will update everyone when they arrive.

◎ 2015-6-11 15:05:22

---

69#



**TorqueRoller**

United States

● Offline

You all need to check out this thread. This guy knows his stuff. The problem is with the thermal conductive paste used, and how it's used, during the assembly of the WiFi signal transmission module in the quad. http://www.phantompilots.com/thr … ev-are-dying.28176/

◎ 2015-6-27 22:53:40

---

70#



> **TorqueRoller Posted at 2015-6-28 11:53**
> You all need to check out this thread. This guy knows his stuff. The problem is with the thermal con ...

link is broken

**zathis**

Canada

● Offline

🕓 2015-6-29 23:26:08

---



71#

Hello everyone.  I had <-- the same problem.  I formatted with my onboard video card using File System exFat and all the problems went away.  I flew my 3 Advanced this evening and went up 600 feet with out any issues.  When a problem arrives...FORMAT the card.

BobBlaze

**rwblaze**

United States

● Offline

🕓 2015-8-1 21:17:17

---



72#

> **rwblaze@gmail.c Posted at 2015-8-2 04:17**
> Hello everyone.  I had

It is pretty weird but this advice with formating microSC for exFAT worked also for me. Thanks a lot. However, it seem that this solution doesn't work always for this issue. Also overheated and burnt wi-fi extender sounds odd to explain missing real-time video when telemetry data are still transmitted. DJI should really come up with some believable explanation (not just vague advice to pair devices together again and again), if solution is missing.

M

**Murdock**

Czech Republic

● Offline

🕓 2015-9-10 08:00:32

---



73#

Another No video a member found this.
"One of the flat cables from the camera gimble ends up in a pcb connector at the wifi box (the metal box on the motherboard), I guess this connector was oxidized or something, because right after I wiggled this cable a little at the connector (I actually tried to disconnect it) the preview started working again. It did not stop working when i wiggled it again, so I assembled the drone and took it for a test flight, works without any problems."
http://www.phantompilots.com/attachments/previewfix-png.27680/

**roy**

United States

● Offline

2015-9-10 15:11:04

74#



harrisobr

Canada

● Offline

I can't tell you if this will work for everyone, but it did work for me.

Out of the box, I had the black screen.  Not sure what I did, but I finally got it to work by turning off everything and powering it back on.  I recently did the firmware update and had the black screen once more and had it a couple times since.  Here is what works:

Do nothing (don't turn off the drone or the controller) except close your app and re-open.  Ta da.  Works for me everytime.  Hopefully it's the same for you.

2015-10-3 18:06:03

75#



phillipsfamily3

United States

● Offline

"I just started getting the same problem. I've tried using 2 different phones Samsung and apple everything was fine before applying updates now no live video feed. Camera is still working and I can take photos and videos but I cant see what i'm shooting. i tried rebinding but that didn't help. I've flown this drone for less than 8hrs total, never crashed and taken very good care of my $1500 investment. I'm wondering how dji thinks the wifi extender got damaged. Mine has never been dropped or misused or is there a design fault with the units themselves. The evidence I've read points to one common factor and that is most people are reporting this problem after updating their software."

This is exactly the same issue I am having.  It started when I tried to fly this spring having put the quad a Phantom 2 vision + up for the winter last October.  Black screen but everything operates fine.  In an attempt to fix I made sure everything was up to date with latest releases that didn't work.  Then I tried the rebinding process and everything went to heck in a hand basket.  I emailed DJI US since it was still under warranty they said call for a RMA.  I have tried since the beginning of August, I get left on hold then given a message that I will have to try the call again after about 20 minutes and the call is disconnected.  I have been trying about once or twice a day since August Monday - Friday and I have never reached a person despite hours of my life now being lost to being on hold only to be disconnected.

I am so disappointed! I don't have a lot of expendable cash and I spent it on my new paperweight and it's $200 case that I got since I wanted to take excellent care of my purchase.

I now have the camera rebound, evidently there was an issue with the DJI (Ground Station) app that was fixed in early September.  However, I still have the black screen so no view of where I am flying which was the whole reason I chose this aircraft to start with.

I can't believe with so many having issues that it is hardware.  Mine had only about 6 hours of flight time if that!

Any new solutions been found for this?

2015-10-4 21:12:08

76#



OutdoorEd

● Offline

Add me to this list. Very disappointed that my hard earned 1450 dollars only made 11 flights. Everything is exactly the same.....everything works EXCEPT THE LIVE VIDEO FEED!
Warranty is expired......my company was going to purchase more of these for research. If DJI can't make this right, we will buy another brand that services its customers!

2016-2-29 21:31:10

77#



**clausboman**

Thailand
● Offline

 OutdoorEd Posted at 2016-3-1 09:31
Add me to this list. Very disappointed that my hard earned 1450 dollars only made 11 flights. Everyt ...

I'm in the black screen club too after updating my software - and nothing but helpless answers from DJI after waiting weeks for their reply.

Just saw they have a new DJI 4 out - it's NOT gonna land in my garden for sure! Yuneec is coming up with their Typhoon H model soon and everyone writes a lot about their good customer service.

((  Now just waiting for DJI to delete my post!! ))

⊙ 2016-3-1 14:56:58

---



**matteolanciani**

Italy
● Offline

78#

 breston2@gmail. Posted at 2014-12-24 15:27
There is NO WAY this could be an issue with cables and modules going bad. There are too many drones  ...

"I have a $1500.00 drone in a $200.00 case that is nothing more that an oversized paper weight to me right now. I don't think it's asking too much of Dji to fix their issue . "

That's it. Thousand P2V+ users are having exactly the same problem since the last update and DJI just pretend that we trash our bricked drone to buy the new P4? so after one year again? notreally

⊙ 2016-3-2 17:13:33

---



**clausboman**

Thailand
● Offline

79#

The people of DJI must be absolutely nuts! I have the black screen problem too, I have been asked to do hours of ridicules updates that don't work and waiting weeks for reply. Finally I ask to send it to them for repair. Some person named Blair.Tang send me an email to state to send copy of the original invoice to him before returning it. 5 minutes later I get a mail saying "Your request (173062) has been solved. To reopen this request, reply to this email.". And further "thanks for the info,. It is okay Kindly note the aircraft is out of warranty period".

So DJI broke the thing with their software update and now running away like chickens not being responsible for their wrong doings. UNBELIVEABLE!

⊙ 2016-3-3 05:08:57

---



**lapeltz**

United States
● Offline

80#

 clausboman@gmai Posted at 2016-3-3 03:08
The people of DJI must be absolutely nuts! I have the black screen problem too, I have been asked to ...

Are there any updates - I now have the same issue with a black screen - everything is working, but I am flying blind.

⊙ 2016-9-10 17:29:47



You need to log in before you can reply Login | Register now

**Post Reply**    ☐ Jump to the last page

Credit Rules

 FORUM

MAVIC    PHANTOM    INSPIRE    OSMO    PRO SYSTEM    EVENTS    SERVICE     

# weird... the post about "black screen on mobile" disappeared

Home / PHANTOM

👁 17664    💬 80    🕐 2014-11-21 21:06:47



cembry99

● Offline

81#

So I just got my new Osmo Pro a week ago.  I had to wait until I received the new lens as well before really trying it out or experimenting very much.  Today I got the famous 'black screen' and I was ready to throw the Osmo into the river I was frustrated.  Nothing I did would give me a live feed view.  Someone on a FB forum for DJI owners suggested trying a different SD card.  Believe it or not, that solved the problem.  I must have a bad card.  Different card, I now have live feed view.  Wow.  I want my hour of my life back.

🕐 23 days ago

< Prev   1   2   **3**    3  / 3 Page

| **B** | **A** | 🖼 | 🔗 | 🙂 | Advanced |
| Bold | Text Color | Picture | Add Link | Emoticon | |

You need to log in before you can reply Login | Register now

**Post Reply**    ☐ Jump to the last page

Credit Rules

Copyright © 2016 DJI All Rights Reserved.    Forum Rules

MOBILE VERSION  ·  DJI.COM  ·  Online Store  ·  Support  ·  Top

# DJIGuys.com
We Fly DJI
http://www.djiguys.com/Forum/

## Phantom 2 Vision no video feed on smartphone
http://www.djiguys.com/Forum/viewtopic.php?f=43&t=2930

### Phantom 2 Vision no video feed on smartphone

Page 1 of 2

by valentinop                                          Posted: Tue Jan 07, 2014 10:02 am

Hello,

I've a problem with the P2V video feed on my iPhone or iPad. I cannot see the realtime video but the camere could record video or take picture from the Vision App. I could also move the pitch up/down remotely or see the video on Micro-sd card.

I've upgrade all the firmware available on P2V and on FC200 camera to last available. I've just reset and rebind the camera with QRCode.

Some tips to troubleshoot is apreciated.

Thank you.
Val.

---

### Re: Phantom 2 Vision no video feed on smartphone
by Gogo                                                Posted: Fri Jan 24, 2014 2:49 am

Hi I have same problem. I called DJI USA and they told me to send my phantom back. They told me that they would do some tests on it and if they cant fix the camera they would replace it. If I were you I would do the same thing that I am going to do. At the cost if the phantom vision they better fix it or replace the camera. I an going to sent it on Monday i'll repost the out come of the phantom.

---

### Re: Phantom 2 Vision no video feed on smartphone
by zwolf.tx                                             Posted: Fri Jan 31, 2014 7:37 am

I too have had similar problems, but in my case when I go to the point where I lose video, and then trying coming back into range, I am only able to get the flight information and control camera taking pictures or video, enable to download videos and pictures, but just cannot any live video. This I think started when I did a firmware update late December. At first I thought this was only happening to my android but then later I found it also happened to me on the iPad.

Since about a week ago I've been having some other problem with the GPS so I don't know if the latest firmware update fix that problem. Last update I just did was on or about the 20th.

ZWolf Tx.

---

### Re: Phantom 2 Vision no video feed on smartphone
by olguy                                                Posted: Sun Feb 23, 2014 12:14 am

I have similar problems! The transmission will start out fine, but at about 150 yards out, I frequently get a "Vision connection lost" and the picture will "freeze" on my monitor. I have to switch off the range extender, then reactivate it, then try to reconnect to the wifi signal. The display will show a full icon of signal strength, but when I initiate "connect", the display signal will drop to the bottom of the signal

"fan", and I get the message "DJI Vision saved". After several attempts, I can then connect to the range extender. To get a "live" picture back, I pretty much have to turn everything off, and start all over. My dealer thinks it's the Range Extender going bad, and is replacing it (backorder 😬

---

## Re: Phantom 2 Vision no video feed on smartphone

by Gogo                                                                    Posted: Sun Feb 23, 2014 12:51 am

Hello

Takled to my store were i get my phantom from( multi rotor heli canda) . they sent it to dji usa to fix my live feed problem with my camers. I was told the camers was faulty so they changed it. and i should get it back this week, we will see how long it lasts. hope it dose not happen again. So for all you guys out there with problem like mine just send it back to DJI and they will have to fix it for Free, guess thery are still fixing the bugs with the phantom 2 vision. Good luck to all.

---

## Re: Phantom 2 Vision no video feed on smartphone

by sgt-killer                                                              Posted: Sat Mar 29, 2014 11:49 pm

Hi guy's what phones or tablets where you using when you had the problem with the video????? I'm using a iphone 4 and getting the same problem but I'm looking in to getting a Ipad mini or ipad 3 and think that should sort the problem out from what it say's on the DJI website.

( Recommended: iPhone4s, iPhone5, iPhone5s, iPod Touch4, iPod Touch5;
available but not recommended: iPad3, iPad4, iPad mini.
Samsung Galaxy S3, S4, Note2, Note3 or phones of similar configuration. )

Rob

---

## Re: Phantom 2 Vision no video feed on smartphone

by 1t-bag                                                                  Posted: Wed Apr 16, 2014 1:39 pm

A quick update on loss of video feed, I've had this intermittently since installing the main controller firmware upgrade 3.0 and my supplier tells me he's getting calls about it every day. It's been suggested that reverting to the previous version will cure the problem but the upgrade notes say that a mismatch may be the result. Has anyone tried this? If so, did you revert to the earlier Phantom 2 Assistant , the Main controller and the central board? All very confusing....

---

## Re: Phantom 2 Vision no video feed on smartphone

by Gogo                                                                    Posted: Mon May 05, 2014 12:39 am

Hi I did the update to v3 and had no problems. But if you want to down grade to a old version you have to have the old assistant software (PT2) and (RC) I have keep some of the old ones on my computer and have done the same down grades to try and it works and then upgraded back to v3 and works fine. hope is can help you out.

---

## Re: Phantom 2 Vision no video feed on smartphone

by paulopiloto                                                             Posted: Sun Jun 01, 2014 7:28 pm

[youtube]https://www.youtube.com/watch?v=cd_Ehwj76D4[/youtube]
I'm having the same problem. Someone managed to solve this problem?

I reset the Ext, did bind, QR Code, everything.

| I put Preview Quality 320 x 240 15 fps.

And still does not work.

What should I do? Change the camera? Swap Ext?

Thank you!

## Re: Phantom 2 Vision no video feed on smartphone
by Journey                                                    Posted: Sun Jul 06, 2014 1:53 pm

I had same issue with the video feed right out of the box. Although I could control the gimbal there was no video feed and I got the same result switching to my iPad. Tried everything suggested here and in other forums..rebinding, changing preview camera settings, etc. the issue is not interference or WiFi signal strength since it happens at 2 feet. I wrote DJI Corp and got this response...

"Dear Sir,
Sorry for the inconvenience. We will constantly working to improve our business and service.
A lot of abnormal operation and the environment will affect the drone. DJI products quality is reliable, so would worry too much on the gimbal."

Hello! Does anyone at DJI give a rip?

## Re: Phantom 2 Vision no video feed on smartphone
by Jay                                                        Posted: Tue Aug 05, 2014 5:09 pm

😄 bloody 3.06 update just keep sending dji emails about it i am

## Re: Phantom 2 Vision no video feed on smartphone
by kenneil                                                    Posted: Tue Aug 12, 2014 1:34 pm

I have the same issue! When I fly everything works, including the video feed. After 5 to 10 min of flight the video feed freezes and the 'wheel of death' grinds away in the center of the iPhone screen. All of the other features work, but you can't see what the camera sees. I can still take pictures and movies in the blind. Resetting the phone, turning the wifi on and off, going to airplane mode etc etc and changing to another geographical location doesn't help. The telemetry features etc still work but the screen is no longer frozen in B&W but is all black.

Put everything away, recharge etc and in a new flight everything works perfect until it freezes again. Time to freeze seems to vary but it ends up freezing in a few min of flight.

Calling DJI gets you a 'we are very busy, call back later' recording. Not very encouraging! Help

PS: I also learned that if you don't end the video before you turn off the Phantom, the file will not be usable. 😉

## Re: Phantom 2 Vision no video feed on smartphone
by Journey                                                    Posted: Tue Aug 12, 2014 3:19 pm

I spent hours and tried everything as well including a different iPhone and iPad. DJI does not give a rip. Not worth your time or the stress. Send it back.

## Re: Phantom 2 Vision no video feed on smartphone

by 4wd                                                    Posted: Tue Aug 12, 2014 5:20 pm

It's the wifi module most likely.

---

## Re: Phantom 2 Vision no video feed on smartphone

by BWJ                                                    Posted: Wed Aug 27, 2014 4:15 pm

Disable mobile data on the phone, and it might works ! 😐

Powered by phpBB® Forum Software © phpBB Group                    All times are UTC
http://www.phpbb.com/                                                      Page 1 of 2

# DJIGuys.com

We Fly DJI
http://www.djiguys.com/Forum/

## Phantom 2 Vision no video feed on smartphone

http://www.djiguys.com/Forum/viewtopic.php?f=43&t=2930

### Re: Phantom 2 Vision no video feed on smartphone

Page 2 of 2

by jgmayer

Posted: Fri Sep 05, 2014 9:40 am

—== UPDATED ==—

I am having the same problem. (No preview on the app.)

- Get Black Screen with spinning wheel.


- Able to configure the camera
- Able to format sd card
- Camera moves up and down
- App shows all the information
- All the other functions work (taking pictures, filming, number of GPS's, Altitude, etc)

- Tried on iPhone 5s, 5, iPad Air, Droid phone.
- Newest app from App Store.
- Tried to reset the wifi extender.
- Tried with the old plane software (although the camera software was already updated)
- Updated all airplane software including the camera and remote...
- Tried resetting re-biding the camera with the wifi extender.
- Tried all possible sequence of steps to turn on including the one in the manual.
- Tried to put the phone in Airplane mode
- Tried to go where there is no other wifi interference.
- Tried to fly with it for while filming and taking pictures to see if would work
- Tried renaming the wifi extender
- Tried replacing the cables (power and data original from dji)
- Tried different batteries.

--> Just about everything that I found on the forums so far I have tried...

I have tried all those different steps and so far and no luck...


Next step try other cameras (dii Visio FC200's) and wifi extender combinations.

Not sure what else to try to make this work...

Any suggestions?

---

### Re: Phantom 2 Vision no video feed on smartphone

by BWJ

Posted: Fri Sep 05, 2014 2:37 pm

take off the lens protector 😜

---

## Re: Phantom 2 Vision no video feed on smartphone

by jgmayer                                                    Posted: Fri Sep 05, 2014 2:41 pm

Funny... But I believe that it is obvious that if I can film and take pictures it doesn't have a cap on!!!
Besids the preview keep speening around and never generated the picture... Yeah should have put on
the description.... Do not have a cap on!

---

## Re: Phantom 2 Vision no video feed on smartphone

by Journey                                                    Posted: Fri Sep 05, 2014 3:00 pm

Try sending it back. That is what I did and glad I did. Although I regret hearing that they still have not
fixed or even recognized the problem.



# dji-vision

DJI TECHNOLOGY CO., LTD    Video Players & Editors   ★ ★ ★ ★ ☆   4,802 👤

Everyone

Add to Wishlist     **Install**





Notes:

If you get the message shown "Your device is not compatible" while you install the apk from google play,

you can download the apk in mobilephone browser with the url http://m.dji.net/djivision

If you want to use Ground Station,Please ensure both main controller and central board firmware have been updated to the latest version using Assistant v3.00.

Production Intruduction:

The Future of Possible

---------------------------------------------

DJI is dedicated to offering everyone a flying camera platform and taking photography to new heights.

The DJI VISION App is associated with the PHANTOM 2 VISION. It allows full remote camera control through a mobile device. This App is only for the operation of the PHANTOM 2 VISION.

PHANTOM 2 VISION -- Your Flying Camera

- Long Flight Times

- Extremely Stable Flying

- More Convenient User Experience

EXCEPTIONAL FLIGHT EXPERIENCE

- First Person View Flying (FPV)

- Long Wi-Fi Connection Range with Wi-Fi Range Extender (300M)

- Real-Time Flight Parameters On Screen
Display (OSD)

- Location Locked on Radar

HIGH PERFORMANCE CAMERA

- 14MP Still Photos, 1080p30/60i Full
HD Video

- Up to FOV 140°Lens, f/2.8

- Real-Time Camera Preview on Mobile Devices

- Remote Camera Operation Controlled by
Mobile Devices

UNPRECEDENTED PHOTOGRAPHY EXPERIENCE

- Camera Tilt Control

- Pitch-and-Yaw Axis

SHARING

- Share Your Moments With Your Friends



## REVIEWS

# 4.0

★★★★☆

👤 4,802 total

| | | |
|---|---|---|
| ★ 5 | 2,778 | |
| ★ 4 | 871 | |
| ★ 3 | 321 | |
| ★ 2 | 194 | |
| ★ 1 | 638 | |



**Buddy Roberts** ★★★★☆

*Very disappointed, DJI app has lost live view. Spoke to a rep and he acted like I was*



**Max Taylor** ★★★☆☆

*Part doesn't work I can use the camera and take photos and videos but then I want to*



**Feroze K** ★☆☆☆☆

*Samsung Note 5, blank screen With the new update, all I see is blank screen. Its*



**Harry Price** ★☆☆☆☆

*No camera WiFi anymore What a failure of a company. And they still*

›

## WHAT'S NEW

Version 1.0.61:

- Bug fixes

## ADDITIONAL INFORMATION

Updated
February 2, 2016

Installs
100,000 - 500,000

Current Version
1.0.61

Requires Android
4.0 and up

Content Rating
Everyone
Learn more

Permissions
View details

Report
Flag as inappropriate

Offered By
DJI TECHNOLOGY
CO., LTD

Developer
Visit website
Email support@dji.com



David Gloria November 13, 2016



Time to upgrade to ANOTHER BRAND DJI broke the app for Phantom 2 vision + users. They don't or won't fix. They want us to upgrade to a newer model. I went shopping over the weekend looking at new drones. There are some really cool products out there from other companies. The place I go is dumping the DJI line. The 4 that is being sold by other dealers for $1100 +, they're blowing it out at $699. They carry all of the brands and they said that DJI has the worst support of all of their lines. I think I'm going another route / brand. Bye



amila gunasekera November 12, 2016

⛝ ⛝ ⛝ ⛝ ⛝

Amila Best



Abhishek Sahu November 2, 2016

Very disappointing

 Omar Rios  October 28, 2016
★ ☆ ☆ ☆ ☆

Drops Connection Application stops working
on the middle of the flight. Sometimes I just
need to click on camera, sometimes the
application fails and closes itself

 October 24, 2016
★ ★ ★ ★ ★

Dji phantom2 vision plus app



**DJ A0114** October 12, 2016

★

Black screen Use to love the drone now I just keep it in the box.....what a great way to waste 1200$



**Zach Michel** October 10, 2016

★ ★ ★ ★ ★

Phantom 1 Will the dji phantom 1 work with this app



**Harry Price** October 9, 2016

★

No camera WiFi anymore What a failure of a company. And they still producing newer drones. Who would ever buy from them if they knew they would do a mass forced failed update anytime to make everyone upgrade to new drone.?



**Chaps Adriano** October 9, 2016

★

Login issues Always encountering request timeout message.



matt s October 6, 2016



Black screen DJI is a bunch of international scammers. They update your firmware which they told me sends high voltage to your module chip and it burns it out. So you send it in and it costs 150 to replace this chip. What a joke! They are saying it's nothing g they did wrong which is a lie. As you can see this affected 100's of drones. I've called customer service and all they do is lie to you then hang up in you. What a great company!!I will never do business with them again and will bad mouth then as much as I can.



Robert Keith October 4, 2016

Fpv is gone As soon as the app installed



Shawn Rupright October 3, 2016

Bullsh!t Fix the damn app. Did update for app and now no live stream!



**Phillip I. Staker** September 30, 2016

★ ☆ ☆ ☆ ☆

Windows 10 version is abandoned I have to use the peasant android version. Blergh android filth



**MR cHAMp!!** September 28, 2016

★ ★ ☆ ☆ ☆

Bad



**Soma Stenszky** September 24, 2016

★ ☆ ☆ ☆ ☆

My phantom live stream is lost After the update my p2 v+ lost its capability to show live feed. Also i cannot take a shot or a video. I am so disappointed!!! NEVER EVER BUY A DJI PRODUCT AGAIN!!! My P2 flew only 5-6 times..........



**wade Williams** September 18, 2016

★ ★ ★ ★ ★

Great app! Dji is very willing to help with any problems and questions



**G Sue** September 18, 2016

★ ☆ ☆ ☆ ☆

Disgraceful Disregard of early supporters!Killed off P2V owners c TOXIC (to Android) 2015 "Upd8s" Then on 28Mar16 declared all 2yo Tech as "End Of Life" ie Unsupported! EOL ....v.NASTY! Now lays in bed c Apple! DJI's Morals & moto re "...Future possibilities.." Is founded upon the corpses of many fledglings! DJI needs a genuine compass and clean(-ish) bedmates.



**Jonathan Libby** September 17, 2016

★ ★ ☆ ☆ ☆

This App is Why I sold my Phantom When you only have one app option that supports your Vision 2, and the app crashes or disconnects mid flight, the drone is not very useful. Sold it today and uninstalled this app for good. DJI has new and improved apps for their newer models. I will not buy DJI again because your drone is tied to outdated apps, and after a year your investment is nearly worthless.



**Todd Ramsey** September 10, 2016

★ ☆ ☆ ☆ ☆

Lost the live stream on my phone Everything
worked great on my phantom 2 vision plus
version 3.0 until, the DJI APP 1.0.60,
updated on my samsung galaxy s4 phone....
APP 1.0.61, did nothing to fix it... 1300.00
invested plus 200.00 case now wasted,
thanks DJI. They want me to pay to send it
back when DJI bricked it. Thanks DJI, I will
never invest in this company again...



**Michele McElwey** September 10, 2016

★ ☆ ☆ ☆ ☆

Horrid I hate this app, it doesn't work it just
shows a black screen, the only reason I have
it is because the record button does not work
on litchi, so I hit record on here then go into
litchi.



**Silvana B** September 6, 2016

★ ★ ☆ ☆ ☆

CRASHES ?!?!? On Samsung Galaxy S7
Edge CRASHES ?!?! This is dangerous ...
Please FIX IT!



Aaron Jessell September 6, 2016

⭐

Register my email In app says it registered
go to login and say email not registered
what's the f#@$ going on



September 3, 2016

⭐

Thanks for nothing So after this update I
have no live video feed and a very
expensive piece of junk.



Billy Sherratt August 31, 2016

⭐

Lost picture Since the app updated itself. Ive
lost the picture. Looks like everyone is
having the same problem . Dji aint doing
nothing about it. Wont be buying dji stuff
again......



rishab singh August 30, 2016

⭐

waste



darby doo August 28, 2016

⭐ ⭐ ⭐ ⭐ ⭐

Nice veiw So I down loaded the app.
Sometimes the visuals work and sometimes
they don't however the distnce and compass
work well along with the recording just wish I
could see what I was recording.



Richard Jackson August 20, 2016

⭐ ☆ ☆ ☆ ☆

Another voice in the choir I came here with
the same issue a lot if people have been
having. My phantom worked fine, I take good
care of it even in down time. Haven't used for
a while, new phone, updated ap...black
screen. Takes pics/video but no fpv a big
reason I purchased this product in the first
place. As I scroll thru review after review with
the same issue, I'm disheartened. Is it
software or hardware? With all signs
pointing to hardware, how could this happen
to so many people without dji doing
something for its users? Do btr



**Yoshe House** August 16, 2016

★ ★ ★ ☆ ☆

Please update some bugs on android
6.0.1Please update some bugs on android 6
and it will be nice if some feature on
phantom 3 add in this vision apps thx



**kroliki Rios-Yafimava** August 16, 2016

★ ☆ ☆ ☆ ☆

Black screen The application is not showing
the live view. DJI is not doing anything to fix
this issue, I guess is forcing to buy a new
drone



**Sean Ditch** August 12, 2016

★ ☆ ☆ ☆ ☆

Dji app This is getting worse, stops working
all the time regardless of where I am.
Obviously no one cares because there's
been no response and it still crashes.



