# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN SIVES, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> v <br><br> DJI TECHNOLOGY, INC. AND DJI SERVICE LLC <br><br> Defendants. | Case No.: 3:17-cv-00294-ARC <br><br> Honorable A. Richard Caputo <br><br><br> CLASS ACTION |

## STIPULATION

WHEREAS, Plaintiff filed his Class Action Complaint against Defendants on February 16, 2017. *See* ECF No. 1.

WHEREAS, Defendants filed a motion to dismiss Plaintiff's Class Action Complaint pursuant to Fed. R. Civ. P. 12(b)(6) on April 24, 2017. *See* ECF No. 12.

WHEREAS, Defendants filed their brief in support of their motion to dismiss pursuant to Local Rule 7.5 on May 8, 2017. *See* ECF No. 13.

WHEREAS, the parties have met and conferred regarding Plaintiff filing a First Amended Class Action Complaint that would add additional plaintiffs from states other than Pennsylvania, additional causes of actions, and additional factual allegations;

WHEREAS, the parties have also met and conferred regarding the subsequent briefing schedule for Defendants' anticipated Rule 12 motion;

WHEREAS, the parties have also met and conferred regarding the need for additional pages in their briefs to address the additional causes of action in the First Amended Class Action Complaint;

WHEREAS, the parties have agreed to the schedule and page limits below.

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel, as follows:

1. In light of Plaintiff's intent to add additional plaintiffs from additional states, additional causes of action, and additional factual allegations, the parties have agreed to the following schedule:

> <u>Plaintiff's First Amended Class Action Complaint</u>: June 12, 2017
>
> <u>Defendants' Motion to Dismiss</u>: July 25, 2017
>
> <u>Plaintiff's Opposition</u>: August 15, 2017
>
> <u>Defendants' Reply</u>: August 29, 2017

2. The parties have further agreed to the following pages limits for briefs on Defendants' anticipated Rule 12 motion:

> <u>Defendants' Motion to Dismiss</u>: 25 pages
>
> <u>Plaintiff's Opposition</u>: 25 pages
>
> <u>Defendants' Reply</u>: 15 pages

**IT IS SO STIPULATED**

Dated: May 22, 2017

|  |  |
|---|---|
| | McCune Wright Arevalo LLP |
| By: | /s/ *Joseph G. Sauder* <br> Joseph G. Sauder |
| | Wilson Sonsini Goodrich & Rosati |
| By: | /s/ *Michael H. Rubin* <br> Michael H. Rubin |

**SO ORDERED:**

_/s/ A. Richard Caputo_ 5/23/17

A. Richard Caputo
United States District Judge