UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN SIVES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v<br><br>DJI TECHNOLOGY, INC. and DJI SERVICE LLC,<br><br>Defendants. | Case No.: 3:17-cv-00294-APC<br><br>Honorable A. Richard Caputo |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

WHEREAS, Plaintiff filed his Class Action Complaint against Defendants on February 16, 2017 in the United States District Court for the Middle District of Pennsylvania, Case No. 3:17-cv-00294-APC (the "Action"), which was assigned to the Honorable A. Richard Caputo.

WHEREAS, no class has been certified and no motion for class certification is pending.

NOW THEREFORE,

The parties stipulate that Plaintiff's claims in the above-titled Action are voluntarily dismissed with prejudice against Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**IT IS SO STIPULATED.**

Dated: July 17, 2017                    MCCUNE WRIGHT AREVALO LLP

                                                   By: */s/ Joseph G. Sauder*
                                                      Joseph G. Sauder
                                                      Attorney for Plaintiff

| | |
|---|---|
| Dated: July 17, 2017 | WILSON SONSINI GOODRICH & ROSATI |
| | By: /s/ *Michael Rubin* |
| | Michael Rubin |
| | Attorney for Defendants |

SO ORDERED:

_____  7/18/17
A. Richard Caputo
United States District Judge