Jaco Pieterse August 11, 2016

App keeps crashing Reading the other
reviews....i dont have a problem with my live
video feed on my note 5 and p2 vision plus
but i do have a problem with the app that
keeps on crashing and closing. I have to
restart it and connect again the whole time
while the drone is in flight. Whats up with
that?? Please help....



Hrishikesh Halase August 7, 2016

Live Feed has stopped working. You guys
need to be sued for ignoring the problem
that you created.



Michael Wofford August 3, 2016

Live view no longer works The app never
never worked well and then the update killed
the live view. DJI no longer supports the
"legacy" systems so I expect the app to stay
broken. I suspect the phantom 3 and 4, as
well as, inspire will have the same problem
when they are considered legacy systems.



**Richard Huynh** August 1, 2016



If you have a working Phantom 2 Vision +.
DO NOT upgrade your app or firmware. The
latest firmware will break your video feed so
you'll fly blindly and there's NO FIX as yet. I
suspect everyone who has a Phantom 2
Vision + will have this problem, there are
numerous reports on this issue on the DJI
forum.



**Dean Heatlie** July 30, 2016

★ ☆ ☆ ☆ ☆

FPV now doesn't work My first person view
was fine, updated the app and now doesn't
work. Am pretty unhappy about it as how the
hell are you supposed to see what you are
filming? Come DJI dont forget about your
early adopters!



**Jr Sakkinen** July 30, 2016

★ ★ ★ ★ ★

I fly a phantom 2 vision plus same crap lost
video. Very dissatisfied DJI you should fix



**Sharabsurya sharabsurya** July 22, 2016

★ ★ ☆ ☆ ☆

Sharabsurya Sharabsurya



**Mr Pk** July 21, 2016

★ ☆ ☆ ☆ ☆

i have no dji phantom but i need it



**Kashif Rehan** July 20, 2016

★ ★ ★ ★ ★

Rhythm Nice phantom



**Kroger Menzer** July 17, 2016

★ ☆ ☆ ☆ ☆

Good luck Stopped working out of nowhere. Just stopped opening. Tried apple as well as android. Good luck getting in touch with support



**Mark Hinds** July 10, 2016

★ ☆ ☆ ☆ ☆

This Needs Fixed Gangsters dji



**Blake B** July 9, 2016

★ ★ ★ ★ ★

Amazing! Saw for a bunch of y'all the live video feed doesn't work but I believe they just fixed it! Great app DJI! Absolutely flawless.



**Stephen Sacco** July 9, 2016

⭐ ☆ ☆ ☆ ☆

B.S. Really DJI. This is absurd. Why would you do this to your customers. I should not have to buy a new drone or replace a module because of an app update. This is ridiculous. I will buy a different drone from now on if this is how you treat your customers. Complete B.S.



**Eben Schaefer** July 4, 2016

⭐ ☆ ☆ ☆ ☆

sucks. no live video feed. used to have it with my iPhone. cant get it with this app. I know others have replaced their range extender and gotten their feed back. but my live feed worked fine before switching to this app. for $1200+ this is crap.



**Stephen Cahill** July 3, 2016

⭐ ☆ ☆ ☆ ☆

Stay away Stay away from Dji products. Don't waste your money. Extremely bad customer service. Had 2 phantoms and both were faulty. Left with none and Dji won't refund or replace.



**Max Taylor** July 3, 2016



Part doesn't work I can use the camera and take photos and videos but then I want to go and view them the application just crashes I am running Android on a Sony Xperia Z5 reinstalled to see if that would help but not. other than that the drone and the app are perfect.



**Aaron Whitney** July 2, 2016

No video feed Since the update, no video feed! Frustrating.



**Jamie B** June 29, 2016



Do not use. It will automatically take away live video feed. My Phantom was fine until this forced update. Now I have no live video feed. Just a black screen. It is not a hardware issue. Happened to other family members too as soon as update was forced.. DJI has no support. DO THE RIGHT THING DJI AND FIX YOUR SCREW UP. Shame on you for doing this to your customers....or ex customers. now.



michael litzgus  June 24, 2016

★ ★ ★ ★ ★

Black screen Installed this app on my new
tablet and all I get is black screen....dji
please fix......



Christo Putra Aris  June 24, 2016

★ ☆ ☆ ☆ ☆

Black live feed Can take photos and videos,
see it on my gallery, can move the gimbal up
and down, drone works fine flying. But no
live feed, only black screen. I have tried
rebinding, reinstall app, update all firmware.
Please fix this asap



**Todd LaCount** June 16, 2016

★ ☆ ☆ ☆ ☆

No live video feed It's my opinion that DJI has abandoned their original customers that had to update the drones they bought to adhere to FAA regulations that were passed after their purchase. I've had a DJI Vision 2 plus for a few years now and since the app update, like many others, have had no live video feed. Instead of forcing us to register, they coldheartedly dropped us on our heads by cutting the app out from underneath us. Doesn't sound like an app update is coming. The only option now is to buy a newer drone.



**Larry McCain** June 15, 2016

★ ☆ ☆ ☆ ☆

I don't have line of sight My view used to work with my phone now it doesn't from everything that I'm reading it seems as the app needs to be fixed. Dji please fix your app



**Clyde Lester Campillanos** June 12, 2016

★ ☆ ☆ ☆ ☆

Vision Sucks Same here. No Live feed view... If you DJI cannot fix this. Bring back the old software that is working for vision versions asap.thanks.



**Robert Mann** June 10, 2016

★ ☆ ☆ ☆ ☆

Another FPV customer who's rather pist..Arggg, if I wanted a black screen while flying I'd fly @ night. But with the new DJI update we can all mimic the night countryside sky.. Hmm, thanks DJI Developer's 👍



**wayne clarkin** June 10, 2016

★ ☆ ☆ ☆ ☆

Lost live feed Same as everyone else



**Colin Humphries** June 4, 2016

★ ☆ ☆ ☆ ☆

Dead feed After last update i have a blank screen too. Whats going on..



**David Davidson** June 1, 2016

⭐ ☆ ☆ ☆ ☆

Forced Update Junked Phantom 2 Poor support. Update essentially bricked my Phantom 2 due to no live feed. Online support forums offer no help other than to show it is a near universal problem for PV2+, with suggestions to send in/pay for repairs caused by DJI's own update (or DJI's preferred path of buying a 3 or 4). Even if it's a hardware issue, it is a hardware issue obviously triggered by your software. Never again DJI.



**Lucky Charm** May 27, 2016

⭐ ⭐ ☆ ☆ ☆

My Phantom will not bring up the camera even though it's connected



**Max Franklin** May 27, 2016

⭐ ☆ ☆ ☆ ☆

Doesnt work Do not update



werner wagner May 27, 2016



Bricked WiFi Bricked the WiFi on my drone.
So many complaining about the same
problem but dji says there is nothing wrong
with there software.



Roy Renna May 26, 2016

Im sorry. It was my drone not the app After
being on the phone with DJI troubleshooting
the problem of not having live view, we
determined it was the transmitter module in
the Phantom 2 that I just purchased. I sent
my p2 back to B&H to receive another p2.
That had the same problem. In my mind i
was thinking how can it be the drone, this is
my second one. I sent that one back and
received a 3rd one, and guess what. My
Phantom 2 vison + LIVE VIEW WORKED
WITH THIS APP... THANK YOU DJI AND
B&H PHOTO... NOW I KNOW ITS NOT AN
APP PROBLEM.



Khairol Anuar May 26, 2016

Ah stimnyeee Best geli



**Egbelooto Lanre** May 23, 2016
★ ★ ★ ★ ★

I just loved it Its cool



**Bijoy Khan** May 21, 2016
★ ★ ★

Ok Ok



**Da Sheek** May 17, 2016
★

So DJI creates bugs for video feed purposelyAnd force us to buy new crap from them.? Fuk dji there are plenty of competitors if i intended to spend money on another drone.



**Mario Robles** May 16, 2016
★

thanks for nothing



**Kirt Shive** May 12, 2016
★

I lost all video feed. This is b.s. What is going on? Something wrong with software ever since it updated. I have the vision 2+ I guees dji wants you to buy a newer model. I dont think so!

 Anders Henry  May 7, 2016

⭐ ☆ ☆ ☆ ☆

Lots of force closes The app has started to misbehave lately, a lot of force closes. Buggy as h*ll.

 Wayne Redding  May 7, 2016

⭐ ☆ ☆ ☆ ☆

Bug Fixes? You mean you added some.

 Douglas Todd  May 7, 2016

⭐ ⭐ ☆ ☆ ☆

dji trouble.same been in the hospital for a few weeks, got out and tried to use the dji vision+ 2 and no da^* video feed.wtf Camera



**Buddy Roberts** May 4, 2016

Very disappointed, DJI app has lost live
view. Spoke to a rep and he acted like I was
the first person he had heard this happening
to. Update: I was like everyone else posting
issues with the app. I found a link online that
said something about the Wi-Fi module. I
took the one from my broken drone and
installed in the one I was having issue with
and BAM! It now has live view again. So it is
not the app it is a hardware problem. Hope
this helps someone.



**Property Promotions** May 3, 2016

No live view Phone did auto update with this
app, now there is no live feed. Seems to be
100,000s with same problem and dji are not
doing anything to support us. Will never buy
anything from dji again. They obviously have
no sense of customer loyalty. Very unhappy.



kostas karonis  April 28, 2016



No video feed There is no video feeding
from the camera to the mobile
phone.everything is updated and tested all
over again.i am guessing that it is not
worthed the money after all.just SUCS.it
worked a couple of time,but not anymore.too
bad because i was ready to buy the phantom
4...thanks but no thanks....



Tony Mills  April 28, 2016



Black screen Has the live video feed been
fixed?



Adam Wilson  April 24, 2016



Video Feed Done... Nice...freaking video
feed is shot...wonderful implementation DJI.



Dave Young  April 23, 2016

What happened? Not looking good for the
code writers. We are going backwards.



firal iverson April 19, 2016

★ ☆ ☆ ☆ ☆

No live feed Terrible



Rob DeS April 18, 2016

★ ☆ ☆ ☆ ☆

No video feed! I'm experiencing the same as everyone that, both on iOS and Android.



Jim Hart April 12, 2016

★ ☆ ☆ ☆ ☆

Dji SUCKS DJI SUCKS AND will always suck . CUSTOMER SERVICE SUCKS JUST AS BAD.NEVER AGAIN, Can't say enough about how bad they suck.



Ivan Pires April 11, 2016

★ ☆ ☆ ☆ ☆

Lies Are there someone really working on this issue or they're just thinking on new dji copters? Please respect dji phantom 2 vision users, pleaseeee



Brent Dames April 8, 2016

★ ☆ ☆ ☆ ☆

S#1/- c@nt Avoid!!



**anthony frank** April 3, 2016

⭐ ☆ ☆ ☆ ☆

Live Video Feed The video playback doesn't
work on my phone. Please fix ASAP. Very
frustrating



**Avi Gabbay** April 1, 2016

⭐ ☆ ☆ ☆ ☆

Wtf man. No live video and its still not fixed



**Andreas Gounaris** April 1, 2016

⭐ ☆ ☆ ☆ ☆

Where is the video feed people? Fix this
asap, there is no hardware issue, there is an
app issue. Your site says no support fot this
model. RU serious? It has been 2 years
since I bought it!!! Bring back video feed!!



**Abhie Sharma** March 29, 2016

⭐ ☆ ☆ ☆ ☆

Fix this now! I have no video feed anymore,
the screen just appears black. But it still
videos and takes photos



**TheBMH28** March 27, 2016

★ ☆ ☆ ☆ ☆

Crap Update ruined a £1200 toy. Not what
you expect from a company like dji, may
need to look at alternative drones.



**Chris Harpner** March 17, 2016

★ ★ ★ ☆ ☆

Not updating to 1.0.61 Clearly your update
breaks the live feed. I won't be updating and
I'm quite disturbed that after more than a
month, you guys have done NOTHING with
all these public complaints. I see a class
action lawsuit coming. I also won't be buying
the phantom 4. I'm looking elsewhere now.



**Feroze K** March 16, 2016

★ ☆ ☆ ☆ ☆

Samsung Note 5, blank screen With the new
update, all I see is blank screen. Its able to
record and take picture but cant see on the
screen. Please fix. The return process very
tedious and gives you a note that you could
be charged even though its their app cause
the damage.



**Higor Cesar** March 13, 2016

⭐

Error i am not getting watch the preview,
from the last actualization... please mend it



**miles Longe** March 12, 2016

⭐

Lost my live view as well. DJI Any fix???



**Robert Gilstrap** March 6, 2016

⭐

DO NOT GET THE UPDATE Wont show
anything on screen, keeps telling me
connection is broken, what a freaking waste



**Chuck Collier** March 6, 2016

⭐

No support for galaxy Tab s2! Bought a
Samsung Galaxy Tab S2 8.0 to use with my
Phantom 2 vision+, only to find out that the
app does not support the device! Bad form.



Jac Gador March 6, 2016

★ ☆ ☆ ☆ ☆

no live feed view My drone was working fine
the past few months and I too no longer see
the live view on my P2P Vision+ v3.0 after
this update



Mark Stevens March 5, 2016

★ ☆ ☆ ☆ ☆

Wont work Keeps telling me connection
broken.over it



Kris Coady February 28, 2016

★ ★ ☆ ☆ ☆

Kills battery while inactive Absolutely
obliterates the battery in my Nexus 6P by
using GPS non stop while the app isn't
active. I always need to force stop this app to
stop this. Also crashes at random intervals
while operating drone.



Chris Hampton February 27, 2016

★ ☆ ☆ ☆ ☆

No picture No picture on my phone, droid
turbo



Blake Walker February 25, 2016

★ ☆ ☆ ☆ ☆

Is 1.0.61 any better? I will adjust this review accordingly after i discover whether or not this update fixed the problem. I just bought it and don't want to risk "bricking" the extender



David Ivey February 24, 2016

★ ☆ ☆ ☆ ☆

Very decent prior to ver 1.0.60. I like many, many others now have an inoperable wifi extender and no feedback from Dji as to a solution. Terrible customer support.



William Bear February 24, 2016

★ ★ ★ ★ ★

Rocks Love DJI



Yerick Calvo February 23, 2016

★ ☆ ☆ ☆ ☆

I have the issue of black screen on live. I can see what I'm doing. I tried on a galaxy s5 and ipad 4, and I cant!!! I need a solution please, tried everything



**Keir Parsons** February 22, 2016

★ ☆ ☆ ☆ ☆

Fix the battery draw What the hell. I flew my phantom 2 days ago but this thing is killing my battery... I have install and Uninstall. As needed. What a joke. I'll just go use litchi.



**Paul Payne** February 21, 2016

★ ☆ ☆ ☆ ☆

Paul Payne No camera feed totally useless app fix it please.



**Ben Hermann** February 21, 2016

★ ☆ ☆ ☆ ☆

Same thing Yep, update broke mine too.



**Jeremy Lane** February 19, 2016

★ ☆ ☆ ☆ ☆

What's happened? App updated and now the camera no longer shows an image. Please fix the application.



**FranksCell Onlymine6969** February 19, 2016

★ ☆ ☆ ☆ ☆

I flew my Phantom 2 vision yesterday at 3:00pm. It was a waypoint mission within line of sight and I had full video downlink the entire time. After returning home I set my phone down while putting the Phantom away. As I returned I noticed the DJI Vision app on my phone was updating for some reason, by itself. I have never had an issue with my phantom so I have never updated. Today I attempted to fly and all I get is a black screen where the preview is supposed to be. This is not a hardware issue, there are no issues with the wifi Tx or the extender. I have nearly four decades experience in electronics and this is a software issue, point blank! After uninstalling everything from the app to the assistant software I have been able to get the preview back but intermittently. The update is full of bugs and I will prove it. Then, everyone who has had to purchase another wifi board or send their Phantom in for repairs will have solid ground



**Bobby Wallace** February 19, 2016

★ ☆ ☆ ☆ ☆

Still hate it!!! Updated to new version but problem remains....Blacked out camera feed cant see what im taking pictures of. Please fix



**Cody D** February 19, 2016

★ ☆ ☆ ☆ ☆

Usless My drone is now a paperweight. All I
have is a black screen on my phone.



**Chris Mackey** February 15, 2016

★ ☆ ☆ ☆ ☆

Fix the WiFi device.!!!!!!. send a patch please



**Sean Henry** February 14, 2016

★ ☆ ☆ ☆ ☆

Disabled my wifi extender! I haven't flown my
Phantom 2 + for a few months. Last time I
took it out it worked fine, after receiving this
new update I can't connect at all! DJI this
needs to be fixed immediately!



don mcmurchy February 12, 2016

★ ☆ ☆ ☆ ☆

Thanks for bricking my wifi!



**Ehtisham Khan** February 12, 2016

★ ★ ★ ★ ☆

Like it Done



**Arnoldo Reyes** February 9, 2016

★ ☆ ☆ ☆ ☆

No live video, black screen



**Marie Curto** February 7, 2016

★ ☆ ☆ ☆ ☆

Not working I open it up and I'm getting nothing on the camera no GPS signal notin



**Niel Calitz** February 3, 2016

★ ★ ★ ★ ★

WiFi extender update jams the WiFi extender. Please fix it



**Alan Taylor** February 2, 2016

★ ☆ ☆ ☆ ☆

Bricked 1.0.60 bricked my WiFi extender. This sucks



**Scott Ward** February 2, 2016

★ ☆ ☆ ☆ ☆

Bricks the WIFI extender Do NOT install version 1.0.60 of this app. It forces an update to the WIFI extender that renders it inoperative.



Peter Hofmann February 1, 2016

★ ☆ ☆ ☆ ☆

There is a forced range extender firmware
update included with this. Don't do it! It will
brick your range extender.



Jon Childress February 1, 2016

★ ☆ ☆ ☆ ☆

Version 1.0.60 will brick your WIFI extender
as reported on the DJI forums! It will force
you to update your WIFI extender before you
can use your Phantom. This will brick it!



Alex Masellas January 30, 2016

★ ☆ ☆ ☆ ☆

This one just as bad. How the hell can you
login when it says time out??? WTF



Dennis J Rotairo MD January 29, 2016

★ ★ ☆ ☆ ☆

Obsolete! No POI, Follow Me modes



Rich w January 27, 2016

★ ★ ★ ★ ☆

Won't install Get error message 505



**Jon Lesher** January 14, 2016

★ ☆ ☆ ☆ ☆

4 months later still crashing Keeps crashing
in my note 4



**ashish Sindhav** January 12, 2016

★ ★ ★ ☆ ☆

Its not support in android 5.0 lollipop version
in any mobile



**Oliver White** January 3, 2016

★ ★ ☆ ☆ ☆

Laden with bugs. App looses connection
frequently.



**Maher Kanawati** December 28, 2015

★ ☆ ☆ ☆ ☆

the program not working at all only tip - next
tip wtf is that. even cant login from my phone



**Desmond Dorling** December 28, 2015

⭐⭐☆☆☆

?? HTC M9 isn't working well. Radar is always off by around 25 degrees and I've had to use my M7 which works ok.



**Jason Testro** December 27, 2015

⭐☆☆☆☆

Will not let me sign in keeps on timing out



**Colin Lacey** December 25, 2015

⭐⭐☆☆☆

Fails to provide FPV video After not flying for several months, upgraded all relevant software - now there is no camera live feed when everthing was fine before. Using Samsung Galaxy S5.



**Gary Jones** December 25, 2015

⭐☆☆☆☆

Help!!! Won't install on my Samsung s6 come on guys sort it out !!!!!



**Joel Lahey** December 23, 2015

★ ☆ ☆ ☆ ☆

Black screen Went from 4 star to 1 star with the newest update. Now there is no video coming back from the drone which makes the drone an extremely expensive 1980s tech model airplane. Also the fact that turning on the local wireless repeater which is required for this app to work disables your connection to your cellular device is idiotic and not practical



**Matthew Stratmann** December 22, 2015

★ ★ ★ ☆ ☆

App is crashing during flight App is crashing midflight. I reinstalled the app. it still crashes in the middle of flight. Please help...



**Marek Vlach** December 14, 2015

★ ☆ ☆ ☆ ☆

Black screen! Just do something about the Black screen problem, ok?





**Worth Kutzleb** November 30, 2015

★ ★ ★ ★

Bugs need fixing Crashes sometimes.
Stayed running after closing and ran my
battery down. But fun...



**jason hale** November 26, 2015

★

Brilliant (not) Couldn't even fly with this app
in the end so annoying to use.Better off with
the litchi flight app it's way better and it often
gets updated unlike dji.



**Tj Lynch** November 23, 2015

★

No live video nexus 5 Can't get live video on
nexus 5



**Moonis Islam** November 18, 2015

★ ★ ★ ★

Smooth Great app. Only if live stream could
be 1080 or 720 would get the 5th star for me!



**Christopher D** November 11, 2015

★ ★ ★ ★ ★

Hi



Phiomg Phiomg  November 8, 2015

★ ★ ★ ★ ☆

Good But i cannot set home point



Andy Wang  November 6, 2015

★ ★ ★ ★ ★

Loved it



Tom Jeffs  November 2, 2015

★ ★ ★ ☆ ☆

It's a good start, fairly simple to use, but it has
a few issues. One, the map page has to be
swiped in - there's nothing in the app to tell
you that a map is available. Not a biggie.
Two, when taking photographs the screen
will occasionally remain black. You have to
force quit and restart, which isn't ideal when
your drone is in the air. Three, if you don't
properly quit the app, it'll drain your phone's
battery long after you've finished flying.
There should be a timeout after
disconnection.

 **Alex Argirakis** October 26, 2015

Camera wouldn't get good signal or work on Droid rzr m. Got galaxy s5 now and the app just stops working multiple times during flight. Then I have to reopen the app

 **Kenny Perez** October 15, 2015

App will not open consistently. 1 out of 4 tries will open the app. When open, I try to register to get the app working but it will not accept my registration due to a time out. I have a constant Internet connection so my isp is not the problem. Please help

 **steve d** October 15, 2015

No camera feed Everything but the camera feed works, making this thing useless, I'm not going to fly blind. Just a black screen with everything else working, sats, nav, battery, etc

 **Tran Thieu Tommy** October 14, 2015

Love Like



CRONUS Karmalakas  October 12, 2015

★ ☆ ☆ ☆ ☆

Constantly crashes on Marshmallow. And
still no internet access while connected. That
makes app useless, because maps can't be
downloaded.



Marc Crowley  October 12, 2015

★ ★ ★ ☆ ☆

Camera feed black sometimes though
telemetry still live. Requires a full system
restart if the camera video feed turns black.
This means landing and turning off the
Vision camera. Biggest issue is data -
unable to use mobile data concurrently with
WiFi to range extender. This means you
have to download everything in the area in
advance of connecting to range extender.
I.e. can't snap a photo and send via social
media whilst still airborne unless you kill the
telemetry and video feed in flight.



**Mark Morrow** October 11, 2015

★ ★ ★ ★ ★

Does a good job in controlling your Vision+
and providing flight information and features.
Not giving it a 5 star because it is sometimes
buggy. Maybe this version will get all the
bugs out?



**Paul Davis** October 10, 2015

★ ★ ★ ★ ★

New Rev bug's Last Rev worked better. App
crashes in the middle of flight.



**col webb** October 8, 2015

★ ★ ★ ★ ★

Android phone is alien to this app Just too
scary to use on samsung s6. Calibration
doesn't work which isn't helpful because the
camera won't stay connected. Have to figure
out in your head it's heading to steer it back
or hope that return home works. Meant only
for Apple really I reckon so think again
before purching phantom on android or buy
a different phone or drone



Seth Francey October 8, 2015

★ ★ ★ ★ ★

So far so good I've only been using the
software for a little over a week and so far
I've had very few problems. Sometimes it
disconnects or has longer than usual lag, but
I'm happy.



Joe Mike Terranella October 8, 2015

★ ☆ ☆ ☆ ☆

No Internet access while connected This app
will remain at one star until I can access
Internet on my phone while connected to the
range extender.



Mike Forest September 28, 2015

★ ☆ ☆ ☆ ☆

Too bad you bought a DJI If your reading this
then its probably too late but its the only
place you can complaint about DJI. Google
search their repair reviews! They won't
answer their phone, they don't return emails.
They have had my $1000+ drone for 3
months and I have no way of contacting
them...



Nelson Valdes  September 25, 2015

★★★★★

Good



Ahmed Ismail  September 25, 2015

★★★★★

Aerial photo It makes my aerial photography easier and satisfactory



Danny Nuñez  September 21, 2015

★★★★☆

Great app! It's a great app for my phantom 2 Vision+ I have to use my phone with it, I wish they would upgrade it so you can use a tablet, would be nice to see it in a bigger screen.



Stephen Scott  September 16, 2015

★★★★★

Excellent Works well on Samsung galaxy S6, however didn't work great on the S3. Does anyone know of a good video editing app to use after taken videos?



Guillermo Martínez  September 15, 2015

★★★★★

Excellent apps.



Ian Smith  September 15, 2015

★ ☆ ☆ ☆ ☆

Wont work for Android App loads up the the
home screen, then when you try to press
buttons, it flashes and reloads the in-app
home screen. Cannot access anything past
the home screen. Ive tried reseting my
phone, reinstalling the app, nothing works.



Gerd Curley  September 9, 2015

★ ☆ ☆ ☆ ☆

DJI need to get their act together Continually
crashing on Note 3. I'm off to buy the Litchi
software.



jossline al perez  September 8, 2015

★ ★ ★ ★ ★

Big help Yeah thanks dji ☺



Lin Demann  September 8, 2015

★ ☆ ☆ ☆ ☆

Cant see the camera I can fly, all controls are
fine. I can even control the camera, but there
is no view on the display. I even tried
rebinding. Please fix this :( update : had to
replace the camera, as this update fried it



**Stowman Goodwin** September 7, 2015

Boobear This has been one of my greatest experiences in life. The app is absolutely incredible and so amazing all the things that it does. The big test will be tomorrow, the day after a holiday to see how good their customer service is. I have been unable for 3 days to pair my Fpv to my Android device no matter what YouTube or directions I read, it will not pair. However just fine without FTV doing videos are absolutely phenomenal! With all of its features is a great drone for all experience levels!!!



**Brian Adams** September 4, 2015



Used to be good... When the app works it's fine, but after upgrading Note 4 to Lollipop the app constantly crashes mid flight. I have to stop flying immediately, even if the P2V is in midair, then restart the app before resuming flight. This is unacceptable having paid £1.1k for the drone last year. DJI need to seriously look into this issue, as eithout the app fully functioning the drone becomes very unreliable to fly.



**Level Nine** September 1, 2015

★ ★ ★ ★ ★

Like Mantap



**Muhammed Ibad** August 29, 2015

★ ★ ★ ☆ ☆

Note 4 During flights it force closes. Please
fix this issue. Other than that its perfect.



**Rizam Ali**  August 28, 2015

Phantom 2 vision + Good



**mogul monster**  August 25, 2015

Sucks It doesn't work when I'm connect to the WiFi and so it doesn't work at all &gt;:(



**Xkfjgmery Cjfjf**  August 24, 2015

Good



**juan manuel Gomez**  August 22, 2015

Does not work with android 5.0 lollipop



**Laverne Friesen**  August 22, 2015

Won't work on galaxy s6



**William Wiese** August 16, 2015

★ ☆ ☆ ☆ ☆

Eh... Very glitches..poor image quality even on the highest setting..going back to the original flight app..back to the drawing board guys..



**Kevin Lester** August 14, 2015

★ ★ ★ ★ ☆

Dji Some bugs but does the job! :-)



**robert read** August 11, 2015

★ ★ ★ ★ ★

Easy and awesome live experience Vision app



**Fernando Suvillaga** August 8, 2015

★ ★ ★ ★ ☆

Working



**Brandon Nguyen** August 7, 2015

★ ★ ★ ★ ★

Perfection Loved it awesome app work great could not ask for anything more

 **Carlos Perez** August 2, 2015

★

Does not work on my LG G2 phone. FIX
THIS DJI!! Does not work on my LG G2
phone. FIX THIS DJI!!

 **Caleb Olson** August 1, 2015

★★★★

Works! Moto X 2014 Lollipop v5.1.

 **ZAINALABIDIN MOHAMAD
SHAMSUDDIN**
August 1, 2015

★★★★

It's ok. Very great apps for my Phantom2
plus. Really liked it. The only thing is it's
sometimes lost contact with the Phantom
and suddenly crash. Send back to factory in
Taiwan to repair took a least 5 months..

 **Greg Kimbrough** July 31, 2015

★

Dji app on android Crashes repeatedly.
Phantom flies great but cant use camera etc
because of this app.



Abdull Orin  July 31, 2015

Needs more reliable accurate adjustments



Ignacio Lasalde  July 28, 2015

Lags out After my phantom 2 vision+
reaches more than 50 ft from the remote it
stops giving me live feed and this does not
happen with iPhones



Filipe Dal Gallo  July 27, 2015

Crashes on S6 App just restarts all the time
on galaxy S6. Hard to do any work when you
have a $1300,00 flying machine depending
on this app.



Cul nara  July 25, 2015

Installed this on my Galaxy Tab 3, works
flawlessly



**Omar Rios** July 24, 2015

★ ★ ★

Drops Connection Application stops working on the middle of the flight. Sometimes I just need to click on camera, sometimes the application fails and closes itself



**Michael H** July 23, 2015

★ ★ ★ ★ ★

Works well on Note 3 with Vision + Have to force close once, almost every time, to fix panning up/down problem (before update?). Other than that, gotta love it.



**Brendan Price** July 19, 2015

★ ★ ★

Was awesome but keeps randomly stopping. using galaxy s6



**Oscar Lauda** July 15, 2015

★ ★ ★

Great App but Why DJI not give us Follow me features or POI ?DJI your Quadcopter is very expensive so please give us the best service and Features too..



Dustin Brown July 13, 2015

★ ★ ★ ★ ★

Love it Works great with my phantom 2
vision+



Junior Juarez July 12, 2015

★ ★ ★ ★ ★

Great app Crashes from time to time but just
be patient. Only used about 5 times and for
now it's great.



Ayinboxer Ali July 12, 2015

★ ★ ★ ★ ★

Why??? Cant download into sony xperia z2



Asa July 10, 2015

★ ★ ★ ★ ★

Shows I'm online with phantom but no pic !!!
Please reply dji



Michael Byrne July 4, 2015

★ ★ ★ ★ ★

Wow... If the app ever opens for me, I'll be
able to write a full review. Another letdown
from DJI.



Dave Keats July 4, 2015

★ ★ ★ ★ ★

Works perfectly on S6 Does everything as advertised



Patrick Mendenhall July 3, 2015

★ ★ ★ ★ ★

Loses wifi after 30 seconds Don't know if it's lollipop or - my LG G4 for it keeps dropping wifi after 30 seconds of connection frustrating had to go to my sons iPhone for it to work



A H. Akay June 27, 2015

★ ★ ★ ★ ★

Doesn't work on tablet I was using this on Note 3 now I got an Acer tablet and it says "Your device is not compatible with this app". Dji pilot works on Acer... Why!



**Chasen Shaw** June 26, 2015

★ ☆ ☆ ☆ ☆

Galaxy S5 - Won't work - Verizon Worthless
App! Tried Vision three times over 9 months
on the S5. It force closes immediately after
pressing Camera/Settings/Etc. on the main
menu. Had to use iPad and second person.
After reading other reviews it seems like it
spans the Android spectrum.



**Steve McCarron** June 26, 2015

★ ☆ ☆ ☆ ☆

Will not work on Galaxy S6. Drone is useless
for pictures and videos until this is fixed



**set2520** June 25, 2015

★ ★ ☆ ☆ ☆

Crashes Won't always take a picture, then
eventually it will take 30 sec later. This
version has crashed numerous times.
Should have never updated. Please fix. 5S
running KitKat



Nate Jakubisin June 24, 2015

★ ☆ ☆ ☆ ☆

Won't work with s6 Login in was more complicated then I would have imagined. I traded up from the s5 but now I am unable to do anything that the app does. Please update to 5.02 (s6) so I can get back to flying. I'd give 5 stars if I could utilize this app to its potential.



chance johnson June 23, 2015

★ ★ ★ ★ ★

I dont evan have a phantom Ya as ypu saw i dont evan have a phantom ☺



courtney twombly June 21, 2015

★ ☆ ☆ ☆ ☆

Not working on my note 4 It's not working on my note 4 I don't understand



Kris Drozdowski June 19, 2015

★ ☆ ☆ ☆ ☆

Can not log in, is there a - star ?

 North Ico June 19, 2015

★ ☆ ☆ ☆ ☆

On Sam S5 crashing like a hell ! We have two Sam S5 phones at home. This app is unable to work on them. Keep crashing so often. DJI FC40 app never crashed, this one is a crap.

 Steve Mull June 16, 2015

★ ☆ ☆ ☆ ☆

Needs update. Crashes a lot with Galaxy S5. Have to restart app in middle of flight. Live feed also freezes a lot in mid flight. DJI needs to fix this app. Whats taking so long!

 Corne Liebenberg June 15, 2015

★ ★ ★ ★ ☆

DIE PHANTOM Works great on Samsung 4, on Samsung Note the screen is blurred and I lose the signal regularly



David Bisschops  June 14, 2015

★ ☆ ☆ ☆ ☆

Keeps crashing Unfortunately the app keeps
crashing on my note 4



Terry Wellmann  June 13, 2015

★ ☆ ☆ ☆ ☆

Junk! Video feed is black! Ever since I
upgraded I pray that I get a video feed when
I try to use the Phantom it usually just comes
back as all black yet I can take pics and
control the drone. This sucks and is so
frustrating!



Subhan Bhadelia  June 13, 2015

★ ★ ★ ★ ★

Very good



**Philippe Vagenhende** June 8, 2015

★ ★ ★ ★ ★

Love it ! But ... My gear : Samsung S4 - Android 5.0.1 and a happy owner of Dji Phantom 2 Vision +. Sorry to say I was blaming the soft at first cuz had issues with loss of control on the drone. Problem was linked to faulty accelerators and gps ... I fixed these and it flies flawlessly now. Happy but ... regularly lose the video feed. The image freezes for a few seconds and comes back. There is some improvement to be done. Either soft or wifi extender...



**C Hetzler** June 5, 2015

★ ★ ★ ☆ ☆

Galaxy 6 App returns to home screen but keeps recording. Crashes with no explaination



**Mark Gentles** June 4, 2015

★ ★ ★ ☆ ☆

The app is just ok. I find it a little buggy and can freeze mid flight, which you don't want when you have a drone just on the edge of your vision. Will try on ios to see if it's any better.



**Mohan Kumar** June 3, 2015

★ ★ ★ ★ ★

Drusya



**Robert Evans** June 2, 2015

★ ★ ★

Error 505 ? Will not install, when I have the
anytrack app on my phone. I like this app,
but won't install until bug fix, and will not
delete anytrack.



**Chris Guagliano** May 29, 2015

★

Garbage On a Galaxy S6. I'd give it 0 stars if I
could... doesn't allow me to log in or register.
Completely useless. Connection times out.
WHY do you need to log in to fly a
quadcopter?????



**Adam Brownlee** May 27, 2015

★★★ ☆ ☆

Won't work on Galaxy S6 I'm sure it's probably the phone's fault since this is decidedly the worst phone ever released, but this app crashes regularly on the GS6. Not a good thing when you have $1,100 flying around relying on it to work. I didn't have any trouble with my HTC One M7.



**Harold Andrew** May 26, 2015

★★★★ ☆

This is a good app Only sometimes it disconnects but overall very good app. 4Stars.



**Nelson Ragas** May 24, 2015

★★★★★

Update is awesome I love the new update. Happy flying!



**Denis Franzciko** May 17, 2015

★★ ☆ ☆ ☆

bugs looping back home screen i have install the apps,but every i tap on any menu the page off i tap ,roll back to home menu,please fix bugs on xiaomi redmi 1s



rich melton May 17, 2015

⭐ ⭐ ⭐ ⭐ ⭐

Yea Love it



Keith Knifer May 17, 2015

⭐ ⭐

No landscape? The app launches in portrait, but crashes when rotated. If launched in landscape it immediately crashes. Galaxy S5 lollipop.



Geova Gonzalez May 15, 2015

⭐ ⭐ ⭐ ⭐ ⭐

Nice Camera



Deian Stancu May 13, 2015

⭐

No, it's not fixed! Fix Android Lollipop crash issue. Even after update, app still crashes. Thank you.



helper doe May 9, 2015

⭐ ⭐

Still crashing Tried flying today and the app constantly crashed on my galaxy s5 on lolly pop. Really tired of this



**Jacey Shull** May 8, 2015

★ ☆ ☆ ☆ ☆

When it works So many problems going on with video feed in general, I'm getting sick of having to reset everything all the time. DJI is an unreliable company with poor quality control. Buyer beware.



**Joshua Carlson** May 8, 2015

★ ★ ★ ☆ ☆

Only thing I won't changed is being able to see the altitude in recorded videos. Thanks



**Jay Philbrook** May 7, 2015

★ ☆ ☆ ☆ ☆

Random app crash - Galaxy Note 4+LollipopAndroid version 5.0.1... app version 1.0.58... app crashes while in camera constantly.... losing the camer during flight is extremely frustrating!



**Papo Rosa** May 4, 2015

★ ☆ ☆ ☆ ☆

No Good!! Soo outdated and Never updates and keeps crashing.... This is sh ittt!!!



Richard Harrison  May 4, 2015
⭑ ⭑ ⭑ ⭑ ⭑

Bad to the bone Get it



dawood kia  May 3, 2015
⭑ ⭑ ⭑ ⭑ ⭑

تووووپ و علٰی تووووپ



Hörður Guðlaugsson  May 1, 2015
⭑ ⭑ ⭑ ⭑ ⭑

Awesome Please add a snapchat feature



Andre Patterson  April 30, 2015
⭑ ⭑ ⭑ ⭑

Idk App randomly restarts during flight! Four
times on me on four different flights. First
time had me alil shook for a sec. Then when
i click camera, i get video back, but ist not
givng me all of my readings. Such as battery
power, satellites, altitude, height, speed, and
no radar, not cool.



brett Slack April 29, 2015

Works good Update, I wiped system cache and let android rebuild. App seems to be better now. The new update or lollipop keeps returning back to main screen, disconnecting app from drone, video freezes all randomly. Thank God for the return home feature. I never had to use it before but now I know it works.



Shamil Toma April 28, 2015

Smart and easy Very easy to use, smart and clever application



Phillip Guerra April 26, 2015

Won't install on Note 4 Says "Error -505" at end of install. Vision+ drone is worthless without app!



Apit Haron April 25, 2015

Very good apps for my P2V+ Helps in many things, but sometimes camera didnt work and the wifi range also limited. Need to repair on that.. ;(



**Abdu Casey** April 25, 2015

★ ☆ ☆ ☆ ☆

Stops working mid flight! This used to be good and had no problems with it before but now every time I'm flying it stops working for no apparent reason. Please fix and I'll up the rating!



**Pattaya Droner** April 24, 2015

★ ★ ★ ★ ☆

great



**Dawson Sheen** April 23, 2015

★ ★ ★ ★ ★

Love it



**Moroni Narvaez** April 21, 2015

★ ☆ ☆ ☆ ☆

Camera not working Every time I click on video or take a picture I get disconnected on my Sony z3



**Troy Hvidsten** April 20, 2015

★ ★ ★ ★ ★

Phantom 2 Great very useful. ..



**Sheldon smith**  April 16, 2015

★ ☆ ☆ ☆ ☆

Need to fix way points need to be able to hold at each way point for no more then 60 sec or less Hate that I can't set my Drone to stay at the checkpoint for 5 seconds longer then fly to next checkpoint or be able to set a time limit then fly to the next checkpoint



**kyle mcgowan**  April 16, 2015

★ ★ ★ ☆ ☆

fpv freezing is anyone else having problem with fpv freezing? ive had vision plus for two weeks and its hit and miss whether fpv works or not. ive tried on s4, s5, note 4, NVidia shield. all is same issue. ive tried different apps as well with same result.



**rahim bashah**  April 15, 2015

★ ★ ★ ☆ ☆

Ok Need to upgrade



**Kevin Thom** April 12, 2015

★ ★ ★ ☆ ☆

Works well enough but eats battery Make
sure you fully back out of this app until it asks
you if you'd like to exit. When left in the
background, it absolutely chews your battery
up. Also I wish there was a manual exposure
mode for the camera. Shifting auto exposure
can really ruin a shot.



**Chris Angelus** April 8, 2015

★ ★ ★ ☆ ☆

Lollipop update - now it crashes. Verizon
Samsung Galaxy Note 4. Today was the
update to Lollipop. Today the app crashed
four times. Loses wifi contact pretty often.



Brian McSpadden April 5, 2015
★ ☆ ☆ ☆ ☆

Can't login Just bought the Vision 2+,
downloaded the app and can't login. It
appears their systems are down. Pretty
unacceptable app design that has an
external dependency to function for a piece
of hardware that I own. Probably returning
due to this issue. Took 2-3 days of trying to
log in before the product was useful. Terrible.



jose manuel April 5, 2015
★ ★ ★ ★ ☆

Great .Easy.



Tony Downs April 4, 2015
★ ★ ★ ★ ★

Easy



Gervin Coulon  April 2, 2015

★ ★ ★ ★ ★

Works good started having problems I really
like the app but the last few times I used it
the battery level meter dropped off to zero in
a min or so when i actually had over 80
percent left. I restarted the app and it was ok
but this has happened a few times. I just
deleted and reinstalled the app but haven't
had time to try it.



Mutum Shyamo Singh  April 2, 2015

★ ★ ★ ★ ★

DJI Phantom Android Apps



محمدعلی قدیان  March 31, 2015

★ ★ ★ ★ ★

Dji my love Very good



Chris Robinson  March 31, 2015

★ ★ ★ ★ ★

App Constantly Crashes Crashing often on
my Sprint Galaxy Note 4 running Lollipop
5.0.1. This is the stock OS and the phone is
not rooted.



Rodney Andrews March 28, 2015
★ ★ ★ ★

Dji Drone



J Trager March 27, 2015
★ ★ ★ ★ ★

Good App for PV2+ Add PV2+ coordinates to main screen. Zero altitude reading when motors start.



Chathuranga Padukka March 26, 2015
★ ★ ★ ★ ★

Love it... but needs updates for ground station. There should be a way that it lands it self after mission is finished.



Bob Piper March 26, 2015
★ ★ ★ ★ ★

DJI Great app



Karim Mohammedi March 25, 2015
★ ★ ★ ★ ★

Awsome app, which fit the phantom really well



**Alex Tanasa** March 25, 2015

NOT WORKING FPV i just purchased the
vision 2 and the fpv dosent work on nexus 6
and note 3



**Didiek Wahyudi** March 23, 2015

Cooll apps



**Jon Davids** March 23, 2015

Works as designed Works well with my
vision and galaxy S5. No issues what so
ever.



**Willem Meyer** March 20, 2015

THANKS DJI Thanks DJI. this is a great app
and I find it very eks to work with.



A Natta  March 17, 2015

Live feed no longer works on note 2 after updating app. I used to think dji was/is a respectable company. ....dji is about to loose mass amount of credibility/future income if this issue is not corrected A.S.A.P.



A SG  March 17, 2015

App crashes Same issue here....android 4.3 app crashes, keeps going back to main page....terrible experience. ...also having issues with wifi connection and binding not working.....



**Mitchell Smart** March 16, 2015

★ ★ ★ ☆ ☆

Good app. But could be better I love being able to fly with waypoints. I just wish you could input which way the drone flys to the way point. If it could fly sideways to waypoints. This would give you the option to fly around something taking video of it at all times. That was what I and many other people have been looking for with the camera ability of the drones. Add that feature and I would 5 star this application quickly.



**Quique Zapata** March 15, 2015

★ ★ ★ ★ ★

Love it!



**Kev Che** March 15, 2015

★ ☆ ☆ ☆ ☆

App Won't Open Samsung S5 :-( Even though connected to the Phantom WiFi network, every attempt to open the app results in a flash of menu items, then it goes right back to the main menu. Anyone heard of this, and if so, what the resolution?



Frindly-Fire-4 March 13, 2015
★ ★ ★ ★ ★

Possible fix for camera no feed Use the app
on iphone 6 . Then use your android again .
Worked for me galaxy s5



Michael W March 12, 2015
★ ★ ★ ★ ★

Galaxy S4 Active Works sooooo much better
now whilst my phone is on flight mode.



Ian Seeds III March 12, 2015
★ ★ ★ ★ ★

Works After talking with dji phantom on the
phone. I did a hard reset on the wifi unit,
rebind and put the phone in airplane mode
and boom. All functions worked. Video held
tight and never broke for all three flights. I
use a note 3.



john Westfall March 12, 2015
★ ★ ★ ★ ★

So far so good! I hope it is what is promised



Barry White March 12, 2015

★ ☆ ☆ ☆ ☆

SORT IT! Everything working well till this update. Now no FPV on Samsung Galaxy S3 running Android 4.3 or on Elephone 3000s running Android 4.4.2. just a black screen. This is totally unacceptable. I have a business to run!!!! Why not have two apps available, one for Android 5.0 and above and one for Android 4.xx. At least we will still be able to use our Phantoms till you sort it out! This is serious!!!!



Rick D'Aguanno March 11, 2015

★ ☆ ☆ ☆ ☆

Keeps closing while in flight! Doesn't work with Lolipop 5.01 need this fixed!!!



Bob Valicenti March 10, 2015

★ ☆ ☆ ☆ ☆

The DJI app for android used to work Now it constantly reports that, "it has stopped" while I am in the middle of a flight. It might be because of the latest upgrade of the Android OS.



Abdulaziz Al Mehairi March 9, 2015

Crap Horrible UI, feels like a 90's design and lags a lot



clive long March 8, 2015

Great app Does everything it should. Nice app



Hamdan AlSalahi March 7, 2015

Great after they fixed it...



Scott McClenahan March 6, 2015

I Constantly losing video and not reconnecting.



Anibal Vasquez March 5, 2015

Lopez Good



Chris P  March 5, 2015

★ ★ ★ ★ ☆

Great Application. My primary reason for
writing this review is to answer the question
that I wasn't able to get a clear answer to.
The app works perfectly after upgrading the
HTC One M8 to Lollipop 5.0.1 even after
starring the motors. My only disappoint is
that the app doesn't work with my Acer tablet
which has a version of Android that is above
4.0.



PBG  March 4, 2015

★ ★ ★ ★ ★

Update means my Galaxy S3 is obsolete I
can no longer use my S3 with my phantom 2
V+ the app is unusable as it simply returns to
the menu screen every time I try to use it. I
am not impressed with this situation at all,
DJI is basically forcing people to upgrade
their devices costing yet more money.



**Fatih Cetin** March 2, 2015



It no more works for Galaxy S3 I was able to use the previous version of the app on my Galaxy S3 (which runs Android v4.3). With the newest version of the app, I can start the app, but whichever menu I click on goes right back to the starting menu. And this makes it impossible to use the camera. Please do not to create new problems when you try to fix bugs. And please find an immediate solution to this new problem.



**Pete Lazarakis** February 28, 2015



Great app but still buggy! I love this app, and use it nearly everyday. It stopped working completely for over a month when my phone updated to Android 5.0. Since the last update It finally works again but is still unreliable. It always takes 2 tries to connect, and often disconnects during flight. Oh well, at least I can take pictures and video with my phantom 2 vision again if a little sporadically.



Alan Morris February 28, 2015

Dji phantom 2 app v 1.0.58 This new version doesn't work properly on android 4.4.2. The WFI tab obscures the minutes remaining for flight & I keep getting a warning stating not enough battery power to return home but the battery indicator bar shows half a charge. Also, after landing, the altitude meter shows the quad at 15 metres when it's on the ground & a distance of 20 metres away. I wish I hadn't updated to the new version as the previous version worked perfectly. Thanks dji.



david armstrong February 27, 2015

David Armstrong I cant view my videos from my s5 and the app will just reset its self during flight. What happened? It was working fine 1 week ago and it just started acting up. I can load video to my computer buy cable and it works. Just not on the phone.



BRUCE CRITTENDON February 27, 2015

Works great. Thanks DJI



**Dan Nelson** February 27, 2015

★ ☆ ☆ ☆ ☆

Nightmare Not used the app in a few weeks, took PV2 out for a monthly shoot I do, to only find each time I press for the camera or anything it just returns to the home screen...Arrgghhh...Was working fine before on Sony Z3



**Steve Pratt** February 26, 2015

★ ★ ★ ★ ★

Happy again Great, app is now working again. Thanks DJI now I can use my HTC M8 again. Near perfect accompaniment.



**Jeffrey Sua** February 25, 2015

★ ☆ ☆ ☆ ☆

Fix it Fix it



**Steven Woods** February 21, 2015

★ ★ ★ ★ ★

Sweet Good a pppppppp



**mariol cruz** February 21, 2015

★ ☆ ☆ ☆ ☆

Worst app ever I regret spend 900 dollars
such a piece of ..... drone is only for iPhone
this app doesn't work on my galaxy s4



**Gary Parks** February 20, 2015

★ ☆ ☆ ☆ ☆

Used to be great This is insane DJI is telling
me I have to send my Drone back to the
factory to be worked on to solve their
problem. I used to love this drone now I'm
ready to throw it in the trash. Everything
seems to work fine except for the most
important thing. The FPV is gone on my Note
2 and Note 3 and S5. It isn't available for my
Toshiba Thrive tablet.



**gary anderson** February 20, 2015

★ ★ ★ ★ ★

Works like it should Great app, does all it
should on this Vodafone smart4 turbo.......



**Marcel Jong** February 20, 2015

★ ★ ★ ☆ ☆

For Lollipop it works again Finally this
update fixes the app crash problems on
Android 5.x

DJI Vision - Android Apps on Google Play



February 19, 2015

⭐ ☆ ☆ ☆ ☆

"tab trubles" omg the thing [the app] wont download onto my I pad Samsung galaxy pro



Iko Paundralingga February 18, 2015

⭐ ⭐ ⭐ ⭐ ⭐

Work Succes Love it



Pat Dubay February 17, 2015

⭐ ☆ ☆ ☆ ☆

No Live Feed STILL having problems with the DJI app, no live feed picture on my phone or other devices, NEED TO GET THIS FIXED OR DESIGN A NEW APP FOR THE PHANTOM 2 VISION +, supposedly they fixed the problem, but my LG G2 still has no FPV-black screen



Edward Brooks February 17, 2015

⭐ ⭐ ⭐ ⭐ ⭐

Works Fine Samsung Ace 3 ... no problems with new upgrade



Jon Wornham February 16, 2015

Was just great until phone (HTC M8) upgraded to Lollipop. Now just crashes as soon as I start the Phantom. Just had a totally wasted trip for photos. Need to know if an update is coming soon or will I need to try and reverse the upgrade. Phantom grounded in the meantime. Not happy. It gets worse - I thought I would just use my old phone until the app is updated - Not compatible with device - running Android 2.3.5, now really unhappy. Update - now installed latest version and works great with Lollipop.



Alejandro Guajardo February 15, 2015

Loveee it



brad g February 15, 2015

newest update yesturday bricked my drones camera preview. I can no longer see the live preview on my phone or ipad. thanks for rendering a $1500 drone a baked potato. dji is now officially costing me money. drone and camera firmwares have been fully upgraded.



Bogdan Dumitru February 14, 2015

★ ☆ ☆ ☆ ☆

Very bad Make update right away for
Lollipop because it's crashing all the time...
Cannot fly...



Bill Brunner February 14, 2015

★ ★ ★ ★ ☆

Works



余蔚棋 February 14, 2015

★ ★ ☆ ☆ ☆

Android 5.0.1 crash issue didn't fixed. after
updated the new version of software is still
didn't fixed the Android 5.0.1 crash issue on
my Galaxy S5, fix it please.



Dana Morrison February 13, 2015

★ ☆ ☆ ☆ ☆

Doesn't work with Android version 4.4.4 App
crashes everytime I tap the camera button or
any other icon in the app.

App Store › Utilities › DJI



## DJI VISION 
DJI ›

Details | Ratings and Reviews | Related

Get

☆☆☆☆☆ (51)

Rating: 4+

2014 DJI

## Customer Ratings

Current Version

Average Rating: ★★★☆☆  506 Ratings

Click to rate: ☆☆☆☆☆

★★★★★ �emphasis 90
★★★★ �emphasis 41
★★★ �emphasis 29
★★ �emphasis 37
★ �emphasis 309

## Customer Reviews

Write a Review | App Support

440 Customer Reviews    Most Recent ▾

**Working with no issues here** ★★★☆☆
by jryder60 – Nov 3, 2016
I've had a Phantom 2 Vision Plus sitting in a box for over two years. I was going to try to sell it but I couldn't get anything for it and as I have a renewed interest in the hobby, I decided to get it out and see if I could get it going. The first thing I did after getting the batteries charged was to update the firmware on the controller, the Phantom/Naza an...

Was this review helpful?    Yes | No | Report a Concern

**Dogpile on the loser!** ★☆☆☆☆
by JamesFestini – Oct 30, 2016
I too have been racking my brain trying to figure it out. After logging in the forms and updating and uninstalling and reinstalling. Everything works except for the ability to see my camera. I can move the camera but I can't see the images.

Was this review helpful?    Yes | No | Report a Concern

**No video feed!** ★☆☆☆☆
by zealouse – Oct 29, 2016
I have 2 phantom's both can't send video feed to my iPhone!

Was this review helpful?    Yes | No | Report a Concern

**Poor app** ★☆☆☆☆
by Abcd54321? – Oct 26, 2016
This app is poor. Not even close to DJI Go

Was this review helpful?    Yes | No | Report a Concern

**App is not good at all** ★☆☆☆☆
by Sidney L Reece – Oct 25, 2016
The app is so slow and does not look as well design as the other Dji app for the phantom 3 and above. Why did you guys stop supporting this drone I fly the phantom 2 still and wish there was a better experience.

Was this review helpful?    Yes | No | Report a Concern

**No Live View - Guess the FAA approves of blind pilots** ★☆☆☆☆
by thegaryclark – Oct 25, 2016
Everything works perfectly except Live View and thanks to DJI's lack of interest it looks like all Phantom 2 Visions and Vision+ are now in the same boat. Imagine Phantom 2 owners will be thinking Karma for their next UAV purchase.

Was this review helpful?    Yes | No | Report a Concern

**Useless update** ★☆☆☆☆
by ThatGuyJames1503 – Oct 23, 2016
I updated it the day I got my p2v fixed and lost all live feed. Dji said its not conpatible with Ios10 or iphone 7. Understanding the situation used a iphone 4s which dji recommended and still no fpv. They want to charge me $160 to fix the issue they caused. Will be getting a different drone from a different conpany. the go app is doing the same thi...

Was this review helpful?    Yes | No | Report a Concern

Bricked ★☆☆☆☆
by Meack55 – Oct 23, 2016
Com problem just like everyone else.

Was this review helpful?   Yes | No | Report a Concern

It's the app!! Needs updated ★☆☆☆☆
by Garry2010 – Oct 22, 2016
I bought new wifi range extender and also found a new fc200 camera and still only get telemetry and no Live Feed. It works when it wants too. By buying both new you would think the live feed would work so it points the problem at the app itself something I cannot change!

Was this review helpful?   Yes | No | Report a Concern

DJI NEEDS TO FIX SOFTWARE ★☆☆☆☆
by Puredealetkojirj – Oct 7, 2016
Updated the app, and now BOTH of my Phantom 2s cannot communicate the video to the app. There's no fix for this

Was this review helpful?   Yes | No | Report a Concern

Terrible app ★☆☆☆☆
by loudirt – Oct 1, 2016
I haven't been able to use my phantom 2 for over a year now because of this faulty app. I can't believe that with the price I paid for the drone it is nothing more than a paperweight now. My attempts at communication with the company have resulted in short, unhelpful, and rude responses on their part. I hope there is a class action lawsuit starting.

Was this review helpful?   Yes | No | Report a Concern

Terrible ★☆☆☆☆
by Me111174 – Sep 28, 2016
Absolutely TERRIBLE! I've spent countless hours knocking my head trying to figure this out! I have a $2000 piece of junk in a $200 case and all because they won't revert back to the previous version of the app that worked. The update has rendered all of us view less!

Was this review helpful?   Yes | No | Report a Concern

Can't use my phantom vision 2 + ★☆☆☆☆
by Squidman2009 – Sep 22, 2016
Same issue as everyone else, not one single crash, or ever flown in extreme conditions. What's the deal DJI??

Was this review helpful?   Yes | No | Report a Concern

Ummm... 3 months without a fix?!? ★☆☆☆☆
by Rhaney01 – Sep 21, 2016
This is absolutely ridiculous... I have 1.. 2... 3 p2v+ units ALL with no live video feed. The ONLY part I updated was the app. THE APP!! When, the, hell, are you going to make this right?!? Does anyone else have any suggestions, hints, tips, tricks?

Was this review helpful?   Yes | No | Report a Concern

Why!!!! ★☆☆☆☆
by Kyle volland – Sep 9, 2016
Come on this is BS!!!!!!! I can't work the device after the investment I've made. This is a reputable company????!!! Mail me a check for what I paid to use this POS system so I can buy some other brand!!!!!!!!!

Was this review helpful?   Yes | No | Report a Concern

No video ★☆☆☆☆
by T8Skonrad – Sep 5, 2016
No video when I connect my phone. Read all the reviews in horror when I received my drone. Sent and email 9-5-16 and waiting on reply. Follow up will come. Email sent (Why hasn't there been a fix for the vision 2 app yet? I get now video and all of the reviews are horrible. Just because you guys stopped building the unit, doesn't mean that people...

Was this review helpful?   Yes | No | Report a Concern

Update ruined it ★☆☆☆☆
by Out2tax – Sep 2, 2016
Update: September 2, 2016. My DJI still sits in its case as useless as a desk paper weight. Thanks for nothing DJI, can't wait until this class action lawsuit gets moving. Please help, after this update my controller can no longer bind successfully to camera. I can fly the drone but camera connection fails even after DJI tech support tried to help. Help........

Was this review helpful?   Yes | No | Report a Concern

Ready for a class action lawsuit ☆☆☆☆☆
by IcantstandDJI – Aug 29, 2016
I have no camera. I purchased my DJI, not to fly but to see from the sky. No camera, purchase is now pointless. DJI is responsible and needs to fix or refund all drones they purposely destroyed.

Was this review helpful?   Yes | No | Report a Concern

Download and try again. It works for me now! ☆☆☆☆☆
by Crazyboater – Aug 29, 2016
Just like everyone else, the upgrade to the range extender rendered mine useless. I was disappointed to not see a new update, but downloaded the app anyway. I'm not sure what changed, but everything works now. I can connect to the range extender and then to he camera. I'd suggest others try again.

Was this review helpful?   Yes | No | Report a Concern

Product - 10 Support 0 - AVOID!!!!!! ☆☆☆☆☆
by tgm7391 – Aug 27, 2016
Perfectly healthy, wonderful flying marvel bricked by mandatory firmware upgrade. Insult to injury No Support, Note: not a "little" support, not a "try this" bluff. NOTHING. Definately a buy at your own risk company conglomerate. Too bad because the platform is exceptional. There is no customer support with DJI

Was this review helpful?   Yes | No | Report a Concern

DJI IS A HOAX! ☆☆☆☆☆
by :p :) – Aug 26, 2016
I own the phantom V2+ and made the poor decision of purchasing the inspire 1. I had my phantom sent in to be repaired for the no video feed issue. they fixed it for $80 haha it is messed up we have paid the price and they dont care! the customer support from DJI is a joke!! I wont even get started on the inspire... It has fallen 2 times (shut off fo...

Was this review helpful?   Yes | No | Report a Concern

Ok problem ☆☆☆☆☆
by Jmedic121 – Aug 24, 2016
Ok has anyone found a work around for this!!! Can I fly with ground station???? Is my drone a brick????? Is anyone heard of DJI is going to fix this or no? I flew mine twice.... Updated to this and bricked it...

Was this review helpful?   Yes | No | Report a Concern

Killed My Phantom 2 ☆☆☆☆☆
by loucr2003 – Aug 23, 2016
This latest DJI software update killed my Phantom 2 more effectively than flying it into a concrete wall at maximum speed. Like everyone else, I received a notice when I was gearing up to shoot some overhead pictures and videos at my local race track that an update would be accomplished in only 60 seconds. And, in only 60 seconds, my Phan... more

1 out of 1 customers found this review helpful.   Was this review helpful?   Yes | No | Report a Concern

Greed will always superceed quality ☆☆☆☆☆
by Trance nation2k11 – Aug 17, 2016
How the hell do you stop supporting a product that is $1,300 after just 2/3 years of its launch ? This seems to be another corporate greed scheme to force hobbyists into purchasing the latest model and discard the older ones. Seems like a $1,300 commitment to DJI every two or three years. I personally am done with this. They rendered ... more

2 out of 2 customers found this review helpful.   Was this review helpful?   Yes | No | Report a Concern

After updating the DJI firmware it KILLED my Phantom 2+ ☆☆☆☆☆
by JSSAVONA – Aug 15, 2016
After updating the DJI firmware it KILLED my Phantom 2+ camera connection Now they want us to send it in for some unknown repair !!!!!! I think it's time we file a Class Action Lawsuit against them and take to Social Media for KILLING our Phantom 2 and 2+ and want us to pay for UNKNOWN repairs or forcing us to buy new DJI products

Was this review helpful?   Yes | No | Report a Concern

Stuck in past ☆☆☆☆☆
by Vso21703 – Aug 11, 2016
App need major updating and bugs worked out I haven't flown my phantom since. I keep seeing all these horror stories.

Was this review helpful?   Yes | No | Report a Concern

FIX THIS CORRUPT APP!!!!!!!! It's time for a Class action lawsuit! ☆☆☆☆☆
by Adam Facey – Aug 8, 2016
My phantom has no live feed! They have made it to where phantom 2 users can no longer stream video! They have basically ripped us all off! My brother is a lawyer and says we could start a class action lawsuit

Was this review helpful?    Yes | No | Report a Concern

Is there a work around to regain video feed to my iPhone 6? ✰✰✰✰✰
by Da blooz -- Aug 7, 2016
First person view doesn't work... Why in gods name have they let this go so long?

Was this review helpful?    Yes | No | Report a Concern

Killed live view ✰✰✰✰✰
by colorado24 -- Aug 7, 2016
Like everyone else, the new app killed my life you on my phantom2 vision plus

Was this review helpful?    Yes | No | Report a Concern

No FPV on iPhone app ✰✰✰✰✰
by glenn4st -- Aug 4, 2016
There's no FPV on the iPhone app. Everything else works fine. I can control the camera, take photos, but can't see a
thing while flying. I liked previous versions of the app but until they fix this problem, I wouldn't trust this app.

Was this review helpful?    Yes | No | Report a Concern

Kills the live video feed ✰✰✰✰✰
by Al707 -- Aug 4, 2016
This will kill your live video feed. DJI is completely unresponsive, and apparently doesn't care about its customers at all.
This was a major purchase for me, and I have only flovn it 6 times. I am left with a useless product, and no response
from DJI. I have never dealt with a company this bad.

Was this review helpful?    Yes | No | Report a Concern

Do not buy their products ✰✰✰✰✰
by Andy Justandy -- Aug 3, 2016
Like so many other the last update killed live feed from my drone.

Was this review helpful?    Yes | No | Report a Concern

DJI support ✰✰✰✰✰
by JJ's cat ranch -- Aug 2, 2016
A horrible company. Sorry support. Stay away. Help is non-existent. Only wish I had read reviews. Last one I will buy.
Everyone should sue them. See you later.

Was this review helpful?    Yes | No | Report a Concern

No video ✰✰✰✰✰
by Intvic18t -- Aug 2, 2016
This is crazy. Still no video after these updates. So sad that a company would sit back and watch this happen.

Was this review helpful?    Yes | No | Report a Concern

Emergency update necessary ✰✰✰✰✰
by dannebrock -- Jul 31, 2016
I can't connect the camera since the last update! We need an emergency update! Please!

Was this review helpful?    Yes | No | Report a Concern

Update made Phantom now worthless ✰✰✰✰✰
by Chanmangolfer -- Jul 30, 2016
As with every other review mine also will do everything except show live video which is the only way to fly the drone.
Now it just sits there useless. What a shame and company will not fix.

Was this review helpful?    Yes | No | Report a Concern

Bricks the camera ✰✰✰✰✰
by Hdidjejeowdi -- Jul 29, 2016
I think they purposely bricked the camera so we would be forced to get the newer model, the update makes the
camera non-functional and I would like an update or a refund if they do this intentionally

Was this review helpful?    Yes | No | Report a Concern

DJI PLEASE HELP ✰✰✰✰✰
by Trvl2 -- Jul 27, 2016
Just as everyone else has stated the camera no longer connects to the live feed on the app... I am able to record/take
picture onto the SD card but I have NO IDEA what I'm aiming at... I literally am filming in the blind. PLEASE HELP!!! FIX

THIS APP!!!

Was this review helpful?    Yes | No | Report a Concern

Is it time for a class action lawsuit? ☆☆☆☆☆
by flyboytyler – Jul 27, 2016
DJI have rendered Phanton 2 vision+ useless. They have not come up with a way to address this. They have taken working functioning devices and made them hard to use for their intended purpose. Where is their official response? Who's up for it?

Was this review helpful?    Yes | No | Report a Concern

Does not work! ☆☆☆☆☆
by Mikethebikester – Jul 25, 2016
The latest version is broke. The app fails every time I try to adjust the camera angle. The short and long of it is that I am completely unable to change the viewing angle of the camera. The previous version was fine. I hope DJI rolls back to the previous version or fixes this soon.

Was this review helpful?    Yes | No | Report a Concern

To all who are having trouble with the update ☆☆☆☆☆
by Boy1994 – Jul 24, 2016
I was having trouble with this last version of the vision app also, but slept on it and didn't panic. To get the phantom running with the last app( if you can't go back to a restore point), just update the phantoms drivers. My issue was running incorrect/ outdated drivers on the phantom. Now the app is functional and not laggy. So again check all drive...

Was this review helpful?    Yes | No | Report a Concern

Bad Update ☆☆☆☆☆
by slikdowg – Jul 18, 2016
The update prior to this, bricked my Range Extender. This update does not fix the issue. WARNING!! Do not install. I sent my RE to DJI for repair and they did not fix it.

Was this review helpful?    Yes | No | Report a Concern

Demand a repair ☆☆☆☆☆
by Gimme a Droid – Jul 15, 2016
DJI We need a fix that actually works for the damage your update did to the wifi extender. My once amazing aircraft has been ruined at a sizable financial loss.

Was this review helpful?    Yes | No | Report a Concern

Horrible customer service ☆☆☆☆☆
by FreddymackOGsmackboy – Jul 14, 2016
Do not buy anything from this company if you still under warranty Return immediately and purchase from competition

Was this review helpful?    Yes | No | Report a Concern

Do not use. Does not fix problem. ☆☆☆☆☆
by Gavinboy1 – Jul 12, 2016
If you are one of the unlucky ones that have the black screen but everything else works don't bother it did not work. DJI needs to just man up and send replacement parts at no charge to us. I give it a -100 stars and that is being nice.

Was this review helpful?    Yes | No | Report a Concern

Still needs update to fix live view!!!! ☆☆☆☆☆
by Zpak4 – Jul 11, 2016
Update on July 7, 2016 - Still does fix the issue of no live feed since last year when! Now it's bricking more users! What is the deal with the program writers?! Please fix the live video feed Jan 14, 2016-Update on another so called update! The update did not fix the live preview feed! I was really hoping the developers fixed this mess! Could you at le... more

1 out of 1 customers found this review helpful.    Was this review helpful?    Yes | No | Report a Concern

Do Not Use ☆☆☆☆☆
by EngOil – Jul 10, 2016
I spent 8 hours even after speaking to DJI tech support. Nobody mentioned this problem that all of these reviews have run into. My P2V which was working fine, will no longer fly. Its the forced firmware update to the Range Extender. DJI, do the right thing and get info out on this telling people not to upgrade until you get a process for dealing with this...

Was this review helpful?    Yes | No | Report a Concern

App ruins video preview ☆☆☆☆☆
by Brian Brereton – Jul 10, 2016

Don't upgrade to this version of the app for phantom 2 vision plus, it ruins the video preview

Was this review helpful?   Yes | No | Report a Concern

**No video feed** ☆☆☆☆☆
by Yodle_odler -- Jul 10, 2016
If you are using the latest iOS, do not download this. I can adjust the camera pitch and take photos and video but have no idea what I'm seeing because there is NO LIVE VIDEO FEED to my phone. Kind of a big deal. Please fix.

Was this review helpful?   Yes | No | Report a Concern

**Ruined video** ☆☆☆☆☆
by dannyintenn -- Jul 10, 2016
This bricked my drone. I've spent hours trying to undo it with no luck. The wifi video link is destroyed. Do not download and do not click update.

Was this review helpful?   Yes | No | Report a Concern

**Still unable to connect to cameral** ☆☆☆☆☆
by QuackerDamus -- Jul 9, 2016
Since the June firmware update I have been unable to connect to my camera and I was hoping this emergency fix would solve the problem but no dice. I tried updating the app, reinstalling the app, re-binding, dancing in a circle while swinging a rubber chicken over my head and still no luck. I was looking to upgrade to another drone soon but if this i...

Was this review helpful?   Yes | No | Report a Concern

**DO NOT DOWNLOAD!!!! WARNING!!!!** ☆☆☆☆☆
by Ctlegacy -- Jul 8, 2016
This will ruin your phantom 2 vision+... You will lose the video feed. So far the damage seems unrepairable....

Was this review helpful?   Yes | No | Report a Concern

**Do not update to this version** ☆☆☆☆☆
by Cowcrazy -- Jun 23, 2016
Just like many others, I can no longer connect. It asked to update my extender and counted down while updating. Now I can't connect to phantom.

Was this review helpful?   Yes | No | Report a Concern

**No longer works** ☆☆☆☆☆
by ajhild -- Jun 20, 2016
As with the other reviewers, this update made it impossible for me to establish a connection with my dji phantom. I hope a fix is released soon. In addition, even before this update, the app has always been fairly buggy and often freezes while I am flying my phantom.

Was this review helpful?   Yes | No | Report a Concern

**'Upgrade' downgraded interface** ☆☆☆☆☆
by Edm263 -- Jun 16, 2016
What happened??? The latest 'upgrade' took down the app connection. When is the fix coming??? Is this company owned by Microsoft??

1 out of 1 customers found this review helpful.   Was this review helpful?   Yes | No | Report a Concern

**Piece of CRAP!!!** ☆☆☆☆☆
by ushafuh -- Jun 15, 2016
My phantom had no problems until this update. Now the software won't see the camera at all even when manually re-binding. This is crap. Run like the wind. DO NOT USE THIS!!

1 out of 1 customers found this review helpful.   Was this review helpful?   Yes | No | Report a Concern

**FIX FPV!!!!** ☆☆☆☆☆
by Firestarter767676 -- Jun 14, 2016
The FPV on this app worked for 1 DAY!! I keep waiting for a fix, but never have got one.

Was this review helpful?   Yes | No | Report a Concern

**Live video now doesn't work** ☆☆☆☆☆
by dl1955 -- Jun 4, 2016
Please fix this asap. My drone is useless without live view.

Was this review helpful?   Yes | No | Report a Concern

Still no video stream to iPhone! ☆☆☆☆☆
by Cavanaugh Bay – May 20, 2016
Very disappointing. $1300.00 wasted. DJI you have let your customers down. I guess it's all about how much money you can grab. What other corners you have cut with your products? Maybe bad code that flies one into a crowd and hurts someone? But maybe you don't care about that either. Right?

Was this review helpful?   Yes | No | Report a Concern

Live feed doesn't work ☆☆☆☆☆
by GH1321 – May 19, 2016
I paid $1,299 for this drone when it first came out and now I can't even use it... Fix the app or send me a new drone.

Was this review helpful?   Yes | No | Report a Concern

Crap ☆☆☆☆☆
by in2photos – May 16, 2016
With Phantom 2 Vision.

Was this review helpful?   Yes | No | Report a Concern

Cant see the camera ☆☆☆☆☆
by SPC DeBo – May 15, 2016
Connects to the drones wifi but wont load the camera

Was this review helpful?   Yes | No | Report a Concern

Mr ☆☆☆☆☆
by Jgauntlett – May 7, 2016
You really need to work the bugs out of this app! Thousands of us cannot see the camera. That's why we buy drones with cameras!!!! It's frustrating. Please fix the app!!!

Was this review helpful?   Yes | No | Report a Concern

Live view doesn't work. ☆☆☆☆☆
by Keyboard on Fire -- May 2, 2016
I have 6s and Phantom 2 Vision +, and there is no video displayed on the phone while in use.

Was this review helpful?   Yes | No | Report a Concern

Don't waste your money with this company ☆☆☆☆☆
by Oc'mon – May 1, 2016
One problem after another, now I go to fly and not only no live view but I can get the drone up about 12 feet and it sits back down like in a no-fly zone or low battery but not in a no fly and battery is full. App not working for at least 6 mos. now and as reviewer KateC says, they don't care. I feel used and taken by this operation. Stay away.

Was this review helpful?   Yes | No | Report a Concern

No FPV and DJI doesn't seem to care ☆☆☆☆☆
by KateC – Apr 30, 2016
No FPV and DJI doesn't seem to care

Was this review helpful?   Yes | No | Report a Concern

I'm impressed ☆☆☆☆☆
by LeeNash – Apr 29, 2016
I've seen a lot of negative reviews so maybe I'm a lucky bastard but I have to say that in my own experience this has been flawless. I put my Phantom 2 together in different steps as I bought everything used on eBay. My platform is based on the Phantom vision + V2.0 with the camera and gimbal being from a Phantom 2 Vision + V3.0. I think i... more

Was this review helpful?   Yes | No | Report a Concern

No live view here ☆☆☆☆☆
by Bikes rule – Apr 3, 2016
The app was fine before winter, now it's warm again and no live preview renders the phantom useless.

Was this review helpful?   Yes | No | Report a Concern

Update the app!! ☆☆☆☆☆
by Cosoblanco5 -- Mar 22, 2016
I don't understand how you could abandon this app when the drone cost 1500+ extras. Without the live feed its basically useless to me now. Please update it.

Was this review helpful?   Yes | No | Report a Concern

Was this review helpful?    Yes | No | Report a Concern

Needs to be fixed asap ☆☆☆☆☆
by 35thunderOKC – Mar 22, 2016
can not fly this app is broke FPV will not work at all can see what I'm trying to take pictures of or video…. So now it's worthless to have a drone if this is not fixed

Was this review helpful?    Yes | No | Report a Concern

Cannot get live view to work. ☆☆☆☆☆
by Barry4006 – Mar 22, 2016
Live view was working fine. Now all it does is try to load with no success. Obviously it is the app and not the Vision 2. This app needs an update, otherwise users video blind. Was considering upgrading the quad, but will check into another brand if DJI cannot provide adequate updates for their equipment links.

Was this review helpful?    Yes | No | Report a Concern

Works great but confusing ☆☆☆☆☆
by Jnms73 – Mar 16, 2016
Operates fine with mine but it needs more detailed instructions. Having hard time resetting the go home coordinates.

Was this review helpful?    Yes | No | Report a Concern

Keeps loading live feed ☆☆☆☆☆
by Csaad007 – Mar 5, 2016
Everything works perfectly fine with the drone but the live feed does not work at all. I can take pics and videos during flight time but cant see anything on my screen in the app. Please fix this issue

Was this review helpful?    Yes | No | Report a Concern

It works great! Why the one star reviews? ☆☆☆☆☆
by epiclouleman – Mar 2, 2016
Personally this works really well. It might display the distance in a confusing way, but the altitude is reliable (which is what counts legally). I don't know why it is not working out for others. I have used this now for 3 months and the updates don't crash the app or whatever the complaints are.

Was this review helpful?    Yes | No | Report a Concern

Please fix ☆☆☆☆☆
by Amandaschmidt – Feb 25, 2016
Please fix live feed

Was this review helpful?    Yes | No | Report a Concern

Junk2 ☆☆☆☆☆
by Aaaaaaaaaa123321 – Feb 13, 2016
It's all junk. Save your money. 2 years I have been waiting for dji to fix their crappy code so I can fly the drone. I am going to ask for my $1500 back on lemon law. Not worth the money if you can't fly it.

Was this review helpful?    Yes | No | Report a Concern

Technical Support Team ☆☆☆☆☆
by Eronee – Jan 22, 2016
There was an issue with the WiFi Range Extender on my Phantom 2 Vision. I addressed it to the DJI tech support and after a few back/forth communication sessions, they generously replaced the entire unit  Thanks Guys!

Was this review helpful?    Yes | No | Report a Concern

This update is not helpful!!! ☆☆☆☆☆
by A_radwani – Jan 17, 2016
Still need to fix live view so we can use our phantoms

Was this review helpful?    Yes | No | Report a Concern

Do Not Upgrade!!!!! If you have a Vision 2 ☆☆☆☆☆
by Cneisme – Jan 11, 2016
This killed my FPV - like many others that have posted here. Was looking to get a new UAV this year, it will not be a DJI with this type of stuff happening.

Was this review helpful?    Yes | No | Report a Concern

I LOVE IT ☆☆☆☆☆
by Quad stuff – Jan 10, 2016

It was all easy to do, it showed me what to do for everything and even taught me how to calibrate!!!

Was this review helpful?   Yes | No | Report a Concern

**Terrible support!** ☆☆☆☆☆
by Vukster – Jan 5, 2016
I updated to latest firmware for dji v2+ but camera still has no live view. Unless you own a newer quad copter they seem to have completely abandoned v2+ support. At least release the older working app!

1 out of 1 customers found this review helpful.   Was this review helpful?   Yes | No | Report a Concern

**Worthless Camera Drone** ☆☆☆☆☆
by CO Truck Owner – Jan 3, 2016
I am giving one star because no stars is not an option. I have the same problem that so many others have indicated. The telemetry data connects from the drone to my telephone but I get no live view. I had the live view initially until I upgraded the firmware on the Phantom. Now no live view. I have done all the troubleshooting steps to include...

Was this review helpful?   Yes | No | Report a Concern

**Live view works** ☆☆☆☆☆
by The_Sirfatty – Dec 28, 2015
App works great. For those who are having an issue with the live view. Make sure you close the app and shut it down from running in the background. From time to time it locks up. But all I have to do is land. Exit the app completely and reload it and I'm back in the race. Not perfect but it is functional. Hopefully this gets a few of you flying again

Was this review helpful?   Yes | No | Report a Concern

**NO Live Video...OR, it only works for a minute, then Freezes** ☆☆☆☆☆
by Mm981 – Dec 24, 2015
The live video works only for a few minutes, then freezes......sometimes if I shut everything down, it may get video back...but then only for a few minutes and freezes.....it will still take pictures and you can video...you just can't see what you're videoing......LONG STANDING problem....Why no fix DJI?

1 out of 1 customers found this review helpful.   Was this review helpful?   Yes | No | Report a Concern

**No live view** ☆☆☆☆☆
by mdtahnon – Dec 22, 2015
Can't get the live view to work.

1 out of 1 customers found this review helpful.   Was this review helpful?   Yes | No | Report a Concern

**Phantom now = worthless** ☆☆☆☆☆
by Cbennettfarms – Dec 8, 2015
Still having the issue of not having a live camera view!!!! Upgraded everything from firmware on copter to the app. Can do way points, get info on the heli, download pics, take pics. But what does that matter when you can't even see what your taking pictures of!? DJI just cares about their latest and greatest; way to take care of your customers DJI! Will...

Was this review helpful?   Yes | No | Report a Concern

**DJI Vision app.** ☆☆☆☆☆
by Leroys4wd – Dec 4, 2015
I have no idea what people are talking about when they say they can't fly with a live view. it absolutely has a live video feed and it works great. I fly by just watching the video feed all the time. Nothing at all wrong with this app

Was this review helpful?   Yes | No | Report a Concern

**Still without video feed** ☆☆☆☆☆
by Jules Flomar – Dec 2, 2015
Since summer I can't fly mi phantom V+ with live view. DJI doesn't even recognize the problem. I can fly without live view, but how can I record video or take a photo without live view? Ugh.

Was this review helpful?   Yes | No | Report a Concern

**No video** ☆☆☆☆☆
by Tdk182 – Nov 30, 2015
I used my phantom 2 V+ for 1 year and no problem but when I toke it out for a flight last week I had no video on my app. Tried EVERYTHING but still no video. I can't fly with no video...

1 out of 1 customers found this review helpful.   Was this review helpful?   Yes | No | Report a Concern

**App to Phantom 2 vision+** ☆☆☆☆☆
by Angry film critic – Nov 25, 2015
Still not working with latest update. No camera feed and still unable to calibrate GPS within app settings.

1 out of 1 customers found this review helpful.                    Was this review helpful?    Yes | No | Report a Concern

****UPDATE**** APP WORKS! ☆☆☆☆☆
by Djizzle123 -- Nov 23, 2015
I retract the previous 1 star and give it a brilliant 5 luminous stars! I have a Phantom 3 Professional. LOVE IT! Previously
I had the opinion of others that the FPV live feed did not work. It does NOT work with the Phantom Vision app. It DOES
with the new DJI "GO" app. The DJI materials said to go to the DJI "Pilot" app. There is no such app so we are... more

                                                                  Was this review helpful?    Yes | No | Report a Concern

Everyone chill ☆☆☆☆☆
by RocketshoeXO89 -- Nov 22, 2015
I'm really not sure why everyone claims to be having issues with this app. I legitimately just fired it up and it was flawless
(Nov. 22 2015). Have you all checked to make sure you have the latest firmware updates and did you ensure that you
connected to your wifi extender device that connects to your phone??? Because I'm telling you guys this app works....

                                                                  Was this review helpful?    Yes | No | Report a Concern

Works well. ☆☆☆☆☆
by Brother C. -- Nov 22, 2015
Don't know what everyone else is talking about. The drone and app work fine for me. The only drawback is that the
battery lasts about 15/20 minutes, but takes two hours to charge.

                                                                  Was this review helpful?    Yes | No | Report a Concern

Dji vision dont work ☆☆☆☆☆
by Chikilin123 -- Nov 19, 2015
Esta muy muy mal lo que nos estan haciendo, ya vendieron ya no les importa

1 out of 1 customers found this review helpful.                    Was this review helpful?    Yes | No | Report a Concern

DJI. Fixit ☆☆☆☆☆
by Zero video flying blind -- Nov 19, 2015
Dji please fix it This is horrible thing to do to your customers No live video At least respond back and admit you have a
problem And fix it

2 out of 2 customers found this review helpful.                    Was this review helpful?    Yes | No | Report a Concern

No video feed ☆☆☆☆☆
by Alex Schauer -- Nov 18, 2015
Video feed still doesnt work, rendering my phantom useless STILL.

2 out of 2 customers found this review helpful.                    Was this review helpful?    Yes | No | Report a Concern

Recent App Updates ☆☆☆☆☆
by Buyer's_Remorse -- Nov 12, 2015
Still no live preview. Been broken on iOS as long as I can remember now. Pitiful. At least release an official statement.
The lack of information on the issue, is as frustrating as the issue itself. And don't blame Apple unless you're willing to
document it publicly. You just look desperate.

1 out of 1 customers found this review helpful.                    Was this review helpful?    Yes | No | Report a Concern

App shut down ☆☆☆☆☆
by SliccdaRulla -- Nov 10, 2015
Everytime i enter ground station mode the app always shuts down

                                                                  Was this review helpful?    Yes | No | Report a Concern

No Vision to App 2 Months Later ☆☆☆☆☆
by fredrdm -- Nov 10, 2015
Still without video 2 months later DJI and its apparently your firmware considering the amount of negative posts on the
same subject. Get a fix!

                                                                  Was this review helpful?    Yes | No | Report a Concern

Worked fine but.. ☆☆☆☆☆
by Vt summer -- Nov 8, 2015
I haven't been able to connect to my drone 's wifi after the last update. It was working fine but now I'm unable to record
/photograph. This is very disappointing.

                                                                  Was this review helpful?    Yes | No | Report a Concern

DJI PLEASE.... ☆☆☆☆☆
by iljistwantmoney – Nov 2, 2015
My Phantom 2 Vision has been useless for months after the last two "updates". Sadly, DJI has not taken any steps to fix the issue. The communication has been non existent on their part. ********Updated the app after the last upgrade killed the video link between camera and craft. New version, same problem. All firmware on craft and camera up to date, a...

Was this review helpful?   Yes | No | Report a Concern

Barely functional ☆ ☆☆☆☆
by MacC2142 – Nov 1, 2015
Crashes every time I try to use the ground station and I am unable to tilt my camera view.

Was this review helpful?   Yes | No | Report a Concern

Works ☆ ☆ ☆ ☆ ☆
by Sas221 – Nov 1, 2015
Works fine with iOS9

Was this review helpful?   Yes | No | Report a Concern

Ground Station Crashes immediately ☆ ☆☆☆☆
by Happy2th – Oct 31, 2015
My favorite part of this product was rendered useless by latest update. Many people complaining yet DJI can't seem to get a timely fix for it.....

Was this review helpful?   Yes | No | Report a Concern

No video feed ☆ ☆☆☆☆
by R. Berardi – Oct 29, 2015
Video feed not working. Can't see what I am shooting, which means the drone is useless to me right now. Please fix this!

Was this review helpful?   Yes | No | Report a Concern

App Crashes when you swipe to GS ☆ ☆☆☆☆
by Romy90210 – Oct 27, 2015
App crashes when you swipe to Ground Station. Please fix it as there is no way to downgrade.

Was this review helpful?   Yes | No | Report a Concern

Do Not Upgrade To This Version ☆ ☆☆☆☆
by Cannae – Oct 26, 2015
Like many others, this app upgrade killed my video feed. DJI should be very ashamed of themselves. They pretend to have a good product, but their total lack of customer support and complete absence of communication to customers shows otherwise.

Was this review helpful?   Yes | No | Report a Concern

Useless ☆ ☆☆☆☆
by Acropora13 – Oct 26, 2015
The app crashes when you swipe to ground station mode. I have found DJI's customer service is awful in general.

Was this review helpful?   Yes | No | Report a Concern

App crashes ☆ ☆ ☆☆☆
by Mattttttttt07 – Oct 24, 2015
App works good until you swipe to the ground station then the app crashes does it every time fix soon DJI

1 out of 1 customers found this review helpful.   Was this review helpful?   Yes | No | Report a Concern

Jmclll your wrong ! ☆ ☆☆☆☆
by Tiggymo – Oct 23, 2015
This app does not work when using ground station and 9.02. Did you even try ground station ??? If so your the only one.

Was this review helpful?   Yes | No | Report a Concern

Update causes it to crash regularly and slow ☆ ☆☆☆☆
by Undfeatable – Oct 22, 2015
I used to be able to functionally use everything in the app. Now when I hit the camera button, there is a 3-5 second delay for it to respond. If I touch the ground station button, it just crashes. Needs to be fixed immediately, almost makes it inoperable!

Was this review helpful?   Yes | No | Report a Concern

Video on iPhone not working ☆☆☆☆☆
by M4Trader – Oct 15, 2015

Sad when you have a great product but the software folks forgot one small detail with the latest upgrade. Making the video stream to iPhone useless. Does not work. Can't get the video or pictures you want. Guess we are going to have to just take a lot of video and a lot of pics and hope we get some good shots. Come on DJI, fix it.

Was this review helpful?   Yes | No | Report a Concern

Ground station crashes the app ☆☆☆☆☆
by Jbgdbg – Oct 14, 2015

This is the whole reason I bought the drone. Most things do work but if you try to use the ground station it will crash the app every time.

Was this review helpful?   Yes | No | Report a Concern

It crashes !! On ground station. ☆☆☆☆☆
by Poolpr0055500 – Oct 13, 2015

Thanks DJI FOR CHECKING IT OUT FIRST! Come on DJI WHERE HAS YOUR QUALITY GONE? This used to work flawlessly now it is crap! Now the latest update crashes when sliding over the map!

Was this review helpful?   Yes | No | Report a Concern

Ground station map no longer works. ☆☆☆☆☆
by Fwickeham – Oct 13, 2015

The last upgrade no longer works wit a P2V+. Fix it or forget it!

Was this review helpful?   Yes | No | Report a Concern

Crashes on 6.1.3 ☆☆☆☆☆
by MailmanPro – Oct 12, 2015

Current version crashes at startup on my iPod Touch v 6.1.3

Was this review helpful?   Yes | No | Report a Concern

App crash ☆☆☆☆☆
by M561gamagoat – Oct 12, 2015

Updated iphone 6 to 9.0.2 now as described by several other people app crashes when opening ground station. Disappointed for sure as it used to work great !!

Was this review helpful?   Yes | No | Report a Concern

Works for me edit: Nope ☆☆☆☆☆
by EscApeApe – Oct 11, 2015

Edit: last update broke video feed. Also, swiping to the side to use ground station causes an instant app crash. Selecting a height (one of the few times ground station opened up) in ground station results in an ever-increasing altitude, selecting a lower altitude doesn't work. Useless. The only things that work are the data feed. GPS, relati... more

Was this review helpful?   Yes | No | Report a Concern

Where Have The Quality Gone?????? ☆☆☆☆☆
by pa_turnpike – Oct 11, 2015

This app was pretty good except the lack of video range and slow video download conversion but at least it did what it said. Now ground station crashes in the middle of setting waypoints which renders this app useless to me except to put videos and pictures on my iPhone because I use another app for Fpv with boosted wifi and more features. Please fix...

Was this review helpful?   Yes | No | Report a Concern

App broken ☆☆☆☆☆
by LB_22 – Oct 11, 2015

This app is unstable, it is not working with my phantom.

Was this review helpful?   Yes | No | Report a Concern

Finally works for iOS9 ☆☆☆☆☆
by Hauteknits – Oct 9, 2015

To all the people who can't get a live feed. Navigate to settings> Update Range Extender. Then you will have full camera capabilities!

Was this review helpful?   Yes | No | Report a Concern

Crashes constantly--zero stars ☆ ☆☆☆☆
by Jcz12383838 -- Oct 9, 2015
Don't you guys test these apps before you release them? It didn't fix anything!

Was this review helpful?    Yes | No | Report a Concern

Decent App! ☆ ☆ ☆ ☆ ☆
by JMCIII – Oct 9, 2015
No issues with the current version of the app on iOS 9.0.2. Running it both on my iPhone 5s and mainly my iPad Air. Still the best resolution I can do smoothly is 640x480/15fps. But it works sufficiently for what I use it for.

Was this review helpful?    Yes | No | Report a Concern

Great drone ☆ ☆ ☆ ☆ ☆
by ZstarXV11 – Oct 9, 2015
Polakovich all you have to do is scan a code that is on your box seeing that you kept it

Was this review helpful?    Yes | No | Report a Concern

This update didn't fix it! ☆ ☆☆☆☆
by DrocDude – Oct 8, 2015
App crashes in the middle of flight not to mention the waypoint still crashes every time had to buy an app that wouldn't crash every time I want to use it. Crazy I guess to expect this app to work

Was this review helpful?    Yes | No | Report a Concern

Latest update still have problems ☆ ☆☆☆☆
by Mmmmmmmabm – Oct 8, 2015
New update seems to fix GS crash but did not fix the FPV issues. Still not seeing the camera, so Vision have no Vision.

Was this review helpful?    Yes | No | Report a Concern

No FPV & ground station crashes ☆ ☆☆☆☆
by Streetpiratee – Oct 6, 2015
Dude this app blows now nothing works on it. No FPV & ground station makes it crash everytime thanks for nothing

Was this review helpful?    Yes | No | Report a Concern

Great app! ☆ ☆ ☆ ☆
by Singerling – Oct 5, 2015
I'm not sure if they updated this app after some of the many negative reviews I've seen posted but this app works wonderful. It's features both fpv and waypoint/ground station modes making it a very versatile app! If you have the phantom 2 vision then this app works great!

Was this review helpful?    Yes | No | Report a Concern

Horrible. ☆ ☆☆☆☆
by Jonny Salami – Oct 4, 2015
Garbage

Was this review helpful?    Yes | No | Report a Concern

It's broken ☆ ☆☆☆☆
by B_Lance – Oct 1, 2015
DJI Phantom Vision 2 Camera and App no longer communicate. $1,300.00 for this drone and it's worthless. Support is not helping. There needs to be an update for this App! I'd expect a class action lawsuit soon if it's not already in progress.

Was this review helpful?    Yes | No | Report a Concern

Ground station crash ☆ ☆☆☆☆
by Marine wolf – Oct 1, 2015
Rest of the app works fine. When using ground station it crashes

Was this review helpful?    Yes | No | Report a Concern

Disappointing Purchase ☆ ☆☆☆☆
by lucasharrison – Oct 1, 2015
I bought this drone for my father's birthday, and after upgrading firmware, trying multiple devices, changing settings, and spending hours on the internet, I still can't get video to work on the drone. Absolutely pitiful. Come on DJI- let's get an app that works.

Was this review helpful?    Yes | No | Report a Concern

Was this review helpful?   Yes | No | Report a Concern

**New App Version** ☆☆☆☆☆
by CHAP1113 – Sep 29, 2015

Love the App but hate the update!! Cannot swipe to Ground Station without the App crashing, both on IOS supported phone and Tablet. I am now unable to complete the photo shoot planned. I will try to reload old App version. Very disappointed DJI.

Was this review helpful?   Yes | No | Report a Concern

**Could it be the government?** ☆☆☆☆☆
by DJI fan MIA – Sep 27, 2015

Unable to view camera, surely this isn't the way they want us put on the shelf and purchase a new model. Looking to other manufacturers for this need.

Was this review helpful?   Yes | No | Report a Concern

**Phantom Down** ☆☆☆☆☆
by Jjmrogers01 – Sep 27, 2015

Basically I cannot fly after this latest update. Why would your software engineers release an app before testing it out?

Was this review helpful?   Yes | No | Report a Concern

**Latest update is garbage** ☆☆☆☆☆
by Ebogdin – Sep 27, 2015

Was working fine until this latest update. On the iPhone, it constantly crashes. DJI, have you ever heard of it it's not broke don't fix it??? Absolute garbage now. I would rate it -5 stars if it were possible.

Was this review helpful?   Yes | No | Report a Concern

**Pathetically awful.** ☆☆☆☆☆
by DannyW787 – Sep 27, 2015

As many others have posted this app has become unusable. It totally crashes when switching to ground station. Shame on DJI for releasing such a glitchy mess. Your reputation is on the line. Do something to fix it soon!

Was this review helpful?   Yes | No | Report a Concern

**Please fix this** ☆☆☆☆☆
by :) good job – Sep 27, 2015

Please fix this DJI or apple or whoever.. Our drones are pretty much rendered useless without this app since you won't add the phantom 2 to DJI go.. Which I don't understand !

Was this review helpful?   Yes | No | Report a Concern

**The app constantly crashes!!!** ☆☆☆☆☆
by The app crashes!!!! – Sep 26, 2015

I can't use the camera. The app crashes. And it keeps telling me to calibrate the compass after already doing it ten million times. Fix this!!!

Was this review helpful?   Yes | No | Report a Concern

**Newest iOS updates do not allow camera to connect to application** ☆☆☆☆☆
by Jdgraydji – Sep 26, 2015

Apple, please fix this!! It's very frustrating not being able to fly my drone using the camera. These drones are useless with the use of the cameras. Everyone's reviews lately stress this fact!

Was this review helpful?   Yes | No | Report a Concern

**Love to fly** ★★★★★
by Rando39 – Sep 22, 2015

Great App. Have never had any problems with it. Way to go DJI

Was this review helpful?   Yes | No | Report a Concern

**Ground station crashes** ☆☆☆☆☆
by bfox2718 – Sep 19, 2015

Every time I launch the groundstation section it crashes. I really used to like that "return to home" button on the ground station page however I cannot use it. Please fix.

Was this review helpful?   Yes | No | Report a Concern

**Camera doesn't work, thanks!** ☆☆☆☆☆
by Zmodo user – Sep 19, 2015

Can DJI please release an update that actually works? I've had issues with almost every update, this is rediculous. Now my camera does not work. I'm up to date on all software and firmware yet I can't see anything in the camera. Now it's costing me because I use this model for mapping and its holding up progress! I should have never updated! This...

Was this review helpful?   Yes | No | Report a Concern

Currently Garbage Please fix ☆☆☆☆☆
by Stick App – Sep 18, 2015
Since the September update the App crashes when trying to use Ground Station. Shuts down entirely. Useless!!!

Was this review helpful?   Yes | No | Report a Concern

Had a phantom 2, was going to get a phantom 3 but I can't ☆☆☆☆☆
by theysayimreckless – Sep 17, 2015
DJI just lost some business because I am not going to get a phantom 3 professional because of the uselessness of this app. How stupid of DJI. Don't buy any phantoms there's no point of the app isn't working!!

Was this review helpful?   Yes | No | Report a Concern

Latest update ☆☆☆☆☆
by Ronbo444 – Sep 16, 2015
Cannot connect to Ground Station. Was this done on purpose? Fix it I'm going to 3DR's Solo.

Was this review helpful?   Yes | No | Report a Concern

Can't see camera! ☆☆☆☆☆
by Nuke793924 – Sep 16, 2015
Since IOS 8.4 and now 9 app will not connect with camera. Please fix! I miss using the camera!

Was this review helpful?   Yes | No | Report a Concern

Crashes ground station ☆☆☆☆☆
by Camsnow500 – Sep 15, 2015
App was great, but now I can't use ground station at all. It kicks me out of the app after 2 seconds of ground station

Was this review helpful?   Yes | No | Report a Concern

Lie video won't work ☆☆☆☆☆
by Amnster – Sep 15, 2015
Live video stream won't work, so can't see what I am photographing.

Was this review helpful?   Yes | No | Report a Concern

app crashes ☆☆☆☆☆
by Techadopter – Sep 14, 2015
Every time I launch ground control. Competitor drones are looking better every day.

Was this review helpful?   Yes | No | Report a Concern

Garbage... Still. ☆☆☆☆☆
by Nickrock424 – Sep 14, 2015
Was hoping the update would get this thing to work, no luck. Have had it for around a month and still haven't been able to use the camera thanks to the junk app. Useless and a waste of money.

Was this review helpful?   Yes | No | Report a Concern

Can't connect to Phantom. Was working until I updated ☆☆☆☆☆
by Druac – Sep 14, 2015
Please Fix! Can't Fly My $2,000 Purchase!

Was this review helpful?   Yes | No | Report a Concern

Do not buy DJI ☆☆☆☆☆
by Shookamate – Sep 13, 2015
I've waited the better part of a year for an update to fix this awful app. The update comes, and to no surprise, I still can't see what I'm shooting. What a waste of time & money.

Was this review helpful?   Yes | No | Report a Concern

Ground Station crashes app!!! ☆☆☆☆☆
by Unhappy drone guy – Sep 12, 2015
The ground station part of the app doesn't work anymore after this Sept 10 update ...it will crash the entire DJI app.

App works when pre-caching the aerial imagery, but will crash once you connect to the Phantom 2+ via wifi. Please fix this DJI!!!

Was this review helpful?   Yes | No | Report a Concern

latest update is crashing ! ☆☆☆☆☆
by gpc13567 – Sep 12, 2015
the app crashes everytime i open the ground station! so disappointed.

Was this review helpful?   Yes | No | Report a Concern

0 stars ☆☆☆☆☆
by Floorman13 – Sep 12, 2015
I have a 1200 piece of crap that you guys can't get figured out. I downloaded the update now I can take pics and video and that's great but not if you can't see what your shooting. Please fix this pos so I can sell to someone. Never buy DJI!

Was this review helpful?   Yes | No | Report a Concern

WTH??? ☆☆☆☆☆
by Disappointed a Again 7023 – Sep 11, 2015
Ground Station now crashes the app after latest upgrade!!!what happened??????

Was this review helpful?   Yes | No | Report a Concern

Work flawless ☆☆☆☆☆
by Jt3408 – Sep 5, 2015
I been using the phantom 2 vision for about two weeks now and so far the app work everytime, maybe in the future I would review again if something fail to work properly , but as the right now and about two dozen fly it work like they say.

Was this review helpful?   Yes | No | Report a Concern

Sooo many variables ☆☆☆☆☆
by Jm808080 – Aug 30, 2015
I recently fell victim to the "Cannot connect to Phantom" issue on the app, iPhone 6+ and Phantom two vision Plus. Turned out that in either an IOS upgrade or in an app upgrade, the "binding" dropped and had to be reaccomplished. Took me forever to figure this out, but hopefully if you're having this problem you'll start there. v/r, Jason

Was this review helpful?   Yes | No | Report a Concern

Fantastic ☆☆☆☆☆
by EnragedOcelot – Aug 28, 2015
This app is great, never had a problem with it. All the people you see complaining about this app are complete noobs and scrubs. Don't listen to them

Was this review helpful?   Yes | No | Report a Concern

Great drone ☆☆☆☆☆
by Victory am – Aug 22, 2015
This is one great drone , love it ! Does every thing you could ask for . Have flown it about 30 hours and no problems , Naza is so much fun , great for filming and keeping track of the drone ! I highly recommend this drone ! Once you fly you will love it .

Was this review helpful?   Yes | No | Report a Concern

Worst ever ☆☆☆☆☆
by Lmj72 – Aug 18, 2015
No customer service, no support, worst product I have ever used in my life. I have done every single trouble shooting possible to no avail. Was told to download firmware update, and that does not open, no one has answers, no one can help. Cant return the product after 30 days....now I know why. It works perfectly for 30 days and then dies. I can fly the...

Was this review helpful?   Yes | No | Report a Concern

To the moron who said this app is not for + ☆☆☆☆☆
by Esiclipse – Aug 15, 2015
You are completely stupid!

Was this review helpful?   Yes | No | Report a Concern

Time for an update ☆☆☆☆☆
by mweyand – Aug 14, 2015
The app is good but I think we need an update just like the new DJI go app!

Was this review helpful?   Yes | No | Report a Concern

Was this review helpful?   Yes | No | Report a Concern

**Don't complain** ☆ ☆ ☆ ☆
by Phantom series -- Jul 31, 2015
Why are you guys complaining don't you see this app is for phantom 2 vision not plus!! If you want better quality then you have to buy the phantom 2 vision+ app!!!!

Was this review helpful?   Yes | No | Report a Concern

**No FPV** ☆☆☆☆☆
by Sebastianreviewsapps -- Jul 29, 2015
Same as all the other people on here. I have No FPV of my camera I'm able to take pictures but I'm doing t blindly. DJI this is unacceptable for $1000+ device

Was this review helpful?   Yes | No | Report a Concern

**No fpv** ☆☆☆☆☆
by OneAngryMatthew -- Jul 20, 2015
A year ago my phantom 2 vision plus was working great. I put it away and got it back out to start flying again and there is no fpv from this app. What happened? Must be a bad update or something. Seems like there's a lot of others with the same problem. Now I have a $1200 quad copter with no fpv. It's as good as garbage now.

Was this review helpful?   Yes | No | Report a Concern

**FPV/live view doesn't work anymore** ☆☆☆☆☆
by Wire42 -- Jul 17, 2015
Just like other Phantom 2 Vision+ owners, the live video provided by this app has recently failed for me. DJI wants me to return the entire drone for service. The app can get telemetry from the drone, but not live video. Looks like DJI has abandoned this app in favor of DJI Pilot and newer drones.

Was this review helpful?   Yes | No | Report a Concern

**Can't view** ☆☆☆☆☆
by MarkO1234554321 -- Jun 28, 2015
On the iPhone. Terrible.

Was this review helpful?   Yes | No | Report a Concern

**Junk** ☆☆☆☆☆
by MrReviewGuy -- Jun 26, 2015
Unhappy with the software and complete lack of support. Save your money on this purchase unless you are looking for a 1k paperweight.

Was this review helpful?   Yes | No | Report a Concern

**Camera issue** ☆☆☆☆☆
by Biel2011 -- Jun 21, 2015
Here we go again, preview camera not working on iPhone 6 with DJI App. It records video, take pictures, but no live feedback! Everything else is fine except live feedback from camera! Plz fix this issue ASAP!

Was this review helpful?   Yes | No | Report a Concern

**Fix Issue** ☆☆☆☆☆
by ARRazorback -- Jun 18, 2015
Apple... You have to fix the issue as it's obvious that there is a issue. 1) Connects fine to WIFI... 2) the application has issues related to QR Scanner... Will not allow user to scan QR on box allowing connectivity to Camera... 3) Camera SSID and additional information is not connecting... Please fix with update! Thanks!

Was this review helpful?   Yes | No | Report a Concern

**App freezes up** ☆☆☆☆☆
by Creeper311 -- Jun 16, 2015
I invested my hard earned money only to have it NOT working. It will not connect. There are already several complaints and bad reviews, including this one!!! DJI you are very quickly losing your reputation as a quality company. Please fix these issues immediately!!! This is ridiculous ...$1100 paperweight!!!

Was this review helpful?   Yes | No | Report a Concern

**Won't work** ☆☆☆☆☆
by Badger Alum -- Jun 16, 2015
Same problem as the others below have listed. The drone works fine. But the iPhone app will NOT connect to the camera making the drone useless. HELP! What can be done to get an update so this can get fixed? I have a thousand dollar investment into a drone that is no more than a paper weight if I can't use the camera. Ideas? I certainly wouldn't...

Was this review helpful?   Yes | No | Report a Concern

Horrible ☆☆☆☆☆
by Bullseye8585 – Jun 10, 2015
They never call or email anyone back. Ever.

Was this review helpful?   Yes | No | Report a Concern

Great! ★★★★☆
by Perezalvarezhi -- Jun 7, 2015
It works great the only thing to add is the capability to download the videos and photos from the phantom in the background or while flying.

Was this review helpful?   Yes | No | Report a Concern

No FPV Video!!! ☆☆☆☆☆
by Dji needs to fix this – May 27, 2015
Upgraded all software/firmware and now I have no video feed. Still flies and takes photos/videos, but without being able to see what the camera sees, I have an expensive pile of worthless plastic.

Was this review helpful?   Yes | No | Report a Concern

Doesnt work ☆☆☆☆☆
by hits420 – May 26, 2015
Not sure what happened but app doesnt ask to access camera and there is no way to change this setting. Essentially makes my 1200 phantom completly useless.

Was this review helpful?   Yes | No | Report a Concern

DJI FIX THE FREEZE ALREADY!!!! ☆☆☆☆☆
by Jsp987 – May 25, 2015
I left a review on the last version of this app and since this new update my rating would be worse! I've spent hours on the phone with support, I've emailed numerous sources from DJI and was told they were aware of the FPV freeze problem and as soon as an update through the App Store was ready they would fix this problem...well it's not fi... more

1 out of 1 customers found this review helpful.   Was this review helpful?   Yes | No | Report a Concern

Amazing technology ★★★★★
by Patd the best – May 25, 2015
The Phantom is great, easy to learn, and a lot of fun. If I could give any advice, calibrate often, both the compass and the controller.

Was this review helpful?   Yes | No | Report a Concern

App works fine ★★★★★
by buddeh1073 – May 18, 2015
Does exactly what it set out to do, I've had no errors in the slightest. Keep up the good work!

Was this review helpful?   Yes | No | Report a Concern

Never connects. Takes 10 min every time ★★☆☆☆
by Mbonaca – May 15, 2015
Needs lots of work

Was this review helpful?   Yes | No | Report a Concern

Oh, the video stream ☆☆☆☆☆
by Jpaderman – May 10, 2015
As so many other reviews, the video feed doesn't work, just a spinning wheel keeps spinning and spinning. How do you take a good picture or video if you can't see the feed. On of the main advertised function doesn't work. Very frustrating. Maybe it's time to start complaining to retailers, if DJI doesn't care about us the costumers, DJI will care...

1 out of 1 customers found this review helpful.   Was this review helpful?   Yes | No | Report a Concern

Come on ★★★☆☆
by Natty02 – May 4, 2015
We know you'll are the best at making drones but use some time to fixing the app for people with iOS 8.2 please

Was this review helpful?   Yes | No | Report a Concern

iPhone only and problematic ★★★☆☆
by withthewindofmusic – May 2, 2015

There have been increasing number of connectivity issues cropping up, the camera would not connect or it would display video with a 15-30 second lag. Please release a stability update, and make the app compatible with the iPad.

Was this review helpful?   Yes | No | Report a Concern

Bug ★☆☆☆☆
by Mauricio32 – Apr 26, 2015
Camera with bug

Was this review helpful?   Yes | No | Report a Concern

Good idea; bad execution ★★☆☆☆
by Bravo2Five -- Apr 24, 2015
The app seems like it would be really nice - if it worked. It doesn't. While I am able to connect it to the drone and get my altitude, speed, etc., I can't see the camera feed. All I get is an endless "loading" wheel. FIX THE APP DJI!

Was this review helpful?   Yes | No | Report a Concern

It works for me ★★★★★
by KE6DOA – Apr 19, 2015
Struggled with it at first but then got the hang of it.. And what can I say.....it works

Was this review helpful?   Yes | No | Report a Concern

Working now.. ★★★★☆
by PilotGil – Apr 14, 2015
I posted April 12 not working. Now it is. First, make SURE you enter mac address from CAMARA, found on the phantom and not labeled "Mac address", not extender that is labeled "MAC address". Then try several times and be patient, even when you keep losing connection. It's buggy but working.

Was this review helpful?   Yes | No | Report a Concern

Update will not keep location lock on iPhone 6+ ★☆☆☆☆
by Herman Bear – Apr 14, 2015
13 April update. This app is getting worse and worst. The app will not track location in OS 8. I set it all up and then it just turns itself "off". Won't even show location option. This company refuses to support it products but keeps releasing new ones. I flew last weekend after all update the camera lost connection and a lost all control of my Phantom Vision...

1 out of 1 customers found this review helpful.          Was this review helpful?   Yes | No | Report a Concern

I have had no problems with this app ★★★★☆
by Hvac dr – Apr 12, 2015
Great hobby

Was this review helpful?   Yes | No | Report a Concern

This app needs major update ★☆☆☆☆
by rmfa – Apr 10, 2015
Please update for a better review.

Was this review helpful?   Yes | No | Report a Concern

Failed Connection ★☆☆☆☆
by Pleaseconnect – Apr 8, 2015
Regarding this broken connection issue. Beware. They act as if there is nothing wrong. DJI, maybe you could address your very frustrated customers?

Was this review helpful?   Yes | No | Report a Concern

Main functions okay, some bugs ★★☆☆☆
by Sheas – Apr 6, 2015
For some reason, it keeps saying it can't use my camera to rebind my camera (scan QR code).

Was this review helpful?   Yes | No | Report a Concern

There is something seriously wrong. ★☆☆☆☆
by Middle secondrow Vineyard – Apr 5, 2015
My camera (IPhone 5s) will not connect to the Phantom 2 vision plus 3.0 so service told me to reset the wifi extender and then I received an error message that said "Dji has been explicitly denied access to the camera" so they sent me a new one and as I sit here today, it is doing the very same thing. Apple has shown me that there is no place that ... more

Was this review helpful?   Yes | No | Report a Concern

First time user pleased ★★★★☆
by JoeNKc – Mar 30, 2015
App does what it is designed for... Following directions and making sure the phantom, range extender, and radio are updated to the most current firmware through the RC assistant software will leave little to no problems. First time flying a radio controlled bird. Have some pilot training in a single engine plane and the ease of use is incredible. Wish I coul...

Was this review helpful?   Yes | No | Report a Concern

Awesome!! Phantom 2 Vision+ ★★★★★
by TIMP024 – Mar 29, 2015
Works perfect. Read, Read, Watch videos!! Learn your flying camera!! Can't wait to see what comes in the future!

Was this review helpful?   Yes | No | Report a Concern

lost camera view ★☆☆☆☆
by Frustrated Davey – Mar 29, 2015
Same thing has happened to me. I have an iPhone 6, iPad mini, and a new iPad and all three display the same message of can't connect to the camera. I am so frustrated that a machine that has been working wonderfully is now useless.

Was this review helpful?   Yes | No | Report a Concern

Zero Complaints ★★★★★
by RarelyRateApps – Mar 25, 2015
It has way more features than I expected. They all have worked flawlessly so far. Zero complaints. Exceeded expectations.

Was this review helpful?   Yes | No | Report a Concern

Doesn't Work on iOS 8.2 ★☆☆☆☆
by timtim85 – Mar 25, 2015
The app displays the message "connection to phantom failed" when trying to view the camera on my Phantom Vision 2. Upon successfully getting the range extender to connect after a 15 minute struggle, the app still won't let me see the camera. Connecting has always been a problem but after iOS 8.2 it seems to be completely broken. Whether it ... more

4 out of 4 customers found this review helpful.         Was this review helpful?   Yes | No | Report a Concern

Broken ★★☆☆☆
by hydrologist chris – Mar 23, 2015
Streaming video works fine for me. I'm using a Phantom Vision 2+ V3.0. When I activate ground station and try to go to camera view this app locks my phone up and causes a hard reboot to occur *every time*. It also burns through phone battery in twenty minutes. (This has to be causing some damage to the iPhone battery being discharged so quickly.) I...

Was this review helpful?   Yes | No | Report a Concern

Junk ★☆☆☆☆
by August475 – Mar 21, 2015
After connecting all I get is a spinning icon. No previews makes it worthless. It was fine until updates.

Was this review helpful?   Yes | No | Report a Concern

Bad ★☆☆☆☆
by Bcc cc – Mar 18, 2015
I agree with the others it does not work at all

Was this review helpful?   Yes | No | Report a Concern

Very disappointed ★☆☆☆☆
by cody6382 – Mar 17, 2015
I purchased a phantom 2 vision+ v3.0 to get away from all the issues I had with other Drones software and firmware issues. This app has changed and dropped features several times in the week I've owned my DJI product. This app is not functioning properly now and I'm afraid the firmware updates may have caused issues as well.

Was this review helpful?   Yes | No | Report a Concern

iPhone v. 1.0.48 Fail. Wish I had not gotten phantom vision 2+ ★☆☆☆☆
by Tee view – Mar 16, 2015
This very buggy piece of software loses video contact regularly it's a known issue you have to delete and reload the app and rebind and all sorts of crazy stuff just to get it to work DGI doesn't seem to care

Was this review helpful?   Yes | No | Report a Concern

Dji is great!! ★★★★★

by 576686238n7789 – Mar 16, 2015

I was overall pleased with the dji app. A few things here and there will malfunction and the battery status on the top does not work but other than that the app is pretty solid. Ive got to hand it to dji they do a pretty amazing job!!!

Was this review helpful?   Yes | No | Report a Concern

DJI ☆ ☆ ☆ ☆ ☆
by Layo,p – Mar 15, 2015
Great app, price and functionality

Was this review helpful?   Yes | No | Report a Concern

Unbelievable ☆ ☆ ☆ ☆ ☆
by Grondzki – Mar 15, 2015
Love my Phantom 2 Vision +. App works great. Have made about 10 flights with zero issues.

Was this review helpful?   Yes | No | Report a Concern

DJI Fix the video streaming issue ☆ ☆☆☆☆
by Harold kramer – Mar 13, 2015
This version of the app still will not allow me to stream video from the phantom. Please fix this issue

Was this review helpful?   Yes | No | Report a Concern

No live feed!! ☆ ☆☆☆☆
by Bigpatallo – Mar 11, 2015
I use my phantom to make money! I need to see what I'm taking pictures of in real time!! UPDATE!

Was this review helpful?   Yes | No | Report a Concern

Encabron..o ☆☆ ☆☆☆
by Papo818 – Mar 5, 2015
Hey DJI guys get ur sh..t together and and fix this app!!!

Was this review helpful?   Yes | No | Report a Concern

Не работает приложение. ☆ ☆☆☆☆
by ival531 – Feb 28, 2015
После обновленияне могу войти в приложение,хотя на сайте зарегистрирован- пишет нет связи или ещё что-нибудь. Пробовал установить на айфон 4 и 4с результат одинаковый. Исправьте плиз! Летать-то на Фантоме хочется!))))

Was this review helpful?   Yes | No | Report a Concern

Great App ☆ ☆ ☆ ☆ ☆
by Ddhshdjdiks – Feb 27, 2015
Use this almost every day with my phantom 2 vision +. Great app only things that goes wrong is because of my current location and distance from the drone/quad copter.

Was this review helpful?   Yes | No | Report a Concern

Live video feed doesn't work ☆☆ ☆☆☆
by BobbyLaman – Feb 22, 2015
I agree with the last review. I'm able to fly the drone and take videos/photos but I can't see what I'm shooting. The latest iOS is not compatible with this app. DJI please fix!

1 out of 1 customers found this review helpful.   Was this review helpful?   Yes | No | Report a Concern

Broken App ☆ ☆☆☆☆
by Droneless – Feb 19, 2015
Ever since upgrading my phantom 2 vision + to 1.0.48 and ios 8.1.3 on my iphone 6, neither the camera nor drone can be operated via my iphone. With so many users complaining I know it is not something that I am doing wrong but it is your app that is broken.

1 out of 1 customers found this review helpful.   Was this review helpful?   Yes | No | Report a Concern

Not Happy with DJI ☆ ☆☆☆☆
by HSHDJDJIDKDJSJDJ – Feb 17, 2015
From DJI's AP's to their equipment design and customer service is less than desirable. Look to other Drones for better results!

Was this review helpful?   Yes | No | Report a Concern

iVision ✰✰✰✰✰
by nuumaan – Feb 11, 2015
I had to upgrade from an iPhone 4 to an iPhone 6. Now FPV works properly, no lag.

1 out of 1 customers found this review helpful.          Was this review helpful?     Yes | No | Report a Concern

Still way too many problems ✰✰✰✰✰
by Crabhawk – Feb 10, 2015
I'm so fed up!! Walkera voyager 3 In my near future. Too bad since I already purchased the inspire1 2 MONTHS ago
and still no delivery. I feel like I got burned all the way around I'm DONE!!

2 out of 2 customers found this review helpful.          Was this review helpful?     Yes | No | Report a Concern

Possible fly away cause and unsafe condition ✰✰✰✰✰
by Mp9bell – Feb 8, 2015
I down graded my copter firmware due to the 3.10 debacle and upgraded this app. I accidentally opened ground
station in this app and while I was attempting to go back to the main menu, I somehow started the motors (in the app).
Fortunately, the props were not on the quad. It is not safe to allow the app to start the motors. This should only be...

2 out of 2 customers found this review helpful.          Was this review helpful?     Yes | No | Report a Concern

Fixed, works great! ✰✰✰✰✰
by vernotorsports – Feb 8, 2015
I'm glad they updated and fixed the app, works great.

1 out of 1 customers found this review helpful.          Was this review helpful?     Yes | No | Report a Concern

Latest version doesn't work ✰✰✰✰✰
by RWillus – Feb 7, 2015
Had Phantom 2 for about a month, and camera connection was always buggy (restart app, extender, phantom in order
to show video). Got used to doing that every time I would fly the Phantom 2 Vision. After latest 8.1.3 iOS update, it's
completely broken... unless there was a corresponding DJI app update at this same. I get the infamous "Connection to...

2 out of 2 customers found this review helpful.          Was this review helpful?     Yes | No | Report a Concern

Still no worky!!!! ✰✰✰✰✰
by DirectionalDriller – Feb 7, 2015
Open app see live feed from phantom to iphone 5 with latest iOS software and video freezes. Can control all camera
functions. Take pictures and shoot video but live feed still not working after the rollback updates. I just received my
phantom2 vision plus and its no way RTF out of the box. Please get the live feed working. Would be really nice to see...

3 out of 3 customers found this review helpful.          Was this review helpful?     Yes | No | Report a Concern

It kicks me out of the app!!! ✰✰✰✰✰
by Koyanagiedits – Feb 6, 2015
The second the drone begins flying the app loses connection to the camera, and then kicks me out of the app. We've
tried as much as possible to figure out a solution to this problem for the past three days, but every time. Nothing
worked! Please fix! The Phantom Power 2 drone I bought was about $1500 and I'm very disappointed that I can't watc...

                                                     Was this review helpful?     Yes | No | Report a Concern

Where is the quality control? App crash is unacceptable ✰✰✰✰✰
by Mikehbos – Feb 4, 2015
Good God. I develop apps for iOS and app crashes can slip into the cracks, I understand that. But such are usually the
kind that are buried into rarely used case scenarios, not simply trying to open a main part of the app such as the
camera. Geesh, it crashed in my first few test flights attempts yesterday but I somehow was able to get the app ... more

                                                     Was this review helpful?     Yes | No | Report a Concern

Crash Crash Crash ✰✰✰✰✰
by FRANK ANDREACCIO – Feb 4, 2015
Constant crashes. Annoying. Did a right minute video that didn't record cause app kept crashing. FIX IT ALREADY!!!

                                                     Was this review helpful?     Yes | No | Report a Concern

App crash ✰✰✰✰✰
by Bern55 – Feb 3, 2015
Update 2/3. Deleting and reloading the app does not work. I received a response from DJI which suggests I send my
unit in for warranty. They then set an email asking about my customer experience. When I clicked on the "Bad I'm
unsatisfied" button I was told I had waited too long to respond, 12 hrs in this case. They do not seem to like negative...

                                                     Was this review helpful?     Yes | No | Report a Concern

Stable on iPhone 6+ with latest firmware ☆☆☆☆☆
by Jwm071 – Feb 3, 2015
I too experienced the crashes so many folks have described. Recently, however, I updated my Phantom's firmware, the
range extenders firmware (through this app) and the firmware in the camera itself to the latest version. Crashes are
now few and far between. The inclusion of Ground Control and the fun of autonomous flight really adds a great deal t...

Was this review helpful?    Yes | No | Report a Concern

App great but problem with last update ☆☆☆☆☆
by Rlbrignac – Feb 3, 2015
P2V camera tilt kills the app EVERYTIME you attempt to tilt, and this has only happened since 5 min after the last
update... This needs to be addressed immediately

Was this review helpful?    Yes | No | Report a Concern

Keeps crashing ☆☆☆☆☆
by gcbuss – Feb 3, 2015
I am having the same problem as others with the app crashing when I try to move camera in the app. Tried updating
the software on the phantom to ver 3.10 but gives errors. Therefore no flying.

Was this review helpful?    Yes | No | Report a Concern

App crashes after new update ☆☆☆☆☆
by Pablo1818 – Feb 3, 2015
I try uninstalling and reinstalling but keeps crashing.

Was this review helpful?    Yes | No | Report a Concern

New Features Do Not Work ☆☆☆☆☆
by JimJamz2 – Feb 2, 2015
The ready to fly LED indicator shows no status change even when LEDs on phantom show ready to fly. Location services
will not stay turned on so dynamic home point is no longer working properly. Very disappointing app update.

Was this review helpful?    Yes | No | Report a Concern

Delete app then reinstall ☆☆☆☆☆
by Toddep23 – Feb 2, 2015
I was initially having issues with the app after latest update. For those having issues after the latest update, just delete
the app and then reinstall it. After that no problems so far.

Was this review helpful?    Yes | No | Report a Concern

Crash in midflight ☆☆☆☆☆
by kanguish – Feb 2, 2015
The app crashed in midflight, lucky I am just flying line of sight. Updating the extender makes the phantom lost
connection in midflight, especially after taking pics with raw. Did this company do QA with their "system"?

Was this review helpful?    Yes | No | Report a Concern

No video ☆☆☆☆☆
by RyanBmsu – Feb 1, 2015
Please fix or at least communicate you plan to the users. Thx

Was this review helpful?    Yes | No | Report a Concern

App is fine ☆☆☆☆☆
by Update Phantom – Feb 1, 2015
The problem with the app crashing while moving the camera is fixed by an update to the firmware in the phantom 2.

Was this review helpful?    Yes | No | Report a Concern

App crashing after update. ☆☆☆☆☆
by BunkerGears – Feb 1, 2015
My app keeps crashing after while I'm trying to adjust the camera angle. Super frustrating!! Please hurry with a solution

Was this review helpful?    Yes | No | Report a Concern

App crashes as soon as you enter FPV mode ☆☆☆☆☆
by Duuuubya -- Feb 1, 2015
Don't upgrade!!!

Was this review helpful?    Yes | No | Report a Concern

**Worthless** ☆☆☆☆☆
by Yakranch -- Jan 31, 2015
Crashes every time I move the camera on or try to take a picture on my vision 2. I have updated firmware and loaded and deleted app at least 5 times. Its worthless to contact DJI as customer support is non existent period. Its a shame....a decent product and no customer support. Cant fly...can't see do not want to crash my bird.

Was this review helpful?    Yes | No | Report a Concern

**I am not happy** ☆☆☆☆☆
by AWE Cattle Co -- Jan 31, 2015
The app worked great until your stupid update my phone won't even connect to the camera feed. My friend was having problems connecting as well. Very very angry with this. This needs to be fixed ASAP

Was this review helpful?    Yes | No | Report a Concern

**Really good!** ☆☆☆☆☆
by Dave52510 -- Jan 31, 2015
I have an iPhone 5. It works really well. It does crash occasionally but NEVER when we are using it. When the app starts it will crash, but once it stays stable it works great!!

Was this review helpful?    Yes | No | Report a Concern

**Fix it!** ☆☆☆☆☆
by flymetoneverland -- Jan 31, 2015
Will not keep crashing. The maps do not work. This needs to get fixed ASAP.

Was this review helpful?    Yes | No | Report a Concern

**Terrible Update** ☆☆☆☆☆
by Ryan Monge -- Jan 31, 2015
Every time I use the gimbal for my camera the app crashes. Every time!!!

Was this review helpful?    Yes | No | Report a Concern

**Camera preview broken; grounded flights** ☆☆☆☆☆
by rookie1454 -- Jan 31, 2015
This app update broke the camera preview from the aircraft...you can't see where you're flying! You can still engage the video record and take photos but it doesn't do much good if you can't see what/where you're flying. App needs an update stay! I'm grounded until an update comes out; not happy!

Was this review helpful?    Yes | No | Report a Concern

**dji app** ☆☆☆☆☆
by Samuel Marthone -- Jan 30, 2015
To fix this issue with application crashing plug in your drone to your computer, update your firmware and everything should work fine with your dji application.

Was this review helpful?    Yes | No | Report a Concern

**Fix this update now!** ☆☆☆☆☆
by Jlaq12 -- Jan 30, 2015
This update needs to fix

Was this review helpful?    Yes | No | Report a Concern

**App crashes** ☆☆☆☆☆
by aFree01 -- Jan 30, 2015
App consistently crashes when in camera mode. I cannot move my gimble without the app crashing. I'm so glad my iPad didn't auto update this app! Please fix this terrible update!!

Was this review helpful?    Yes | No | Report a Concern

**Works for a second, crashes...** ☆☆☆☆☆
by Mitalux -- Jan 30, 2015
:(

Was this review helpful?    Yes | No | Report a Concern

**Latest update** ☆☆☆☆☆
by Blast from the disco era -- Jan 29, 2015
In addition to installing the latest app you must update the range extender as well. I tried the camera it worked without

the app crashing

Was this review helpful?   Yes | No | Report a Concern

Camera Issues ☆☆☆☆☆
by MrFurley18 – Jan 29, 2015
App worked perfectly until the last update. After update app crashes when tilting camera. Please patch this issue.

Was this review helpful?   Yes | No | Report a Concern

Great tool, bad software ☆☆☆☆☆
by Bottles_the_destroyer – Jan 29, 2015
I use the vision app with a dji phantom vision and a iPhone 6. I've noticed that while on the POV page the app crashes. It doesn't when using the waypoint page. The app overall is a great tool to use with the Phantom. The only problem is that the app is buggy and crashes.

Was this review helpful?   Yes | No | Report a Concern

Crashes when trying to tilt camera ☆☆☆☆☆
by Mike S of 863 – Jan 29, 2015
Using iPhone 6+ on 8.1.3. App crashes a lot. I'm able to force it to crash by tilting camera on my Phantom 2 Vision. Please fix asap! Thank you!

Was this review helpful?   Yes | No | Report a Concern

Crash ☆☆☆☆☆
by Flat Spin "heading out to sea" – Jan 28, 2015
When I change tilt on the camera, app crashes every time. Also, doesn't keep connection with Phantom 2 Vision camera, video keeps getting dropped and the only way to fix it is to land the Phantom and reboot it. All firmware is up to date.

Was this review helpful?   Yes | No | Report a Concern

Bugs and crashes ☆☆☆☆☆
by Rascopermian – Jan 28, 2015
You can't use gimbal control in app as that it crashes the app. App is buggy.

Was this review helpful?   Yes | No | Report a Concern

Photo Preview & Transfer does not work on iOS8.1 ☆☆☆☆☆
by Buggy software – Jan 28, 2015
App constantly crashes after latest update, making the FPV and camera control unusable. Rollback to previous version.

1 out of 1 customers found this review helpful.   Was this review helpful?   Yes | No | Report a Concern

Update caused my p2v+ to crash ☆☆☆☆☆
by Jon Blackwood -- Jan 28, 2015
The update on the app caused my phantom to full throttle into a field.

Was this review helpful?   Yes | No | Report a Concern

NO VIDEO DISPLAYED ☆☆☆☆☆
by Steply – Jan 27, 2015
I can no longer see video through the app! VERY BAD!!!! At first, I thought it was a firmware problem, so I updated ALL the firmware on my drone (including the complicated camera firmware update - renaming a file, copying to micro sd card, installing, rebooting, etc..) after 2 hours of frustration, I can confirm that all firmware is updated, I've uninstalled...

Was this review helpful?   Yes | No | Report a Concern

Bad update ☆☆☆☆☆
by sande2613 -- Jan 27, 2015
App kept crashing. Realized it had recently updated itself to a defective version. Five stars when it works.

Was this review helpful?   Yes | No | Report a Concern

Used to be a great app ☆☆☆☆☆
by Craig Capello – Jan 27, 2015
1 of 5 stars review due to this latest release the app worked great. Used to be 4 of 5 stars (5 of 5 if added Inspire 1 features and full screen iPad). 1. Tried to update the extender twice to use mobile data. Can't confirm it took effect. Doesn't grey out or show a check mark after running the update. 2. "Safe to takeoff" warning doesn't work. I ha... more

Was this review helpful?   Yes | No | Report a Concern

**App crashes after update to 1.0.46** ☆☆☆☆☆
by Dan47988 – Jan 27, 2015

While flying a waypoint mission, the app crashed multiple times, leaving me without any FPV abilities. Although I was able to finally get the app to open and reconnect to the Phantom, it left me with a high level of uncertainty about flying with this version of the app in the future. If you are going to rely solely on FPV to fly your quad, I do not recommend...

Was this review helpful?   Yes | No | Report a Concern

**Crashes every time I tilt the camera.** ☆☆☆☆☆
by Loco1987 – Jan 27, 2015

Worst update ever. It crashes every time I tilt the camera. If you have not updated from the older version don't do it until this issue gets fixed.

Was this review helpful?   Yes | No | Report a Concern

**DJI Vision App** ☆☆☆☆☆
by Bojorquezch – Jan 27, 2015

Very disappointed with this new update, every time I tilt the gimbal the app crashes. The previous version worked fine! Don't update if you haven't already, you'll thank yourself later.  iPhone 6 Plus and iPad Air

Was this review helpful?   Yes | No | Report a Concern

**It crashes within the first five seconds** ☆☆☆☆☆
by Billcharriez -- Jan 26, 2015

It is now a useless app! I am not able to even fly my phantom. Warning, do not update!!!!

Was this review helpful?   Yes | No | Report a Concern

**Camera issues** ☆☆☆☆☆
by Dudley Carico – Jan 26, 2015

One would think that DJI now knows about the app issues crashing and grounding pilots that they would at least roll the older version back until they fix the problem. Not a peep from them letting customers know what's going on. Maybe we should look at other products if they seem to not have time for surpport of its own product.

Was this review helpful?   Yes | No | Report a Concern

**Don't USE this with a 2 Vision +** ☆☆☆☆☆
by DocMurdock -- Jan 26, 2015

I updated this app and used the latest firmware revisions on my Phantom 2 Vision +. I now have a large paperweight on my desk which used to fly. It crashed hard yesterday 1/25/15 and bent my gimbal, ripped one landing strut from the body of the bird, and all with around 80% or 12 mins of flight time on battery. I had been flying over the ocean ... more

Was this review helpful?   Yes | No | Report a Concern

**Eye in the sky** ☆☆☆☆☆
by MickATL – Jan 26, 2015

This is an integral part of the DJI flying experience! Having a device that can travel so high and far that it's impossible to control it visually means that FPV is needed to control the P2 at some point. DJI added telemetry information to the display to add altitude, distance, speed and more. My test of the recent update went ok until the app stopped r... more

Was this review helpful?   Yes | No | Report a Concern

**DJ I Phantom vision plus app crashes** ☆☆☆☆☆
by david crandell -- Jan 26, 2015

DJI app updated automatically and now it crashes every time I turn it on have missed several video opportunities I sure hope they upgrade the app soon I've got other things I want to film

Was this review helpful?   Yes | No | Report a Concern

**Exits out randomly** ☆☆☆☆☆
by Bob_Rico62 -- Jan 26, 2015

With the latest version, none of the new "features" work at all. Even worse though is that while flying the app just randomly quits and I have to restart it. Very dangerous, especially if you lose sight of the phantom while trying to restart the app. Please fix this DJI!

Was this review helpful?   Yes | No | Report a Concern

**Constant crashes and new features don't work.** ☆☆☆☆☆
by MarcHufnagel -- Jan 26, 2015

Crashes about 1 of every 4 attempts to open and the advertised new features simply don't work. Is this an alpha version that got released by accident?

Was this review helpful?   Yes | No | Report a Concern

Crash crash crash ☆☆☆☆☆
by Yourmomlikesdonkeys -- Jan 26, 2015
Everytime I try to move the camera or take a photo...CRASH. It better just be the app crashing...if this app crashes my phantom I will be livid.

Was this review helpful?    Yes | No | Report a Concern

Broken ☆☆☆☆☆
by Inspector Doug -- Jan 26, 2015
You'd think a tech company could get their tech right. Nope. Crashes, fly aways, freezes... The list isn't in their favor.

Was this review helpful?    Yes | No | Report a Concern

Do not upgrade!!!! ☆☆☆☆☆
by Leejd75 -- Jan 26, 2015
Lost connection to camera several times. App crashes on iPhone 6. Please put up the old version until you fix it

Was this review helpful?    Yes | No | Report a Concern

App Crashes ☆☆☆☆☆
by Peyomanu -- Jan 26, 2015
App crashes as soon as i try to tilt camera. FIX IT NOW

Was this review helpful?    Yes | No | Report a Concern

Crashes when camera tilt is used ☆☆☆☆☆
by Teedo757 -- Jan 26, 2015
Crashes when you tilt the camera. I enabled show gps signal notice but it says N/A in the upper right of the preview screen. Don't update yet. Needs some fixing

Was this review helpful?    Yes | No | Report a Concern

It has potential ☆☆☆☆☆
by Me & myself.. -- Jan 26, 2015
It crashes every time I try to use it. I like the concept of the new improvements but can't get past the crashes to see them. Come on DJI fix the problems. I'm using an iPhone 6 Plus.

Was this review helpful?    Yes | No | Report a Concern

App crashes constantly ☆☆☆☆☆
by MikeON22 -- Jan 25, 2015
This version crashes everytime you adjust the camera tilt. I don't trust it enough to fly my Phantom 2 Vision at all until this is fixed.

Was this review helpful?    Yes | No | Report a Concern

Update Crashes ☆☆☆☆☆
by BhamContractor -- Jan 25, 2015
App crashed 4 times during 1st flight after updated. Fix quick

Was this review helpful?    Yes | No | Report a Concern

Worthless update ☆☆☆☆☆
by P40B -- Jan 25, 2015
The recent update causes the app to crash continuously. If you have not updated DON'T!!! Makes the whole drone worthless. Thanks a lot DJI...

Was this review helpful?    Yes | No | Report a Concern

4s not working ☆☆☆☆☆
by Scottyballzana -- Jan 25, 2015
Not working on my 4S!

Was this review helpful?    Yes | No | Report a Concern

Same problem! ☆☆☆☆☆
by Sophia Mallo -- Jan 25, 2015
App keeps crashing when camera tilt is activated. This issue began after update. Please fix this!

Was this review helpful?    Yes | No | Report a Concern

App crashes after sw update ☆☆☆☆☆
by Uplifting Prod – Jan 25, 2015
Enough said, app now crashes after new update. Has been a huge inconvenience this weekend. Can you please fix or roll back prior version ASAP!

Was this review helpful?    Yes | No | Report a Concern

Great until the last update ☆ ☆ ☆ ☆☆
by DJTentman – Jan 25, 2015
I've been having constant crashes ever since the last update

Was this review helpful?    Yes | No | Report a Concern

Terrible update ☆☆☆☆☆
by Inspire Flier – Jan 25, 2015
Consistently crashes after update. No safe to fly or LED indications present in the app when connected to the phantom. Had an issue with motors turning off after ground CSC start procedure. Check the forums and the reviews. Most are having the same issues. DJI, you have a loyal customer base that started with the phantom and more so now with the...

Was this review helpful?    Yes | No | Report a Concern

Unusable ☆☆☆☆☆
by Hobernator – Jan 25, 2015
Can't even use my P2V because of this update. Please fix this horrible bug. Where is the quality control DJI.

Was this review helpful?    Yes | No | Report a Concern

Crashes ☆ ☆☆☆☆
by Devin thorpe – Jan 25, 2015
Please fix ASAP can't record or snap photos or adjust camera without the app crashing.

Was this review helpful?    Yes | No | Report a Concern

Crashing on this version ☆☆☆☆☆
by Rstieb – Jan 25, 2015
Last version seemed to be pretty stable. This one is crashing whenever I do anything with the camera. Tilt or start/stop recording. Please fix!!!!

Was this review helpful?    Yes | No | Report a Concern

After update ☆☆☆☆☆
by Manolitopr007 – Jan 25, 2015
Google map and aircaft LED indicator does not work

Was this review helpful?    Yes | No | Report a Concern

App that's Crap ☆☆☆☆☆
by Bruceslaton – Jan 25, 2015
This is typical of DJI in a hurry to put something out before thorough testing. Not only does this App that's Crap not function properly but has also caused issues with controlling Phantom and camera.

Was this review helpful?    Yes | No | Report a Concern

Mr ☆☆☆☆☆
by Jpooner – Jan 25, 2015
All 3 iOS device I have crashes when pressing the camera icon. Hope you get a fix up soon, like tomorrow where I plan to fly in the morning.

Was this review helpful?    Yes | No | Report a Concern

New upgrade causing camera crashes ☆ ☆☆☆☆
by Kevin Mullins – Jan 25, 2015
Same as others are saying, app crashes when camera turned on or snapped. No preview from camera either. Please replace with previous version until issues are fixed!

Was this review helpful?    Yes | No | Report a Concern

DJI Vision all horrible crashes ☆☆☆☆☆
by clg82 – Jan 25, 2015
Why does DJI not test any of their own updates. Every time I try and move the camera with the app it crashes. Worst customer service I've ever seen for such a big company. Worthless. Fix it ASAP.

Was this review helpful?    Yes | No | Report a Concern

Was this review helpful?   Yes | No | Report a Concern

Bad update ★☆☆☆☆
by waltercode -- Jan 25, 2015
Camera issues. No video to watch after I record App crashes

Was this review helpful?   Yes | No | Report a Concern

New Owner ★☆☆☆☆
by tadkadsd -- Jan 25, 2015
Just setting up and not very confident in this product or company. This App crashes on both Iphone 5 and Ipad air.
What a mess.

Was this review helpful?   Yes | No | Report a Concern

Buggy.... ★☆☆☆☆
by DL Mouse -- Jan 25, 2015
I'm intrigued by some of the added features/updates - however simple items that used to work great are now broken.
(i.e. when I use the camera tilt feature in the app for my Phantom 2 Vision, the app crashes...) Not good.

Was this review helpful?   Yes | No | Report a Concern

Crash All the time! iPhone 5S ★☆☆☆☆
by Crash All the time! -- Jan 25, 2015
Everytime I take a picture that App crashes!! I took my Phantom today for a Flight but I got Frustrated since the app
keep crashing all the time. Don't you have BETA testers before launching? If Not I Can help! Its not worth to fly my
Phantom with this ISSUE!

Was this review helpful?   Yes | No | Report a Concern

Something wrong here ★☆☆☆☆
by LI Weather Guy -- Jan 24, 2015
In this update, as soon as you try to move the camera, the app crashes. No video on memory card either. Please fix.
This is very upsetting.

Was this review helpful?   Yes | No | Report a Concern

Camera tilt glitch. ★☆☆☆☆
by Big problem with port -- Jan 24, 2015
Every time I want to move the camera up and down, the app crash.

Was this review helpful?   Yes | No | Report a Concern

Bugs!! ★☆☆☆☆
by Racingrobby -- Jan 24, 2015
Can't move camera with app screen goes black and have to reboot app. Not happy !! How can I go back to older app

Was this review helpful?   Yes | No | Report a Concern

Buggy!!!! ★☆☆☆☆
by Michael McCluskey -- Jan 24, 2015
Camera crashes constantly. Cannot tilt camera...crash! Video....random freeze. Please fix or put the old version up.

Was this review helpful?   Yes | No | Report a Concern

Works very well! ★★★★★
by Bigfwt -- Jan 24, 2015
Seems to work well and glitch free.

Was this review helpful?   Yes | No | Report a Concern

Latest update ★★★★☆
by art2action -- Jan 24, 2015
This update crashes frequently on iPad mini 2 wifi only model running IOS 8.1.2. Prior to latest update it was an
awesome app!!

1 out of 1 customers found this review helpful.   Was this review helpful?   Yes | No | Report a Concern

Great Job ★★★★★
by TypicalPro -- Jan 11, 2015
I really enjoy this app seeing what's going on the drone. I hope there going to be a really good improvement on this
app.

Was this review helpful?   Yes | No | Report a Concern

**Overall, satisfied** ★★★★☆
by Zeeobuddy -- Jan 8, 2015
I know there's always room for improvements but overall it has pretty powerful features. Integrated ground station features, is a plus. That's the reason I went for P2V+ instead of P2. Fully functional FPV out of the box. U can also switch P2V+ camera with 'quickrelease', use other cameras and you'll still be able to use the app. I don't have any issues with...

Was this review helpful?   Yes | No | Report a Concern

**Was working in last version.** ★☆☆☆☆
by Vwdrummer -- Jan 7, 2015
The app was working fine in the last version now I don't get any streaming. I get telemetry data and gps services, but no video preview. I have re-binded the camera and followed correct procedure in operating the drone. I hope they get a fix soon I use this thing constantly.

Was this review helpful?   Yes | No | Report a Concern

**Where is the way point???** ★☆☆☆☆
by nemobox70 -- Jan 3, 2015
After 3 months gimbal repairing time, I run this app since 3months. But only camera mode. Many times swipe to left to pick the way point. But it does not work. And dji removed it!! Why?

Was this review helpful?   Yes | No | Report a Concern

**Awesome on iPhone6+** ★★★★★
by 4dfird -- Dec 27, 2014
Honestly the manual doesn't give the best description of the setup process. I've been removing my home network from my phone to keep it from switching off of the drone's wifi, but after that it has worked flawlessly! This is the coolest thing I have ever seen. I can't speak for the other phone models but on my iPhone things are working very very well.

Was this review helpful?   Yes | No | Report a Concern

**Connection** ★☆☆☆☆
by Crappyscrappy4 -- Dec 26, 2014
Each time I connect to my phantom it says "connection to phantom failed" iPhone 6 is what I use. Please fix

Was this review helpful?   Yes | No | Report a Concern

**ITS NOT THE APPS FAULT!!!** ★★★★★
by Antonio K smoke1tone -- Dec 20, 2014
This app works as it is designed to do which is to give you an FPV experience which it does very well. The PROBLEM lies in the range extender ( wifi repeater ) antennas. They have a very low db level which is going to give you very poor video quality especially in high wifi areas. Best advice is to upgrade your antennas on the wifi repeater which is very...

Was this review helpful?   Yes | No | Report a Concern

**Buggy** ★★☆☆☆
by realmrcadman -- Dec 20, 2014
I have had so many issues including the FPV not working recently.

Was this review helpful?   Yes | No | Report a Concern

**Great** ★★★★★
by Sprite2005 -- Dec 20, 2014
Works Great!!

Was this review helpful?   Yes | No | Report a Concern

**Waypoints not working for iPhone 6+** ★★★★☆
by BessAine -- Dec 11, 2014
I had my iPhone 5S and the waypoints were working just fine. When I received my new iPhone 6+ I was excited to be able to have a bigger screen while flying my drone. However, I found out that I cannot get Waypoints to work when on my iPhone 6+. You guys need to release an update immediately.

Was this review helpful?   Yes | No | Report a Concern

**Not a paid person like many others legit** ★★★☆☆
by Dscott$$$ -- Dec 8, 2014
This app really works but the video Quality is poor it's enough to get the job done by flying the drone from your iPhone you can recognize objects but can't see them clear doesn't do the camera any justice! Need to clear that up for the price point of the drone

Was this review helpful?   Yes | No | Report a Concern

Cannot stream photos from iPhone 6 ☆☆☆☆☆
by Kevin Thompson – Dec 3, 2014
So I just bought a v3 phantom 2 and still no photo or videos with the iPhone 6 any access to the album didn't work. IPad Air 2 no problem, ipad mini no problem. It is clearly a problem with the iPhone 6.

Was this review helpful?   Yes | No | Report a Concern

iphone 6+ wifi problem ☆☆☆☆
by springnDJI -- Dec 1, 2014
I started using the vision with my GS3 - worked fine. Then I just got the iPhone6+ and the controller range is like 50 feet . It would go to failsafe maode and some home but sometimed in the worst places – like a tree 50 feet up!! I went back to the GS3 and no more problem... I suspect that the 802.11ac being in the 5ghz spectrum was royally messing with th...

Was this review helpful?   Yes | No | Report a Concern

IPad Mini Mess ☆☆☆☆
by Dr Idol -- Nov 30, 2014
After reading the iPhone 6 issues mine appears minor. Works great with iPhone 5 and the new iPad but not well with the mini. All the aftermarket devices seem to support mini. The graphics are a mess with the mini with too much overlap. Hope to see improvement in next upgrade though.

Was this review helpful?   Yes | No | Report a Concern

Love the Phantom2V+ ☆☆☆☆
by Bobbo212012 – Nov 28, 2014
I scraped the all my money together. And got the iPhone6 for my bday that just passed. It works just fine. People just need to follow directions. And not rush it.

Was this review helpful?   Yes | No | Report a Concern

Please update!! ☆☆☆☆☆
by 虫乀 – Nov 27, 2014
Please update for iPhone 6 and 6+ support as soon as possible! We pay a lot for your product and deserve a seamless experience!

Was this review helpful?   Yes | No | Report a Concern

Problems streaming? ☆☆☆☆
by Greg Desmarais – Nov 24, 2014
All these people who are complaint about the app have no idea what the real problem is. The problem is with the wifi board in the phantom. There's a million of phantom vision+'s out there so it's just a coincidence that yours steaming crapped out right after the update or when you bought the iPhone 6! I had the same problem worked beautiful ... more

Was this review helpful?   Yes | No | Report a Concern

App problem ☆☆☆☆
by Ghjjdcbbj – Nov 23, 2014
While trying to access my SD card through the album it closes app. I'm using an iPhone 5s with the latest updates. Tried deleting app and reloading but same results. Other than that it's a great addition for the phantom 2 vision.

Was this review helpful?   Yes | No | Report a Concern

My investment is useless ☆☆☆☆☆
by Skisorama – Nov 22, 2014
My $1400 investment is useless until you fix the connectivity issues in your stupid app.

Was this review helpful?   Yes | No | Report a Concern

Terrible ☆☆☆☆☆
by Owno -- Nov 20, 2014
Does not work with the iPhone 6. Save your money, don't spend it on these awful drones!

Was this review helpful?   Yes | No | Report a Concern

Very disappointed ☆☆☆☆☆
by Jeff Haider – Nov 18, 2014
The biggest waste of $1500. I've never been so disappointed in a purchase ever in my life. Sent back to dji. Said nothing was wrong sent it back. Error after error after error. I just want my money back.

Was this review helpful?   Yes | No | Report a Concern

Please add iPhone 6 Plus support!! ☆☆☆☆☆
by DT579 – Nov 11, 2014
Just getting into drones and the DJI Vision app. This would look great if optimized for my new 6 Plus.

Was this review helpful?   Yes | No | Report a Concern

Not Working ☆☆☆☆☆
by wow this is the worst show ive ever seen – Nov 8, 2014
I also have no video please upload the old app so i can fly........PLEASE

Was this review helpful?   Yes | No | Report a Concern

Flight preview not working ☆☆☆☆☆
by Brad Stroh – Nov 8, 2014
This is obviously a big problem recently for dji according to all the reviews and posts that are online for phantom owners! I used to love my vision + but now it's a big piece of junk with these issues.... Customer service pretends they don't know about these problems when I've tried calling, which makes matters worse. Please get this fixed so I can tell...

Was this review helpful?   Yes | No | Report a Concern

Question ☆☆☆☆☆
by Kelvin leee – Nov 8, 2014
I bought a 2.4g datalink for my Phantom 2, after install it, I realized DJI doesn't make ground station for iPhone, only for iPad and PC. The problem I don't have an iPad, and every time I need the ground station app, I have to use my computer and link with my phone to get into Internet in order to have the Google map for the ground station. Why du...

Was this review helpful?   Yes | No | Report a Concern

FPV broke with this update ☆☆☆☆☆
by FindAHappyPlace – Nov 4, 2014
My Phantom 2 Vision worked fine before this update. Now no video feed during flight. Telemetry comes in just fine, but no FPV. I can start/stop video recording, take photos no problem. Can even stream those videos from the app via WiFi connection! But no FPV. Frustrating!

1 out of 1 customers found this review helpful.   Was this review helpful?   Yes | No | Report a Concern

iPhone 6+ not working ☆☆☆☆☆
by User3246 – Nov 4, 2014
Swipe to waypoints doesn't work on iPhone 6+ or iPad2

Was this review helpful?   Yes | No | Report a Concern

Photo streaming stopped working with iPhone 6 ☆☆☆☆☆
by Rynoyes – Nov 2, 2014
Cant stream the photos from phantom to new iPhone 6

Was this review helpful?   Yes | No | Report a Concern

Good ☆☆☆☆☆
by Adetective – Oct 29, 2014
Just download it and it work perfectly

Was this review helpful?   Yes | No | Report a Concern

Video preview not working after update ☆☆☆☆☆
by DaRedheader – Oct 11, 2014
Video preview is not working after updating new firmware and updating to ios8 Please fix this asap!!!

Was this review helpful?   Yes | No | Report a Concern

Orientation ☆☆☆☆☆
by Jruss1966 – Oct 5, 2014
Wish it was more like ipad GS app with the ability to orientate the phantom and also save waypoints.

Was this review helpful?   Yes | No | Report a Concern

FPV NOT WORKING ☆☆☆☆☆
by Polakovich – Oct 3, 2014
Ok so I went to do a shoot yesterday and NO FPV, after messing around updating software, firmware, and being on the phone with DJI Support (which we all know IS A JOKE) still I could not get the FPV to work. Anyway this morning I decided to try my old iPhone 4s and the FPV worked (it had like a 10 second lag, probably because I updated al... more

Was this review helpful?   Yes | No | Report a Concern

Was this review helpful?     Yes | No | Report a Concern

**DJI Vision GREAT with iPhone - NO LONGER with iPad Mini** ☆ ☆ ☆ ☆ ☆
by JayHutch -- Oct 1, 2014

The DJI Phantom 2 Vision + is an absolutely amazing flying picture/video machine! And the DJI Vision app is equally amazing with FPV, Ground Control and all of this will EXCEED your expectations. Why not 5 stars? While DJI Support says you can use an iPad Mini Retina with the Vision app - NOT SO. The DJI Vision app is now listed on iTunes a... more

Was this review helpful?     Yes | No | Report a Concern

**Loss of FPV... IOS8 or App update?** ☆ ☆ ☆ ☆ ☆
by D2C8K2T1 -- Sep 30, 2014

I'm not sure if it's the app or the recent IOS8 update but at first a loss of FPV was fixed by rebooting everything, now no FPV at all; camera works, takes pictures and video. DJI's take is that they cannot replicate the issue, hence it must be something on my side (and everyone else here who is complaining).

Was this review helpful?     Yes | No | Report a Concern

**Works good but hope they update frequently** ☆ ☆ ☆ ☆ ☆
by Emoney42 -- Sep 15, 2014

IPhone's 6/6plus with bigger screens coming out would be nice if the app adjusted and had better viewing space. Also with the mini ipad and ipad screens besides that great app!

1 out of 1 customers found this review helpful.     Was this review helpful?     Yes | No | Report a Concern

**7th channel** ☆ ☆ ☆ ☆ ☆
by Mpower60120 -- Aug 23, 2014

Please add the 7th channel to manually control and tilt the camera pleeeeeease

2 out of 2 customers found this review helpful.     Was this review helpful?     Yes | No | Report a Concern

**Works great!! Really awesome technology** ☆ ☆ ☆ ☆ ☆
by Durango9595 -- Aug 18, 2014

App works just as advertised with my iphone 5s. If fpv isn't working make sure your phantom has had the latest firmware upgrade and you're using the most current version of IOS with iPhone. Only one time the fpv wasn't working, I closed the app and reopened it and everything was back to normal. Only thing I wish you could do that you can... more

1 out of 1 customers found this review helpful.     Was this review helpful?     Yes | No | Report a Concern

**Preview not working iOS 6** ☆ ☆ ☆ ☆ ☆
by ConcernedParent -- Aug 16, 2014

The video feed preview is no longer working on my iPhone 5 with iOS 6.

Was this review helpful?     Yes | No | Report a Concern

**No longer getting fpv** ☆ ☆ ☆ ☆ ☆
by brandonmp -- Aug 13, 2014

I am able to control everything but the video feed does not work since download!

Was this review helpful?     Yes | No | Report a Concern

**Fix waypoints please** ☆ ☆ ☆ ☆ ☆
by pizza_dough -- Aug 6, 2014

Waypoints. I never thought I was fat until I used waypoints, because I waste a ton of time fatfingering these things all over the place. Not only are they hard to select and move individually if you're moving around a geographically small area, but it's nearly impossible to set the altitude you want to an exact value without having it change on you wh... more

1 out of 1 customers found this review helpful.     Was this review helpful?     Yes | No | Report a Concern

**Suggestions for making more money!** ☆ ☆ ☆ ☆ ☆
by SmithRR -- Jul 26, 2014

Have I got your attention DJI? This is a good app with basic photo/video controls. But there is room for improvement and an opportunity for you to give us what we want and make more money. In app purchases. Three suggestions: 1. "Advanced photo control" gives users additional options like exposure lock and bracketing (3 frame burst (+1, ... more

1 out of 1 customers found this review helpful.     Was this review helpful?     Yes | No | Report a Concern

**No Video Feed** ☆ ☆ ☆ ☆ ☆
by Guess123.. -- Jul 20, 2014

DJI has a real problem with the video feed using this version of the software and all current firmware updates. Read the blogs or Google "Phantom Vision Video Freeze" and read the posts before you buy. DJI has never acknowledged the problem or fixed it. I bought a new PV2+ and it didn't work out of the box using multiple devices. Even after multiple...

Was this review helpful?     Yes | No | Report a Concern

Was this review helpful?   Yes | No | Report a Concern

**Freezing Problem** ☆☆☆☆☆
by Ktours -- Jul 14, 2014

DJI recommends updating all your software before using this app. I think the freezing problem others have had, which I also had, is related to not updating the camera firmware. I thought I had the latest version, but did not. Once I upgraded to version 1.1.19, all the issues I had with the app went away. Just be careful with this upgrade.....download...

Was this review helpful?   Yes | No | Report a Concern

**It's a good app to control, but...** ☆☆☆☆☆
by G Reyes -- Jul 13, 2014

The app makes its job on controlling the camera view and everything it is meant to do. For the DJI Vision + there are two concerns about the camera control When shoot a photo on RAW, it takes too long to come back to work for the next shot. I have a super fast micro sd card... The other thing is the camera movement, If using the buttons on the app...

Was this review helpful?   Yes | No | Report a Concern

**Remove the 500m fence !!!!!!!!** ☆☆☆☆☆
by Thopter -- Jul 11, 2014

Terrible that they put a 500m fence on this app! DJI should sell a real ground station app for the vision plus, I would buy it

Was this review helpful?   Yes | No | Report a Concern

**The Fix For This App.** ☆☆☆☆☆
by JEB-Sealions -- Jul 10, 2014

I downloaded the new App and my camera would fade in and out or lose contact with my iPhone altogether. To fix open the DJI Vision App and select the camera icon. Press the Camera Settings icon (below the record button) scroll down and press Reset. You will get a message "Restore Default Settings" press "Yes" Everything should work. This Apt...

Was this review helpful?   Yes | No | Report a Concern

**FPV Fix** ☆☆☆☆☆
by 38 Special 111 -- Jul 3, 2014

To fix the FPV, go to "Settings" in the app. Change "Preview Settings" to 320x240 at 15 FPS. Go to PhantomPilots for more information. This is good bandaid till DJI fixes the problem.

Was this review helpful?   Yes | No | Report a Concern

**Good START with GroundStation** ☆☆☆☆☆
by Whatttttttt the app? -- Jul 2, 2014

The Vision 2+ is limited because it cannot use the IPAD Ground Station, no available Cam Bus to plug in the BTU Unit. This update provided a scaled down version of the iPad Ground Station, you are limited to 500m, the camera is always pointed straight, as opposed to what the iPad GS offers, and you have to have your Quadcopter started and everythi...

Was this review helpful?   Yes | No | Report a Concern

**Pilot** ☆☆☆☆☆
by xceberg -- Jul 1, 2014

New Vision +, good quality but FPV on iPhone 4S freezes after about 5 mins, must power down everything and start over only to freeze up again, still takes pics and video but without FPV, no good ! FIX PLEASE !

Was this review helpful?   Yes | No | Report a Concern

**Ground Station is cool!** ☆☆☆☆☆
by Gts53 -- Jun 28, 2014

I've had my DJI for two weeks and so far so good. Noticed the new update today with the Ground Station feature and loaded it up. Did a couple of long flights with way points and all went well. Great so far but would love DJI to make couple of improvements: - When adding a new way point use the same height as the previous way point instea... more

2 out of 2 customers found this review helpful.     Was this review helpful?   Yes | No | Report a Concern

**Very irritated** ☆☆☆☆☆
by ProudCow -- Jun 28, 2014

The FPV view on my iPhone constantly freezes and turns black and white and I cannot see what I am photographing. I am very disappointed. I use an iPhone 4s currently. At first it worked fine but now it's only a matter of seconds before it happens. The only way to fix it is to land... Turn everything off and then back on and start all over. But to no avail it...

Was this review helpful?   Yes | No | Report a Concern

**Great update with Ground Station module** ☆☆☆☆☆
by Kickapoobd -- Jun 26, 2014

very successful flights with ground station...6, 8 and 10 waypoints with varying altitudes and it was flawless. Hit GO and off she went. Super simple programing and appreciate you continued upgrades and support.

Was this review helpful?   Yes | No | Report a Concern

App ☆☆☆☆☆
by Woohoohhcvjltfvh -- Jun 25, 2014
Do Not Upgrade!

Was this review helpful?   Yes | No | Report a Concern

Loses connection with app every time ☆☆☆☆☆
by JD3490 -- Jun 25, 2014
This thing loses connection with the camera app every time, its the only reason I bought this version! Fix your crap DJI or I am returning it!

Was this review helpful?   Yes | No | Report a Concern

Why? ☆☆☆☆☆
by Belsasha -- Jun 25, 2014
What's wrong with this update? Why you do not recommend to update the app?

Was this review helpful?   Yes | No | Report a Concern

Awesome. ☆☆☆☆☆
by J6ahn -- Jun 24, 2014
To be honest, I'm confused at all the lower ratings and reviews, this app is awesome. I think it's best to read all the instructions and educate yourself with demonstrations and videos to grasp the logic behind these awesome machine. The app works beautifully with my vision 2 + and I'm testing out all the frame rates - it's great - trust me and educate...

Was this review helpful?   Yes | No | Report a Concern

Love the drone and app... Except on my phone. ☆☆☆☆☆
by Eric Lewis -- Jun 13, 2014
This app works flawlessly on my iPod S but freezes constantly on my HTC 1X

Was this review helpful?   Yes | No | Report a Concern

Needs Some Additions Please ☆☆☆☆☆
by Danimal0017 -- Jun 5, 2014
I use this app on the 4s with the vision 2+. I have noticed that what I am seeing on screen is actually a zoomed in rendering of the photo. Why can't it be full frame? Being a photographer I have always been tonight to crop in camera not "spray and pray"... When shooting hundreds of feet up, I would love to have a toggle pinch zoom function a... more

Was this review helpful?   Yes | No | Report a Concern

horrible!!!!! beware!!!!! ☆☆☆☆☆
by leimbach13 -- Jun 4, 2014
i have a blank screen on my iPhone, i can't see where I'm flying or what my pics look like, i had the same answer from DJI not to fly until the app was updated,it started off working great, after a few flights it started to freeze up here and there and then all of a sudden a blank screen and never worked since i called DJI and the operator whom i spoke to... more

Was this review helpful?   Yes | No | Report a Concern

Works fine!! ☆☆☆☆☆
by TeeJayN -- Jun 3, 2014
I'm using a iPod touch 5 and did see some freezing at the highest preview rate. I just dropped the rate down from 30 to 15 fps and no more screen freezes. The screen will sometimes stutter slightly but it's minor and doesn't detract from the FPV experience. I love my Phantom 2 Vision Plus!

Was this review helpful?   Yes | No | Report a Concern

Excellent - exceed my expectations! ☆☆☆☆☆
by EyeFlyU -- May 31, 2014
Just received my phantom vision + this week and just finished flying it for the first time. I'm totally amazed by the engineering that went into this . It works flawlessly and the software is easy to use and is intuitive - even on my iPhone 4. I did have to dial down the preview rate to minimize latency. I couldn't be happier. Maybe DJI can minimize battery... more

Was this review helpful?   Yes | No | Report a Concern

Phantom Vision Plus/iPhone 5S ☆☆☆☆☆
by warp08 -- May 31, 2014
Live video feed went away today and unable to restore. Tried everything. Opened a support ticket but I know DJI Tech

Support will just close it like they did before Not sure if this is a software or firmware or a hardware bug. Until I know I will use this feedback for the entire ownership experience. FPV is not an optional feature for this class of drone which i...

1 out of 1 customers found this review helpful.         Was this review helpful?    Yes | No | Report a Concern

Great ★ ★ ★ ★ ★
by Cheatar – May 30, 2014
Was really worried when my P2V+ came that the app wouldn't work given all the negative reviews. It worked great right out of the box though and I couldn't be happier.

Was this review helpful?    Yes | No | Report a Concern

App is great. Video and still photos are great. ★ ★ ★ ★ ★
by One Voice Among Many – May 30, 2014
Just received my Phantom 2 Vision Plus yesterday. Charged the batteries, read the manual, watched the video, was flying on first try. I've never flown an R/C toy before. This thing is super easy to fly. Had two bumpy landings initially (no damage). After that, the device lands softly. Takes off smoothly. Video on app (and stills on app) are great. Easy... more

1 out of 1 customers found this review helpful.         Was this review helpful?    Yes | No | Report a Concern

Awesome product with minor bugs ★ ★ ★ ★ ☆
by Cpl. Hoff – May 22, 2014
Only complaint is that once I updated the phantom and the transmitter of my vision 2 the gimbal stopped working. Besides that everything else works fine.

Was this review helpful?    Yes | No | Report a Concern

Camera freeze ★ ☆ ☆ ☆ ☆
by natro801 – May 17, 2014
I'm also getting the list connection to my camera. While in flight the iPhone screen goes black and white and even though it still records I can see what it's doing. Please fix ASAP. It's ruining your great product.

2 out of 2 customers found this review helpful.         Was this review helpful?    Yes | No | Report a Concern

So far just fine ★ ★ ★ ★ ☆
by jp_phelps – May 16, 2014
Have flown for probably a total of 5 hours of flight time without an issue from the app so far. Could improve a little in ascetically, but other than that, no complaints.

Was this review helpful?    Yes | No | Report a Concern

Video freezing ★ ☆ ☆ ☆ ☆
by Podulation – May 16, 2014
I'm also experiencing the video freezing after this last update. I do like the latest feature though that displays the wifi extender battery pack. DJI-please fix the video freezing bug as it impacts one of the main features of this amazing system. Until the video freeze is fixed I can only rate this 2 stars.

3 out of 3 customers found this review helpful.         Was this review helpful?    Yes | No | Report a Concern

Freeze ★ ☆ ☆ ☆ ☆
by Typhoonguy – May 15, 2014
It all started with the last update, shortly after the last update the picture will freeze but the data will continue. DJI FIX this ASAP because FPV is useless.

2 out of 2 customers found this review helpful.         Was this review helpful?    Yes | No | Report a Concern

Autonomous flying ★ ☆ ☆ ☆ ☆
by Stevie Beste -- May 14, 2014
I am wondering when the autonomous flying app is comming out. I bought the vision because dji was going to come out with it in the vision in dec or January. Not a word, what's up. I could have waited and bought a phantom 2 and been up and flying. Don' t promises if you can't deliver.

1 out of 1 customers found this review helpful.         Was this review helpful?    Yes | No | Report a Concern

Excellent ★ ★ ★ ★ ☆
by cacacool – May 13, 2014
I have an iPhone 5s as well and have had no problems with the app. So far everything is great. Maybe I'm just one of the lucky ones!

Was this review helpful?    Yes | No | Report a Concern

I solved the problem ★ ★ ★ ☆ ☆
by Realzeus – May 12, 2014

For everyone who has problems with the lag let me say that i solved accidentally. My Phantom 2 vision crashed on the ground from 6 meters high. The camera got disconnect, also the battery. After the crash i have not any connection problems.

Was this review helpful?    Yes | No | Report a Concern

Video Freezing ☆ ☆☆☆☆
by Rilarsen – May 8, 2014
The continual issue of video freezing and turning to B/W makes the drone unusable for photography/video. Killing the app and restarting does not even correct this problem for me. It seems I have to power down the Phantom 2 Vision+ to recover the video feed which, if lucky, will last a few more minutes.

3 out of 3 customers found this review helpful.          Was this review helpful?    Yes | No | Report a Concern

DISASTER!!!!!! ☆☆☆☆☆
by mrnewps – May 7, 2014
Do NOT buy a Phantom 2 Vision+ because it doesn't work. The app simply won't connect and I called customer service only to get a message saying they are extremely busy and to call back at another time then disconnected. Wow $1,400 wasted.

1 out of 1 customers found this review helpful.          Was this review helpful?    Yes | No | Report a Concern

Worked perfectly until update! ☆☆☆☆☆
by AlanLawrence – May 7, 2014
I'm so angry. Everything worked great and now video freezes thanks to the latest update. As far as I can find, there's no going back because I don't have the old version anywhere. DJI, after 1 1/2 hours on hold, said they knew about it and was working on a fix but this was 6 weeks ago. Meanwhile, my $1400 investment sits and collects dust and all the fun...

Was this review helpful?    Yes | No | Report a Concern

Super Disappointed! ☆☆☆☆☆
by Ronniyak – May 6, 2014
I was so excited to upgrade to the Vision +. As soon as I tried to fly it, my screen froze. I shut it down and after several attempts, I call tech support (which was an hour wait). They said they've known about the problem for weeks and don't know how long before it's fixed. My first Vision had a wifi problem and I had to exchange it. I don't know if I'll find out...

1 out of 1 customers found this review helpful.          Was this review helpful?    Yes | No | Report a Concern

DJI Disaster Buyer Beware!!! ☆☆☆☆☆
by TheHammerMartel – May 6, 2014
The Vision + app for the iPhone 5 freezes as soon you take off to a black and white still. They have known about this problem for several weeks but they don't know when it will be fixed. I would not buy the Vision + until the app is fixed.

3 out of 3 customers found this review helpful.          Was this review helpful?    Yes | No | Report a Concern

Great feature set, but has bugs ★★★★☆
by DarthDaddy01 – May 5, 2014
I love what the app does, but I also have problems with video corruption/freezing. I'd LOVE to have a larger font option for the info - it's basically impossible to see in any sunlight at all, and impossible to see in any light when mounted on the controller. It also desperately needs a slower tilt feature - as the video is terrible when panning up or down. Ch.7 t...

Was this review helpful?    Yes | No | Report a Concern

App doesn't work ☆☆☆☆☆
by LiJames The Chosen – May 5, 2014
Just received my Dji in the mail and Downloaded this app and it doesn't work properly. The camera doesn't work at all! Where can I find the previous version?

1 out of 1 customers found this review helpful.          Was this review helpful?    Yes | No | Report a Concern

More Freezing Video Feed ★★★★☆
by Ok, really? – May 3, 2014
Ever since the last app update, the video feed on my phone has been freezing and turning black and white. It happens randomly and a few times when I am 6 feet away from the drone. Everything else still works on the app, (altitude, range, and battery level) but once the video is frozen, it won't come back unless you land the drone and turn everything off...

Was this review helpful?    Yes | No | Report a Concern

Good app, but needs a major fix ★★★★☆
by ITOnAStick – Apr 30, 2014
With the release of update 1.0.37, the video feed is freezing up with the P2V. All other data (distance, altitude, battery percentage, etc) is still streaming ok. Must completely reconnect camera and wifi to get video feed back. Please fix ASAP.

Was this review helpful?   Yes | No | Report a Concern

BEWARE ☆☆☆☆☆
by ProMax – Apr 30, 2014
Can't get the camera to show a live view thru the Iphone anymore!!!!! DO NOT UPGRADE TO THIS VERSION

1 out of 1 customers found this review helpful.          Was this review helpful?   Yes | No | Report a Concern

Beware ☆☆☆☆☆
by Diner21959 – Apr 30, 2014
Updated from the previous version and the video constantly freezes and took the fun of flying! Do not upgrade to this version...I'm grounded until there is a fix...can't afford not to be!

2 out of 2 customers found this review helpful.          Was this review helpful?   Yes | No | Report a Concern

Could be 5 but it's not. ☆☆☆☆☆
by ResevorDG – Apr 29, 2014
If DJI allows channel 7 to tilt gimbal I will change this to a 5 star review.

1 out of 2 customers found this review helpful.          Was this review helpful?   Yes | No | Report a Concern

Freezes ☆☆☆☆☆
by Choppercoper – Apr 28, 2014
Black and white and freezes when flying. It is starting to freeze every flight now. Please fix this app. I have to land it, turn the heli off, then power it all back up.

Was this review helpful?   Yes | No | Report a Concern

Bad ☆☆☆☆☆
by N287S – Apr 27, 2014
This version has serious connection issues!

Was this review helpful?   Yes | No | Report a Concern

Dronie Droolin' ☆☆☆☆☆
by Quinn Tell – Apr 26, 2014
Just got the new Vision+. Was up and flying within an hour and had 0 issues with the app. Amazing product and the app is the perfect companion. Phantom 2 Vision+ iPhone 5

Was this review helpful?   Yes | No | Report a Concern

So far it's flawless ☆☆☆☆☆
by Pishnaris – Apr 26, 2014
Quite a powerful little app. Had my first 3 flights with the PV2+ today. Camera worked flawlessly in real-time, including gimbal pitch commands, with all data shown as promised. I see quite a number of negative reviews. No problem at all with the new bird. Great app.

Was this review helpful?   Yes | No | Report a Concern

Buyer beware ☆☆☆☆☆
by 123deans – Apr 26, 2014
Bought the new vision 2+ and downloaded this app. Flew three times before it failed to link with the iPhone. Spent over two hours on hold trying to contact customer service only to have them disconnect with me and eventually tell me your email that there is no fix currently for this app.

2 out of 2 customers found this review helpful.          Was this review helpful?   Yes | No | Report a Concern

App is broke!!!! ☆☆☆☆☆
by Flinstone -- Apr 25, 2014
Think twice before buying a DJI Phantom 2 Vision Quadcopter. The FPV locks up and you can't see where you are going, can't frame your shot and can only guess the tilt of the camera. You can still shoot still shots and video but you can only guess at what is in the frame. Your altitude, distance and direction radar screen still work. I am very upset the...

Was this review helpful?   Yes | No | Report a Concern

video lag ☆☆☆☆☆
by chubbybunny55 -- Apr 25, 2014
Makes my phantom almost useless now that the image is delayed about 30 seconds to the iPhone. Worked fine before this upgrade.

Was this review helpful?   Yes | No | Report a Concern

Freezing on PV+ ☆☆☆☆☆
by Raxilmd – Apr 24, 2014
Just received my PV+,video freezes just after liftoff. Seemed to work fine with PV but will not work with my plus. DJI
PLEASE FIX!!!!

Was this review helpful?   Yes | No | Report a Concern

Updated Vision Application ☆☆☆☆☆
by Hammerheadfl – Apr 23, 2014
Since the update last week my FPV freezes and turns black and white. This makes it hard to navigate and degrades the
use of my Phantom 2 Vision. Please initiate a fix ASAP. I use my Phantom daily for pics and video.

Was this review helpful?   Yes | No | Report a Concern

New release ruined this app! ☆☆☆☆☆
by Kidagin – Apr 21, 2014
I wish I'd read the reviews before upgrading to this new version. Like the others I now have the black and white frozen
screen after takeoff but sometimes I can see the live view - about 60 seconds behind the actual live view. Why would DJI
release an upgrade without testing it? How long do we have to wait for a fix?

Was this review helpful?   Yes | No | Report a Concern

Video Constantly Freezes ☆☆☆☆☆
by AKGRIZZLY – Apr 20, 2014
Video freezes on every flight. Have tried everything to resolve this problem but it remains an issue. This app can and
will cause you to crash if you lose sight of the Phantom 2 Vision it creates an unneeded hazard. and should be repaired
or removed NOW.

Was this review helpful?   Yes | No | Report a Concern

What is AUTOFLIP ?? ☆☆☆☆☆
by Jetskiboy8 – Apr 20, 2014
What does this function do and how do you use it via controller ?

1 out of 3 customers found this review helpful.       Was this review helpful?    Yes | No | Report a Concern

Video freezes with phantom vision 2 ☆☆☆☆☆
by ChrisJ78 – Apr 16, 2014
Updated to ver 1.0.37 and fpv now freezes on every flight. Serious bug. Beware.

3 out of 3 customers found this review helpful.       Was this review helpful?    Yes | No | Report a Concern

Don't upgrade... ☆☆☆☆☆
by Kubicide – Apr 16, 2014
Bad release. DJI you really need to fix this ASAP before you upset all of your customers. Problems are posted all over
that net. Very disappointed.

Was this review helpful?   Yes | No | Report a Concern

Major video delay ☆☆☆☆☆
by Dan_6 – Apr 15, 2014
Since last upgrade, i'm facing a video delay on my iPhone 4s (apx. 5-10 seconds delay). And please work on make this
application native to iPhone...

Was this review helpful?   Yes | No | Report a Concern

Video Keeps Freezing ☆☆☆☆☆
by MJ6502 – Apr 15, 2014
A few nice features have been added, but unfortunately now the video freezes randomly. Once it freezes, the only
solution is to power cycle the Phantom. Needless to say, I'm not very happy with this update.

Was this review helpful?   Yes | No | Report a Concern

Freezes ☆☆☆☆☆
by Mr_3_0_5 – Apr 15, 2014
This app is making the camera freeze and it will not reconnect until you turn off and back on the phantom vision Please
give us the option to go back to 1.0.32 This update is horrible

3 out of 3 customers found this review helpful.       Was this review helpful?    Yes | No | Report a Concern

Video freezing ☆☆☆☆☆
by Tcabrero -- Apr 14, 2014
DJI please fix this app ASAP I updated the app and suddenly the image on my Iphone 5S turns into black and white and

DJI please fix this app ASAP I updated the app and suddenly the image on my iphone 5s turns into black and white and freezes. Camera still records but i can not see it in my phone. This happens as soon as the Vision 2 takes off. Flight data does not get interrupted or frozen but image does. I know this is happening to a lot of people by reading on th...

3 out of 3 customers found this review helpful.          Was this review helpful?    Yes | No | Report a Concern

Your updates App ☆☆☆☆☆
by Extcat – Apr 12, 2014
Your updated app does not work very well, please fix, very disappointing on the lag

Was this review helpful?    Yes | No | Report a Concern

Beware of video lag!! ☆☆☆☆☆
by sfslickdawg -- Apr 11, 2014
I upgraded to this version an immediately began experiencing a significant lag time on the video feed from the Phantom Vision back to my phone. Literally 5-10 seconds instead of almost real time. Fortunately I have the old version of the app on another iPhone an it's working flawlessly.

3 out of 3 customers found this review helpful.          Was this review helpful?    Yes | No | Report a Concern

Nice job with the new features ☆☆☆☆☆
by triscb82 – Apr 9, 2014
Migrated from Phantom to Phantom 2 Vision and waiting on Vision+. Very exciting. App enhancements are great.

Was this review helpful?    Yes | No | Report a Concern

Where's the waypoint flying ☆☆☆☆☆
by This Guy is Here – Mar 17, 2014
On the DJI Website they released a statement saying they'd have waypoint flying Dec or Jan. It's already March and it's not there. When will this be available?

Was this review helpful?    Yes | No | Report a Concern

White Balance & Video Gain ☆☆☆☆☆
by Videobob109 – Mar 11, 2014
I want to start by saying that the Phantom Vision is a very good quadcopter, and it gives you a lot for the money, but where it really misses the bell, is it doesn't have two (2) axis gimbal. DJI should have designed one for it right from the start, or at least, had one as an upgrade option. If you want professional quality photos and video, then do... more

Was this review helpful?    Yes | No | Report a Concern

Like the app and vision 2 ☆☆☆☆☆
by Im Melek – Feb 28, 2014
Just hit the vision 2 and it's easy to fly, great fun and the camera has good quality both photo and video.

Was this review helpful?    Yes | No | Report a Concern

dJI P2V ☆☆☆☆☆
by MrFlats – Jan 30, 2014
Love my Phantom 2 Vision. However... What it's lacking is a better gimbal. It needs a brushless gimbal. Video is shakey when flying, with being gentle on the sticks. It also would be handy to delete photos from the app rather than having to pull the memory card and put in a computer. I firmly believe if DJI made a gimbal Upgrade, 1000's of users would buy...

Was this review helpful?    Yes | No | Report a Concern

Good update thank you ☆☆☆☆☆
by Steinne – Jan 25, 2014
Fixes issues, a good update.

Was this review helpful?    Yes | No | Report a Concern

ATTENTION DJI ☆☆☆☆☆
by tpallai – Jan 20, 2014
ATTENTION DJI!!!!!!!!!! I am aware that ground station capabilities are to be released for the Phantom Vision. I know it was suppose to come out in late December to early January. Please release it soon. This would be the most amazing feature for the phantom. Thx

2 out of 2 customers found this review helpful.          Was this review helpful?    Yes | No | Report a Concern

Dji vision iPad mini needs it own app ☆☆☆☆☆
by drowadin – Jan 16, 2014
Can download it and fly record u name it but the app is not designed for the iPad mini it needs to be coded for higher resolutions please dji and Colin Quinn make an app for the iPad mini and thx this app can be accessed and download

thru iPhone apps on iPad mini but the app has yet to be coded for the iPad mini resolution but gamble controls work

2 out of 3 customers found this review helpful.          Was this review helpful?      Yes | No | Report a Concern

Just happy the new app is out ✰✰✰✰✰
by Snowbikemike – Jan 15, 2014
I just bought a vision on Monday and it's been teasing me to death knowing that I can fly FPV but not having the app. I installed the DJI Vision app 20 mins ago and went out for a test flight. I was excited and happy to see real time data and FPV from my iPhone! I only wish the range on the wifi was further. The phantom traveled 340 feet at 143 fee... more

1 out of 1 customers found this review helpful.          Was this review helpful?      Yes | No | Report a Concern

Update works as it should. ✰✰✰✰✰
by ScottCM – Jan 15, 2014
No problems or crashes with latest update.

                                                          Was this review helpful?      Yes | No | Report a Concern

Great application ✰✰✰✰✰
by Krsdj1 – Jan 15, 2014
What a great app dji works so well with the dji phantom2 vision,control your camera,see the flight speed,altitude,amazing,

                                                          Was this review helpful?      Yes | No | Report a Concern

Good app ✰✰✰✰✰
by Porky 562 – Jan 15, 2014
Good app, works well. Would like to see an option of having the P2V's GPS Coordinates displayed on screen.

                                                          Was this review helpful?      Yes | No | Report a Concern

Bad update! ✰✰✰✰✰
by CCS_Ron – Jan 13, 2014
DJI needs to roll this update back or fix it, app is very unstable will crash and not all features are working the battery percentage is not working and some of the screens do not fit the screens as they should, it is just a poorly made update and someone was careless in test the app before submitting it.

                                                          Was this review helpful?      Yes | No | Report a Concern

Qc your updates dji ✰✰✰✰✰
by estahly – Jan 12, 2014
This update causes many problems as other have noted.

                                                          Was this review helpful?      Yes | No | Report a Concern

Needs a FIX ASAP ✰✰✰✰✰
by FlyWestEnd – Jan 12, 2014
I just bought the Phantom 2 & I can't even use it! The APP does not work at all. Please fix ASAP

                                                          Was this review helpful?      Yes | No | Report a Concern

Don't update ✰✰✰✰✰
by MusicMasher – Jan 12, 2014
Lost some gorgeous flying to the new update. Missing battery indicator and half the main menu screen. What's up DJI? Still looking for the Ground Control Station as well!

                                                          Was this review helpful?      Yes | No | Report a Concern

1.0.31 no longer connects to the phantom ✰✰✰✰✰
by Apple Survivor – Jan 12, 2014
Upgraded the SW, and started seeing the other visual issues others described. On top of that, the app no longer can connect to the phantom in camera mode. Please fix this ASAP.

                                                          Was this review helpful?      Yes | No | Report a Concern

How do I go back to old version? ✰✰✰✰✰
by Dtjack01 – Jan 12, 2014
My phone auto upgraded and I'm having same screen and battery display problems as everyone else!!

                                                          Was this review helpful?      Yes | No | Report a Concern

Problem ✰✰✰✰✰

by iAshknani – Jan 12, 2014

The last update has crash and lot of bugs

Was this review helpful?   Yes | No | Report a Concern

Don't update ☆☆☆☆☆
by almmohd – Jan 12, 2014

Something is wrong with the new interface. The return button that allows you to navigate between screens overlaps with the status bar and is difficult to see. Also, the battery indicator for the power on the phantom is partially blacked by some other icon.

1 out of 1 customers found this review helpful.   Was this review helpful?   Yes | No | Report a Concern

Update doesnt work ☆☆☆☆☆
by Josephparzi – Jan 12, 2014

The main menu is messed up

1 out of 1 customers found this review helpful.   Was this review helpful?   Yes | No | Report a Concern

Version 1.0.31 problems ☆☆☆☆☆
by dwm.jr – Jan 12, 2014

When I upgraded to 1.0.31 something happened where the whole app seemed to get pushed up and I lost the upper 1/4 of the screen. I was able to uninstall and reinstall the old version so I am good to go for now. Where is the ground station like capabilities that were supposed to be rolled out?

Was this review helpful?   Yes | No | Report a Concern

Awful update... ☆☆☆☆☆
by B2pilot186 – Jan 12, 2014

Battery power remaining display is blanked out...album sync is broken.

Was this review helpful?   Yes | No | Report a Concern

Still needs improvements... ☆☆☆☆☆
by Airborn14 – Dec 20, 2013

It's all good but the only issue I have is that I can't see/view my videos I record from my phantom vision 2. Please fix this I'm sure I'm not the only one with this problem.

Was this review helpful?   Yes | No | Report a Concern

Great app. Amazing machine ☆☆☆☆☆
by jdcharlottesville – Dec 16, 2013

Looking forward to the next version release. Lots of great information. Easy to use. Amazing!

Was this review helpful?   Yes | No | Report a Concern

Nice ☆☆☆☆☆
by Bu бuбy – Dec 4, 2013

Nice app and i like it

Was this review helpful?   Yes | No | Report a Concern

Just one gripe that others haven't mentioned ☆☆☆☆☆
by LRMX – Dec 1, 2013

Reduce the amount of time the image goes dark while taking a photo.

Was this review helpful?   Yes | No | Report a Concern

Great app, wish it worked better on older iPhones ☆☆☆☆☆
by MidnightFrog – Nov 24, 2013

The app works great on my wife's iPhone 4. I've got an old 3GS and the app crashes constantly.

Was this review helpful?   Yes | No | Report a Concern

Great app, great product ☆☆☆☆☆
by Jacobclackey – Nov 13, 2013

Had the dji phantom as upgraded to the dji phantom 2 vision, product is great, and the app makes it a great duo!

Was this review helpful?   Yes | No | Report a Concern

Dji vision 2 ☆☆☆☆☆
by Aw cinema -- Nov 12, 2013

I fly for the tv and film on a pro level.and I find that dji gives me the best products to get my job done time after time
Thanks DJI Antonio Wilson Camera operator Los Angeles AW CINEMA

1 out of 1 customers found this review helpful.              Was this review helpful?   Yes | No | Report a Concern

Very solid app, love it! ☆ ☆ ☆ ☆
by JonShirley – Nov 7, 2013
This app works perfectly with the Vision. No complaints whatsoever. And FYI "Colin said" this would be cheaper than a
phantom, go pro AND and gimbal. Gimbals are relatively expensive, and although this is only a 2 axis gimbal this app
works perfectly with it, especially with the gyro sensors on this app.
                                                                   Was this review helpful?   Yes | No | Report a Concern

Quite a craft ☆ ☆ ☆ ☆ ☆
by Kyle Tarpley – Nov 4, 2013
Am amazing and awesome craft, great for the non-veteran flier. A word of warning though, before you buy a copter
like a Phantom you need to realize you'll end up paying 3 or 4 times the cost of the copter in upgrades and repairs in
its first 6 months. But if you can afford it, get a copter.

                                                                   Was this review helpful?   Yes | No | Report a Concern

Mr. R. Mudd ☆ ☆ ☆ ☆ ☆
by R Mudd – Nov 2, 2013
This thing is simply awesome!

                                                                   Was this review helpful?   Yes | No | Report a Concern

Hope IPad Capture is in the Near Future ☆ ☆ ☆ ☆ ☆
by anewsrat – Nov 2, 2013
Being a Slightly Older Kid, It's Easier to View Photo Capture on My IPad. I hope DJI will Improve on iPad Interface with
the Phantom Vision in the future. Just a Bigger Image will be Awesome. I'm sure I'm not the Only Older Guy that Prefers
the Phantom Vision!

                                                                   Was this review helpful?   Yes | No | Report a Concern

Phantom 2 vision ☆ ☆ ☆ ☆
by franky fresh – Oct 19, 2013
The phantom 2 vision is awesome. I got a chance to mess with it. If your looking to get great aerial pictures supper
easy this is the right product. 24+ minute flight time and no wires anywhere.  I'm getting it when it comes out

                                                                   Was this review helpful?   Yes | No | Report a Concern

Not as promised ☆ ☆ ☆ ☆ ☆
by 3D RC pilot – Oct 14, 2013
Colin Said the vision was going to cost "less than the dji phantom and a go pro" and on fox he recently announced it
will cost over 1200$. That's almost the cost of 2 phantoms with go pros...

                                                                   Was this review helpful?   Yes | No | Report a Concern

| Apple Music | Explore | Features | Help |
|---|---|---|---|
| 3-Month Trial | Music | Browse | Support |
| Beats 1 | Movies | Purchased | iTunes Tutorials |
| | TV Shows | iTunes Match | In-App Purchases |
| | App Store | | System Status |
| | Books | | |
| | Podcasts | | |
| | Audiobooks | | |
| | iTunes U | | |
| Manage | | | |
| Account | | | |
| Redeem | | | |
| My Wish List | | | |
| Change Country | | | |

Copyright    2016 Apple Inc. All rights reserved.   Privacy Policy   Terms and Conditions

